The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KATHERINE MOUSSOURIS, HOLLY MUENCHOW, and DANA PIERMARINI, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 2:15-cv-01483-JLR<br><br>NOTICE OF APPEARANCE OF MARK S. PARRIS |

TO:     THE CLERK OF THE COURT

AND TO:     ALL PARTIES, AND THEIR ATTORNEYS OF RECORD

Defendant Microsoft Corporation ("Microsoft") files this Notice of Appearance and hereby notifies the Court that Mark S. Parris, of the law firm Orrick, Herrington & Sutcliffe LLP, is appearing as counsel for Microsoft in the above-referenced matter.  Mr. Parris' e-mail address, for receipt of Notices of Electronic Filing, is as follows: mparris@orrick.com. Defendant requests that Mr. Parris be included on the Court's and parties' service lists.

| | | |
|---|---|---|
| 1 | Dated: October 28, 2015 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | By: *s/Mark S. Parris* |
| 4 | | Mark S. Parris (WSBA No. 13870)<br>mparris@orrick.com |
| 5 | | 701 Fifth Avenue |
| 6 | | Suite 5600<br>Seattle, Washington  98104-7097 |
| 7 | | Telephone:  +1-206-839-4300<br>Facsimile:  +1-206-839-4301 |
| 8 | | Attorneys for Defendant |