# Exhibit C

Sharon M. Lee (Wash. Bar No. 37170)
**LIEFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**
2101 Fourth Avenue, Suite 1900
Seattle, Washington 98121
Telephone:     (206) 739-9059
Facsimile:     (415) 956-1008
E-Mail:         slee@lchb.com

Kelly M. Dermody (admitted *pro hac vice*)
Anne B. Shaver (admitted *pro hac vice*)
**LIEFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:     (415) 956-1000
Facsimile:     (415) 956-1008
E-Mail:         kdermody@lchb.com
E-Mail:         ashaver@lchb.com

Adam T. Klein (admitted *pro hac vice*)
Ossai Miazad (admitted *pro hac vice*)
**OUTTEN & GOLDEN LLP**
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:     (212) 245-1000
Facsimile:     (646) 509-2060
E-Mail:         ATK@outtengolden.com
E-Mail:         OM@outtengolden.com

Michael Subit (Wash. Bar No. 29189)
**FRANK FREED SUBIT & THOMAS LLP**
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Telephone: (206) 682-6711
Facsimile: (206) 682-0401
E-Mail: msubit@frankfreed.com

*Attorneys for Plaintiffs and the Proposed Class*
*Additional Counsel on Signature Page*

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

KATHERINE MOUSSOURIS, HOLLY
MUENCHOW, and DANA PIERMARINI
on behalf of herself and a class of those
similarly situated,

          Plaintiff,

    v.

MICROSOFT CORPORATION,

          Defendant.

Case No.  15-cv-1483 (JLR)

**NOTICE OF DEPOSITION PURSUANT**
**TO FED. R. CIV. P. (30)(b)(6) REGARDING**
**COMPLAINTS AND COMPLIANCE**

      PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, Plaintiffs will take the deposition upon oral examination of Microsoft Corporation,

("Microsoft") through its designated agent(s).

1299757.1

-1-

The deposition will be taken on May 10, 2016, at 9:00 a.m., at the offices of LIEFF CABRASER HEIMANN & BERNSTEIN, LLP, 2101 Fourth Avenue, Suite 1900, Seattle, Washington 98121.  The deposition will be taken before a notary public authorized to administer oaths, may be videotaped, and will continue for up to seven hours of testimony on the record, until completed.

Pursuant to the provisions of Rule 30(b)(6) of the Federal Rules of Civil Procedure, Microsoft is hereby directed to designate one or more officers, directors, managing agents, or other persons who consent to testify and are most knowledgeable and competent to testify regarding the following matters, from January 1, 2009 to the present:

1.    Internal complaint and investigation procedures regarding unfair treatment, gender discrimination, sexual harassment, and pregnancy discrimination, including, but not limited to, the structure, personnel, and policies and practices of Defendant's Legal Department and Human Resources Department;

2.    Complaints concerning EEO issues of female technical employees, including informal complaints, grievances, EEOC or state agency charges and/or civil complaints, and the investigation and results of such complaints;

3.    EEO-1 and other information submitted to EEOC or state agencies; and

4.    Retention of complaint and compliance documents.

Plaintiffs request that Microsoft give Plaintiffs prompt written notification of the name, address, telephone number, capacity and job title of the person(s) so designated to testify and the matters on which the person(s) will testify.

To the extent that Defendant has not already produced such documents, Plaintiffs request that you produce by fourteen (14) days before the scheduled deposition, all documentation (including database complaint log files) regarding the following matters, from January 1, 2009 to the present:

1.    Internal complaint and investigation procedures regarding unfair treatment,

1299757.1                                   -2-

gender discrimination, sexual harassment, and pregnancy discrimination, including, but not limited to, the structure, personnel, and policies and practices of Defendant's Legal Department and Human Resources Department;

2.    Complaints concerning EEO issues of female technical employees, including informal complaints, grievances, EEOC or state agency charges and/or civil complaints, and the investigation and results of such complaints;

3.    EEO-1 and other information submitted to EEOC or state agencies; and

4.    Retention of complaint and compliance documents.

If Defendants have produced such documents, please identify such documents by Bates number.

Dated: April 8, 2016                     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____
     Kelly M. Dermody

Kelly M. Dermody (admitted *pro hac vice*)
Anne B. Shaver (admitted *pro hac vice*)
Michael Levin-Gesundheit (admitted *pro hac vice*)
Yaman Salahi (*pro hac vice* pending)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:     (415) 956-1000
Facsimile:      (415) 956-1008
E-Mail:          kdermody@lchb.com
E-Mail:          ashaver@lchb.com
E-Mail:          mlevin@lchb.com
E-Mail:          ysalahi@lchb.com

Sharon M. Lee (Wash. Bar No. 37170)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
2101 Fourth Avenue, Suite 1900
Seattle, Washington 98121
Telephone:     (206) 739-9059
Facsimile:      (415) 956-1008
E-Mail:          slee@lchb.com

1299757.1                              -3-                NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P.
                                                          30(b)(6) REGARDING COMPLAINTS AND COMPLIANCE
                                                          CASE NO. 15-CV-1483 (JLR)

Adam T. Klein (admitted *pro hac vice*)
Ossai Miazad (admitted *pro hac vice*)
Elizabeth V. Stork (*pro hac vice* pending)
**OUTTEN & GOLDEN LLP**
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:      (212) 245-1000
Facsimile:      (646) 509-2060
E-Mail:         ATK@outtengolden.com
E-Mail:         OM@outtengolden.com
E-Mail:          estork@outtengolden.com

Katrina L. Eiland (admitted *pro hac vice*)
**OUTTEN & GOLDEN LLP**
One Embarcadero Center, 38th Floor
San Francisco, California 94111
Telephone:       (415) 638-8800
Facsimile:      (415) 638-8810
E-Mail:         keiland@outtengolden.com

Michael Subit (Wash. Bar No. 29189)
**FRANK FREED SUBIT & THOMAS LLP**
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Telephone: (206) 682-6711
Facsimile: (206) 682-0401
E-Mail: msubit@frankfreed.com

*Attorneys for Plaintiffs and the Proposed Class*

NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P.
30(b)(6) REGARDING COMPLAINTS AND COMPLIANCE
CASE NO. 15-CV-1483 (JLR)