# Exhibit M

**From:** Damrell, Lauri A. [mailto:ldamrell@orrick.com]
**Sent:** Monday, May 23, 2016 9:41 AM
**To:** Shaver, Anne B.; Curtis, Wendy Butler; Perry, Jessica R.
**Cc:** Dermody, Kelly M.; Adam Klein
**Subject:** RE: Moussouris v. Microsoft - meet and confer letter

Counsel,

Thank you for your letter dated May 17, 2016.  We write to follow up on this letter and provide additional clarification as necessary.

As an initial matter, we note that your May 17 letter makes apparent your frustration at the pace of discovery.   First, we believe that it is appropriate to step back and acknowledge how productive our meet and confer sessions have been so far.  We hope to continue in this spirit and, as stated on our May 16 teleconference, we are making every effort to proceed as efficiently as possible.  Indeed, we are acutely aware of the time pressures and note that the duration of our meet and confer negotiations is a result of the time it has taken both parties to respond to requests.  By way of example:  we provided you with a list of Microsoft professions on April 17, 2016.  Yet, as of your May 17 letter, you have failed to propose which professions should be included in your class definition.  Please provide your proposal as soon as possible.  Please also provide the career levels you believe are relevant to this dispute.

On our May 16 call, we discussed the merits of streamlining communications to maximize efficiency.  To this end, we proposed confining our written communications to one per week.  You recognized the value of streamlining communications and agreed to work any miscellaneous issues into your letters memorializing our meet and confer teleconferences, to the extent feasible.  In spite of having agreed to streamline communications, we received two letters from you on May 17.  As we stated on our May 16 call, your cooperation in consolidating communications will facilitate efficient discovery.  We reiterate our request that you consolidate your communications going forward.

**<u>Custodian Categories:</u>**

- Categories 2 and 3 – As you wrote in your May 17, 2016 letter, we agreed to conduct an analysis of the Yammer and distribution lists to identify lists from which we do not have custodial representation (if any).  However, we remind you that we continue to meet and confer in order to identify the relevant custodians for this matter.  We cannot complete this analysis until we finalize the list of custodians in this matter.
- Category 15 – Thank you for your proposal regarding the organizations from which you seek the HR Managers' documents.  Please provide an explanation as to why HR is included as an organization for purposes of category 15.  We previously agreed that HR is outside the

1

scope of the class in this case.

- Category 16 – In your May 18 letter, you suggest postponing custodial searches for the individuals identified in your initial disclosures until the merits phase of the case.  We are open to this option.  Please provide your proposal at your earliest convenience.

**RFP Responses**

As stated on our May 16, 2016 meet and confer call, we will not be in a position to finalize our Responses to your Requests for Production until we reach final agreement on the scope of the class.

**Privilege Log**

We will produce a privilege log this week.  As we have agreed, we will continue to produce the log on a rolling basis.

**Privilege Protection for Internal Complaints**

On our May 5, 2016 meet and confer teleconference, we agreed to provide a proposal regarding privilege protection for internal complaints.  We continue to work to formulate a proposal, but we note that this issue is tied to our ongoing negotiations regarding the scope of the class.   We continue to object to producing complaints outside the relevant time period and that are irrelevant to the case.  As we stated during our May 17 teleconference, we will make a proposal soon.

**Temporal Scope**

We will plan for a joint call to chambers today at 11:00 a.m.

We look forward to continuing to work with you.

Best regards,

Lauri

---

**From:** Shaver, Anne B. [mailto:ashaver@lchb.com]
**Sent:** Tuesday, May 17, 2016 5:21 PM
**To:** Damrell, Lauri A. <ldamrell@orrick.com>; Curtis, Wendy Butler <wcurtis@orrick.com>; Perry, Jessica R. <jperry@orrick.com>
**Cc:** Kelly M. Dermody <kdermody@lchb.com>; Adam Klein <atk@outtengolden.com>
**Subject:** Moussouris v. Microsoft - meet and confer letter

Counsel,

Please see the attached letter following up on yesterday's call, as well as attached employee

2

distribution list and Yammer group search terms.

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

**Anne B. Shaver**
ashaver@lchb.com
t 415.956.1000
f 415.956.1008
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.