# Exhibit U

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____

KATHERINE MOUSSOURIS, HOLLY MUENCHOW, and DANA PIERMARINI, on behalf of themselves and a class of those similarly situated,

           Plaintiffs,

  vs.                      Case No. 2:15-cv-01483-JLR

MICROSOFT CORPORATION,

           Defendant.

_____

**\*\* CONTAINS CONFIDENTIAL PORTIONS \*\***

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF

DANA PIERMARINI

_____

DATE:  June 9, 2016

REPORTED BY:  Holly J. Buckmaster, RPR

          CSR No. 2859

did you get this project," because in December, when we had our team meeting, David had announced in a slide that I would be the consumption lead and he said -- Jim said, "Yeah, I remember that.  In fact, I don't -- I don't know why -- I wondered myself why David had me doing this consumption project."

Q.    (BY MS. HERMLE) When -- you told us that Mr. Hoell told you that the complaint team would be reaching out to you?

A.    Uh-huh.

Q.    How quickly did that happen after your second meeting with Mr. Hoell in May?

A.    I'd say no more than a week.

Q.    And who reached out to you?

A.    Melinda De Lanoy.

Q.    Did you know her before she reached out to you?

A.    No.

Q.    Did she reach out to you by phone?

A.    Yes.

Q.    And what did you and Melinda discuss in the first call?

A.    Well, she, you know, set up the meeting and she kind of kicked it off by saying that she was a member of this team, this investigations team and that, you know, even though I sought -- I would see her -- LCA

next to her name and her title, that, you know, she really wasn't a lawyer in that capacity, that she was an investigator and that, you know, I could feel free to reach out to her if -- if I had any further questions.  And she was very clear that Microsoft took their anti-harassment and anti-discrimination and anti-retaliation very seriously and that, you know, she wanted to hear what my complaint was.

So I told her my complaint and gave her, you know, the chronological order and the dates and she wondered why it took so long for it to get to her when I first complained to Dick in April.

Q.   When she said what she said about being a lawyer, did she tell you she wasn't operating as a lawyer but she was on the ERIT team?

A.   Right, she said you'll see LCA in my title -- or in my name, e-mail address or what have you, but don't think of me as a lawyer, I -- I believe she said, I'm not acting as a lawyer, I'm acting as an investigator, my job is to, you know, investigate everything, you know, unbiased.

Q.   After you told her -- well, what did you tell her about your complaint?

A.   I would just give her all of the information, you know, in chronological order, that I had had the phone