# EXHIBIT B



Advocates for Workplace Fairness

July 14, 2016

**By E-mail**

Lynne C. Hermle
Jessica R. Perry
Megan M. Lawson
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
lchermle@orrick.com
jperry@orrick.com
megan.lawson@orrick.com

Wendy Butler Curtis
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, D.C. 20005
wcurtis@orrick.com

Lauri A. Damrell
Orrick Herrington & Sutcliffe LLP
400 Capitol Mall
Suite 3000
Sacramento, CA 95814
ldamrell@orrick.com

Mark S. Parris
Orrick Herrington & Sutcliffe LLP
701 5th Avenue, #5600
Seattle, WA 98104
mparris@orrick.com

Re:     *Moussouris, et al. v. Microsoft Corp.*, No. 2:15-cv-1483 (JLR)

Dear Counsel:

We write in response to your July 12 letter and to follow up on our July 5 letter and on the portions of our July 6 meet and confer call that addressed data discovery.

**July 5 Letter**

For the sake of completeness, we note that we are awaiting your responses to the issues we raised in our July 5 letter, including:

- Whether information from the following MS People fields can be made available for the entire class discovery period:  Acquisition Position Desc; Maximum Annual Salary Amt; Mid-Point Salary Amt; Minimum Annual Salary Amt; On Hire Grant Price; Velocity.
- Complete production of value ranges for the MS People, MRT, and Performance@Microsoft fields we requested.
- An explanation of how HeadTrax promotions data is maintained and whether, in fact, there is non-duplicative promotions data residing in HeadTrax.

**New York**  3 Park Avenue  29th Floor   New York, NY 10016   Tel (212) 245-1000 Fax (646) 509-2060
**Chicago**   161 N Clark Street  Suite 4700   Chicago, IL 60601   Tel (312) 809-7010 Fax (312) 809-7011
**San Francisco**  One Embarcadero Street  38th Floor   San Francisco, CA 94111   Tel (415) 638-8800 Fax (415) 638-8810

www.outtengolden.com

July 14, 2016
Page 2 of 7

- A response to our request for the data underlying Microsoft's internal compensation study, the results of which Microsoft published on its official blog on April 11, 2016, including the specifications of the model used to generate the study's results.

**MS People, MRT, and Performance@Microsoft Field Values**

Thank you for producing most of the value ranges for the fields we requested from MS People and MRT, and for promising to produce the Performance@Microsoft field values. For some value ranges, the meanings of the values are not clear. Please provide definitions, where possible, of each of the potential values you produced for the fields below. We also noted specific questions below, including, for example, asking why some value ranges appear limited to Sales positions:

MS People

- Career Stage
  o The values do not appear to be comprehensive, given that there are several Career Stage values in the Job Career Stage Report produced by Microsoft (MSFT_MOUSSOURIS_00010979) that are not reflected in the range you provided. Please also confirm that the Job Career Stage Report includes all Professions occupied by Technical Employees (as defined, for purposes of discovery only, in Plaintiffs' Second Set of Requests for Production of Documents) at Microsoft, and confirm whether the information in this report is accurate for the entire class discovery period.
- Career Stage Override
  o Is this range limited to Sales positions?
- Career Stage Profile Override
  o Is this range limited to Sales positions?
- AAP Category
- AAP Code
- Bad Attrition Detail
- Incentive Plan Type
- Quality of Hire Rating
- Quality of Hire Rating Desc
- Potential Rating
  o Please explain the difference between this and Existing HiPo in MRT.
- Discipline
  o Why is only Solution Sales listed?
- Org and Org Detail and Org Summary
  o These values do not appear to be an exhaustive list of organizations at Microsoft. For example, Org Summary only includes values for SMSG. Can you confirm whether other values are available?
- Profession
  o Why is only Sales listed?

July 14, 2016
Page 3 of 7

MRT

- Key Talent Award Rule
- Existing HiPo
  - Please explain the difference between this and Potential Indicator in MS People.
- Current SAP Code
  - Please explain why this has only one value.
- Company Code
- Bonus Matrix
- Merit Matrix
- Pay Scale Type Code

## MRT, Performance@Microsoft, and NRP Data Export

Thank you for your proposal regarding production of structured data.  We agree to your proposal, with the caveat that we need to request some additional fields in the structured data production that should be produced.  We also have questions about additional fields listed below, and we need answers to these questions to determine whether any other fields should be produced.  We believe we are very close to resolving the format and content of the production and thank you for all of your efforts towards a resolution.

We request that Microsoft add the following fields to the production:

MRT FY 2014, 2015, and 2016 – Additional Fields Requested

1. Promotion Amount
2. Zero Rewards
3. Peer Group (if different from Stock Level Group in MS People)
4. Level Band (if different from Stock Level Group in MS People)
5. Months in Level
6. Final Approver
7. Direct Manager
8. Rewards Eligible
9. Promotion Eligible
10. Merit Eligible
11. Stock Eligible
12. Adjustment Eligible
13. Bonus Eligible
14. Key Talent Eligible
15. Bonus Eligible Salary
16. Promotion Exceptions
17. Merit Amount
18. Bonus
19. Stock Award
20. New Salary/New Hourly Rate
21. Adjustment Amount/Adjustment Hourly Rate
22. New Level

July 14, 2016
Page 4 of 7

23. New Pay Level
24. Initial Manager Slider Position
25. Slider Percent [or explain how this is related to Current Position of Slider]
26. Paid LOA Days

MRT Promotions and NRP – Additional Fields Requested

1.  Approver
2.  Promotion Amount
3.  Exception Comments
4.  Exception
5.  Rewards Promotion
6.  Multi-Level Promotion
7.  New Level
8.  New Profession
9.  New Discipline
10. New Standard Title
11. New Salary/Hourly Rate
12. Completed Promo Count

Performance@Microsoft – Additional Fields Requested

1.  Recommended Commitment Rating
2.  Bonus Eligible Salary
3.  P@M Eligibility
4.  Bonus Eligibility
5.  Stock Eligibility
6.  Ratings Eligibility
7.  Salary Increase Eligibility
8.  Exception
9.  Delayed Approval
10. Promotion Amount
11. Personnel #
12. Merit Amount
13. Promotion Indicator Flag
14. New Salary
15. Bonus Amount
16. New Pay Level
17. New Stock Level
18. Adjustment Amount

Please define the fields below and confirm they are not related to compensation, promotion, and performance evaluation decisions at Microsoft.

July 14, 2016
Page 5 of 7

MRT FY 2014, 2015, and 2016 – Questions

1.  Bonus Flex
2.  Quota Exception Reason
3.  Quota Exception Justification
4.  Position # (confirm we can get a proxy for this in MS People)
5.  Permission Level
6.  International Assignee
7.  Salary Structure
8.  Employment %
9.  Standard Work Hours
10. Merit %
11. Rewards 2x or 3x
12. Bonus Matrix
13. Multiple Maximum Multiples
14. HR Notes
15. Bonus %
16. Currency Changed (confirm we would have no concerns about currency fields for class)
17. Salary Structure Changed
18. Stock Group
19. Company Code
20. Current SAP Company
21. Key Talent Stock Award Value
22. MSAA HR Notes
23. New Salary Structure
24. Change in Role
25. IsMSAAeligible
26. IsSPSAeligible
27. IsIPSPSAeligible
28. LSAValue
29. IsMSAAproved
30. CurrentLSAAmount
31. ISPSPAApproved

MRT Promotions and NRP – Questions

1.  In progress promotion period
2.  Promotion %
3.  Above Salary Structure Maximum
4.  Below Salary Structure Minimum
5.  Salary Structure Changed

Performance@Microsoft – Questions

1.  Performance Manager
2.  Reward Manager
3.  Merit %

17

July 14, 2016
Page 6 of 7

4. Bonus Target
5. Multiple Max Multiples
6. Employment %
7. International Assignee
8. Resident Guest Employee
9. Function Summary
10. HR Notes
11. Stock Notes
12. Reviewer Notes
13. Salary Plan
14. BonusMatrix
15. MeritMatrix
16. StockGuidelines
17. SalaryBudgets
18. StockDefault
19. AdjustmentMatrix
20. MSAAOffer
21. TargetIPSPSAAward
22. Promo %
23. Adjustment %
24. Adjustment Amount
25. #SPSA Target Award
26. Bonus Advance or CBI Advance
27. Actual IPSPSA Award
28. Total SPSA
29. Total Current Fiscal Year Target SPSA
30. Current Fiscal Year SPSA Target
31. Actual SPSA
32. Promotion Matrix
33. Key Talent Stock %
34. Key Talent Stock Amount
35. LSAUpliftInd
36. IsMSAAeligible
37. IsSPSAeligible
38. IsIPSPSAeligible

July 14, 2016
Page 7 of 7

       We are available tomorrow, July 15 between 1:00 p.m. and 3:00 p.m. Eastern time, or Monday, July 18 between 3:00 p.m. and 6:00 p.m. Eastern time, to meet and confer on these topics.  Please let us know if you are available during either of those times, or if not, please propose alternative times.

Sincerely,

Adam T. Klein

cc:     Plaintiffs' counsel