THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHERINE MOUSSOURIS, HOLLY MUENCHOW, and DANA PIERMARINI, on behalf of themselves and a class of those similarly situated,

Plaintiffs,

v.

MICROSOFT CORPORATION

Defendant.

Case No.  2:15-cv-01483-JLR

**DECLARATION OF OSSAI MIAZAD IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OF LAW REGARDING PLAINTIFFS' REQUEST FOR COMPANY AUDIT DOCUMENTS**

DECL. OF MIAZAD RE DISCOVERY DISPUTES
CASE NO. 2:15-CV-01483-JLR
1310231.1

- 1 -

OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Tel. 212.245.1000

I, Ossai Miazad, declare:

1.      I am a partner at Outten & Golden LLP ("O&G"), attorneys for Plaintiffs and the proposed class in the above-captioned class action.  I make these statements based on personal knowledge and would so testify if called as a witness.

2.      This Declaration is submitted in support of Plaintiffs' Supplemental Memorandum of Law Regarding Plaintiffs' Request for Company Audit Documents.

3.      I am a member in good standing of the bar of New York, and have been admitted to this case *pro hac vice*.

4.      Attached hereto as **Exhibit A** is a true and correct copy of the Letter from Lauri Damrell to Plaintiffs' counsel dated July 15, 2016.

5.      Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the Deposition Transcript of J. Ritchie (June 29, 2016).

6.      Attached hereto as **Exhibit C** is a true and correct copy of "Ensuring equal pay for equal work," which appeared in the Official Microsoft Blog (Kathleen Hogan).

7.      Attached hereto as **Exhibit D** is a true and correct copy of the July 14, 2016 Letter from Plaintiffs' Counsel Adam Klein to Defendant's Counsel.

8.      Attached hereto as **Exhibit E** is a true and correct copy of MSFT_MOUSSOURIS_00021778 (Mar. 16, 2015 email from Maoni Stephens to Jules Dickerson discussing request for diversity data from HR);

9.      Attached hereto as **Exhibit F** is a true and correct copy of MSFT_MOUSSOURIS_00022456 (Feb. 18, 2016 email from Pankaj Sharma to Matthew Kerner discussing CEO-commissioned study of pay discrepancies between men and women).

DECL. OF MIAZAD RE DISCOVERY DISPUTES
CASE NO. 2:15-CV-01483-JLR                     - 2 -
1310231.1

OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Tel. 212.245.1000

* * *

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in New York, New York on July 20, 2016.


　　　　　　　　　　　s/ Ossai Miazad
　　　　　　　　　　　Ossai Miazad

DECL. OF MIAZAD RE DISCOVERY DISPUTES
CASE NO. 2:15-CV-01483-JLR                    - 3 -
1310231.1

OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Tel. 212.245.1000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing and all documents attached hereto were served July 20, 2016 upon counsel of record via service by ECF.


                       /s/ Elizabeth V. Stork
                          Elizabeth Stork

DECL. OF MIAZAD RE DISCOVERY DISPUTES
CASE NO. 2:15-CV-01483-JLR
1310231.1

- 1 -

OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Tel. 212.245.1000