# Exhibit B

Case 2:15-cv-01483-JLR   Document 92-2   Filed 07/20/16   Page 2 of 4

Deposition of John Adrian Ritchie, 30(b)(6) for Microsoft Corporation     MOUSSOURIS, et al. vs. MICROSOFT CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON


KATHERINE MOUSSOURIS, HOLLY          )

MUENCHOW, and DANA PIERMARINI,       )

on behalf of herself and a          )

class of those similarly situated, )

    Plaintiffs,                     )

 vs.                                  ) No. 15-CV-1483(JLR)

MICROSOFT CORPORATION,               )

    Defendant.                      )

_____)


CONFIDENTIAL

30(b)(6) DEPOSITION OF JOHN ADRIAN RITCHIE

VOLUME I

(Pages 1 through 279, Inclusive)

JUNE 29, 2016


REPORTED BY:  ROSALIE A. KRAMM, CSR NO. 3399, CRR

Q.   That's the same use we have been doing all day.

Auditing, in your capacity in HR, do you know what auditing means?

A.   I think of auditing as being a financial standard.

Q.   Okay.  Are you aware of any audits the company conducts outside of Sarbanes-Oxley type audits?

MS. PERRY:  Object to form.

THE WITNESS:  I'm not sure what all audits are, within Sarbanes-Oxley or not.

BY MS. GEMAN:

Q.   Let me ask it a little bit differently.

Are you aware of any audits, reviews, look-backs conducted by anyone at Microsoft with respect to performance systems?

MS. PERRY:  Object to form.

THE WITNESS:  I previously testified we took surveys on employee perceptions, managers' perceptions, satisfaction.  I don't know if you would consider that an audit or not.  But it is a post-facto look.

BY MS. GEMAN:

Q.   Anything else that you would consider auditing or auditing-like of the performance systems of anyone at Microsoft?

MS. PERRY:  Object to form.

THE WITNESS:  There is a review that legal performs.

BY MS. GEMAN:

Q.   Have you had any involvement with that review?

A.   I have not.

Q.   Does legal perform a review every year?

MS. PERRY:  Object to form.

If you know.

THE WITNESS:  It's my belief they do.

BY MS. GEMAN:

Q.   How is it you came to be aware of this annual review under performance systems by legal?

MS. PERRY:  I'll just caution you not to disclose any information that was communicated to you by counsel.

THE WITNESS:  It was communicated to me by counsel.

BY MS. GEMAN:

Q.   Have you ever seen the reviews conducted by legal?

A.   No.

Q.   Have you ever had any duties or responsibilities to furnish information to legal?

A.   Personally, no.

Q.   Do people under your direction have duties to