# Exhibit C

 Microsoft

  

## Official Microsoft Blog ⌄

# Ensuring equal pay for equal work

Posted April 11, 2016 By **Kathleen Hogan** - *Executive Vice President, Human Resources*

461       799

One of the most important aspects of our evolving culture at Microsoft is our deep commitment to building a more diverse and inclusive workforce. If we want to build products and services for everyone on the planet, we need to represent everyone on the planet. Having a diverse and inclusive workforce is indeed a powerful bridge to the markets and people we serve.



A year and a half ago, our CEO, Satya Nadella, set out three areas of focus for Diversity & Inclusion at Microsoft: recruiting more diverse talent; expanding training to foster a more diverse and inclusive culture; and ensuring equal pay and equal opportunity. At that time, for every $1 earned by men, our female employees in the U.S. earned 99.7 cents at the same job title and level.

## Featured Posts

**Microsoft announces technology innovations at Worldwide Partner Conference, opening up new opportunities for partners**

For the latest innovations that translate into business success, look … **Read more »**

**Digital transformation ignites higher margins, faster growth for Microsoft partners**

If I could choose one word to define the Microsoft … *Read more »*

**Microsoft Imagine Cup judges unveiled and they are out of this world**

Imagine Cup is a magical time at Microsoft. It's a … *Read more »*

## Popular Posts

**Introducing Microsoft Stream: the secure destination to**

With that as a backdrop and in recognition of April 12 as National Equal Pay Day (which originated in 1996 as a public awareness event to illustrate the gap between men's and women's wages), I wanted to share our most recent data, not only for women, but also for racial and ethnic minorities in the U.S.:

**99.8¢**
earned by women for every $1 earned by men with the same job title and level in the U.S.

**$1.00**
earned by racial/ethnic minorities for every $1 earned by Caucasian employees with the same job title and level in the U.S.

Today, for every $1 earned by men, our female employees in the U.S. earn 99.8 cents at the same job title and level. Racial and ethnic minorities in the U.S. combined earn $1.004 for every $1 earned by their Caucasian counterparts. Breaking it down even further, African American/black employees are at $1.003; Hispanic/Latino(a) employees are at 99.9 cents; and Asian employees are at $1.006 for every $1 earned by Caucasian employees at the same job title and level, respectively.

These numbers reflect our commitment to equal pay for equal work, and I'm encouraged by these results. We will continue our commitment to equal pay by monitoring this data and publicly disclosing it as part of our annual public diversity and inclusion information and data reporting. We will also continue work to ensure that all of our employees have equal opportunity.

Our announcement today is another step forward along the path of greater diversity and inclusion progress at

manage and share videos for businesses of all sizes



Video is one of the most powerful ways we connect, ...
*Read more »*

## Microsoft Worldwide Partner Conference showcases big plans with GE, new Windows subscriptions for businesses and why Facebook uses Office 365 — Weekend Reading: July 15 edition



The sold-out 2016 Microsoft Worldwide Partner Conference (WPC) in Toronto, ...
*Read more »*

## Microsoft announces technology innovations at Worldwide Partner Conference, opening up new opportunities for partners



For the latest innovations that translate

Microsoft, and in society as a whole. Along with our industry peers, the mission of landing intentional, enduring and impactful diversity and inclusion initiatives is one will we continue to pursue vigilantly.

into business success, look …

Back to top

*Read more »*

| | |
|---|---|
| **Tags** | uncategorized |

Share this post:

## Related Stories

### SAP and Microsoft's expanded partnership, custom universal Windows 10 apps for the PGA Tour and Internet of Things for everybody — Weekend Reading: May 20 edition

 In this edition of Weekend Reading, we'll catch you up on the week's big moments, … *Read more »*

### Hulu Plus for Windows Phone 8 hits the Windows Phone Store

 If you're a fan of shows like "Modern Family," "Family Guy" or "Community," you'll be … *Read more »*

### Poll: What Excited You Most About BUILD?

Last week, Microsoft made a series of announcements at the BUILD developer conference in Anaheim, … *Read more »*

## Corporate Blogs

Corporate Citizenship Blog
Internet of Things
Cyber Trust Blog
Microsoft on the Issues
Next at Microsoft
Official Microsoft Blog
The Fire Hose

## Windows

Windows Blogs

## Office

Office Blogs

## Business & Enterprise

Dynamics

## Devices

Microsoft Devices
Xbox Wire

## Services

Skype Blogs
Bing Blogs

## Server & Cloud

Microsoft Azure Blog
Server & Tools Blogs

## Developers & IT Pros

Developer Tools Blogs

Contact Us     Terms of Use     Trademarks     Privacy & Cookies     About our ads

© 2016 Microsoft Corporation. All Rights Reserved.