# Exhibit E

# Defendant has Designated this Document Confidential. The Parties Will Confer Regarding Filing the Document.