# Exhibit F

**Defendant has Designated this Document Confidential. The Parties Will Confer Regarding Filing the Document.**