The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| KATHERINE MOUSSOURIS, HOLLY MUENCHOW, and DANA PIERMARINI, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION<br><br>Defendant. | Case No. C-15- 1483-JLR<br><br>[PROPOSED] ORDER GRANTING MOTION TO SEAL |

[PROPOSED] ORDER
NO. C-15-1483-JLR

1313507.1

1   This matter having come before the Court, and the Court having considered the pleadings
2   and papers filed by the parties, any arguments of counsel, and all other matter properly before the
3   Court, the Court rules as follows:
4   **IT IS HEREBY ORDERED THAT** Plaintiffs' motion to file the documents described in
5   their motion under seal is **GRANTED**.

Dated: 3 August 2016

_____
The Honorable Judge James L. Robart