UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE MOUSSOURIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | CASE NO. C15-1483JLR <br><br> ORDER |

The court has received the parties' joint letter seeking to modify the case schedule and obtain a court order pursuant to Federal Rule of Evidence 502(d). (Joint Letter (Dkt. # 137).) The parties submitted the letter pursuant to the court's order that before filing future motions, the parties must seek leave of the court by filing a joint letter setting forth the issue or issues to be decided.[1] (*See* 9/7/16 Min. Entry (Dkt. # 120).) The court

---

[1] The court DIRECTS the parties to file any future such letters on the electronic docket instead of mailing them to chambers.

ORDER - 1

1  GRANTS the parties leave to file their letter in the form of a joint motion and proposed
2  order or orders. While the motion is pending, the court suspends the February 10, 2017,
3  deadline for Plaintiffs' brief regarding pre-class certification privilege log challenges.
4  (*See* Letter at 2; Sched. Order (Dkt. # 136) at 2.)
5  Dated this 9th day of February, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2