THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHERINE MOUSSOURIS, HOLLY MUENCHOW, and DANA PIERMARINI, on behalf of themselves and a class of those similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MICROSOFT CORPORATION<br><br>　　　　　Defendant. | Case No. 2:15-cv-01483-JLR<br><br>ORDER<br>~~JOINT PROPOSAL~~ RE: BRIEFING SCHEDULE FOR CLASS CERTIFICATION AND EXPERT WITNESSES |

JOINT PROPOSAL RE: SCHEDULE
Case No. 2:15-cv-01483-JLR
1344416.2

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
TELEPHONE: 415.956.1000
FACSIMILE: 415.956.1008

Pursuant to the Court's February 15, 2017 Order (Dkt. 141), the parties are to submit a proposal for the briefing schedule on class certification and expert witnesses by April 14, 2017, the date on which Plaintiffs will submit their reply in support of their pending motion to compel documents withheld for attorney client privilege and/or work product. (Dkt. 147.)

The parties respectfully alert the Court that the unknown timing of pending events would likely cause the parties to propose a schedule farther out than they or the Court might prefer. Two 30(b)(6) depositions – on the topics of internal gender audits and internal employee complaints - have been put on hold until the motion is resolved, and should the Court grant the motion in full or in part, Microsoft will have to produce more documents before the depositions take place. This is the only outstanding pre-class certification discovery,[1] and the time period to complete pre-class certification discovery is otherwise closed.

Once the parties know the outcome of the Court's order on Plaintiffs' motion to compel, they can make an informed proposal as to how much time will be needed to complete the two 30(b)(6) depositions, produce documents in the event the Court grants Plaintiffs' motion, and prepare the class certification and expert witness materials. The parties therefore propose that they jointly submit a proposed schedule within three business days after the Court rules on the motion to compel.

Dated: April 8, 2017

It is so ordered.

Dated this 11th day of April, 2017.

_____
James L. Robart
UNITED STATES DISTRICT JUDGE

---

[1] On March 14, 2017, Microsoft alerted Plaintiffs that it had identified additional fields of relevant structured data that it intended to produce. Microsoft produced this data on March 21, 2017. There may be residual issues as Plaintiffs ask questions to understand and verify the data. There are also outstanding questions that Plaintiffs have posed to Microsoft regarding data already produced, and that Microsoft is still working to answer.

JOINT PROPOSAL RE: SCHEDULE
Case No. 2:15-cv-01483-JLR
1344416.2

-1-

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
TELEPHONE: 415.956.1000
FACSIMILE: 415.956.1008

| | |
|---|---|
| **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP** | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| By: /s/ Anne B. Shaver | By: /s/ Mark S. Parris |
| Kelly M. Dermody (admitted *pro hac vice*) | Mark S. Parris (WSBA No. 13870) |
| Anne B. Shaver (admitted *pro hac vice*) | mparris@orrick.com |
| Michael Levin-Gesundheit (admitted *pro hac vice*) | 701 Fifth Avenue |
| Yaman Salahi (admitted *pro hac vice*) | Suite 5600 |
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** | Seattle, Washington 98104-7097 |
| 275 Battery Street, 29th Floor | Telephone: 206-839-4300 |
| San Francisco, CA 94111-3339 | Facsimile: 206-839-4301 |
| Telephone: (415) 956-1000 | |
| Facsimile: (415) 956-1008 | Lynne C. Hermle (Admitted Pro Hac Vice) |
| E-Mail: kdermody@lchb.com | Jessica R. Perry (Admitted Pro Hac Vice) |
| E-Mail: ashaver@lchb.com | lchermle@orrick.com |
| E-Mail: mlevin@lchb.com | jperry@orrick.com |
| E-Mail: ysalahi@lchb.com | 1000 Marsh Road |
| | Menlo Park, California 94025 |
| | Telephone: 650-614-7400 |
| | Facsimile: 650-614-7401 |
| Sharon M. Lee (Wash. Bar No. 37170) | **MICROSOFT CORPORATION** |
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** | |
| 2101 Fourth Avenue, Suite 1900 | By: /s/ |
| Seattle, WA 98121 | David Howard (WSBA #45211) |
| Telephone: (206) 739-9059 | Corporate Vice President and General Counsel, Litigation |
| Facsimile: (415) 956-1008 | dhoward@micrsoft.com |
| E-Mail: slee@lchb.com | 1 Microsoft Way |
| | Redmond, Washington 98052-8300 |
| | Telephone: 425-704-7685 |
| | |
| | *Attorneys for Defendant Microsoft Corporation* |
| Rachel J. Geman (admitted *pro hac vice*) | |
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** | |
| 250 Hudson Street, 8th Floor | |
| New York, NY 10013-1413 | |
| Telephone: (202) 355-9500 | |
| Facsimile: (202) 355-9592 | |
| E-Mail: rgeman@lchb.com | |

JOINT PROPOSAL RE SCHEDULE
Case No. 2:15-cv-01483-JLR
1344416.2

-2-

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
TELEPHONE: 415.956.1000
FACSIMILE: 415.956.1008

| | |
|---|---|
| 1 | Michael Subit (Wash. Bar No. 29189) |
| 2 | **FRANK FREED SUBIT & THOMAS LLP** |
| | 705 Second Avenue, Suite 1200 |
| 3 | Seattle, WA 98104 |
| | Telephone: (206) 682-6711 |
| 4 | Facsimile: (206) 682-0401 |
| 5 | E-Mail: msubit@frankfreed.com |
| 6 | Adam T. Klein (admitted pro hac vice) |
| | Ossai Miazad (admitted pro hac vice) |
| 7 | Elizabeth V. Stork (admitted pro hac vice) |
| | **OUTTEN & GOLDEN LLP** |
| 8 | 3 Park Avenue, 29th Floor |
| | New York, NY 10016 |
| 9 | Telephone: (212) 245-1000 |
| 10 | Facsimile: (212) 977-4005 |
| | E-Mail: ATK@outtengolden.com |
| 11 | E-Mail: OM@outtengolden.com |
| | E-Mail: estork@outtengolden.com |
| 12 | |
| 13 | Jahan C. Sagafi (admitted pro hac vice) |
| | Katrina L. Eiland (admitted pro hac vice) |
| 14 | **OUTTEN & GOLDEN LLP** |
| | One Embarcadero Center, 38th Floor |
| 15 | San Francisco, California 94111 |
| | Telephone: (415) 638-8800 |
| 16 | Facsimile: (415) 638-8810 |
| 17 | E-Mail: jsagafi@outtengolden.com |
| | E-Mail: keiland@outtengolden.com |
| 18 | |
| 19 | *Attorneys for Plaintiffs and the proposed Class* |

JOINT PROPOSAL RE: SCHEDULE
Case No. 2:15-cv-01483-JLR
1344416.2

-3-

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
TELEPHONE: 415.956.1000
FACSIMILE: 415.956.1008

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing and all documents attached hereto were served April 8, 2017 upon counsel of record via service by ECF.

*/s/ Anne B Shaver*
Anne B Shaver

JOINT PROPOSAL RE: SCHEDULE
Case No. 2:15-cv-01483-JLR
1344416.2

-4-

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
TELEPHONE: 415.956.1000
FACSIMILE: 415.956.1008