THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHERINE MOUSSOURIS, HOLLY MUENCHOW, and DANA PIERMARINI, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 2:15-cv-01483-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR OBJECTIONS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION**<br><br>NOTE ON MOTION CALENDAR:<br>June 21, 2017 |

STIPULATION AND [PROPOSED] ORDER
RE: 2:15-cv-01483-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300

WHEREAS, the Court appointed Michelle Peterson to serve as Special Master pursuant to Rule 53 of the Federal Rules of Civil Procedure and the terms of the Court's Order Appointing the Special Master (Dkt. No. 191);

WHEREAS, the Court ordered that a party must file any objection to the report and recommendation of the Special Master within ten (10) days of the report and recommendation's entry on the docket, pursuant to Rule 53(f);

WHEREAS, the Court ordered that the parties shall note and brief any objections as second-Friday motions, pursuant to W.D. Wash. LCR 7(d)(2);

WHEREAS, the Special Master issued a Report and Recommendation regarding Plaintiff's Motion to Compel documents withheld for privilege and/or work product, and the report was entered on the docket on June 12, 2017 (Dkt. No. 196).

WHEREAS, Plaintiffs will be filing one objection to the Special Master's Report and Recommendation limited only to the issue of waiver as it pertains to the April 2016 Equal Pay Study;

WHEREAS, Microsoft's primary client contact will be unavailable due to unexpected surgery starting June 27, 2017 through July 7, 2017, and Microsoft's two secondary contacts are also unavailable through July 4, 2017 due to pre-planned international travel;

WHEREAS, the parties met and conferred regarding counsel's unavailability and agreed to propose an adjustment of the schedule which comports with the second-Friday motion schedule set forth in W.D. Wash. LCR 7(d)(2);

THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Plaintiffs shall file their limited objections to the Special Master's Report and Recommendation by Thursday, July 6, 2017.

Defendant shall file its response to Plaintiffs' objections by Wednesday, July 12, 2017.

Plaintiffs shall file their reply to Defendant's response by Friday, July 14, 2017.

///

///

///

STIPULATION AND [PROPOSED] ORDER
RE: 2:15-cv-01483-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: June 21, 2017                    ORRICK, HERRINGTON & SUTCLIFFE LLP


By: s/*Mark. S. Parris*
    Mark S. Parris (WSBA No. 13870)
    mparris@orrick.com

    701 Fifth Avenue
    Suite 5600
    Seattle, WA  98104-7097
    Telephone:  +1 206 839 4300
    Facsimile:  +1 206 839 4301

Attorneys for Defendant

Dated: June 21, 2017                    MICROSOFT CORPORATION


By: *s/David Howard*
    David Howard (WSBA No. 45211)
    Corporate Vice President and Deputy General Counsel, Litigation
    dhoward@microsoft.com

    1 Microsoft Way
    Redmond, WA  98052

    Telephone:  +1-425-704-768


Dated:  June 21, 2017                   FRANK FREED SUBIT & THOMAS LLP


By: *s/Michael Subit*
    Michael Subit (WSBA No. 29189)
    msubit@frankfreed.com

    705 Second Avenue, Suite 1200
    Seattle, WA  98104
    Telephone:  +1 206 682-6711
    Facsimile:  +1 206 682-0401

Attorneys for Plaintiff and the Proposed Class

STIPULATION AND [PROPOSED] ORDER
RE: 2:15-cv-01483-JLR                    - 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

1  IT IS SO ORDERED:

2

3  Dated: 6/21/17

_____
The Honorable James L. Robart

STIPULATION AND [PROPOSED] ORDER
RE: 2:15-cv-01483-JLR

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2017, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

DATED: June 21, 2017

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *s/Mark S. Parris*
Mark S. Parris (WSBA No. 13870)
mparris@orrick.com

701 Fifth Avenue, Suite 5600
Seattle, WA 98104-7097
Telephone: 206-839-4300
Facsimile: 206-839-4301

STIPULATION AND [PROPOSED] ORDER
RE: 2:15-cv-01483-JLR
- 4 -
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300