The Honorable James L. Robart

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  WESTERN DISTRICT OF WASHINGTON

10                            AT SEATTLE

11   KATHERINE MOUSSOURIS, HOLLY
     MUENCHOW, and DANA PIERMARINI, on
12   behalf of themselves and a class of those          Case No. 2:15-cv-01483-JLR
     similarly situated,
13                                                       **JOINT STATEMENT AND**
                    Plaintiff,                           **[PROPOSED] ORDER RE CLASS**
14                                                       **DISCOVERY AND BRIEFING**
            v.                                           **SCHEDULE AND PROPOSED**
15                                                       **REDACTIONS TO THE COURT'S**
     MICROSOFT CORPORATION,                              **ORDER**
16
                    Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104
+1 206 839 4300

## CLASS DISCOVERY AND BRIEFING SCHEDULE

Pursuant to the Court's April 11, 2017 Order (Dkt. # 176) and July 27, 2017 Order (Dkt. # 223), Plaintiffs Katherine Moussouris, Holly Muenchow and Dana Piermarini, and Defendant Microsoft Corporation, by and through their respective counsel, respectfully propose the following class discovery and class certification deadlines:

1.     The deadline for Defendant to complete production of revised privilege logs pursuant to Special Master Michelle Peterson's Report and Recommendation [Dkt. No. 196 (preliminarily sealed)] is August 14, 2017.

2.     The deadline for the Parties to complete meet and confer on the completeness of production of the newly-produced documents and documents flagged by the Special Master in the revised privilege logs is August 28, 2017.  (The Special Master may complete her work after that date, if needed.)

3.     The deadline to complete the two remaining 30(b)(6) depositions - on the topics of internal gender audits and internal employee complaints - is September 22, 2017.

4.     The deadline for Plaintiffs to file their motion for class certification and opening expert reports and produce expert data output to Microsoft is October 27, 2017.

5.     The dates for Microsoft to depose Plaintiffs' putative class member declarants in support of Plaintiffs' class certification motion are November 6 through 20, 2017.

6.     The deadline for Defendant to file its opposition to the motion for class certification and responding expert reports and produce its expert data output to Plaintiffs is January 5, 2018.

7.     The dates for Plaintiffs to depose Microsoft's putative class member declarants in support of Microsoft's opposition to Plaintiffs' class certification motion are January 15 through 29, 2018.

8.     The deadline for Plaintiffs to file their reply in support of their motion for class certification and rebuttal expert reports is February 9, 2018.

JOINT STATEMENT AND [PROPOSED]
ORDER RE CLASS DISCOVERY AND
BRIEFING SCHEDULE
Case No. 2:15-CV-01483-JLR

-1-

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104
+1 206 839 4300

1   9.   The deadline for the Parties to file their motions to exclude experts is February

2   23, 2018.

3   10.   The deadline for the Parties to file their oppositions to the motions to exclude

4   experts is March 9, 2018.

5   11.   The deadline for the Parties to file their replies in support of their motions to

6   exclude experts is March 16, 2018.

7   12.   The deadline for Defendant to file its motion for summary judgment of the

8   named Plaintiffs' claims is March 15, 2018, to be noted for April 6, 2018 pursuant to Local

9   Rule 7(d)(3) regarding fourth Friday motions.

10   13.   The deadline for Plaintiffs to file their opposition to Microsoft's motion for

11   summary judgment is April 2, 2018.

12   14.   The deadline for Microsoft to file its reply in support of its motion for summary

13   judgment is April 6, 2018.

14   **REDACTIONS TO COURT ORDER (DKT. # 223)**

15   Pursuant to the Court's July 27, 2017 Order (Dkt. # 223), the parties met and conferred

16   to jointly determine which portion of the Court's Order to redact.  Counsel for Microsoft sent

17   its proposed redactions to Plaintiffs' counsel on August 1, 2017.  On August 3, 2017, the

18   parties further met and conferred via teleconference and agreed upon revised redactions.

19   As required by the Court's Order, attached hereto as Exhibit A is a copy of the Order

20   with Microsoft's proposed redactions, which Plaintiffs do not object to.  Specifically,

21   Microsoft requests that the following portions of the Order be sealed: Page 3 lines 2-7, 11-13,

22   20-22; page 7 lines 4-5, 21-22.

23

24

25

26

27

28

JOINT STATEMENT AND [PRPOSED]
ORDER RE CLASS DISCOVERY AND
BRIEFING SCHEDULE
Case No. 2:15-CV-01483-JLR

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104
+1 206 839 4300

1   Dated:  August 7, 2017                FRANK FREED SUBIT & THOMAS LLP

2

3                                          By:  *s/Michael Subit*
                                                Michael Subit (WSBA No. 29189)
4                                               msubit@frankfreed.com

5                                               705 Second Avenue, Suite 1200
                                                Seattle, WA  98104
6                                               Telephone:  +1 206 682-6711
                                                Facsimile:  +1 206 682-0401
7
                                                Attorneys for Plaintiffs and the Proposed
8                                               Class

9   Dated:  August 7, 2017                ORRICK, HERRINGTON & SUTCLIFFE LLP

10

11                                         By:  *s/Mark S. Parris*
                                                Mark S. Parris (WSBA No. 13870)
12                                              mparris@orrick.com

13                                              701 Fifth Avenue
                                                Suite 5600
14                                              Seattle, WA  98104-7097
                                                Telephone:  +1 206 839 4300
15                                              Facsimile:  +1 206 839 4301

16                                              Attorneys for Defendant

17   Dated:  August 7, 2017               MICROSOFT CORPORATION

18

19                                         By:  *s/David Howard*
                                                David Howard (WSBA No. 45211)
20                                              Corporate Vice President and Deputy General
                                                Counsel, Litigation
21                                              dhoward@microsoft.com

22                                              1 Microsoft Way
                                                Redmond, Washington  98052
23
                                                Telephone:  +1-425-704-768
24

25

26

27

28

JOINT STATEMENT AND [PRPOSED]
ORDER RE CLASS DISCOVERY AND                            - 3 -
BRIEFING SCHEDULE
Case No. 2:15-CV-01483-JLR

1

# [PROPOSED] ORDER

2 IT IS SO ORDERED.

3

4 Dated: 10 August 2017

5 _____

The Honorable Judge James L. Robart

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATEMENT AND [PRPOSED]
ORDER RE CLASS DISCOVERY AND
BRIEFING SCHEDULE
Case No. 2:15-CV-01483-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 5ᵗʰ Avenue, Suite 5600
Seattle, Washington 98104
+1 206 839 4300

1

2

## CERTIFICATE OF SERVICE

3  I hereby certify that on August 7, 2017, I caused the foregoing document to be

4 electronically filed with the Clerk of the Court using the CM/ECF system which will send

5 notification of the filing to all counsel of record.

6

7 DATED:  August 7, 2017     ORRICK, HERRINGTON & SUTCLIFFE LLP

8

9            By: _s/Mark S. Parris_

               Mark S. Parris (WSBA No. 13870)

10               mparris@orrick.com

11               701 Fifth Avenue, Suite 5600

               Seattle, WA  98104-7097

12               Telephone:   206-839-4300

               Facsimile:    206-839-4301

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATEMENT AND [PRPOSED]
ORDER RE CLASS DISCOVERY AND   - 5 -
BRIEFING SCHEDULE
Case No. 2:15-CV-01483-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104
+1 206 839 4300