United States District Court

Western District of Washington

| | |
|---|---|
| KATHERINE MOUSSOURIS, HOLLY MUENCHOW, and DANA PIERMARINI on behalf of herself and a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 15-cv-1483 (JLR)<br><br>**DECLARATION OF KRISTEN WARREN** |

I, Kristen Warren, declare as follows:

1. I am a woman residing in Redmond, Washington.

2. I have personal knowledge of the facts set forth in this Declaration, and could and would testify competently under oath if called as a witness. I understand that a class action lawsuit alleging employment discrimination has been filed against Microsoft Corporation

("Microsoft"), and that this Declaration may be used by the plaintiffs in connection with this case.

3. I am currently employed in the Redmond, Washington office of Microsoft. In December 2013, I was hired into the Engineering profession as a Design Researcher, Level 60, and have been a Design Researcher II, Level 61, since August 2015.

4. I have been provided with a copy of the Second Amended Complaint and am familiar with the allegations it sets forth in the class action against Microsoft. I believe that my own experiences at Microsoft are similar to those described in the Complaint.

5. I believe that Microsoft discriminated against me by denying me a promotion and compensation that I should have been granted. I am performing research and formulating strategies for Microsoft's products and services. The men I see doing this same work are Level 65 and up, while I have remained at Level 61.

6. I am also undervalued. For example, after leading and supervising a major project last year, a Level 65 male peer who assisted with my project part time received the credit for the accomplishment that was owed to me. I was told that my impact on the project was not as significant as his contribution. I believe I was denied a promotion in 2016 because my contribution was less valued than my male coworker's.

7. I believe that Microsoft maintains a culture that is hostile to women. For example, Microsoft's Xbox team hosted a party in spring of 2015 that included scantily clad women dancing on tables, which was widely praised by the men in my office. One male manager has made comments about my looks and my clothing. I have witnessed that men are praised for exhibiting strong opinions and being assertive, while women are admonished for the same behavior. In fact, I have been told by other managers that I needed to control my "emotions" after I expressed opinions in meetings, even though men making similar comments did not receive negative feedback.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of October 2017, in Redmond, Washington.

       /s/ *Kristen Warren*
       Kristen Warren