The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| KATHERINE MOUSSOURIS, HOLLY MUENCHOW, and DANA PIERMARINI, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 2:15-cv-01483-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER** |

STIPULATION AND [PROPOSED] ORDER
NO. 2:15-CV-00377-JLR
1470380.1

OHSUSA:763624698.2

## STIPULATION

Plaintiffs Katherine Moussouris, Holly Muenchow and Dana Piermarini, and Defendant Microsoft Corporation, by and through their respective counsel, stipulate and agree as follows:

1. The noting date on the motion to seal related to Plaintiffs' motion for class certification [Dkt. No. 227] will be changed from December 1, 2017 to December 15, 2017.

2. Plaintiffs will file a reply brief on December 8, 2017.

3. Defendant may file a sur-reply brief on December 15, 2017.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: November 30, 2017

_____
Lauri Damrell (*admitted pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant

Dated: November 30, 2017

_____
Anne B. Shaver (*admitted pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Attorneys for Plaintiffs

[~~PROPOSED~~ ORDER]

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1 December 2017

_____
The Honorable Judge James L. Robart

STIPULATION AND ~~PROPOSED~~ ORDER
NO. 2:15-CV-00377-JLR                1
1470380.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2017, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

DATED: December 1, 2017              LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ Tiseme Zegeye
    Tiseme G. Zegeye
    tzegeye@lchb.com

275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008