# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KATHERINE MOUSSOURIS, et al., | CASE NO. C15-1483JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On May 2, 2017, the court appointed Michelle Peterson as Special Master to assist with Plaintiffs' motion to compel (Dkt. ## 145 (sealed), 147 (redacted)) and other matters as the court may assign. (*See* 5/2/17 Order (Dkt. # 191).) The court now requests the Special Master to assist with the parties' motion to seal (Dkt. # 227) subject to the same

//

//

MINUTE ORDER - 1

1 guidelines as detailed by the May 2, 2017, order.  If the parties have any objections to this

2 request, they must file their objections no later than Friday, January 5, 2018, at 5:00 p.m.

3     Filed and entered this 3rd day of January, 2018.

                                            WILLIAM M. MCCOOL
                                            Clerk of Court

                                            s/ Ashleigh Drecktrah
                                            Deputy Clerk