# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KATHERINE MOUSSOURIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | CASE NO. C15-1483JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On January 3, 2018, the court issued a minute order requesting Special Master Michelle Peterson to assist with the parties' motion to seal. (1/3/18 Min. Order (Dkt. # 282); *see also* 1st Mot. to Seal (Dkt. # 227).) Neither party objected to this assignment. (*See* Dkt.) On January 5, 2018, Microsoft Corporation ("Microsoft") filed a second motion to seal documents submitted in support of its opposition to the Plaintiffs' motion for class certification. (*See* 2d Mot. to Seal (Dkt. # 283).) This second motion to seal

presents issues similar to those within the first motion to seal.  (*Compare* 2d Mot. to Seal, *with* 1st Mot. to Seal Resp. (Dkt. # 269).)  Accordingly, the court now requests the Special Master to assist with Microsoft's second motion to seal (Dkt. # 283) subject to the same guidelines as outlined by the court's May 2, 2017, order.  (*See* 5/2/17 Order (Dkt. # 191) (appointing Special Master to assist with matters as the court may assign).)  If the parties have any objections to this request, they must file their objections no later than Thursday, January 11, 2018, at 5:00 p.m.

Filed and entered this 9th day of January, 2018.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk