UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE MOUSSOURIS, et al., | CASE NO. C15-1483JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On January 3, 2018, and January 9, 2018, the court issued minute orders requesting Special Master Michelle Peterson to assist with various motions to seal that were filed with the parties' briefing on the motion for class certification. (1/3/18 Min. Order (Dkt. # 282); 1/9/18 Min. Order (Dkt. # 324).) Neither party objected to these assignments. (*See generally* Dkt.) The parties have since filed two more motions to seal. On February 9, 2018, Defendant Microsoft Corporation ("Microsoft") filed a motion to

seal an export report (3d Mot. to Seal (Dkt. # 333)), and the same day, Plaintiffs filed a motion to seal along with their reply to the motion for class certification (4th Mot. to Seal (Dkt. # 339)). These motions to seal present legal issues similar to those in the ones previously assigned to the Special Master. (*Compare* 3d Mot. to Seal *and* 4th Mot. to Seal, *with* 1st Mot. to Seal Resp. (Dkt. # 269) *and* 2d Mot. to Seal (Dkt. # 283).)

Accordingly, the court now requests the Special Master to assist with the third and fourth motions to seal (Dkt. ## 333, 339) subject to the same guidelines as outlined by the court's May 2, 2017, order. (*See* 5/2/17 Order (Dkt. # 191) (appointing Special Master to assist with matters as the court may assign).) If the parties have any objections to this request they must file their objections no later than Monday, February 19, 2018, at noon.

Filed and entered this 15th day of February, 2018.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk