1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

WESTERN DISTRICT OF WASHINGTON

10

AT SEATTLE

11

| | |
|---|---|
| KATHERINE MOUSSOURIS, HOLLY MUENCHOW, and DANA PIERMARINI, on behalf of themselves and a class of those similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>MICROSOFT CORPORATION,<br><br>                    Defendant. | Case No. 2:15-cv-01483-JLR<br><br>**DEFENDANT MICROSOFT CORPORATION'S MOTION TO SEAL CORRECTED SAAD EXPERT REPORT**<br><br>NOTE ON MOTION CALENDAR: MARCH 2, 2018 |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rules 5(g) and 7(d), Defendant Microsoft Corporation ("Microsoft") files this Motion to seal narrowly tailored portions of Dr. Ali Saad's Corrected Expert Report in support of Defendant's Opposition to Plaintiff's Motion for Class Certification ("Dr. Saad's Corrected Expert Report"). Specifically, Microsoft requests that the Court seal references to confidential business information that would cause Microsoft competitive harm if disclosed.[1] Microsoft is moving to seal the same categories of information it moved to seal in Dkt. 283, and incorporates the arguments made in Dkt. 283 as if fully set forth herein. Microsoft certifies that pursuant to Local Rule 5(g)(1)(A), it met and conferred in good faith with Plaintiffs' counsel via email and by phone to avoid or narrow the scope of the information Microsoft moved to seal in the Dr. Saad's Expert Report. *See* Dkt. 283 at 1-2.

On January 5, 2018, Microsoft filed Dr. Saad's Expert Report. Dkt. Nos. 289 [redacted]; 290 [sealed]. On January 5, 2018, Microsoft moved to seal certain portions of the originally filed version of Dr. Saad's Expert Report. *See* Dkt. 283. Plaintiffs did not oppose that motion to seal. *See* Dkt. 326. Upon reviewing the Expert Rebuttal Report submitted by Dr. Farber (ECF No. 344), it came to Microsoft's attention that Dr. Saad's Expert Report required correction. Microsoft has now noticed the filing of a corrected version of Dr. Saad's Expert Report, correcting certain statistics and calculations.

The categories of information Microsoft is currently moving to seal in Dr. Saad's Corrected Expert Report are identical to the categories Microsoft moved to seal on January 5, 2018. *Compare* Dkt. 283-1, PROPOSED Order Granting Motion to Seal *with* PROPOSED Order Granting Motion to Seal filed contemporaneous with this motion. Earlier today, the Special Master issued a Report and Recommendation regarding Microsoft's previous motions to seal. Dkt. 351. That Report and Recommendation is subject to approval by this Court. Upon approval, Microsoft will file a version of Dr. Saad's Corrected Expert Report that conforms with this Court's final order on Microsoft's motions to seal. The redactions on the corrected version of Dr. Saad's Expert Report filed today, however, are consistent with the redacted version of Dr.

---

[1] In accordance with Local Rule 5(g), Microsoft has limited the materials to be sealed as much as possible. Microsoft sets forth in detail the specific portions of the Expert Report that it seeks to seal in the Redacted Expert Report and the [Proposed] Order, both submitted concurrently herewith.

MICROSOFT'S MOTION TO SEAL CORRECTED
SAAD EXPERT REPORT                                    - 1 -
Case No. 2:15-CV-01483-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

Saad's Expert Report filed on January 5, 2018 (*see* Dkt. 289).

Accordingly, Microsoft respectfully requests that the Court seal portions of Dr. Saad's Corrected Expert Report.


Dated: February 16, 2018                    ORRICK, HERRINGTON & SUTCLIFFE LLP


By: *s/Mark S. Parris*
    *s/Lynne Hermle*
    *s/Jessica R. Perry*
Mark S. Parris (WSBA No. 13870)
mparris@orrick.com

701 Fifth Avenue
Suite 5600
Seattle, Washington 98104
Telephone: +1-206-839-4300
Facsimile: +1-206-839-4301
Attorneys for Defendant

Lynne C. Hermle (Admitted *pro hac vice*)
lchermle@orrick.com

Jessica R. Perry (Admitted *pro hac vice*)
jperry@orrick.com

1000 Marsh Road
Menlo Park, California 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401


Dated: February 16, 2018                    MICROSOFT CORPORATION


By: *s/David Howard*
David Howard (WSBA No. 45211)
Corporate Vice President and Deputy General
Counsel, Litigation
dhoward@microsoft.com

1 Microsoft Way
Redmond, Washington 98052
Telephone: +1-425-704-768

MICROSOFT'S MOTION TO SEAL CORRECTED
SAAD EXPERT REPORT
Case No. 2:15-CV-01483-JLR

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.


DATED: February 16, 2018          ORRICK, HERRINGTON & SUTCLIFFE LLP



By:   *s/Mark S. Parris*
Mark S. Parris (WSBA No. 13870)
mparris@orrick.com

701 Fifth Avenue, Suite 5600
Seattle, WA  98104-7097
Telephone:   206-839-4300
Facsimile:    206-839-4301

MICROSOFT'S MOTION TO SEAL CORRECTED
SAAD EXPERT REPORT                    - 3 -
Case No. 2:15-CV-01483-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1-206-839-4300