The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KATHERINE MOUSSOURIS, HOLLY MUENCHOW, and DANA PIERMARINI, on behalf of themselves and a class of those similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION,<br><br>         Defendant. | Case No. 2:15-cv-01483-JLR<br><br>**DECLARATION OF MARK S. PARRIS IN SUPPORT OF MICROSOFT'S MOTION TO EXCLUDE REPORTS AND OPINION OF PLAINTIFFS' EXPERT HENRY S. FARBER, PH.D.**<br><br>**NOTE ON MOTION CALENDAR: MARCH 16, 2018**<br><br>**ORAL ARGUMENT REQUESTED** |

PARRIS DECLARATION ISO MOTION TO
EXCLUDE FARBER
2:15-CV-01483-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1-206-839-4300

I, Mark S. Parris, declare as follows:

1.      I am a partner at Orrick, Herrington & Sutcliffe, LLP, counsel of record for Defendant MICROSOFT CORPORATION ("Microsoft" or the "Company") in connection with the above-captioned matter.  I am a member in good standing of the State Bar of Washington and the bar of this Court.

2.      I submit this declaration in support of Microsoft's Motion to Exclude Reports and Opinion of Plaintiffs' Expert Henry S. Farber, Ph.D.  I have personal knowledge of the matters set forth in this Declaration.  If called as a witness, I am competent to testify to those matters.

3.      Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the December 8, 2017 deposition of Dr. Farber.

4.      Attached hereto as **Exhibit B** is a true and correct copy of *Gosho v. U.S. Bancorp Piper Jaffray, Inc..,* N.D. Cal. No. 00-1611, Dkt. No. 427 (Oct. 1, 2002).

I certify under penalty of perjury and pursuant to the laws of the United States (28 U.S.C. § 1746) that the foregoing is true and correct, and that this declaration was executed by me on February 23, 2018

*s/Mark S. Parris*
Mark S. Parris

PARRIS DECLARATION ISO MOTION TO
EXCLUDE FARBER
TO SEAL 2:15-CV-01483-JLR

- 1 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1-206-839-4300

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

DATED:  February 23, 2018                ORRICK, HERRINGTON & SUTCLIFFE LLP


By:  *s/Mark S. Parris*
Mark S. Parris (WSBA No. 13870)
mparris@orrick.com

701 Fifth Avenue, Suite 5600
Seattle, WA  98104-7097
Telephone:   206-839-4300
Facsimile:    206-839-4301

PARRIS DECLARATION ISO MOTION TO
EXCLUDE FARBER
TO SEAL 2:15-CV-01483-JLR

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1-206-839-4300