The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KATHERINE MOUSSOURIS, HOLLY MUENCHOW, and DANA PIERMARINI, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 2:15-cv-01483-JLR<br><br>**DEFENDANT MICROSOFT CORPORATION'S MOTION TO SEAL ITS OPPOSITION TO MOTION TO EXCLUDE CERTAIN OPINIONS OF DEFENDANT'S EXPERT ALI SAAD**<br><br>NOTE ON MOTION CALENDAR:<br>MARCH 23, 2018 |

MICROSOFT'S MOTION TO SEAL ITS OPPOSITION TO MOTION TO EXCLUDE CERTAIN OPINIONS OF EXPERT ALI SAAD
Case No. 2:15-CV-01483-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

1       Pursuant to Civil Local Rules 5(g) and 7(d), Defendant Microsoft Corporation ("Microsoft") files this motion to seal narrowly tailored portions of its Opposition to Motion to Exclude Certain Opinions of Defendant's Expert Ali Saad ("Opposition"). Specifically, Microsoft requests that the Court seal one portion of page two of the Opposition brief containing information the Special Master previously agreed should be sealed.[1]

      Documents reflecting this information have been designated as "Confidential" or "Highly Confidential" by Microsoft under the Parties' Stipulated Protective Order. Dkt. 48. Microsoft certifies that pursuant to Local Rule 5(g)(3)(A), it previously met and conferred in good faith with Plaintiffs' counsel in an attempt to reach agreement on the need to file this information under seal. Dkt. 269 at 1.

      Compelling reasons exist to seal this portion of the Opposition brief. The information contained in the Opposition brief reflects confidential human resources strategy describing how Microsoft evaluates employees for compensation and promotion. Disclosure of this confidential business information would cause Microsoft competitive harm. Microsoft has previously moved to seal this confidential business information and incorporates by reference the arguments made in Docket No. 269 at 9-12, Docket No. 283 at 4-7, and Docket No. 358 at 2-4 as if fully set forth herein. This portion of the Opposition brief paraphrases MSFT_MOUSSOURIS_00004283. The Special Master's February 16, 2018 Report and Recommendation on Motions to Seal granted Microsoft's motions to seal MSFT_MOUSSOURIS_00004283 because it contained "Confidential Human Resource Strategies." *See* Dkt. 351 at 21-24, 44. The Court adopted the Special Master's Report and Recommendation on March 1, 2018. Dkt. 369.

      Accordingly, Microsoft respectfully requests that the Court seal this portion of the Opposition brief.

---

[1] In accordance with Local Rule 5(g), Microsoft has limited the materials to be sealed as much as possible. Microsoft sets forth in detail the specific portion of the Opposition brief that it seeks to seal in the redacted version of the Opposition to Motion to Exclude Certain Opinions of Defendant's Expert Ali Saad and [Proposed] Order submitted concurrently herewith.

Case 2:15-cv-01483-JLR Document 375 Filed 03/09/18 Page 2 of 4

MICROSOFT'S MOTION TO SEAL ITS
OPPOSITION TO MOTION TO EXCLUDE
CERTAIN OPINIONS OF EXPERT ALI SAAD
Case No. 2:15-CV-01483-JLR

- 1 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

| | | |
|---|---|---|
| 1 | Dated: March 9, 2018 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

By: *s/Mark S. Parris*
   *s/Lynne Hermle*
   *s/Jessica R. Perry*
Mark S. Parris (WSBA No. 13870)
mparris@orrick.com

701 Fifth Avenue
Suite 5600
Seattle, Washington 98104
Telephone: +1-206-839-4300
Facsimile: +1-206-839-4301
Attorneys for Defendant

Lynne C. Hermle (Admitted *pro hac vice*)
lchermle@orrick.com

Jessica R. Perry (Admitted *pro hac vice*)
jperry@orrick.com

1000 Marsh Road
Menlo Park, California 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Dated: March 9, 2018   MICROSOFT CORPORATION

By: *s/David Howard*
David Howard (WSBA No. 45211)
Corporate Vice President and Deputy General Counsel, Litigation
dhoward@microsoft.com

1 Microsoft Way
Redmond, Washington 98052
Telephone: +1-425-704-8685

---

MICROSOFT'S MOTION TO SEAL ITS OPPOSITION TO MOTION TO EXCLUDE CERTAIN OPINIONS OF EXPERT ALI SAAD
Case No. 2:15-CV-01483-JLR

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

DATED: March 9, 2018                ORRICK, HERRINGTON & SUTCLIFFE LLP


By:   *s/Mark S. Parris*
      Mark S. Parris (WSBA No. 13870)
      mparris@orrick.com

      701 Fifth Avenue, Suite 5600
      Seattle, WA  98104-7097
      Telephone:   206-839-4300
      Facsimile:    206-839-4301

MICROSOFT'S MOTION TO SEAL ITS
OPPOSITION TO MOTION TO EXCLUDE
CERTAIN OPINIONS OF EXPERT ALI SAAD
Case No. 2:15-CV-01483-JLR

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1-206-839-4300