**EXPERT REPORT IN THE MATTER OF**

*Moussouris v. Microsoft*

**SUBMITTED BY:**

**Ann Marie Ryan, Ph. D.**

**October 26, 2017**

Ann Marie Ryan, Ph. D., hereby submits the following Expert Report:

## I.      Statement of my qualifications.

1.      I am Ann Marie Ryan, professor of organizational psychology at Michigan State University in East Lansing, MI.  I have been employed at Michigan State for 21 years as an associate and then full professor; prior to that I served as an assistant and then associate professor at Bowling Green State University for 9 years.  I received my Ph. D. from the University of Illinois in 1987.  In my career, I have authored over 125 articles and numerous book chapters on topics related to employment decision-making, discrimination and fairness in the workplace (see Appendix A for vita).  I have taught courses on employee selection, diversity and organizational justice.  I am a past president of the Society of Industrial and Organizational Psychology ("SIOP"), past editor of the journal *Personnel Psychology*, and past associate editor of *American Psychologist* and currently serve on a number of editorial boards.  In 2011, I received the Distinguished University Professor Award from MSU.  In 2013 I received SIOP's Distinguished Teaching Contributions Award, as well as the Sage Award for Outstanding Scholarly Contributions to Study of Diversity from the Academy of Management. I am a Fellow of SIOP and the American Psychological Association (Divisions 5 & 14).  I have served on numerous technical advisory boards and committees, including for the Department of State and the Department of Defense, as well as on panels for the National Academy of Sciences.  I have consulted with large and small, public and private organizations regarding the fairness of their employment processes.

2.      My hourly rate for work on this matter is $225 an hour.

## II.     Aim of assignment.

3.      I was retained to evaluate the process used at Microsoft to support compensation and promotion decisions since 2010.  I understand the proposed class period in this matter begins in 2012.

## III.    Materials considered and relevant background guidance.

### A.      Materials Considered

4.      Appendix B lists materials provided to me and reviewed in preparing this report.

### B.      Guidance Documents

5.      The methods and principles of the field of industrial/organizational (I/O) psychology apply to the process used by Microsoft for personnel decisions.  *The Principles for the Validation and Use of Personnel Selection Procedures* (SIOP 2003) ("The SIOP Principles") provide guidance regarding the development and implementation of such procedures. The SIOP Principles define selection procedures as "any procedure used singly or in combination to make a

personnel decision…"[1]  and then define personnel decisions as "employment-related decisions to hire, train, place, certify, compensate, promote, terminate, transfer, and/or take other actions that affect employment status."   Thus, the process used by Microsoft in making compensation and promotion decisions is subject to the SIOP Principles. The *Uniform Guidelines on Employee Selection Procedures* also apply to the procedures used by Microsoft, as they similarly note they "apply to all selection procedures used to make employment decisions."[2]

6.      In preparing this report, I also referred to (see Appendix C for a complete listing):

- *The Standards for Educational and Psychological Testing* (2014) by the American Educational Research Association (AERA), American Psychological Association (APA), and the National Council on Measurement in Education (NCME)
- Published scholarly research on compensation, promotion and performance evaluation processes
- Published scholarly research specifically on indicators of and contributors to bias and adverse impact in these systems
- Published scholarly research on validation practice

7.      The key focus in evaluating systems used in personnel decision making is whether there is sufficient validation evidence to support inferences made.  In this report, I examine whether Microsoft has provided sufficient evidence to support inferences made from this process regarding compensation and promotions.

## IV.      General description of Microsoft's compensation and promotion systems.

8.      Microsoft's Calibration/People Discussion process (which I use to refer to both the process for assessing and recommending employee promotions and the year-end meetings formerly called "Calibration Meetings" and now called "People Discussions" that result in recommendations for employees' pay and whether they should be promoted) intertwines compensation and promotion decisions.  While some revisions have been made since 2010, the essential elements of the process have been constant.

9.      As relevant to the Calibration/People Discussion process, Microsoft developed a competency model that is used across jobs—including the jobs at issue here, i.e., those in the Engineering and IT Operations Professions—to indicate required knowledge, skills and abilities to be successful.  The competency model serves as input to the Career Stage Profiles, which were created between 2011 and 2013 and serve to indicate the scope, impact and complexity for various disciplines and professions within Microsoft.  This architecture of the competency model

---

[1] The SIOP Principles at 3.
[2] The *Uniform Guidelines on Employee Selection Procedures* at http://www.uniformguidelines.com/.

and Career Stage Profiles purportedly serves as the basis for connecting Microsoft's compensation and promotion decisions to job requirements. Specifically, a Career Stage Profile provides information on key results and competencies associated with specific career stages.[3] In this report, I will discuss how well the alignment of these decisions to what the job requires is made.

10.     In brief, the processes for the specific decisions involve:

Compensation Level:  The focus of this report is on pay level as the term is used within Microsoft's compensation framework ("level").[4]  There are typically two levels within a career stage where an individual can be placed.  Pay decisions are recommended following, and as part of, the Calibration/People Discussion process.  Other factors influence compensation, such as discipline and geography.

Promotion:  Promotion decisions likewise typically come out of the Calibration/People Discussion process, and, as with rewards, are finalized at higher levels.  The promotion guidance at Microsoft states that promotion decisions are based on three criteria:  business need, employee performance and budget availability.[5]

Performance Evaluation:   The Calibration/People Discussion process also involves a discussion of employee performance,[6] but Microsoft's systems do not permit the translation of performance to pay and promotion decisions in a reliable manner.

11.     To evaluate the validity of inferences made as to who Microsoft would reward (i.e., compensate, promote), I examined how Microsoft's processes align with professional guidance.  The aspects of compensation, promotion and performance evaluation at Microsoft that I examined are:

Metrics/Inputs: This would include Microsoft's competency model and associated Career Stage Profiles, and more specifically how they were and were not used in making compensation and promotion decisions.

Implementation via the Calibration/People Discussion Process:  This includes what guidance is given, tools and forms used, specific training provided, and the actual steps undertaken when decisions are made.

---

[3] Deposition of Joseph Whittinghill, dated May 10, 2016 ("Whittinghill Dep.") at 135-40.
[4] Whittinghill Dep. Ex. 8.
[5] MSFT_MOUSSOURIS_00737357.
[6] Up to 2011, a system of a commitment rating and a contribution ranking was used to evaluate performance.  In 2012 and 2013, a forced distribution rating system was used to determine performance evaluations.  In 2014, the forced distribution system was removed.

## V.    Summary of conclusions

12.    Based on my review, I conclude that there is no evidence that compensation and promotion decisions are made reliably at Microsoft and that the Calibration/People Discussion process, including associated pay and promotion decisions, is valid.  Here it is important to distinguish calibration as used at Microsoft—which does *not* calibrate raters in their use of job-related standards across employees, but instead calibrates employees as to relative performance within a group.

13.    Microsoft does not have sufficient evidence to support the reliability and validity of the process used in making decisions regarding compensation and promotion.  Specifically:

      i.      The Calibration/People Discussion process associated with compensation is unreliable and invalid in a number of respects:  (a) job-relatedness of the process for moving employees across levels within a career stage, with the associated increase in compensation, is not established, and those pay decisions are unreliable and unjustified (i.e., Microsoft does not provide clear, job-related guidance as to how to distinguish levels within a career stage); and (b) the mechanism through which Microsoft translates measures of performance into compensation is flawed.

      ii.      The Calibration/People Discussion process associated with promotions is unreliable and invalid in a number of additional respects:  (a) Microsoft's promotional process, including the promotion tool, is not aligned sufficiently with job requirements, meaning  that the basis for promotion decisions is not adequately linked to the stated job requirements; and (b) Microsoft's promotion process lacks sufficient standardization to ensure that decisions are made on comparable job related information and criteria across employees.

      iii.      The Calibration/People Discussion process as a whole lacks standardization which then undermines the reliability and validity of pay decisions, and Microsoft's guidance does not prescribe weights to specific factors in decision making so evaluators were free to weight competencies and key results in ways not aligned with job requirements.

      iv.      Microsoft's compensation and promotion process was insufficiently monitored in order to ensure reliable and valid decisions were made.

## VI.    Microsoft does not provide clear, job-related guidance as to how to distinguish levels within a career stage for compensation decisions.  The job-relatedness of the process for moving within a career stage is not established. [Conclusion i(a) above.]

14.    The Career Stage Profiles provide insufficient information and guidance as to distinguish levels within a career stage, which serves to de-link job requirements and associated

pay. There is no evidence that those within- career stage pay increases are made on job related bases following any of the processes that accompany other aspects of these systems.

15.     The Career Stage Profiles were meant to serve as a primary tool for evaluating an individual's promotion readiness *and* ability to receive a change in pay level.[7] Prior to the competency model update in 2011-2013, there were guidelines as to what constituted developing, full and exceptional performance within a career stage.[8] However, as of the start of the class period, Microsoft had removed such information[9] and replaced it with the "key results" for each career stage. While Career Stage Profiles outline what key results and competencies might differ or be similar *across* stages, they are silent as to differences *within* career stage. Managers are not given guidance as to what constitutes differences in key results or competencies but are asked to make judgments to determine level within career stage.

16.     An analogy would be if one had criteria for what constitutes an A or a B grade, but did not explain (but did award) A- and B + grades, and the difference between A- and B+ was meaningful in terms of pay. Microsoft's promotion guidance (e.g. Exhibits 43 and 48 of the Ritchie Deposition[10]) directs decision makers to consider delivery on key results in making a decision to change compensation level, but these key results are not different for different levels within a career stage. Clear guidance as to how those further differentiations within a career stage are made and how they link to job requirements is needed, given that these are key promotion and compensation decisions. Without an indication as to how job requirements differ across levels within a job stage, Microsoft does not provide sufficient job-related evidence as to why such differentiation in pay level is supported.

## VII.    Microsoft's promotion process is not aligned sufficiently with job requirements. The basis for promotion decisions is not adequately linked to what Microsoft has outlined as requirements in the Career Stage Profiles. [Conclusion ii(a) above.]

17.     The SIOP Principles state[11] that "The essential principle in the evaluation of any selection procedure is that evidence be accumulated to support an inference of job relatedness. Selection procedures are demonstrated to be job related when evidence supports the accuracy of inferences made from scores on, or evaluations derived from, those procedures with regard to some important aspect of work behavior." It is important to note that "validity resides not in the instrument, procedures, or processes of assessment, but in the evidence supporting the particular inferences we are planning to make based on them."[12] The *Principles* and *Standards* note that there are a variety of sources of evidence that can be used in evaluating a proposed interpretation of a score for a particular use (i.e., a decision to promote or not). In this case, that might include things such as evidence of relationships between promotion decisions and other variables that

---

[7] MSFT_MOUSSOURIS_00591188.

[8] MSFT_MOUSSOURIS_00591188 at slide 16.

[9] MSFT_MOUSSOURIS_00467139

[10] Deposition of John Adrian Ritchie, dated June 29 and June 30, 2016 ("Ritchie Dep.").

[11] The SIOP Principles at 4.

[12] McPhail, SM & Stelly, DJ, Validation strategies at 672.

indicate work-relevant behavior or logical or empirical analyses that compare the adequacy of the match between the promotion decision criteria and job requirements.

18.     Microsoft's competency model and Career Stage Profiles is outlined in several documents; however, this documentation does not provide evidence to support *how compensation level and promotion decisions* are determined.  That is, the documents discuss a content validation process to support linkages of competencies to career stages[13] as well as an empirical study to connect competencies to job performance,[14] but the documentation fails to explain how change in level within career stage is based on valid inferences regarding employee suitability for the next level.

19.     In fact, Microsoft's own validation report acknowledges that it is a validation of the competencies, not of the promotion and compensation level decision making process.  On page 76 of MSFT_MOUSSOURIS_00859406, Validation report 4, it states "The current study focused on the validity of the competencies, not a particular tool developed from the competencies." Moreover, Microsoft allows an open-ended justification for promotion decisions; however, evidence should be provided that these open-ended reasons address all three of Microsoft's promotion criteria (budget availability, business need, and employee performance). As an example, Exhibit 8 of the Ritchie Deposition shows that for the promotion justification, managers complete an open-ended text box in the promotions tool,[15] and prior to use of the promotions tool, managers were not instructed on how to justify promotions in the Performance at Microsoft tool.[16]  Evidence showing that the types of justifications provided by managers are ones that are job-related performance reasons, reflect business necessity and budget availability (the 3 criteria for promotions) should be provided.

20.     More specifically, validation evidence to support that managers were making inferences based on job related information would include an analysis of promotion justifications to show that they indicated information about the key results specific to a given career stage profile and/or competency levels associated with that stage.  The Career Stage Profiles suggest that one should be considering different key results and different competencies for different promotion decisions (i.e., different criteria for a level 3 to level 4 than a level 4 to level 5 promotion in a given discipline).  The open-ended rationale for promotion without direct requirement of referring to each of the job relevant differentiators outlined in the Career Stage Profiles allows decision makers to use varied criteria across individuals for the same decision, to use irrelevant criteria (i.e., not clearly tied back to the established Career Stage Profiles), or to use different standards or weighting of the same criteria. Indeed, the 1000 character limit in the promotions tool for promotion justification[17] indicates a limit that might preclude discussing all relevant key results and competencies. The guidance for promotion asks the manager to review

---

[13] MSFT_MOUSSOURIS_00187720.

[14] MSFT_MOUSSOURIS_00859406.

[15] See also MSFT_MOUSSOURIS_00737187 (explaining how to populate the promotion "detail box" with brief summary).

[16] Ritchie Dep. at 536.

[17] MSFT_MOUSSOURIS_0041064 at slide 2.

the employee's Career Stage Profile, but there is no evidence that decision makers were using information in a reliable manner to justify decisions.

21.     A specific example may be helpful to illustrate the problems with the vague and undefined criteria.  If two individuals were under consideration for a promotion from a Stage 3 to Stage 4 software engineer, one would expect each to be evaluated on the same job relevant factors (e.g., whether each is able to meet the standards for the next level of key discipline results in areas like Product and Service Design).  The Career Stage Profile specifies many differences between these two stages in core competencies, discipline specific competencies and expected key results.  The pay level decision justification does not require documentation of readiness on each of these many differences, but directs the decision maker to make an overall assessment of successful delivery of key results that indicates readiness for greater scope.  Note that Microsoft's training on promotion guidance[18] notes that in addition to showing mastery of current levels, employees should show "clear, *sustainable* signs of delivering at the next level." This vague guidance does not resolve, and in fact exacerbates, the identified problems.

22.     Microsoft's guidance for "reasons for promotion" and "reasons for non-promotion" highlights this concern.  For non-promotion, before 2014, managers could choose "employee not ready" from a drop down menu but were not required to clearly link the reason to specific job requirements[19]; after that time period, managers can indicate a lack of competencies as a rationale for the decision but did not have to specify which competencies were lacking.  This indicates that the promotion process is not aligned with job requirements.  As an example, a manager could justify a promotion decision for one employee based on key results delivery while ignoring whether an employee has the specified next level competencies, while denying another employee a promotion based on a lack of next level competencies even if he/she has delivered key results.

23.     Finally, a related problem is that reasons given for non-promotion are non-specific (has not demonstrated skills; employee performance); job-relatedness would need to be established by indicating what needed skills are lacking or what aspects of performance are insufficient. When a decision is made not to promote, evidence to support the validity of inferences (i.e., "not ready," "lacks competencies") should be provided.  For example, if employee performance is a reason for non-promotion, then evidence can be provided to show that employees for whom this reason is given have lower performance evaluation ratings than those who are promoted and moved up a level.  Similarly, if the rationale is a lack of readiness due to insufficient skills or competencies, the connection to the Career Stage Profile level requirements for competencies should be clear (i.e., which competencies) and consistently considered for all candidates similarly situated.  Managers were not given sufficient guidance in linking rationales to job requirements.

24.     The validity of inferences regarding non-promotability needs to be supported with evidence that these reasons are valid and not just a pretext for a decision.  Because promotion

---

[18] MSFT_MOUSSOURIS_00209166.
[19] Ritchie Dep. at 536.

decisions have been decoupled from a complete application of the differentiating information in the Career Stage Profiles, the validity of inferences made regarding compensation and promotion can be questioned. Validation evidence for promotion/level decisions could take many forms, as the *Principles* and *Standards* note; however, insufficient evidence was provided by Microsoft for the decisions made about promotion and compensation level of individuals.

**VIII. The Calibration/People Discussion process as a whole lacks standardization in many factors known to influence the reliability and validity of pay decisions (including how performance translates into pay setting). Microsoft's guidance did not prescribe weights to factors in decision making so evaluators were free to weight competencies and key results in ways not aligned with job requirements as relevant for promotion. [Conclusions i(b), ii(b) and iii above]**

25. There are two ways in which Microsoft's use of vague and unweighted criteria calls into question the reliability and validity of the process: the lack of standardization in how factors are evaluated and the lack of standardization in the process itself.

      **i. Decision makers were allowed to use shifting standards in making compensation and promotion decisions. Microsoft's guidance did not prescribe weights to factors in decision making so evaluators were free to weight competencies and key results in ways not aligned with job requirements.**

26. Microsoft's competency model indicates different competency levels and key results should be considered for movement across certain compensation levels than for others, yet no clear or consistent weighting of these factors was indicated in guidance to managers on promotions.

27. Factors considered in making compensation level and promotion decisions should be the same across employees within the same role. For example, a competency such as Impact and Influence is not systematically ignored in evaluations of some individuals for promotion but considered in evaluations of others who are being considered for the same level-to-level movement within a discipline. As another example, an evaluation of whether an employee is achieving a specific key result associated with a position is not made without considering the same types of information as for other employees similarly situated who are being evaluated.

28. For the period of 2011-2013, while some guidance indicated equal weighting of what, how and proven capability[20], Microsoft's guidance on evaluation[21] specifically states "There are no prescriptive weights associated with the three inputs, and no formulaic weighting should be applied." Also, pages 126 to 128 of the Ritchie Deposition note that "what" and "how" could be weighted differently by different managers. ("What" refers to the key results in the Career Stage Profiles while "How" refers to the competencies in the profiles; these are

---

[20] MSFT_MOUSSOURIS_00222726 at Slide 9 (notes).
[21] Ritchie Dep. Ex. 3 at 12.

removed in more recent iterations of the process and replaced with considerations of impact). While a different weighting according to role is not problematic and indeed can be indicated by role requirements (as noted in the next paragraph), the ability to use different weights for individuals *within the same role* is problematic. Subsequent to 2014, during the "MRT" use, managers were directed to assess impact using a slider[22]; again this does not indicate a specific connection to the career stage profiles,[23] and the guidance says there are no assigned weights.[24] Evidence would need to be provided to show that there is not a systematic differential use of the process such that the actual weighting of factors (e.g., performance on a specific technical competency, achievement of a given key result) was not different for individuals in the same roles.

29.     Microsoft does provide evidence of required differential considerations based on job analytic information for movement across different levels in the same discipline via its Career Stage Profiles.  However, these job-related considerations were not translated at all into the compensation and promotion decision process, and there is no evidence that any such reliable implementation occurred.   Notably, the Career Stage Profiles provide that certain competencies and certain key results–should be given more weight than others, but there is no evidence that the promotion readiness and compensation evaluation decision reflected that differential attention and weighting.  For example, if one is considering software engineers for a promotion from Stage 3 to Stage 4, the Career Stage Profile indicates one should pay specific attention the core competency requirements for Collaboration, Influencing for Impact, and Judgment, because these are indicated as changed job requirements at the higher level.  At the same time, Adaptability, Customer Focus and Drive for Results are described as not changing between Stage 3 and 4 for engineers, suggesting they are not changing requirements.[25] This would suggest a job-related promotion decision would consider the first three in evaluating readiness to take on greater scope in a different manner than the latter three.  Overall, Microsoft's Career Stage Profiles suggest that judgments of readiness for moving from one level to the next should consider competencies and key results where requirements change differently than those where the requirements are similar to those at earlier stages.  However, none of the documentation related to promotion decisions, including the promotion decision forms, require raters to make any such considerations in their decisions, and there is no evidence that they did consider this in making decisions regarding compensation.

30.     Instead, promotion guidelines direct managers to review the Career Profile and the key results for a stage to determine if an employee is consistently delivering results aligned with that stage and to ask three questions whether the employee is delivering results in a manner that indicates readiness for greater scope, in a manner that demonstrates ability to be successful in a higher role, and with a history of taking on more challenging work. Managers provide a promotion justification based on this analysis as well as considerations of business need and

---

[22] MSFT_MOUSSOURIS_00736700.
[23] MSFT_MOUSSOURIS_00797298.
[24] MSFT_MOUSSOURIS_00737179; Ritchie Dep. 196.
[25] MSFT_MOUSSOURIS_00006414 to 6416.

budget availability. However, the justification – the reason for promoting an individual – is not linked to the specific aspects of greater scope noted in the Career State Profiles.

31.     Thus, the structural disconnect between the compensation and promotion processes as implemented and the Career Stage Profile listing of job requirements is a significant critical defect.

### ii.     Microsoft's system precludes an appropriate translation of performance to pay and promotion decisions.

32.     Microsoft did not standardize what was evaluated and how it was evaluated in making compensation and promotion decisions. Specifically, there is a lack of standardization in: (a) types of information serving as input into compensation and promotion; and (b) the specific procedures for discussing and making compensation and promotion decisions.

### a)     There is variability in information gathered and prepared as input into the evaluation of individuals for compensation level change.

33.     The types of information considered in evaluating an individual for personnel decision making purposes should be similar across employees that are similarly situated. That is, if a male and female employee are both being considered for the same promotion in the same discipline, what information is gathered to evaluate one should be the same types of information gathered to evaluate the other.

34.     The promotion process at Microsoft lacked standardization in what information came into discussions. While there is some general guidance to Microsoft managers to consider work products and conversations with others as input, the quantity and nature of information serving as input into compensation level and promotion decisions varied. Specifically, a manager does not have to note anywhere what information was gathered to inform ratings and decisions[26] and no systematic documentation of discussions is required.[27] Those attending calibration/people discussion meetings were given options as to what information to bring to the discussion of ratings and decision-making meeting – a one page summary, a draft performance assessment, and/or a performance summary written by the employee – so different types of information might be available for different employees. On page 149 of the Ritchie Deposition it states:, "You can take whatever makes the most sense for the meeting you are attending" and in the recent guidance for People Discussions[28] it says that one can bring a "Rewards Justification summary (or some other form of highlights or notes on employee's key business impact)". These statements indicate that managers may be bringing different pieces of information with them into the meeting where comparisons of employees and decisions regarding movement across compensation levels are made.

---

[26] Ritchie Dep. at 129-30.
[27] *Id.* at 133-35.
[28] MSFT_MOUSSOURIS_00878980.

### b) The structure of Calibration/People Discussion Meetings set up unreliable comparisons.

35. There are inconsistencies in:

- what information was available at a given meeting where these decisions were discussed,
- how the process of evaluating employee performance and potential was conducted, and
- how it was determined which employees were discussed in direct comparison to one another.

36. What information was available at a meeting:   I have already noted that Microsoft did not standardize what information was used in evaluating employee performance and promotability.  In addition to that, Exhibit 3 of the Ritchie Deposition notes that HR would determine whether prep sheets are used for the calibration meeting and what data fields would be on those prep sheets; in the subsequent use of People Discussions there is a similar lack of standardization of information brought to the discussion.[29]   That is, if Employee A were in Calibration Group/People Discussion Group 1 and Employee B who holds the same role happens to be in Group 2, the types of information on each employee considered in the meeting, where compensation level and promotion decisions are discussed, might differ.  The same types of information should be available on all employees within the same role, unless a clear job-related justification for differentiation is provided.[30]

37. Overall, there is no evidence that compensation and promotion decisions (i.e., changes in levels within or across career stages) are made reliably and, in fact, the processes contain numerous critical defects.

38. There is no evidence that Microsoft decision-makers *can* use the criteria consistently (i.e., would rate the same "stimulus" employee the same way, or would make the same promotion decision, given the same information).  This evidence could be established by having a check on interrater reliability during training.  There is also no evidence that they *did so* operationally (i.e., two supervisors of the same employee evaluate that employee similarly) as

---

[29] MSFT_MOUSSOURIS_00878980.

[30] Additionally, there are inconsistencies in who attended meetings.   Exhibit 3 of Ritchie shows that HR decided who would be in calibration meetings.  The calibration manager might be an employee's direct supervisor, but for some employees, direct managers were not in the meetings. When Microsoft switched from Calibration Meetings to People Discussions, this practice of lack of standardization as to whether direct supervisors were or weren't included remained (see MSFT_Moussouris 00878980).  As direct supervisors typically have the most direct knowledge of employee performance, their absence from a discussion of promotion decisions is surprising. Further, the inconsistency in presence or absence of direct supervisor across promotion candidates in discussions is problematic.

could be established by examining consistency of co-ratings/promotion decisions of employees who could appropriately be evaluated by one or more individuals.

39.     Which employees were discussed in comparison:  Exhibit 3 of the Ritchie Deposition shows that HR determines who is in a calibration group (i.e., the group of employees whose compensation level, promotion decisions, and performance evaluations were discussed together); a similar process of grouping employees for discussion occurred during the period of using People Discussions.[31]  The process by which groups were determined should be standardized, so that an employee might not be disadvantaged by being placed in a more or less relevant calibration or discussion group.  Methods that rely on ranking have been described by assessment experts as "weak"[32] because they are relative; the poorest member of a good work unit may be above average in another, and the method hides these differences across groups.

## IX.     Microsoft's compensation and promotion process was insufficiently monitored in order to ensure reliable and valid decisions were made.  [Conclusion iv above]

40.     Malos notes that organizations "should establish a system to detect potentially discriminatory effects or abuses of the system overall".[33]  The only reference in the performance evaluation guidance provided by Microsoft with regard to monitoring for gender or other bias, is directed only to the Calibration Manager and only at the point of the Post-Calibration meeting.[34]  At this point, the Calibration Manager is urged to consider if they applied the same standards across gender groups.  The direct manager who makes initial ratings and promotion recommendations is not explicitly asked to consider this.  Further, the Calibration Manager is urged to consider this *post* meeting, when calibration of ratings and compensation level and promotion recommendation discussion are complete, rather than during the process.

41.     The DeLanoy Deposition notes[35] that HR receives training regarding "gender neutral compensation guidelines," but there is no indication that such training is provided to all others involved in these decisions. The HR training on Infusing D&I[36] does suggest HR "confirm a broad range of employees are considered for all rating decisions including promos."[37]  However, similar guidance does not appear to be provided to those doing the ratings.

42.     Pages 50 to 57 of the DeLanoy Deposition describe the monitoring of compensation with regard to inclusion to be "conducted on an ad hoc basis by HR managers as they sit in on those compensation decisions…they sit in on these annual rewards decisions to assure that those decisions are taken consistently with those non-discriminatory guidelines."[38]

---

[31] Ritchie Dep. at 228-229.
[32] Guion, R.M., *Assessment, measurement, and prediction for personnel decisions* at 452.
[33] Malos, S. B., Current legal issues in performance appraisal at 83.
[34] Ritchie Dep. Ex. 3 at 21.
[35] Deposition of Melinda Delanoy, dated September 20, 2017, ("Delanoy Dep.") at 80-81.
[36] MSFT_MOUSSOURIS_00002427.
[37] *Id.* at slide 10.
[38] DeLanoy Dep. at 52.

Further, Melinda DeLanoy stated "the promotion deliberation process is run by HR. And in running or managing or supporting that process with management, I believe that HR does have influence in how those decisions are made and what decisions are reached."[39] However, the DeLanoy Deposition notes[40] that no reports are generated with regard to this monitoring so it is unclear as to quality of the monitoring or even as to whether it was consistently done.

43.    One way to ensure a process is reliably and correctly implemented is through training. Microsoft does make available some forms of training for managers regarding performance evaluation, promotion and compensation decision-making. However, the training does not provide instruction on how to weight criteria in relation to the job requirements. Further, the training (and guidance) does not instruct managers on how to justify promotion and compensation decisions with direct reference to those criteria in a systematic fashion. Further, while some training did contain practice in applying the competency definitions and rating of a constant stimulus[41], this was with regard to performance evaluations and not to using the promotion decision tools. Having practice with information and the method used in determining compensation level and promotion would be necessary to show that those making such decisions were able to do so in a reliable and valid manner. Further, the practice should be such that individuals are given feedback as to how their decisions are or are not calibrated with an evaluation of the "stimulus" employee on job requirements so as to ensure that raters can and do use the promotion tool reliably.

By: _____
Ann Marie Ryan, Ph. D.
October 26, 2017

---

[39] DeLanoy Dep. at 55.
[40] DeLanoy Dep. at 55 and 165.
[41] MSFT_MOUSSOURIS_00741511.

13

**Appendix A – Vita**

**Ann Marie Ryan**

Department of Psychology

333 Psychology Building

Michigan State University

East Lansing, MI 48824

(517) 353-8855

E-mail: ryanan@msu.edu

## ACADEMIC EMPLOYMENT

MICHIGAN STATE UNIVERSITY

associate professor, full professor; 8/96-present.

Acting Assistant Dean in the Graduate School, responsible for direction of University Fellowships program, 7/11- 12/12.

<u>Courses taught</u>: Undergraduate - Intro to I/O Psychology, Personnel Research Methods, Fairness in the Workplace; Graduate - Applied Research Methods, Selection, Non-cognitive Predictors, Organizational Justice, Diversity in Organizations, Applied Professional Skills.

BOWLING GREEN STATE UNIVERSITY

8/87 to 1/93, assistant professor; 4/93 to 7/96, associate professor, Psychology Department;

1988 to 6/95, affiliate professor, Management Department, Masters of Organizational Development program.

7/92 to 4/96, Director of Institute for Psychological Research and Application (IPRA); duties include facilitation of applied research and outreach to organizations and practitioners; initiate contact with organizations; write proposals; develop academia-industry partnerships; supervise project staff; oversee budget. Project supervision included test development and translation equivalence projects for Procter and Gamble; selection system and performance appraisal design for Brush-Wellman; diversity and employee recognition survey data analyses for Ford Motor Company; internal customer satisfaction surveys for MAISI; job analyses for the City of Toledo; TQM survey for Alpha-Beta Tube company; evaluation of TQM and training for BGSU libraries; assessment of Work Keys as a prescreening tool for Procter & Gamble; selection benchmarking competency model development and selection system design for AP Parts International.

## EDUCATION

University of Illinois at Chicago, MA and PhD, 1983-1987

Xavier University, BS in Psychology and Management, 1983

**PROFESSIONAL AFFILIATIONS & ACTIVITIES**

American Psychological Society (Fellow)

American Psychological Association (Fellow Division 5 and 14)

    Committee on Psychological Testing and Assessment, 2014-2017

Society for Industrial and Organizational Psychology (Fellow)

    President, 2002-2003

    President elect, 2001-2002

    Past President, 2003-2004

    Member-at-large, 1998-2001

    Financial Planning Committee, 2003-04

    Task Force on Licensure Issues, 2001-2002

    Advisory Committee for Principles revision, 2001

    APA Program Committee Chair, 1993-94

    SIOP Program Committee, Chair, 1994-95

    Scientific Affairs Committee Chair, 1997-98

    Conference Registration Committee member, 1989-90

    Awards Committee member, 1990, 1991

        McCormick Award Subcommittee Chair, 1991

        Distinguished Scientific Award Committee, 2007

    Fellowship Committee, 2008-09; 2009-10; 2010-11

    SIOP Program Committee member, 1992-93; 1999-2000; 2012; 2014; 2015

    SIOP Financial Planning Committee, 2003-04

    SIOP Task Force on I/O Graduate Programs, 04-05

    SIOP Administrative Office Director Selection Committee, 2004; 2016

    Attended Inaugural APA Science Leadership Conference, Dec 05.

    SIOP Science for SHRM Task Force member, 2008-2010.

    2009 Leading Edge Consortium, science program co-chair

    Principles Revision Committee, member, 2015-2016.

    SIOP Small Grants Reviewer, 2012-13

    SIOP Government Relations Initiative on Law Enforcement, 2015-present

SIOP Executive Director Search Committee, 2016.

Academy of Management

Scholarly Achievement Award Committee, 1996

Dissertation Award Committee, Chair, 1998-99

HR Doctoral Consortium co-coordinator, 1999-2000

Program Reviewer, Careers Division, 1996; 1997

Program Reviewer, HR Division, 1996; 1997; 1998; 2000

Program Reviewer, Gender and Diversity division, 2000

Mahoney Mentoring Award Committee, 2013-4

International Association Applied Psychology, 2006-2011

Michigan Association of Industrial Organizational Psychologists

Member at large, 1995-1997

Personnel and Human Resources Research Group, 1998-2011

ASPPB Examination Committee member, 1995-1998

Joint Committee on Standards for Educational Evaluation, task force member for revision of the *Personnel Evaluation Standards*, 2003-04

National Academy of Sciences Committee on FAA Aviation Safety Inspector Staffing Standards, 2004-6

National Academy of Sciences Committee on O*Net, 2008-2009.

National Research Council, member Board on Testing and Assessment, 2012-2015.

National Academy of Science, Engineering, and Medicine, Board on Human System Integration (BOSHI), Workforce Planning Models for Forensic Science, workshop planning committee member 2016.

DOD Defense Advisory Committee on Military Personnel Testing, 2005-2012.

Department of State, member of the Board of Examiners for the Foreign Service, 12/2012- 2018

National Assessment Governing Board (NAGB), Advisory panel member for NAEP 12th Grade Preparedness, 8/13- 8/14.

Society Human Resource Management Foundation, Board of Directors, 11/13- 11/16.

Senior Consortium Research Fellow, Army Research Institute, 6/08 -10/08; 2015-2016

Army Research Institute, Panel on Soldier Classification, 2015.

Army Research Institute, Review of Basic Research Program of Foundational Sciences Research Unit (FSRU), 2015-2016.

ACT, Technical Advisory Board member, 8/15 to present

AON Technical Advisory Board member, 8/15 to present

Associate Editor, American Psychologist, 5/12 to 12/15

Editorial Board, American Psychologist, 1/16 to present

Editorial Board, Personnel Psychology, 1996-2002; 2008 - present

Editor, Personnel Psychology 12/02 to 7/07

Editorial Board, Journal of Applied Psychology, 1996-2001; 2008 - present

Editorial Board, Human Performance, 2001-2002

Editorial Board, Journal of Management, 1994-2000

Editorial Board, Industrial and Organizational Psychology:  Perspectives on Science and Practice, 12/07 – present.

Editorial Board, Annual Review of Organizational Psychology and Organizational Behavior, 2012-2017

Editorial Board, *Personnel Assessment and Decisions*, 2014-2018

Editorial Board, Journal of Personnel Psychology, 2016-present

International Editorial Advisory Board, Employee selection and performance management, 2008.

Senior Advisory Board Member, Journal of Business and Psychology, 2008-2011.

Special issue co-editor, Journal of Business and Psychology, Inductive Research in Organizations, 2012-2014.

Advisory Board, Blackwell Publishing's Talent Essential book series, 1/07 to 6/10.

National Science Foundation, Social Psychology Program, proposal reviewer, 5/03, 5/11, 10/11.

Ad hoc reviewer, Psychological Bulletin,  Human Relations, Group and Organization Management, International Journal of Selection and Assessment, Journal of Personality and Social Psychology, Academy of Management Journal, Organizational Research Methods, Journal of Applied Social Psychology, Organizational Behavior and Human Performance, Personality and Social Psychology Bulletin. Applied Psychology: An International Review, Journal of Personality, Journal of Research in Personality, Journal of Managerial Psychology, International Journal of Human Resource Management, Clinical Psychology:  Science and Practice, Journal of Occupational and Organizational Psychology, International Manpower Review; Journal of Family Psychology, Asia Pacific Management Review, Organizational Research Methods, African Journal of Business Management, Psychological Reports, Journal of Organizational Behavior, Academy of Management Review, Journal of Applied Developmental Psychology

Social Sciences and Humanities Research Council of Canada, Proposal Reviewer, 2008, 2009, 2010, 2014.

French National Research Agency, INEG program reviewer, 2012, 2015

FWO, Research Foundation Flanders, reviewer 2015, 2016.

Ministry of Science, Technology and Space of Israel, reviewer 2016.

Southern Management Association, OB Track Outstanding Paper Committee, 2009

Society Human Resource Management Foundation,

> Grant Proposal Reviewer, 2011-2014.

> Board of Directors, 2014- 2016

>> Research Evidence Committee, 2014, 2015

>> Research Advisory Council 2014

>> Governance Committee, 2015, 2016

>> Research Evidence Committee/Thought Leadership Committee, 2016, 207

>> Advisor of the Year Award committee, 2015, 2016

>> HRImpact awards committee chair, 2014- 2015

Michigan Commission on Law Enforcement Standards (MCOLES), Recruiting Committee in response to Governor's directive, 12/2016- 5/2017

MSU, Diversity Research Network, Advisory Board Member, 2016-present .

## GRANTS

SIOP Foundation, *Checking Criminal Records:  its consequences for applicants and employers,* $2550.

Society for Human Resource Management Foundation, Validation of SHRM's Assessments of HR Competencies, $15,000 (3/13-3/14).

Google, Recognition of research excellence, 2011, $100,000.

SIOP Foundation, *Cross-cultural comparison of testing practices*, $6700 (4/11-7/12).

Internal Evaluator for Preparing Future Faculty Assessment of Student Learning grant (1/13 to present)

Internal Evaluator for *Center for Academic and Future Faculty Excellence* (CAFFE), $1,000,000 awarded by NSF (9/09-8/13).

Society Human Resource Management Foundation, *Work-life Interference: Expanding our measurement conceptualization and improving our measurement*, $62,686, (7/08-7/10).

College of Social Science Faculty Initiatives Fund, *Stigma disclosure*, $6000, (4/08-8/08).

SIOP Foundation, *Hiring discrimination against Arabs: Interaction with applicant job and recruiter characteristics*, $1730 (5/07-5/08).

Family Research Initiative, MSU, Emotional demands and work-family conflict, $7500   (2/07-8/07).

Families and Communities Together Grant, MSU, Working parent expectations of  schools. $39,856 (4/07-4/08).

American Psychological Foundation Wayne F. Placek Grant, Sexual Orientation Harassment in the Workplace, $49,732, (10/05-9/07).

American Psychological Foundation Wayne F. Placek Investigator Development Award, Workplace Sexual Orientation Harassment: Prevalence, Outcomes, and Implications, $4000 (Oct 04- Dec 05)

Society Human Resource Management Foundation, Factors influencing effective standardization in global staffing systems, $13,142.

Professional Examination Service, Reactions to Licensure Examinations, $3000.

State of Ohio Eminent Scholar Program, coauthor of grant. $500,000 awarded for endowed chair.

BGSU Faculty Research Committee, Basic Grant, Workplace honesty: An interactional perspective, $3,000 awarded.

BGSU Faculty Speed Grant, $750 awarded.

BGSU Faculty Research Committee, Major Grant, $10,000 awarded.

## AWARDS

Outstanding Graduate Educator, BGSU, 1994.

Best Paper Award, Academy of Management Conference, Management Education and Development Division, 1998.

Best Article Award, *Journal of Management,* 2004.

Top Rated Poster Award, Society for Industrial and Organizational Psychology Conference, 2008.

University Distinguished Faculty Award, 2011.

Best Paper Award Runner-Up, *Journal of Organizational Behavior*, 2012.

Sage Award for Outstanding Scholarly Contributions to Study of Diversity, Academy of Management, GDO Division, 2013.

SIOP Distinguished Teaching Contributions Award, 2014

Best Paper Award, *Journal of Organizational Behavior*, 2015

## EDUCATION

University of Illinois, Chicago, PhD, Organizational Psychology 1987

University of Illinois, Chicago, MA, Organizational Psychology 1986

Xavier University, BS in Psychology and Management, 1983

## RESEARCH INTERESTS

Fairness in employee selection; diversity in organizations; applicant perceptions of fairness; job search and identity management; faking and coaching; personality assessment; work-family conflict; employee attitude surveying.

## REFEREED PUBLICATIONS

Sackett, P. R., & Ryan, A. M. (1986). A review of recent assessment center research. *Journal of Management Development, 4*(4), 13-27.

Ryan, A. M., & Sackett, P. R. (1987). Pre-employment honesty testing: Fakability, reactions of test takers, and company image. *Journal of Business and Psychology, 1*(3), 248-256.

Ryan, A. M., & Sackett, P. R. (1987). A survey of individual assessment practices by I/O psychologists. *Personnel Psychology, 40*(3), 455-488.

Ryan, A. M., & Sackett, P. R. (1989). An exploratory study of individual assessment practices: Interrater reliability and judgments of assessor effectiveness. *Journal of Applied Psychology, 74* (4), 568-579.

Ryan, A. M., Barbera, K. A., & Sackett, P. R. (1990). Strategic individual assessment: Issues in providing reliable descriptions. *Human Resources Management Journal, 29*(3), 271-284.

Ryan, A. M., & Lasek, M. R. (1991). Negligent hiring and defamation: Areas of liability in using employment references. *Personnel Psychology, 44*(2), 293-320.

Ryan, A. M., & Sackett, P. R. (1992). Relationship between graduate training, professional affiliation, and individual psychological assessment practices for personnel decisions. *Personnel Psychology, 45*, 363-387.

Schmit, M. J., & Ryan, A. M. (1992). Test taking dispositions: A missing link? *Journal of Applied Psychology, 77*(5), 629-637.

Ryan, A. M. (1992). Comparison of psychologists' evaluations of individual assessments on the basis of graduate training and professional affiliation. *Journal of Business and Psychology, 6*(3).

Schmit, M. J., Amel, E. L., & Ryan, A. M. (1993). Self-reported assertive job-seeking behaviors of minimally-educated job hunters. *Personnel Psychology, 46*(1), 105-124.

Schmit, M. J., & Ryan, A. M. (1993). The Big Five in personnel selection: Factor structure in applicant and non-applicant populations. *Journal of Applied Psychology, 78*(6), 966-974.

Schmit, M. J., Ryan, A. M., Stierwalter, S. L., & Powell, A. B. (1995). Frame of reference effects on personality scale scores and criterion-related validity. *Journal of Applied Psychology, 80*, 607-620.

Philbin, A., Ryan, A. M., & Friedel, L. (1995). How technical communicators feel about their occupations: Facets, attitudes, and implications for the future of the profession. *Journal of Technical Writing and Communication, 25*(3), 303-320.

Ryan, A. M., Daum, D., Bauman, T., Grisez, M., Mattimore, K., Nadlodka, T., & McCormick, S. (1995). Comparison of assessment center-ratings: Direct, indirect, and controlled observation. *Journal of Applied Psychology, 80*, 664-670.

Ryan, A. M., & Schmit, M. J. (1996). Calculating EEO statistics in the temporary help industry. *Personnel Psychology, 49*, 167-180.

Robie, C., & Ryan, A. M. (1996). Structural equivalence of a measure of cross-cultural adjustment. *Educational and Psychological Measurement, 56*, 514-521.

Ryan, A. M., & Schmit, M. J. (1996). An assessment of organizational climate and P-E fit: Tools for organizational change. *International Journal of Organizational Analysis, 4*, 75-96.

Ryan, A. M., Greguras, G., & Ployhart, R. (1996). Perceived job relatedness of physical ability testing for firefighters: Exploring variations in reactions. *Human Performance, 9*, 219-240.

Balzer, W., Boudreau, N., Hutchinson, P., Ryan, A. M., Thorsteinson, T., Sullivan, J., Yonker, R., & Snavely, D. (1996). Critical modeling principles when testing for gender equity in faculty salary. *Research in Higher Education, 37*(6), 633-658.

Ryan, A. M., Schmit, M. J., & Johnson, R. (1996). Attitudes and effectiveness: Examining relations at the organizational level. *Personnel Psychology, 49*, 853-882.

Boudreau, N., Sullivan, J., Balzer, W., Ryan, A. M., Yonker, R., Thorsteinson, T., Hutchinson, P., & Snavely, D. (1997). Should faculty rank be included as a predictor variable in studies of gender equity in university-faculty salaries. *Research in Higher Education, 38*, 297-312.

Ryan, A. M., Brutus, S., Daum, D. L., Brodke, M. H., Schmit, M. J., & Volmer, S. A. (1997). Workplace integrity: Differences in perceptions of behaviors and situational factors. *Journal of Business and Psychology, 12*(1), 67-83.

Thorsteinson, T. J., & Ryan, A. M. (1997). The effect of selection ratio on perceptions of the fairness of a selection test battery. *International Journal of Selection and Assessment, 5*, 159-168.

Schmit, M. J., & Ryan, A. M. (1997). Applicant withdrawal: The role of test taking attitudes and racial differences. *Personnel Psychology, 50*, 855-876.

Ployhart, R. E., & Ryan, A. M. (1997). Toward an explanation of applicant reactions: An examination of organizational justice and attribution frameworks. *Organizational Behavior and Human Decision Processes, 72*, 308-335.

Ryan, A. M., Ployhart, R. E., & Friedel, L. (1998). Using personality testing to reduce adverse impact: A cautionary note. *Journal of Applied Psychology, 83*, 298-307.

Ployhart, R. E., & Ryan, A. M. (1998). Applicant's reactions to the fairness of selection procedures: The effects of positive rule violations and time of measurement. *Journal of Applied Psychology, 83*, 3-16.

Brutus, S., & Ryan, A. M. (1998). A new perspective on preferential treatment: The role of ambiguity and self-efficacy. *Journal of Business and Psychology, 13*, 157-178.

Ryan, A. M., Ployhart, R. E., Greguras, G. I., & Schmit, M. J. (1998). Test preparation programs in selection contexts: Self-selection and program effectiveness. *Personnel Psychology, 51*, 599-622.

Robie, C., Ryan, A. M., Schmieder, R. A., Parra, L. F., & Smith, P. C. (1998). The relation between job level and job satisfaction. *Group and Organization Management, 23*, 470-495.

Robie, C., & Ryan, A. M. (1999). Performance monitoring as a moderator of the relations between two conscientiousness measures and task performance. *Journal of Business and Psychology, 13*, 391-406.

Ryan, A. M., Chan, D., Ployhart, R. E., & Slade, A. (1999). Employee attitude surveys in a multinational organization: Considering language and culture in assessing measurement equivalence. *Personnel Psychology, 52*, 37-58.

Ployhart, R. E., Ryan, A. M., & Bennett, M. (1999). Explanations for selection decisions: Applicants' reactions to informational and sensitivity features of explanations. *Journal of Applied Psychology, 84*, 87-106.

Ryan, A. M., McFarland, L. A., Baron, H., & Page, R. (1999). An international look at selection practices: Nation and culture as sources of variability in practice. *Personnel Psychology, 52*, 359-391.

    Reprinted in N. R. Anderson & U. R. Hulsheger (Ed.). (2008). *Employee selection and performance management*. Sage Publications.

Robie, C., & Ryan, A. M. (1999). Effects of nonlinearity and heteroscedasticity on the validity of conscientiousness in predicting overall job performance. *International Journal of Selection and Assessment, 7*, 157-169.

Ryan, A. M., & Chan, D. (1999). Perceptions of the EPPP: How do licensure candidates view the process? *Professional Psychology, 30*, 519-530.

Ryan, A. M., Brutus, S., Greguras, G., & Hakel, M. (2000) Reactivity to assessment-based feedback for management development. *Journal of Management Development, 19*, 252-276.

Ryan, A. M., Sacco, J. M., McFarland, L. A., & Kriska, S. D. (2000). Applicant self-selection: Correlates of withdrawal from a multiple hurdle process. *Journal of Applied Psychology, 85*, 163-179.

Ryan, A. M., Horvath, M., Ployhart, R. E., Schmitt, N., & Slade, L. A. (2000). Hypothesizing differential item functioning in global employee opinion surveys. *Personnel Psychology, 53*, 531-562.

Ryan, A. M., & Ployhart, R. E. (2000). Applicants' perceptions of selection procedures and decisions: A critical review and agenda for the future. *Journal of Management, 26*, 565-606.

    Reprinted in N. R. Anderson & U. R. Hulsheger (Ed.). (2008). *Employee selection and performance management*. Sage Publications.

Robie, C., Schmit, M. J., Ryan, A. M., & Zickar, M. J. (2000). Effects of item context specificity on the measurement equivalence of a personality inventory. *Organizational Research Methods, 3*, 348-365.

McFarland, L. A., & Ryan, A. M. (2000). Variance in faking across non-cognitive measures. *Journal of Applied Psychology, 85*, 812-821.

Horvath, M., Ryan, A. M., & Stierwalt, S. (2000). The influence of explanations for test use, outcome favorability and self-efficacy on test taker perceptions. *Organizational Behavior and Human Decision Processes, 83*, 310-330.

Ryan, A. M. (2001). Explaining the Black/White test score gap: The role of test perceptions. *Human Performance, 14*, 45-75.

Ryan, A. M., Kriska, S. D., West, B. J., & Sacco, J. M. (2001) Anticipated work/family conflict and family member views: Role in police recruiting. *Policing: An International Journal of Police Strategies and Management, 24*, 228-239.

McFarland, L. A., Ryan, A. M., & Ellis, A (2002). Item placement on a personality measure: Effects on faking behavior and test measurement properties *Journal of Personality Assessment, 78*, 348-369.

McFarland, L. A., Ryan, A. M., & Kriska, D. (2002). Field study investigation of applicant use of influence tactics in a selection interview. *Journal of Psychology, 136*, 383-398.

Ployhart, R. E., McFarland, L. A., & Ryan, A. M. (2002). Examining applicants' attributions for withdrawal from a selection procedure. *Journal of Applied Social Psychology, 32*, 2228-2252.

Ellis, A. P. J., West, B. J., Ryan, A. M., & Deshon, R. P. (2002). The use of impression management tactics in structured interviews: A function of question type? *Journal of Applied Psychology, 87*, 1200-1208.

Horvath, M., & Ryan, A. M. (2003). Antecedents and potential moderators of the relationship between attitudes and hiring discrimination on the basis of sexual orientation. *Sex Roles, 48*, 115-130.

Ryan, A. M., West, B. J., & Carr, J. Z. (2003) Effects of the terrorist attacks of 9/11/01 on employee attitudes. *Journal of Applied Psychology, 88*, 647-659.

Wiechmann, D., Ryan, A. M., & Hemingway, M. (2003). Designing and implementing global staffing systems: Part I -- Leaders in global staffing. *Human Resource Management, 42*, 71-84.

Ryan, A. M., Wiechmann, D., & Hemingway, M. (2003). Designing and implementing global staffing systems: Part II -- Best practices. *Human Resource Management, 42*, 85-94.

Sacco, J., Scheu, C., Ryan, A. M., & Schmitt, N. (2003) An investigation of race and sex similarity effects in interviews: A multilevel approach to relational demography. *Journal of Applied Psychology, 88*, 852-865.

Nguyen, H., O'Neal, A., & Ryan, A. M. (2003). Relating test-taking attitudes and skills and stereotype threat effects to the racial gap in cognitive ability test performance. *Human Performance, 16*, 261-293.

Wiechmann, D., & Ryan, A. M. (2003). Reactions to computerized testing in selection contexts. *International Journal of Assessment and Selection, 11*, 215-229.

Ellis, A., & Ryan, A. M. (2003). Race and cognitive ability test performance: The mediating effects of test-taking strategy use, test preparation, and test-taking self-efficacy. *Journal of Applied Social Psychology, 33*(12), 2607-2629.

McFarland, L. A., Ryan, A. M., & Kriska, S. D. (2003). Impression management use and effectiveness across assessment methods. *Journal of Management, 29*, 641-661.

Bell, B. S., Ryan, A. M., & Wiechmann, D. (2004). Justice expectations and applicant perceptions. *International Journal of Selection and Assessment, 12*, 24-38.

McFarland, L. A., Sacco, J. M., Ryan, A. M., & Kriska, S. D. (2004). Examination of structured interview ratings across time: The effects of applicant race, rater race, and panel composition across time. *Journal of Management, 30*, 435-452.

Anderson, N., Lievens, F., van Dam, K., & Ryan, A. M. (2004). Future perspectives on employee selection: Key directions for future research and practice. *Applied Psychology: An International Review, 53*, 487-501.

Ryan, A. M., & Tippins, N. (2004). The implementation gap in attraction and selection. *Human Resource Management, 43*, 305-318.

Ryan, A. M., Horvath, M., & Kriska, S.D. (2005). The role of recruiting source informativeness and organizational perceptions in decisions to apply. *International Journal of Selection and Assessment, 13*, 235-249.

Bell, B. S., Wiechmann, D., & Ryan, A. M. (2006). Consequences of organizational justice expectations in a selection system. *Journal of Applied Psychology, 91*, 455-466.

McFarland, L. M., & Ryan, A. M. (2006). Toward an integrated model of applicant faking behavior. *Journal of Applied Social Psychology, 36*, 979-1016.

Boyce, A. S., Ryan, A. M., Imus, A., & Morgeson, F. (2007). Temporary worker, permanent loser? A model of the stigmatization of contingent workers. *Journal of Management, 33,* 5-29.

Ryan, A. M., & Kossek, E. E. (2008). Work-life policy implementation:  Breaking down or creating barriers to inclusiveness? *Human Resource Management, 47,* 295-310.

Wessel, J. L., Ryan, A. M., & Oswald, F. L. (2008).  The relationship between objective and perceived fit with academic major, adaptability, and major-related outcomes. *Journal of Vocational Behavior, 72,* 363-376.

Derous, E., & Ryan, A. M. (2008). When earning is (not) beneficial for learning: Investigating the relation of employment and leisure activities to academic outcomes. *Journal of Vocational Behavior, 73,* 118-131.

Nguyen, H. H., & Ryan, A. M. (2008). Does stereotype threat affect cognitive ability test performance of minorities and women? A meta-analytic review of experimental evidence. *Journal of Applied Psychology, 93,* 1314-1335.

Ryan, A. M., & Huth, M.  (2008). Not much more than platitudes? A critical look at the utility of applicant reactions research. *Human Resource Management Review, 18*, 199-132.

Wessel, J. L., & Ryan, A. M. (2008). Past the first encounter: The role of stereotypes. *Industrial and Organizational Psychology: Perspectives on Science and Practice, 1*, 409-411.

Ryan, A. M., Boyce, A. S., Jundt, D., Ghumman, S., Schmidt, G., & Gibby, R. (2009). Going global: Cultural values perceptions of selection procedures. *Applied Psychology: An International Review, 58*, 520-556.

Derous, E., Nguyen, H. H., & Ryan, A. M. (2009). Hiring discrimination against Arab minorities: Interactions between prejudice and job characteristics. *Human Performance, 22*, 297-320.

Morgeson, F., & Ryan, A. M. (2009). Reacting to applicant perspectives research: What's next? *International Journal of Selection and Assessment, 17*, 431-437.

Jensen, J. M., Opland, R. A., & Ryan, A. M. (2010). Psychological contracts and counterproductive work behaviors: Employee responses to transactional and relational breach. *Journal of Business and Psychology, 25*, 555-568

Westring, A., & Ryan, A. M. (2010). Personality and inter-role conflict and enrichment: Investigating the mediating role of support. *Human Relations, 63,* 1815-1834.

Merritt, S. M., Ryan, A. M., Mack, M., Leeds, J. P., & Schmitt, N. (2010). Perceived in-group and out-group preference: A longitudinal causal investigation. *Personnel Psychology*, 63, 845-879

Ryan, A. M., & Ford, J. K. (2010). Organizational psychology and the tipping point of professional identity. *Industrial and Organizational Psychology: Perspectives on Science and Practice*, 3, 241-258 Invited focal article.

Ryan, A. M. & Ford, J.K. (2010).  A profession awry or poised for the future?  Work psychology and professional identity. *Industrial and Organizational Psychology: Perspectives on Science and Practice*, 3, 300-304

Huang, J. L., & Ryan, A. M. (2011). Beyond personality traits: A study of personality states and situational contingencies in customer service jobs. *Personnel Psychology*, 64, 451-488

Grand, J. A., Ryan, A. M., Schmitt, N., & Hmurovic, J. (2011). How far does stereotype threat reach? The potential detriment of face validity in cognitive ability testing. *Human Performance*, 24, 1-28.

Westring, A. & Ryan, A.M. (2011). Anticipated work family conflict: a construct investigation. *Journal of Vocational Behavior*, 79, 596-610.

Schinkel, S., Van Vianen, A., Van Dierendonck, D. & Ryan, A. M. (2011) Applicant reactions to rejection: feedback, fairness, and attributional style effects. *Journal of Personnel Psychology, 10,* 146-156.

Wessel, J.E. & Ryan, A.M. (2012). Supportive when not supported? Male responses to negative climates for women. *Sex Roles,* 94-104.

Hagiwara-Livingston, N., Wessel, J. L., & Ryan, A. M. (2012). How do people react to stigma acknowledgement? Race and gender acknowledgement in the 2008 Presidential election. *Journal of Applied Social Psychology, 42,* 2191-2212 .

Ryan, A. M., & Wessel, J. L. (2012).Sexual orientation harassment: When do observers intervene? *Journal of Organizational Behavior*, *33,* 488-509.

Derous, E., Nguyen, H. H., & Ryan, A. M. (2012). Multiple categorization in resume screening: Examination in field and lab settings. *Journal of Organizational Behavior, 33,* 544-570.

Gillespie, JZ & Ryan AM ( 2012)  Gender-based preferential selection: influences on perceptions of procedurally unfair advantage eon performance and self-evaluations. *Journal of Applied Social Psychology, 42,* E150–E179,

Reeder, MA, Powers, CL., Ryan, A. M & Gibby R E (2012 )  The role of person characteristics in perceptions of the validity of cognitive ability testing, *International Journal of Testing and Assessment, 20, 53-64*

Derous, E. & Ryan, A.M. (2012). Documenting the adverse impact of resume screening: degree of ethnic identification matters. *International Journal of Selection and Assessment,20, 464-474.*

Derous, E., Ryan, A.M. & Buijsrogge, A. (2013). Maybe too little but not too late: four challenges for employment discrimination research in I-O.  . *Industrial and Organizational Psychology: Perspectives on Science and Practice, 6,* 75-80.

Keeney, J., Sinha, R., Boyd, E  Westring AJ & Ryan A M  (2013). From "work-family" to "work life:" Broadening our conceptualization and measurement. *Journal of Vocational Behavior*. 82, 221–237

Ghumman, S., Ryan, A. M., Barclay, L. A., & Markel, K. S. (2013). Religious Discrimination in the Workplace: A Review and Examination of Current and Future Trends. *Journal of Business and Psychology*, 1-16.

Ghumman, S & Ryan, A. M. (2013) Not welcome here: discrimination towards headscarf wearing Muslim women. *Human Relations, 66,* 671-698.

Ryan, A. M., Huth, M, Massman, A., Westring, AJ., D'Mello, S & Bannan, R. (2013). Working parent family friendly schools:" the role of school instrumental support in work-family conflict. *Community, Work and Family, 1-27.*

Grand, J.A., Golubovich J Ryan AM & Schmitt N (2013)  The Detection and Influence of Problematic Item Content in Ability Tests: An Examination of Sensitivity Review Practices for Personnel Selection Test development.  *Organizational Behavior and Human Decision Processes 121*, 158–173

Groggins, A., & Ryan, A. M. (2013). Embracing uniqueness: The underpinnings of a positive climate for diversity. *Journal of Occupational and Organizational Psychology. 86,* 264-282

Ott-Holland, C., Huang, J.L., Ryan, A. M., Elizondo, F. & Wadlington, P. (2013).  Culture and vocational interests:  the moderating role of collectivism and gender egalitarianism.  *Journal of Counseling Psychology, 60,* 569-581

Ryan, A.M. & Ployhart, RE (2014).  A century of selection.  *Annual Review of Psychology, 65,* 693-717.

Huang, J., Ryan, A. M., Zabel, K., & Palmer, A. (2014). Personality and adaptive performance at work:  a meta-analytic investigation.  *Journal of Applied Psychology.* 99, 162-179

Ford, J.K., Kozlowski, S., & Ryan, A.M. (2014).  Solutions in search of the problem:  Innovation, flexibility, and graduate education.  *Industrial and Organizational Psychology:  Perspectives on Science and Practice, 7.44-50.*

Lyons, B.J., Wessel, J.L., Ghumman, S., Ryan, A.M, Kim S.. (2014) Applying models of identity management across cultures:  Christianity in the United States and South Korea.  *Journal of Organizational Behavior, 35,* 678-704

Lyons, B., Wessel, J.E., Tai, Y., Ryan, A.M. & Wessel, J.E. (2014) Strategies of job seekers to combat age-related stereotypes.  *Journal of Managerial Psychology, 29,* 1009-1027.

Golubovich, J., Grand, JA, Ryan, AM & Schmitt, N. (2014). An Examination of Common Sensitivity Review Practices in Test Development.  *International Journal of Selection and Assessment. 22,* 1-11.

Ott-Holland, C., Huang, J.L., Ryan, A. M., Elizondo, F. & Wadlington, P.  (2014).  The effects of culture and gender on perceived self-other similarity in personality.  *Journal of Research in Personality.* 53, 13-21.

Spector, PE, Rogelberg, SG, Ryan, AM, Schmidt, NS & Zedeck, S.(2014).  Moving the pendulum back to the middle:  reflections on and introduction to the inductive research special issue of Journal of Business and Psychology.  *Journal of Business and Psychology. 29,* 499-502

Ryan, AM & Wessel JL  (2015).  Implications of a changing workforce and workplace for justice perceptions and expectations.  *Human Resource Management Review, 25,* 162-175.

Walton, G.M, Murphy, MC & Ryan, AM (2015).  Stereotype threat in evaluative contexts.  *Annual Review of Organizational Psychology and Organizational Behavior, 2,* 523-550.

Boyce, A., Nieminen, L., Denison, D., Gillespie, M & Ryan, AM. (2015).  Which comes first, organizational culture or performance?  A longitudinal study of causal priority with automobile dealerships.  *Journal of Organizational Behavior*, *36*, 339-359.

*Best Paper Award for 2015, *Journal of Organizational Behavior*

Wessel, JE, Hagiwara-Livingston, N., Ryan, AM & Kermond, C (2015).  Should female applicants 'man up' for traditionally-masculine fields? Effectiveness of two verbal identity management strategies.  *Psychology of Women Quarterly*, 39, 243-255.

Huang, J.L., Mujtaba, BG & Ryan, AM (2015). Vicarious experience of justice: when unfair treatment of one's colleague matters. *Personnel Review*, 44, 826-846.

Derous, E., Ryan, AM , Serlie, A. (2015) Double jeopardy upon resume screening: is Aisha less employable than Achmed? *Personnel Psychology, 68,* 659-696.

Ilies, R, Huth, M. Ryan, AM & Dimotakis, N. (2015) Explaining the links between workload, distress and work-family conflict among school employees: physical, cognitive and emotional fatigue. *Journal of Educational Psychology, 107,* 1136-1149.

King, D., Ryan, AM, Kantrowitz, T. & Grelle, D (2015). Mobile internet testing: an analysis of equivalence, attitudes individual differences and reactions. *International Journal of Selection and Assessment, 23, 382-394.*

Ghumman, S., Ryan, A. M., & Park, J. S. (2016) Religious harassment in the workplace: An examination of observer intervention. *Journal of Organizational Behavior,* 37: *279–306.*

Schinkel, S., van Vianen, Annelies E. M., & Ryan, A. M. (2016). Applicant reactions to selection events: Four studies into the role of attributional style and fairness perceptions. *International Journal of Selection and Assessment, 24*(2), 107-118.

Ali, A. A., Ryan, A. M., Lyons, B. J., Ehrhart, M. G., & Wessel, J. L. (2016). The long road to employment: Incivility experienced by job seekers. *Journal of Applied Psychology, 101*(3), 333-349.

Nnawulezi, N, Ryan,A.M. & O'Connor, R.C. (2016). Reducing prejudice within community-based organizations. *Journal of Community Practice, 24,* 182-204.

Ryan, AM & Derous, E (2016). Highlighting tensions in recruitment and selection research and practice. *International Journal of Selection and Assessment*, 24, 54-62

Olenick, J., Bhatia, S., & Ryan, AM (2016). Effect of g-loading and time lag on retesting in job selection. *International Journal of Selection and Assessment, 24, 324-336*

Kang, Y-H & Ryan, AM (2016). Should more senior workers be better citizens? Expectations of helping and civic virtue related to seniority. *SpringerPlus, 5*, 1-12.

Huang, J. L., Bramble, R. J., Liu, M., Aqwa, J. J., Ott-Holland, C. J., Ryan, A. M., . . . Wadlington, P. L. (2016). Rethinking the association between extraversion and job satisfaction: The role of interpersonal job context. *Journal of Occupational and Organizational Psychology, 89*(3), 683-691.

Ali, A. A., Lyons, B. J., & Ryan, A. M. (2017). Managing a perilous stigma: Ex-offenders' use of reparative impression management tactics in hiring contexts.*Journal of Applied Psychology, 102*(9), 1271-1285.

Ryan, A. M., & Nguyen, H. D. (2017). Publication bias and stereotype threat research: A reply to zigerell. *Journal of Applied Psychology, 102*(8), 1169-1177.

Roberson, Q., Ryan, A. M., & Ragins, B. R. (2017). The evolution and future of diversity at work. *Journal of Applied Psychology, 102*(3), 483-499.

Derous, E., Pepermans, R., & Ryan, A. M. (2017). Ethnic discrimination during résumé screening: Interactive effects of applicants' ethnic salience with job context. *Human Relations, 70*(7), 860-882.

Huang, J. L., Ford, J. K., & Ryan, A. M. (2017). Ignored no more: Within-person variability enables better understanding of training transfer. *Personnel Psychology, 70*(3), 557-596.

Ryan, A. M., Reeder, M. C., Golubovich, J., Grand, J., Inceoglu, I., Bartram, D, Derous E, Nikolaou, I. Yao, X. (2017). Culture and testing practices: Is the world flat? *Applied Psychology: An International Review, 66*(3), 434-467.

Prasad, J. J., Showler, M. B., Ryan, A. M., Schmitt, N., & Nye, C. D. (2017). When belief precedes being: How attitudes and motivation before matriculation lead to fit and academic performance. *Journal of Vocational Behavior, 100*, 27-42.

King, DD, Ott-Holland, C, Ryan, AM, Huang, JL, Wadlington, P & Elizondo, F. (in press, online July 2016). Personality Homogeneity in organizations and occupations: considering similarity sources. *Journal of Business and Psychology*.

Lyons, B., Martinez, LR, Ruggs, EN, Hebl, MR, Ryan, AM, Roebuck, A & O'Brien, KR (in press, online July 9, 2016). To say or not to say: Different strategies of acknowledging a visible disability. *Journal of Management*.

Prasad, J.J., Showler, M. B., Schmitt, N., Ryan, A.M. & Nye, C.D. (in press, online Sept 3, 2016). Using Biodata and situational judgment inventories across cultural groups. *International Journal of Testing*.

Gardner, D.M. & Ryan, A.M. (in press). Does intentionality matter? An exploration of discrimination with ambiguous intent. *Industrial and Organizational Psychology: Perspectives on Science and Practice*.

Ryan, A.M., Ali, A.A., Hauer, T. & French-Vitet, J. (in press). Timeliness is Key to the Candidate Experience. *Personnel Assessment and Decisions*.

Ott-Holland, C., Shepherd, W. J., & Ryan, A. M. (in press, online, 2017). Examining wellness programs over time: Predicting participation and workplace outcomes. *Journal of Occupational Health Psychology,*

Gardner, DM, Ryan, AM& Snoeyink, M (in press). How are we doing? An examination of gender representation in I/O psychology. *Industrial and Organizational Psychology: Perspectives on Science and Practice.*

## BOOK CHAPTERS

Sackett, P. R., Burris, L. R., & Ryan, A. M. (1989). Coaching and practice effects in personnel selection. In C. Cooper & I. Robertson (Eds.), *International review of industrial and organizational Psychology* (pp. 145-183). New York: Wiley.

Ryan, A. M., & Sackett, P. R. (1989). Individual assessment. In J. Jones, B. Steffy, & D. W. Bray (Eds.), *Applied psychology in business: The manager's handbook*. New York: Lexington Books.

Ryan, A. M., & Greguras, G. (1998). Life is not multiple choice: Reactions to the alternatives. In M. D. Hakel (Ed.), *Alternatives to traditional assessment* (pp. 183-202).

Ryan, A. M., & Sackett, P. R. (1998). The scope of individual assessment practice. In R. P. Jeanneret & R. Silzer (Eds.), *Individual assessment: Predicting behavior in organizational settings* (pp. 54-87). San Francisco: Jossey-Bass.

Kelly, J. G., Ryan, A. M., Altman, B. E., & Stelzner, S. P. (2000). Understanding and changing social systems: An ecological view. In J. Rappaport & E. Seidman (Eds.), *The handbook of community psychology* (pp.133-159). New York: Kluwer Academic/Plenum.

Ryan, A. M., & Ployhart, R. E. (2002). Customer service behavior. In W. C. Borman, D. R. Ilgen, & R. J. Klimoski (Eds.), *Handbook of psychology, Volume XII: Industrial and Organizational Psychology*. New York: John Wiley.

Ryan, A. M., & Kristof-Brown, A. L. (2003). Focusing on personality in person-organization fit research: Unaddressed issues. In M. R. Barrick & A. M. Ryan (Eds.), *Personality and work: Reconsidering the role of personality in organizations* (pp. 262-288). San Francisco: Jossey-Bass.

Mount, M. K., Barrick, M. R., & Ryan, A. M. (2003). Research themes for the future. In M. R. Barrick & A. M. Ryan (Eds.), *Personality and work: Reconsidering the role of personality in organizations* (pp. 326-344). San Francisco: Jossey-Bass.

Friede, A., & Ryan, A. M. (2005). The importance of the individual: How self-evaluations influence the work-family interface. In S. Lambert & E. Kossek (Eds.), *Work and life integration: Organizational, cultural, and individual perspectives* (pp. 193-210). Mahwah, NJ: Erlbaum.

Imus, A., & Ryan, A. M. (2005). Relevance and rigor in research on the applicant's perspective: In pursuit of pragmatic science. In N. Anderson, O. Voskuijl, & A. Evers (Eds.), *Handbook of personnel selection*. Blackwell Publishers.

Derous, E., & Ryan, A. M. (2006). Religious discrimination in employment. In J. Greenhaus & G. Callahan (Eds.), E*ncyclopedia of career development*. Sage Publications.

Ryan, A. M. (2006). To review or not to review: When you shouldn't accept a request to review. In Y. Baruch, S. Sullivan, & H. Schepmyer (Eds.), *Winning reviews: A guide for scholarly writing*. Palgrave Publishers.

Ryan, A. M., & Boyce, A. S. (2006). What do we know and where do we go? Practical directions for faking research. In R. Griffith (Ed.), *A closer examination of applicant faking behavior*. Greenwich, CT: Information Age Publishing.

Ryan, A. M., & Pulakos, E. D. (2007). Conducting meaningful research in a fast-paced and volatile work world: Challenges and opportunities. In J. P. Hodgkinson & J. K. Ford (Eds.), *International review of industrial and organizational psychology* (Vol. 22). London: Wiley.

Friede, A., & Ryan, A. M. (2007). Personality and the work-family interface. *Work-Family Encyclopedia*. Sloan Work Family Network.

Ryan, A. M. (2008). Editing as service. In Y. Baruch, A. Konrad, H. Aguinis, & W. H. Starbuck (Eds.), *Opening the black box of editorship* (pp. 27-38). Palgrave Macmillan.

Ryan, A. M., & Wessel, J. (2008). Fairness in selection and recruitment: A stigma theory perspective. In S. Cartwright & Cary Cooper (Eds.), *The Oxford Handbook of Personnel Psychology*.

Ryan, A. M., & Delany, T. (2010). Attracting people to organizations. In J. L. Farr & N. Tippins (Eds.), *Handbook of employee selection*.

Ryan, A. M., & Tippins, N. (2010). Global selection. In J. C. Scott & D. Reynolds (Eds.), *The handbook workplace assessment: Selection and development of organizational talent*. San Francisco: Jossey-Bass. (Part of SIOP Practice Series.)

Reeder, M. A., & Ryan, A. M. (2011). Methods for correcting for faking. In M. Ziegler, C. MacCann, & R. D. Roberts (Eds.), *New perspectives on faking in personality assessments*. NY, NY: Oxford Press.

Ryan, A. M., & Gelfand, M. (2012). Going global: Internationalizing the organizational psychology curriculum. In F.T. Leong, W. Pickren, M.M. Leach & A.J. Marsella (Eds.), *Internationalizing the psychology curriculum in the United States*, NY: Springer Science. P245-262.

Sackett, P. R., & Ryan, A. M. (2012). Concerns about generalizing stereotype threat research findings to operational high stakes testing. In M. Inzlicht & T. Schmader (Eds.), *Stereotype threat: theory, process and application*. NY, NY: Oxford Press, p249-263.

Ryan, A. M., & Sackett, P. R. (2012). Individual differences: Challenging our assumptions. In S. W. J. Kozlowski (Ed.), *Oxford Handbook of I/O Psychology*. 143-158.

Ryan, A. M., & Powers, C. L. (2012) Workplace diversity. In N. Schmitt (Ed.), *Oxford handbook of personnel assessment and selection*. Oxford Press. 814-831

Ryan, A. M., Oswald, F. & Leong, F.T. (2012). Introduction. In Ryan, A. M., Leong, F. T., & Oswald, F. (Eds.), *Conducting multinational research projects in organizational psychology: applying organizational psychology in the workplace* Washington, DC: APA Books, p3-8

Ryan, A. M., Oswald, F. & Leong, F.T. (2012). Afterword: Multinational Research Projects in Organizational Psychology – The Future is Bright. In Ryan, A. M., Leong, F. T., & Oswald, F. (Eds.), *Conducting multinational research projects in organizational psychology: applying organizational psychology in the workplace* Washington, DC: APA Books, p201-207.

Lyons, B.J. , Leong, F. & Ryan, A.M. (2012). Ethical Challenges to Conducting Multinational Organizational Research. In Ryan, A. M., Leong, F. T., & Oswald, F. (Eds.), *Conducting multinational research projects in organizational psychology: applying organizational psychology in the workplace*. Washington, DC: APA Books, p149-178.

Ryan, A. M. (2012). AOR and EOR: What's the connection? In L. M. Shore, J. A-M. Coyle-Shapiro, & L. E. Tetrick (Eds.), *Understanding the employee-organization relationship: Applications for the 21st century*. Taylor and Francis. 363-389

Ryan, A. M., & Ployhart, R. E. (2013). Emotional labor and customer service behavior. In N. Schmitt & S. Highhouse (Eds.), *Handbook of psychology*, *Vol 12: Industrial and Organizational Psychology*, 470-492.

Ryan, A. M., & Sackett, P. R. (2013). Stereotype threat in workplace assessments. In K. F. Geisinger (editor in chief), *APA handbook of testing and assessment in psychology, Vol 1: Test theory and testing and assessmen tin industrial and organizational psychology*. Washington DC: APA Publications. P661-673

Schmit, M. & Ryan, A. M. (2013) Legal issues in Personality Testing. In N.D.Christiansen & R. Tett (Eds). *Handbook of Personality at Work*.

Derous, E. & Ryan, A.M. (2014) By any other name: discrimination in resume screening. In E vanHooft, U Klehe & VanViannen, A. (Eds). *Oxford Handbook of Job Search and Loss.*

Ryan, AM., Inceoglu, I, Bartram, D, Golubovich, J, Grand J, Reeder M, Derous, E., Nikolaou, I. & Yao, X. (2015). Trends in Testing: Highlights of a Global Survey. To appear in I. Nikolaou & JK Oostrom (Eds.). *Employee recruitment, selection and assessment: contemporary issues for theory and practice.* Psychology Press. Taylor & Francis. 136-153

Boyd, E.M., Keeney, J., Sinha, R., & Ryan, A. M. (2016) A qualitative exploration of reactions to work-life conflict events. In S.G. Baugh & S.E. Sullivan (Ed.), *Striving for Balance*. (Vol 3 in Research in Careers Series). Information Age Publishing

Westring, A. F., Kossek, E. E., Pichler, S., & Ryan, A. M. (2016). Beyond policy adoption: Factors influencing organizational support for reduced-load work arrangements. *Striving for balance.* (pp. 1-23) IAP Information Age Publishing, Charlotte, NC

Ghumman, S. & Ryan, A. M. (in press). Religious minorities. In A.J. Collela and E.B. King (Eds). *Oxford Handbook of Workplace Discrimination.* Oxford University Press

Ryan, AM & Delany, T. (in press). Attracting people to organizations. JT Farr & NT Tippins (Eds.). *Handbook of Selection*. 2nd edition. Taylor Francis

Ryan, AM & King, D. (in press). Connecting concepts: effects of diversity of interests and interests' effects on diversity. In CD Nye & J Rounds (Eds.). *Vocational Interests and Workplace Behavior*. SIOP Frontier Series

**BOOKS EDITED**

Barrick, M. R., & Ryan, A. M. (Eds.). (2003). *Personality and work: Reconsidering the role of personality in organizations*. San Francisco: Jossey-Bass.

Ryan, A. M., Leong, F. T., & Oswald, F. (Eds.). (2012). *Conducting multinational research projects in organizational psychology: Challenges and opportunities*. Washington, DC: APA Books.

Ford, J.K., Hollenbeck, J.R. & Ryan, A. M. (2013). (Eds.). *The psychology of work*. APA Publications

**BOOKS AUTHORED**

Ryan, A. M., & Tippins, N. (2009). *Designing and implementing global staffing systems*. Blackwell Publishers.

**UNDER REVIEW**

Wessel, JE, Ryan, AM & Zelin A (revision requested) Contrast effects in rating female applicants for male dominated jobs. *Journal of Applied Psychology*

Chatterjee, D. & Ryan, AM (under review). Identity Management as a Goal-Oriented Response to Stigma Communication at Work: A Self-regulation Perspective

**Manuscripts in preparation**

Ali, A. & Ryan, AM Workplace demography and attitudinal outcomes: the role of power, status and diversity climate.

King, DD, Ryan, AM, & Wessel JE Race and gender effects on identity management outcomes: Considering intersectionality in interviews.

Ryan, AM, Beals, E, Bhatia, S., Boyce, A & Martin, N. Who would want to fake what: Considering culture in assessing social desirability

Ryan, AM & King, DD, Elizondo, F. & Wadlington, P. Managing identity as a women in a STEM field.

Bhatia, S. & Ryan, AM Game based assessments. Invited paper for Research in Human Resource Management.

Ryan, AM, Ali, A, Keeney, J.  Job relevance and judgments of criminal records in employment contexts.

Ali, AA, Ryan, AM, Lowe, A, Chang, H  Identity management in the workplace for diabetics

Showler, M., Ryan, AM, Schmitt, N, Prasad, J., Bradburn, J & Nye, CD High school characteristics and development of noncognitive predictors of college success.

Golden, S, Ali, A & Ryan, AM. The benefits and costs of regulatory focus in job search:  A multilevel investigation.

Chatterjee, D. & Ryan, AM Identity Management as a Goal-Oriented Response to Stigma Communication at Work: A Self-regulation Perspective

Lauricella, T., Ryan, AM. Elonziondo. F. & Wadlington, P.  Impact of work context and personality on boundary management styles.

Showler M, Ryan, A.M., Schmitt N,  Prasad, J., Bradburn, J. & Nye, C. Student Involvement, Integration and Psychological Flexibility: Predictors and Outcomes

**SELECT NON-REFERRED PROFESSIONAL PUBLICATIONS**

Ryan, A. M. (2003). Defining ourselves: I-O Psychology's identity quest. *The Industrial Organizational Psychologist, 41*.

Ryan, A. M., & Tippins, N. (2003). Why SIOP needs an association with APA. *The Canadian Industrial and Organizational Psychologist, 19*(3), 11–14. Reprinted in *The Industrial Organizational Psychologist, 41*.

Ryan, A. M., Keeney, J., Sinha, R., & Poposki, E. (2009). Is work interfering with the rest of your life? *IGM*

Ryan, A. M., Keeney, J.,  Sinha, R., & Poposki, E. (2009). Striking the balance between meeting employee needs and running the business. *IGM*

Ryan, A. M., Keeney, J., Sinha, R., & Poposki, E. (2009). Striking the balance between meeting employee needs and running the business. *Catholic Cemetery, 49*, 40-42.

Ryan, AM  (2015).  Navigating stereotype threat.  Blog post.
https://rework.withgoogle.com/blog/navigating-stereotype-threat-identity-management/


**PRESENTATIONS (since 2000)**

Ryan, A. M. (2000, February). *What applicants see as fair: Limits on applying social justice theory to selection contexts*. Invited colloquium. Indiana University-Purdue University.

Ryan, A. M. (2000, March). *Testing classic theories and new ideas: The challenges of finding and managing field research opportunities*. Invited keynote speaker at IOOB Graduate Student Conference.

Ryan, A. M. (2000, March). *Selection system administration: Practical issues beyond validation*. Invited CE workshop, Ohio Psychological Association.

Ryan, A. M., & Schmit, M. (2000, April). *Beyond the validation study: Avoiding practical pitfalls when implementing a selection system*. Invited workshop at annual conference of SIOP, New Orleans, LA.

West, B., Horvath, M., Ryan, A. M., Ployhart, R. E., & Slade, A. (2000, April). *The relationship between perceptions of organizational survey feedback and attitudinal change*. Presented at the Annual Conference of the Society for Industrial and Organizational Psychology, New Orleans.

West, B., Ryan, A. M., Kriska, S. D., & Sacco, J. M. (2000, April). *Anticipated work/family conflict: Effects on applicant attraction*. Presented at the Annual Conference of the Society for Industrial and Organizational Psychology, New Orleans, LA.

Horvath, M., Ryan, A. M., & Kriska, S. D. (2000, April). *Organizational familiarity, organizational image, fit and application decisions*. Presented at the Annual Conference of the Society for Industrial and Organizational Psychology, New Orleans, LA.

Horvath, M., Ployhart, R. E., Ryan, A. M., & Slade, A. (2000, April). *Assessing equivalence of subordinates' ratings of primary and matrix supervisors*. Presented at the Annual Conference of the Society for Industrial and Organizational Psychology, New Orleans, LA.

Ryan, A. M., & Ployhart, R. E. (2000, April). *Research on applicant reactions: A critical review and directions for the future*. Presented at the Annual Conference of the Society for Industrial and Organizational Psychology, New Orleans, LA.

Wiechmann, D., & Ryan, A. M. (2000, April). *The effect of explanations for procedures on applicant reactions to cognitive ability and personality tests*. Presented at the Annual Conference of the Society for Industrial and Organizational Psychology, New Orleans, LA.

Ryan, A. M. (2000, April). *Employee, manager, and applicant reactions to human resource practices*. Session discussant. Presented at the Annual Conference of the Society for Industrial and Organizational Psychology, New Orleans, LA.

McFarland, L. A., Ryan, A. M., & Ellis, A. (2000, April). *Effect of item placement on faking a personality measure: Does randomizing items lead to less faking*? Presented at the Annual Conference of the Society for Industrial and Organizational Psychology, New Orleans, LA.

Ployhart, R. E., & Ryan, A. M. (2000, April). *Integrating personality tests with situational judgment tests for the prediction of customer service performance*. Presented at the Annual Conference of the Society for Industrial and Organizational Psychology, New Orleans, LA.

McFarland, L. A., Sacco, J. M., Ryan, A. M., & Kriska, S. D. (2000, April). *Racial similarity and composition effects on structured panel interview ratings*. Presented at the annual conference of the Society for Industrial and Organizational Psychology, New Orleans, LA.

Sacco, J. M., Scheu, C., Ryan, A. M., & Schmitt, N. (2000, April). *Understanding race differences on situational judgment tests using readability statistics*. Presented at the annual conference of the Society for Industrial and Organizational Psychology, New Orleans, LA.

Ryan, A. M. (2000, April). *Assessing the prevalence and impact of applicant faking*. Session discussant. Presented at the annual conference of the Society for Industrial and Organizational Psychology, New Orleans, LA.

Ryan, A. M. (2000). Panelist on *How to conduct innovative research*. New faculty workshop. Annual meeting of Academy of Management, Toronto, Canada.

Ryan, A. M. (2000, October). *Applicant perceptions and race: Explaining a little variance can matter*. Invited colloquium. Bowling Green, OH: Bowling Green State University.

Ryan, A. M. (2001, March). *Explaining the black/white test score gap: Do test taker perceptions matter*? Invited colloquium. New York: Baruch University.

Wiechmann, D., & Ryan, A. M. (2001, April). *Applicant reactions to novel selection tools*. Presented at the annual conference of the Society for Industrial and Organizational Psychology, San Diego, CA.

McFarland, L. A., & Ryan, A. M. (2001, April). *Toward an integrated model of applicant faking*. Presented at the annual conference of the Society for Industrial and Organizational Psychology, San Diego, CA.

Ellis, A., West, B. J., Ryan, A. M., & DeShon, R. P. (2001, April). *Impression management tactics in structured interviews: A function of question type*? Presented at the annual conference of the Society for Industrial and Organizational Psychology, San Diego, CA.

Scheu, C., & Ryan, A. M. (2001, April). *Achieving recruitment goals: Applying what we know about person-organization fit across a range of recruitment image*. Presented at the annual conference of the Society for Industrial and Organizational Psychology, San Diego, CA.

Horvath, M., Chambers, B. A., Ryan, A. M., & Slade, L. A. (2001, April). *Using uncertainty avoidance to predict differential item functioning*. Presented at the annual conference of the Society for Industrial and Organizational Psychology, San Diego, CA.

Ryan, A. M. (2001, April). Discussant for symposium on *Assessing and reducing adverse impact*. Presented at the annual conference of the Society for Industrial and Organizational Psychology, San Diego, CA.

Bell, B. S., Wiechmann, D., Ryan, A. M., Davis, C. A., Delbridge, K. A., & Wasson, D. (2001, April). *Values and expectations: Examining the legitimacy of justice*. Presented at the annual conference of the Society for Industrial and Organizational Psychology, San Diego, CA.

Ryan, A. M. (2001, April). Panelist for session on *Developing and deploying global selection programs: Conceptual and practical challenges*. Presented at the annual conference of the Society for Industrial and Organizational Psychology, San Diego, CA.

Ryan, A. M. (2001, December). *Applicant perceptions, self-selection and workforce diversification*. Invited colloquium. West Lafayette, IN: Purdue University.

Ryan, A. M. (2002, February). *Applicant perceptions, self-selection and workforce diversification*. Invited colloquium. College Station: Texas A&M University.

Nguyen, H., O'Neal, A., & Ryan, A. M. (2002, April). *Stereotype threat in testing contexts: A critical examination*. Presented at the annual conference of the Society for Industrial and Organizational Psychology, Toronto, Canada.

Ryan, A. M., & Kristof-Brown, A. L. (2002, April). *Personality's role in person-organization fit: unresolved issues*. Presented at the annual conference of the Society for Industrial and Organizational Psychology, Toronto, Canada.Ryan, A. M. (2002, April). Discussant for session "*Applicant faking:*

*New perspectives on an old issue*." Presented at the annual conference of the Society for Industrial and Organizational Psychology, Toronto, Canada.

Ryan, A. M. (2002, April). Panelist for "*Dialogue on Diversity and Inclusion in Organizations: SIOP and beyond*." Presented at the annual conference of the Society for Industrial and Organizational Psychology, Toronto, Canada.

Ryan, A. M. (2002, April). Session chair. *Beyond g: Expanding thinking on predictors of college success*. Presented at American Psychological Society convention, New Orleans, LA.

Ryan, A. M. (2002, June). *Identity angst: What is an I/O psychologist*? Invited presentation, Chicago I/O Psychologists.

Ryan, A. M. (2002, August). *The role of images in influencing the effects of work-life policies on recruitment and retention*. Presented at Academy of Management conference, Denver, CO.

Lim, G. S., & Ryan, A. M. (2002, August). *Cultural values and interviewer judgments in the cross-border employment interview*. Presented at Academy of Management conference, New Orleans, LA.

Ryan, A. M., Carr, J. Z., & West, B. J. (2002, August). *Effects of the terrorist attacks of 9/11/01 on employee morale*. Presented at Academy of Management conference, New Orleans, LA. Selected for Best Paper Proceedings.

Ryan, A. M., Campbell, W., Ashe, R. L., & Rafuse, N. E. (2002, August). *Introduction to cognitive ability and personality testing for employment decision making*. Workshop at APA Convention, Chicago, IL.

Ryan, A. M., & Nguyen, H. (2002, October). *Test-taking attitudes and metacognitive processes: Racial differences and their role in test performance*. Presented at second annual Diversity Challenge, Boston, MA.

Ryan, A. M. (2002, October). *Trends in personality, fit and recruitment research: Implications for selection testing*. Invited presentation at Metro Personnel Testing Council, Washington, DC.

Ryan, A. M. (2003, January). *Diversity research: Firm performance and leadership*. Invited speaker for Ford Motor Company's Diversity Council Summit.

Ryan, A. M. (2003, February). *An identity crisis for I/O psychology: Can we avoid it*?  Invited Presentation at Greater St. Louis Association of I/O Psychologists, St. Louis, MO.

Ryan, A. M. (2003, February). *Defining ourselves: I/O psychology's identity quest*. Invited Presentation at Pennsylvania State University, State College, PA.

Ryan, A. M. (2003, April). *Defining ourselves: I/O psychology's identity quest*. Presidential Address at the annual conference of the Society for Industrial and Organizational Psychology, Orlando

Ryan, A. M. (2003, April). *Managing your identity as an I/O psychologist: Early career challenges*. Invited presentation, SIOP Doctoral Consortium, Orlando.

Ramsay, L. J., & Ryan, A. M. (2003, April). *Personality, adaptability, and person-organization fit*. Presented at the annual conference of the Society for Industrial and Organizational Psychology, Orlando, April 2003.

Hemingway, M. A., Ryan, A. M., & Wiechmann, D. (2003, April). *Global selection: What really works*? Presented at the annual conference of the Society for Industrial and Organizational Psychology, Orlando.

Ryan, A. M. (2003, April) Panelist for *The ABCs of Reviewing for Journals*. Presented at the annual conference of the Society for Industrial and Organizational Psychology, Orlando.

Bell, B. S., Wiechmann, D., & Ryan, A. M. (2003, April). *Antecedents and consequences of organizational justice expectations*. Presented at the annual conference of the Society for Industrial and Organizational Psychology, Orlando.

O'Neal, A., Carr, J. Z., & Ryan, A. M. (2003, April). *Influences on applications of minorities to non-diverse occupations*. Presented at the annual conference of the Society for Industrial and Organizational Psychology, Orlando.

West, B. J., & Ryan, A. M. (2003, April). *Culture as a moderator of relationships between organizational attitude variables*. Presented at the annual conference of the Society for Industrial and Organizational Psychology, Orlando.

Ryan, A. M. (2003, May). *Applicant perceptions: Influences on behavior*. Invited seminar at University of Amsterdam, The Netherlands.

Friede, A., & Ryan, A. M. (2003, May). *Dispositional factors in work-life integration*. Presented at Work-Life Integration Conference, Center for Creative Leadership, Greensboro, NC.

Ryan, A. M. (2003, October). *Selection in multinational organizations*. Invited colloquium. East Lansing: Michigan State University, Labor and Industrial Relations Department.

Pulakos, E. D., & Ryan, A. M. (2004, April). *Getting your hands dirty: Academic and applied perspectives*. Invited 3 hour tutorial, SIOP, Chicago, IL.

Friede, A., & Ryan, A. M. (2004, April). *The importance of the individual: How self-evaluations influence the work-family interface*. Presented at the annual conference of the Society for Industrial and Organizational Psychology, Chicago, IL.

Ryan, A. M. (2004, April). Panelist for session *Won't Get Fooled Again? Editors discuss faking in personality testing*. Presented at the annual conference of the Society for Industrial and Organizational Psychology, Chicago, IL.

Watola, D. J., & Ryan, A. M. (2004, April). *Individual differences in interviewer susceptibility to applicant impression management*. Presented at the annual conference of the Society for Industrial and Organizational Psychology, Chicago, IL.

Nguyen, H. H., Ryan, A. M., Shivpuri, S., & Lansett, K. (2004, April). *Relations of stereotype threat effects to assessment domains and self-identity*. Presented at the annual conference of the Society for Industrial and Organizational Psychology, Chicago, IL.

Nguyen, H. H., & Ryan, A. M. (2004, April). *Development of the knowledge of test-taking strategies (KOTTS) measure*. Presented at the annual conference of the Society for Industrial and Organizational Psychology, Chicago, IL.

West, B. J., Ryan, A. M., & Wiechmann, D. (2004, April). *A multi-method/multi-level study of diversity attitudes in the workplace*. Presented at the 19th Annual Meeting of the Society for Industrial and Organizational Psychology, Chicago, IL.

Ryan, A. M. (2004, April). *Adaptability*. In-service workshop presented at Cooley Law Library, Lansing, MI.

Ryan, A. M. (2004, May). *Individual differences and work-life integration*. Roundtable discussion at Michigan I/O Association, Novi, MI.

Ryan, A. M. (2004, May). *The future of I/O psychology*. University of Houston, invited colloquium.

Friede, A., Imus, A., & Ryan, A. M. (2004). *Social support as a predictor of well-being in student-parents*. Poster presented at the International Positive Psychology Summit. Washington, DC.

Ryan, A. M. (2004, November). *Reflections on mentoring*. 2004 McNair Srop Program, invited speaker.

Ryan, A. M. (2005, February). *Meeting the needs of the business and producing publishable research: Challenges and opportunities*. Presented at the Minnesota I/O Psychology Association, St. Paul.

Ryan, A. M. (2005, February). *Designing selection procedures to enhance applicant perceptions: knowns and unknowns*. Presented at Minnesota State University, Mankato.

Yost, P., & Ryan, A. M. (2005, April). *Rigor and relevance in organizational research*. Invited workshop presentation at the 20th Annual Conference of the Society for Industrial and Organizational Psychology, Los Angeles.

Boyce, A. S. , Ryan, A. M., Imus, A., & Morgeson, F. P. (2005, April). *"Temporary worker, permanent loser?": A model of the stigmatization of contingent workers*. Paper presented at the 20th Annual Conference of the Society for Industrial and Organizational Psychology, Los Angeles.

Nelson, C., & Ryan, A. M. (2005, April). *Negative asymmetry and coworker relations*. Poster presented at the 20th Annual Conference of the Society for Industrial and Organizational Psychology, Los Angeles.

Ryan, A. M. (2005, April). *Practically speaking, Does stereotype threat really matter*? Session moderator. Presented at the 20th Annual Conference of the Society for Industrial and Organizational Psychology, Los Angeles.

Schinkel, S., Ryan, A. M., Anderson, N. R., & van Dierendonck, D. (2005, April). *Does it pay to know why? Applicant reactions to performance feedback in rejection situations*. Paper presented at the 20th Annual Conference of the Society for Industrial and Organizational Psychology, Los Angeles.

Bruce, T., Leslie, L. M., Gelfand, M. J., Ryan, A. M., Hui, C. H., & Radford, M. (2005, April). *A cultural perspective on frame-of-reference effects*. Paper presented at the 20th Annual Conference of the Society for Industrial and Organizational Psychology, Los Angeles.

Bruce, T., & Ryan, A. M. (2005, April). *The nature of sexual orientation harassment in the workplace*. Paper presented at the 20th Annual Conference of the Society for Industrial and Organizational Psychology, Los Angeles.

Schinkel, S., Anderson, N., Ryan, A.M., & Van Dierendonck, D. (2005). *Applicant cognitive and affective reactions to performance feedback in rejection situations*. Paper presented at the European Congress of Work and Organizational Psychology Conference (EAWOP), May 2005, Istanbul, Turkey

Ryan, A. M. (2005, June). *Considering applicant perceptions in selection system design: moving beyond the obvious*. Keynote address, IPMAAC Annual Conference, Orlando.

Boyce, A. S., Imus, A., Ryan, A. M., & Morgeson, F. P. (2005, August). *Temporary workers' perceptions of stigmatization and influences and effects*. Academy of Management Conference, Honolulu.

Imus, A., Boyce, A. S., Ryan, A. M., & Morgeson, F. P. (2005, August). *Temporary worker satisfaction and commitment*. American Psychological Association Conference, Washington DC.

Bruce, T. A., & Ryan, A. M. (2005, August). *Sexual orientation harassment in the workplace: what is it and how well do traditional harassment paradigms explain it*? International Coalition Against Sexual Violence Conference, Philadelphia, PA.

Ryan, A. M. (2005, October). *Culture and applicant perceptions of selection systems*. Invited colloquium. University of Western Ontario, Canada.

Ryan, A. M. (2005, November). *Culture and applicant perceptions of selection systems*. Presented at Pennsylvania State University.

Ryan, A. M. (2005, November). *Reflections of an editor*. Invited colloquium at Central Michigan University, Mt. Pleasant.

Schinkel, S., Anderson, N., & Ryan, A. M. (2005, December). *Should we tell them why? Applicant reactions to performance feedback in rejection situations*. At the 4th International Conference of the Iberoamerican Academy of Management, Lisbon, Portugal.

Ryan, A. M. (2006). Invited presentation of a Workshop for McNair Program, February 4, "Choosing a Mentor." Michigan State University.

Friede, A., & Ryan, A. M. (2006, April). *Thinking ahead: Anticipated work-family balance and future job demands*. Presented at the Occupational Health Psychology Conference,

Jundt, D., Schmidt, G., Ghumman, S., Boyce, A. S., & Ryan, A. M. (2006, May). *The role of culture in selection test perceptions*. Presented at the annual meetings of the Society for Industrial and Organizational Psychology, Dallas, TX.

Shivpuri, S., & Ryan, A. M. (2006, May). *Culture and reactions to inconsistency, insensitivity and lack of explanations in selection*. Presented at the annual meetings of the Society for Industrial and Organizational Psychology, Dallas, TX.

Derous, E., Nguyen, H. H., & Ryan, A. M. (2006, May). *Identifiers of ethnicity and discrimination against Arabs*. Presented at the annual meetings of the Society for Industrial and Organizational Psychology, Dallas, TX.

Kuljanin, G., & Ryan, A. M. (2006, May). *Identifying correlates of changes in trends in employee attitudes*. Presented at the annual meetings of the Society for Industrial and Organizational Psychology, Dallas, TX.

Drazakowski, S., Ryan, A. M., Mack, M., Leeds, P., & Schmitt, N. (2006, May). *Using latent growth modeling to understand trends in survey data*. Presented at the annual meetings of the Society for Industrial and Organizational Psychology, Dallas, TX.

Ryan, A. M. (2006, May). *On the publishing process*. Panelist at Junior Faculty Consortium. Presented at the annual meetings of the Society for Industrial and Organizational Psychology, Dallas, TX.

Ryan, A. M. (2006, June). *Conducting applied research in organizations: Trends and* challenges. Keynote address at Canadian Psychological Association, CSIOP. Calgary, CA.

Schinkel, S., Anderson, N., Van Dierendonck, D., & Ryan, A.M. (2006). *Negative psychological effects of testing for selection: Applicant reactions to rejection feedback.* Paper presented at the International Congress of Applied Psychology (ICAP), July, Athens, Greece

Pichler, S., Kossek, E. E., Ryan, A. M., & Lee, M. D. (2006, August). *Exploring linkages between SHRM, work-life strategy, and implementing new ways for professionals.* Academy of Management Conference, Atlanta, GA.

Ryan, A. M. (2007, April). *The multi-role individual: boundary maintenance and individual differences across roles.* Discussant for symposium, SIOP Conference, New York.

Derous, E., Nguyen, H. H., & Ryan, A. M. (2007). *Hiring discrimination against Arabs: Interactions with prejudice and job characteristics.* SIOP Conference, New York.

D'Mello, S. D., Bannan, R., Friede, A., & Ryan, A. M. (2007). *What constitutes a "working parent friendly school?"* SIOP Conference, New York.

Bruce, T. A., & Ryan, A M. (2007). *Sexual orientation harassment, identity management, and work-related outcomes.* SIOP Conference, New York.

Ryan, A. M. (2007, April). *Journal editing: An opening of the black box.* Panelist in invited Sunday Seminar. SIOP Conference, New York.

Ryan, A. M. (2007, April). Invited panelist. *Careers in I/O Psychology.* Doctoral Consortium, Society for Industrial and Organizational Psychology, New York.

Friede, A., & Ryan, A. M. (2007, July). *Personality and multiple role conflict and enrichment: investigating the mediating role of social support.* International Conference of Work and Family at IESE Business School of Barcelona, Barcelona, Spain.

Bruce, T. A., & Ryan, A. M. (2007, August). *The impact of multiple forms of harassment on individual health.* Poster presented at the 115th annual convention of the American Psychological Association in San Francisco, CA.

Friede, A., & Ryan, A. M. (2007, August). *Facilitating the transition of professional students into work and family roles.* Presented at Academy of Management Conference, Philadelphia.

Huth, M., Ryan, A. M., & Friede, A. (2007, August). *The impact of schools on parent experiences of work-family balance.* Presented at Academy of Management Conference, Philadelphia.

Ryan, A. M. (2007, August). *"Doing good:" How work-life research can create positive change.* Session co-chair at Academy of Management Conference, Philadelphia.

Nowakowski, J. M., Ryan, A. M., & Opland, R. A. (2007, August). *The impact of perceptions of organizational policies on the psychological contract-CWB relationship.* Presented at Academy of Management Conference, Philadelphia.

Ryan, A. M. (2007, November). *Attraction and selection of applicants from stigmatized groups.* Invited speaker, Michigan Association of I/O Psychologists, Dearborn, MI.

Huth, M., Ryan, A. M., Ilies, R., & Dimotakis, N. (2008, March). *School staff job demands, stress and work family conflict- An experience sampling study.* APA/NIOSH Conference, Washington, DC.

Ryan, A. M. (2008, April). *Emerging issues in I and O psychology research.* Forum presenter, SIOP Conference, San Francisco.

Ryan, A. M. (2008, April). *A special debate on the state of I-O training*. Invited debater for program highlighted special session. SIOP Conference, San Francisco.

Derous, E., Nguyen, H. H., & Ryan, A. M. (2008, April). *Do applicants with an Arab-sounding name suffer more hiring discrimination?* SIOP Conference, San Francisco. Awarded Top Rated Poster.

Ryan, A. M. (2008, April). *Service learning as an I/O teaching method: Stakeholders' lessons learned*. Panelist. SIOP Conference, San Francisco.

Ryan, A. M. (2008, April). *Harassment research advances: Taking action, mental health and affective outcomes*. Symposium chair. SIOP Conference, San Francisco.

Wessel, J. L. & Ryan, A. M. (April 2008) *Sexual Orientation Harassment: When do Observers Intervene?* SIOP Conference, San Francisco.

Wessel, J. L., Ryan, A. M., & Oswald, F. (2008, April). *Does fit matter to adaptable individuals? A study of occupational fit*. SIOP Conference, San Francisco.

Boyce, A. S., & Ryan, A. M. (2008, April). *Linkage of employee attitudes to organizational outcomes*. SIOP Conference, San Francisco.

Ryan, A. M. (2008, May). *Working parent expectations of schools*. FACT Advisory Board Meeting, invited presentation.

Massman, A., Huth, M., & Ryan, A M. (2008, May). *The role of schools in ameliorating work-family conflict*. Association for Psychological Science, Chicago.

Lauzun, H., & Ryan, A.M. (2008, May). *Choosing family or work: Context matters*. Association for Psychological Science, Chicago.

Ryan, A. M. (2008, May). *Not much more than the patently obvious? A critical look at applicant perceptions research*. Invited Speaker. Association for Psychological Science, Chicago.

Ryan, A. M. (2008, June). *Fairness in the workplace*. Invited speaker, Capital Area MIWorks Healthcare Council Meeting, Lansing, MI.

Ryan, A. M. (2008, June). *Conducting multicultural psychology research in org*anizations. Invited workshop presenter. American Psychological Association's Advanced Training Institute, East Lansing, MI.

Ryan, A. M. (2008, July). *What differences make a difference: An organizational psychologist's perspective on vocational psychology*. Invited symposium. International Congress of Psychology. Berlin, Germany.

Ryan, A. M. (2009, February). *Sensitivity reviews in item development*. Personnel and Human Resources Research Group meeting, College Station, TX.

Derous, E., Nguyen, H. H., Ryan, A. M., & vanOudenhaven, J. P. (2009, April). *Reducing hiring discrimination of Arab applicants through cross-cultural training*. Presented at SIOP. New Orleans.

D'Mello, S., & Ryan, A. M. (2009, April). *Observer intervention in incidents of exclusion of people with disabilities*. Presented at SIOP. New Orleans.

Hmurovic, J., Ryan, A. M., Schmitt, N., & Grand, J. (2009, April). *Sensitivity or stereotype threat? Effects of gendered test content*. Presented at SIOP. New Orleans.

Huang, J., & Ryan, A. M. (2009, April). *The investigation of personality states and situational characteristics in customer service jobs*. Presented at SIOP. New Orleans.

Wessel, J. L., & Ryan, A. M. (2009, April). *Climate perceptions: The role of exclusion, incivility, and organizational support*. Presented at SIOP. New Orleans.

Derous, E., Nguyen, H. H., & Ryan, A. M. (2009, April). *Investigating hiring discrimination against Arab applicants in the Netherlands*. Presented at SIOP, New Orleans.

Grand, J., Ryan, A. M., Hmurovic, J.L. & Schmitt, N. (2009, April). *Saving face (validity)? The potential detriment of context specific testing*. Presented at SIOP, New Orleans.


Ryan, A. M. (2009, April). *Practical implications of stereotype threat for test development*. HumRRO, invited speaker. Alexandria, VA.

Ryan, A. M. (2009, April). *Practical implications of stereotype threat for test development*. University of Minnesota. Minneapolis.

Derous, E., Nguyen, H.H., Ryan, A. M., vanOudenhaven, J.P. (2009). *To hire or not to hire Arab applicants: effects of training and trainee characteristics.* Presented at European Association of Work and Organizational Psychology in May, 2009, Santiago de Compostela.

Ryan, A. M. (2009, June). *Conducting multicultural psychology research in org*anizations. Invited workshop presenter. American Psychological Association's Advanced Training Institute, East Lansing, MI.

Ryan, A. M. (2009, August). *Beyond work and family: Adopting a broader perspective on nonwork roles*. Session chair. Presented at Academy of Management Annual Conference, Chicago.

Keeney, J., Poposki, E., Sinha, R., & Ryan, A. M. (2009, August). *Testing a model of work interference with multiple life domains*. Presented at Academy of Management Annual Conference, Chicago.

Huang, J. L., & Ryan, A. M. (2009, August). *Vicarious experience of injustice at work: An integrated perspective*. Presented at Academy of Management Annual Conference, Chicago.

Ryan, A. M. (2009, October). *Educating employees in managing their own work-life interferences*. Presented at Society of Independent Gasoline Marketers Association, HR Share Group, invited presenter, St. Louis, MO.

Ryan, A. M. (2009, October). *How to manage accommodating employee non-work needs*. Presented at Society of Independent Gasoline Marketers Association, HR Share Group, invited speaker. St. Louis, MO.

Poposki, E. M., Sinha, R., Keeney, J., & Ryan, A. M. (2009, November). *The relationships among occupational characteristics, work-family interference, and personal and work outcomes*. Paper presented at the Southern Management Association Meeting, Asheville, NC.

Wessel, J. L., Hagiwara-Livingston, N., & Ryan, A. M. (2010, January). *Stigma management in graduate applications: Too personal for the personal statement*. Presented at the annual meetings of the Society for Personality and Social Psychology, Las Vegas, NV.

Hagiwara-Livingston, N., Wessel, J. L., & Ryan, A. M. (2010, January). *Race and gender acknowledgement in the 2008 Presidential election: When did a stigma acknowledgement hurt or*

*benefit the candidate*? Presented at the annual meetings of the Society for Personality and Social Psychology, Las Vegas, NV.

Poposki, E. M., Westring, A. F., Keeney, J., Sinha, R., & Ryan, A. M. (2010, January). *Frequency of social comparison as a predictor of work-family conflict*. Poster presented at the annual meetings of the Society for Personality and Social Psychology, Las Vegas, NV.

Ryan, A. M. (2010, January). *Applicant perceptions of hiring processes: How to ensure they see your process positively*. Michigan Association of Health Care Recruiters.

Ryan, A. M. (2010, March). *Work-life interference: Broadening our thinking*. Invited speaker, University of Hawaii at Manoa.

Derous, E., Ryan, A. M., & Serlie, A. (2010, April). *Double jeopardy upon resume screening: Is Aïsha less employable than Achmed?* Presented at SIOP, Atlanta, GA.

Ryan, A. M., & Schmitt, N. (2010, April). *Views on sensitivity reviews: Who, how, & what's next*. Session co-chairs at Symposium. Presented at SIOP, Atlanta, GA.

Golubovich, J., Grand, J., Ryan, A. M., & Schmitt, N. (2010, April). *Sensitivity review practices*. presented at SIOP, Atlanta, GA.

Grand, J., Golubovich, J., Ryan, A. M., & Schmitt, N. (2010, April). *Beyond skin deep: Investigating the "who" of the sensitivity review*. Presented at SIOP, Atlanta, GA.

Groggins, A., Ryan, A. M., Wessel, J. L., & Lyons, B. (2010, April). *Observers' responses to racial harassment in the workplace*. Presented at SIOP, Atlanta, GA.

Tetrick, L., Delany, T., & Ryan, A. M. (2010, April). *Leading edge consortium 2009 reunion: Global selection and assessment*. Co-chaired session at SIOP, Atlanta, GA.

Huth, M., & Ryan, A. M. (2010, April). *Work-family conflict and social emotions*. Presented at SIOP, Atlanta, GA.

Ryan, A. M. (2010, June). *Conducting multicultural psychology research in organizations*. Invited workshop presenter. American Psychological Association's Advanced Training Institute, East Lansing, MI.

Ryan, A. M. (2010, June). *Work-life interference: filling in some gaps*. Keynote speaker at Institute of Work Psychology Conference on Work, Well-being and Performance, Sheffield, UK.

Ryan, A. M. (2010, June). *How to get published*, Postgraduate and Early Careers Workshop: Institute of Work Psychology Conference, Sheffield, UK.

Reeder, M. A., Powers, C. L., Ryan, A. M., & Gibby, R. E. (2010, August). *The role of evaluation-related person characteristics in test-taker perceptions*. Academy of Management Conference, August, Montreal.

Lyons, B., Wessel, J. L., Ghumman, S., & Ryan, A. M. (2010, August). *Stereotypes and identity management strategies of Christians in the workplace*. Academy of Management Conference, August, Montreal.

Keeney, J., Sinha, R., Poposki, E. M., Ryan, A. M., & Westring, A. J. (2010, August). *An exploration of cognitive coping mechanisms following events of work-life conflict*. Academy of Management Conference, August, Montreal.

Lyons, B.J. & Ryan, A. M. (2010). The role of racial contextual cues in observer intervention in workplace bullying over time. Symposium at APA Division 45 Conference, Ann Arbor, MI.

Ryan, A. M. (2011, Feb). Promoting positive perceptions of fairness in the workplace. City of East Lansing Government Leadership Group. Invited presentation. East Lansing, MI.

Derous, E & Ryan, A. M. (2011, April). Screening-out the Arab applicant: ethnic identification and recruiter characteristics matter. Annual Conference of the Society for Industrial and Organizational Psychology, Chicago.

Kim, S., Lyons, B.J., Ryan, A. M., Ghumman, S. & Wessel, J.L. (2011, April). Extending models of invisible identity management: religion in the workplace. Annual Conference of the Society for Industrial and Organizational Psychology, Chicago

Ryan, A.M. (2011, April). A database for a changing economy: review of the Occupational Information Network (O*NET). Panelist. Annual Conference of the Society for Industrial and Organizational Psychology, Chicago

Golubovich, J., Grand, J., Schmitt, N. & Ryan, A.M. (2011, April). Examining differential item functioning of "insensitive" test items. Annual Conference of the Society for Industrial and Organizational Psychology, Chicago

Huang, J. & Ryan, A.M. (2011, April). One brick at a time: cultural context effects at work: symposium cochair. Annual Conference of the Society for Industrial and Organizational Psychology, Chicago

Grand, J., Huang, J.L., Ryan, A.M., Honeybourne, C. & Delany, T.C. (2011, April). A tale of two countries: culture and multinational selection practices. Annual Conference of the Society for Industrial and Organizational Psychology, Chicago

Ryan, A.M. (2011, April). The age of internationalization: developing an international I/O curriculum. Panelist. Annual Conference of the Society for Industrial and Organizational Psychology, Chicago

Schinkel, S, Van Vianen, A., van Dierrendonck, D. & Ryan, A. M. (2011, May). Applicant reactions to rejection: feedback, fairness and attributional style effects. European Association of Work and Organizational Psychology conference, Maastricht, the Netherlands.

Derous, E & Ryan, A. M. (2011, June). Screening-out the Arab applicant: evidence from two field studies sin the Netherlands. EAWOP Small Group meeting on Selection and Assessment, Athens, Greece.

Ryan, A.M. (2010, November) Work-life interference: taking a multiple domains perspective. Invited colloquium. Human Resoruces and Labor Relations Colloquium, Michigan State University.

Ryan, A.M. (2010, December). Work-life interference: taking a multiple domains perspective. Invited colloquium. Wayne State University, Michigan.

Schinkel, S, Van Vianen, A., van Dierrendonck, D. & Ryan, A. M. (2011, May). Applicant reactions to rejection: feedback, fairness and attributional style effects. European Association of Work and Organizational Psychology conference, Maastricht, the Netherlands.

Derous, E & Ryan, A. M. (2011, June). Screening-out the Arab applicant: evidence from two field studies in the Netherlands. EAWOP Small Group meeting on Selection and Assessment, Athens, Greece.

Ryan, A. M. (2011, June). *Strategies for managing a stigmatized identity in the workplace.* Invited Keynote Address, Industrial and Organizational Psychology Conference, Australian Psychological Society, Brisbane, Australia.

Ryan, A. M. (2011, June) *Designing selection systems with diversity in mind.* Invited workshop. Industrial and Organizational Psychology Conference, Australian Psychological Society, Brisbane, Australia

Ryan, A. M. (2011, June). *Professional Identity of organizational psychology: one perspective on the way forward,* Invited symposium presenter, Industrial and Organizational Psychology Conference, Australian Psychological Society, Brisbane, Australia

Ryan, A. M. (2012, Jan). Diversity "audit" of recruitment and selection. Michigan Association of Health Care Recruiters. Invited presentation. Grand Rapids, MI.

Ryan, A. M. (2012, April). *Scholarly Reflections on the Past, Present, and Future of Discrimination.* Invited panelist. Society for Industrial and Organizational Psychology Conference, San Diego, CA.

Ryan, A. M. & Lyons, B. (2012, April). *Addressing Unproctored Internet Testing Claims and Fears: Founded or Unfounded?* Session Co-Chair. Society for Industrial and Organizational Psychology Conference, San Diego, CA.

Ryan, A. M. (2012, April). *Starting anew: research on decisions to change careers.* Session Chair. Society for Industrial and Organizational Psychology Conference, San Diego, CA.

Ryan, A. M. (2012, April). *Does I-O Psychology Have a Future as an Academic Discipline?* Invited panelist. Society for Industrial and Organizational Psychology Conference, San Diego, CA.

Keegin, M., Wessel, J.E. & Ryan, A. M. (2012, April). *Affirming one's gender in the workplace: wise or risky?* Society for Industrial and Organizational Psychology Conference, San Diego, CA.

Ott Holland, C., Huang, J., Ryan, A. M. Wadlington, P & Elizondo, F (2012, April). *You and I are not alike: culture and perceived similarity.* Society for Industrial and Organizational Psychology Conference, San Diego, CA.

Ott Holland, C., Huang, J., Ryan, A. M Wadlington, P & Elizondo, F (2012, April). *I Do What I Want: Personality–Interest Congruence Across Cultures* . Society for Industrial and Organizational Psychology Conference, San Diego, CA.

Derous, E., Nguyen, H.H.D. & Ryan, A. M. (2012, April). *Reducing hiring discrimination against Arab applicants comparing two different interventions.* Society for Industrial and Organizational Psychology Conference, San Diego, CA.

Lyons, B.J., Ghumann, S., Ryan, A. M. & Wessel. (2012, April). *Applying models of identity management to Christianity in the workplace.* Society for Industrial and Organizational Psychology Conference, San Diego, CA.

Reeder, M.C., Golubovich, J., Pszczek, M.M., Ryan, A. M. & Morgeson, F.P. (2012, April). *Malleability perceptions: extending implicit theory concepts to selection research.* Society for Industrial and Organizational Psychology Conference, San Diego, CA.

Golubovich, J., Ryan, A. M. (2012, April). *Demographic Cues in video-based situational judgment items.* Society for Industrial and Organizational Psychology Conference, San Diego, CA.

Wessel, J.E. , Hagiwara, N. & Ryan, A.M. (2012, April). *The right woman for the job:  compensatory strategies in interviews*. Society for Industrial and Organizational Psychology Conference, San Diego, CA.

Wessel, J.E., Lyons, B., Chiew Tai, Y & Ryan, A. M. (2012, April). *Too old, too young?  Age-related identity management strategies*.  Society for Industrial and Organizational Psychology Conference, San Diego, CA.

Ali, A., Ryan, A. M. & Wessel, J.E. (2012, April).  *Examining the effects of interpersonal discrimination on job seeking.*  Society for Industrial and Organizational Psychology Conference, San Diego, CA.

Lyons, B .& Ryan, A. M. (2012, April).  *Observer responses to incivility:  influences of relational demography and time.*  Society for Industrial and Organizational Psychology Conference, San Diego, CA.

Pearce, M., Johnson, R., C., Ryan, A. M. & Allen, T.D. (2012, April).  *"I wish I were a chocolatier":  exploring adult career changes.*  Society for Industrial and Organizational Psychology Conference, San Diego, CA.

Lyons, B., Ryan, A. M. & Schmitt, N.W. (2012, April).  *Utility of unproctored internet testing and proctored verification testing*. Society for Industrial and Organizational Psychology Conference, San Diego, CA.

Ghumman, S., Ryan, A. M. & Park, J.S (2012, April).  *Religious harassment in the workplace:  an examination of observer interventions*. Society for Industrial and Organizational Psychology Conference, San Diego, CA.

Ott-Holland, C., Wessel, J.E. & Ryan, A. M. (2012, May). *Gender and STEM fields:  a look at subjective and objective fit.*  Association for Psychological Science Conference, Chicago, IL.

Roebuck, A., Ryan, A. M., & Lyons, B.  (2012, May). *Identity management of individuals with disabilities*. Association for Psychological Science Conference, Chicago, IL.

Keegin, M. & Ryan, A. M. (2012, May). *Gender as a Manageable Social Identity: Perspectives From Female Faculty* Association for Psychological Science Conference, Chicago, IL.

Ryan, A. M.   (2012, August) session Chair. *Managing Stigmatized Identities: How, When and to Whom Matters.* Academy of Management Conference, Boston.

Lyons, B.J., Cheng, W.H. , Loh, Y.X. & Ryan, A. M. (2012, August) *Cultural Specific and Universal Components of Abusive Supervision* .Academy of Management Conference, Boston

Ryan, A.M. (2012, August). *Devalued Identity Management in the Workplace:  Strategies, Choices and Outcomes.*  Keynote presentation.  Early Career Summer School for advanced work and organizational psychology, European Work and Organizational Psychology Association, Zurich, Switzerland.

Cotton, A. & Ryan, AM  (2012, Nov)  *Why were you fired?  The role of race and gender in evaluations of excuses and justifications*.  Annual Biomedical Research Conference for Minority Students (ABRCMS). San Jose, CA.

Roebuck, A.A., Ryan AM, Lyons BJ. (2013, April).  *Psychological disorders in the workplace:  an identity management theory application.*  SIOP Conference, Houston.

Golubovich, J & Ryan AM (2013, April).  *Demographic cues in video-based situational judgment items: an extension*.  SIOP Conference, Houston.

Keegin, MM, Wessel, J, Ryan AM (2013, April) *Are you man enough? Evaluations of gendered information in academia.* SIOP Conference, Houston.

Ali, A, Ryan AM, Ehrhart, MG & Wessel J (2013, April) *Buffering the negative effects of discrimination on job seekers.* SIOP Conference, Houston.

Huang, JL, Zabel KL, Ryan AM, Palmer, AEJ (2013 April). *Personality and adaptive performance at work: a meta-analytic investigation.* SIOP Conference, Houston.

Ryan, AM (2013 April) Discussant for session, *Understanding Identity Management of Stigmatized individuals in the workplace.* SIOP conference, Houston.

Mak, S., Ott Holland CJ & Ryan AM (2013 April) *Does 360 Feedback Lead to Performance Improvement?* SIOP Conference, Houston

Reeder, MC, Inceoglu, I, Bartram D, Ryan AM, Goluovich J & Grand J (2013 April) *Implementation equivalence: do cultural values affect testing practice?* SIOP Conference, Houston.

Cotton, AS, Ryan AM & Lyons BJ (2013 April). *Why were you fired? Gender, race and evaluations of explanations.* SIOP Conference, Houston.

Ryan, AM. (2013 August). Discussant for: S*exuality, Gender, and Prejudice, Oh My! LGBQ Experiences in Organizations.* Academy of Management Conference, Orlando.

Ghumann, S., Ryan, AM & Park, JS (2013, August). *Observer intervention in incidences of religious harassment in the workplace.* Academy of Management Conference, Orlando.

Ryan, AM, (2013, August). Reader and discussion leader, *Diversity Research Publishing Workshop.* PDW at Academy of Management Conference, Orlando.

Ryan, AM, (2013, August). Participant, Roundtable leader. *A Research Agenda for eHRM: What Do We Know, and Where Do We Go from Here? The Future of eHRM.* PDW at Academy of Management Conference, Orlando.

Ryan, AM, (2013, August). Discussant for symposium. *More than meets the eye: unpacking the complexity of invisible stigmas and their disclosure.* Academy of Management Conference, Orlando.

Lyons, B., Ali, A & Ryan, AM (2014, May) *Precipitating motives and job search implications of race identity management.* SIOP Conference, Honolulu.

Zelin, A., Wessel, J. & Ryan, AM (2014, May). *Do feminine traits "fit" in an interview for masculine-typed jobs?* SIOP Conference, Honolulu.

Kermond, C.M.Y., King, D.D. & Ryan, AM (2014, May). *Does addressing a stereotype help or harm an interviewee?* SIOP Conference, Honolulu.

Kermond, C.M. Y., Ryan, AM & Murphy, J (2014 May). *How does ethnic identification influence resume evaluations?: Exploring Psychological Mechanisms.* SIOP Conference, Honolulu.

Ott-Holland, C., Ryan, AM, Elizondo, F & Wadlington, PL (2014 May). *Perceptions of others and satisfaction: do interpersonal job demands matter?* SIOP Conference, Honolulu.

King, DD, Ott-Holland, C., Ryan, AM , Wadlington, PL & Elizondo, F (2014 May). *Examining modal personality differences between organizations and occupations.* SIOP Conference, Honolulu.

Moreno, CA, Kermond CMY & Ryan AM (2014 May). N*ationality and skin tone effects in hiring Latinos*. SIOP Conference, Honolulu.

Mann, M, Ryan, AM & Ali, AA (2014 May). *Hire a hero? Identity management of job seeking veterans.* SIOP Conference, Honolulu.

Bhatia, S & Ryan, AM (2014 May). *Applicant reactions and website information: the importance of transparency*. SIOP Conference, Honolulu.

Ott-Holland C, Shepherd, WJ & Ryan AM (2014 May).W*ellness Attitudes and Intentions: Wellness Involvement as Planned Behavior*. SIOP Conference, Honolulu.

Ali, AA, Ryan, AM, Hauer, T & French-Vitet, J (2014 May). *Applicant Reactions and Attraction: Losing Applicants due to Untimely Communication*. SIOP Conference, Honolulu.

King, DD., Ryan AM & Kantrowitz, T. (2014 May). *Mobile and PC Delivered Assessments: Comparison of Scores and Reactions.* SIOP Conference, Honolulu.

Ryan, AM (2014; invited colloquium). *Stigmatized identities and employment decisions*. University of South Florida, February 14.

Ryan, AM (invited colloquium, 2014). *Complexity in use of social category information in employment decisions*. Bowling Green State University, April 18.

Ryan, AM (2014). Future Directions in Selection Assessment. *Invited keynote speaker*. VI Seminario de la catedra de Modelos Y Aplicaciones Psicometricos, Madrid, Spain, July 4.

Ali, AA, Lyons, B, Ryan, AM & Gardner, P. (2014). *Cycles of Influence: Affect Dynamics During the Job Search*. Academy of Management Conference, Philadelphia, PA.

Kermond, C & Ryan, AM (2014). *Identity Management Motives of Stigmatized Employees: An Examination of Mediating Mechanisms*. Academy of Management Conference, Philadelphia, PA.

Huang, JL, Ford, JK & Ryan, AM (2014). *Ignored No More: Within-person Variability Enables Better Understanding of Training Transfer*. Academy of Management Conference, Philadelphia, PA.

Ryan, A.M. (2014). Grit: a useful concept in college and career preparedness? Presented at *NAEP Preparedness Technical Advisory Panel Symposium, A*ugust 20, Washington DC.

Ryan, AM (2014, Sept 13) Panelist. *Academic Reality Check*. Michigan AGEP Alliance Fall Conference. East Lansing, MI.

Ryan AM (2015). (invited guest speaker). *Gender and Work.* Kennesaw State University, GA, January 20

Ryan, AM (2015). (invited colloquium) *Fairness in Hiring: Research Overview*. Kennesaw State University, GA

Ryan, AM (2015) (invited colloquium). *Identity management in job search: managing potential biases.* Wayne State University, MI, February 4.

Ryan, AM (invited speaker) . *Managing your identity as a woman in the workplace.* Professional Women's Council, Atlanta, GA, January 20, 2015.

Ryan, AM (2015, November). *Identity management strategies: dealing with stigmatization in the workplace.* University Missouri St. Louis.

Ryan, AM (2015, Jan 30). *Collaborations and Diversity:  Effective Leveraging of Differences and Similarities*.  Graduate School Workshop.

Ryan, AM (invited speaker).  *Should women 'man up' to succeed in the workplace?*  Women's Networking Association,  workshop (delivered twice).  February 18, 2015.

Ryan, AM. (Feb 24, 2015).  *What's the value in evaluating your candidate experience?*  Webcast panelist.  Human Capital Institute.

Ali, AA, Lyons, BR & Ryan, AM (April 2015).  *Checking criminal records:  crime and job type affect employment judgments.*  Society for Industrial and Organizational Psychology Conference, Philadelphia, PA.

Ryan, AM  (April 2015). *Global I meets Global O – Research and practice on selection and work-life.*  Discussant.  Society for Industrial and Organizational Psychology Conference, Philadelphia, PA.

Pacic, E. & Ryan, AM (April 2015).  *Impact of feminist identity management on selection for leadership positions.*  Society for Industrial and Organizational Psychology Conference, Philadelphia, PA.

King, D.D., Pacic E.A. & Ryan AM (April 2015).  *Gendering voice:  the role of public esteem and composition*. Society for Industrial and Organizational Psychology Conference, Philadelphia, PA.

Mann, M, Ryan, AM & Ali, AA (April 2015).  *Evaluations of veteran applicants:  the usefulness of identity management strategies*. Society for Industrial and Organizational Psychology Conference, Philadelphia, PA.

Ryan, AM (April 2015).  *The  candidate experience:  what applicants want, what companies need.*  Session discussant.  Society for Industrial and Organizational Psychology Conference, Philadelphia, PA.

Ryan, AM (April 2015).  Distinguished Teaching Contributions Award Invited Address:  *Staying engaged and effective in teaching and mentoring throughout one's career*.  Society for Industrial and Organizational Psychology Conference, Philadelphia, PA.

Kermond, CMY & Ryan, AM (April 2015).  Compartmentalizing LGBT identity:  the relative importance of self-esteem and context.  Society for Industrial and Organizational Psychology Conference, Philadelphia, PA.

Ryan, AM (April 2015).  *Investigating validities of several faking measures within selection contexts*.  Discussant.  Society for Industrial and Organizational Psychology Conference, Philadelphia, PA.

Bryant, C., Ryan, AM & Kermond, CMY (April 2015).  *African-American female applicants:  potential hiring bias against "natural" hair*. Society for Industrial and Organizational Psychology Conference, Philadelphia, PA.

Lyons, BJ, Ali, A & Ryan, AM (April 2015).  Job search incivility:  implications for racial/ethnic identity management. Society for Industrial and Organizational Psychology Conference, Philadelphia, PA.

Grand, J & Ryan, AM (April 2015).  *Brain drain? An examination of stereotype threat effects during training.*  Society for Industrial and Organizational Psychology Conference, Philadelphia, PA.

Golobovich, J,  Ryan, AM  & Isham, D. (April 2015).  *Responses to diverse video-based SJTS:  role of motivation and experiences.*  Society for Industrial and Organizational Psychology Conference, Philadelphia, PA.

Wessel, JL, Ryan AM & Zelin A (2015). *Gaining entry into STEM fields: the effectiveness of self-presentation tactics.* Society for Personality and Social Psychology Conference, Long Beach, CA.

Lin, C, Leong, F, Ryan, AM, Wang, J. (May, 2015). *Collectivism, self-construal and leadership preference: a cross-cultural study in Taiwan, Hong Kong, China, and USA.* International Conference of Applied Psychology for Chinese Societies, Taipei.

Cheung, F., Santoro, J, Lucas, RE, Ryan, AM, Elizondo, F & Wadlington, PL (June 2015) *Examining the contextual predictors of perception of personality: income inequality is associated with lower perceived agreeableness in others.* Association of Research in Personality Conference.

Ryan, AM (2015, June 16) *Balancing self-presentation across contexts* MSU Women's Advisory Committee for Support Staff (WACSS), invited speaker.

Ryan, AM (2015, July 8). *Should women "man up" to succeed in the workplace: managing your identity.* Presentation to Doctor of Nursing Practice Program.

Ryan, AM. (2015, August) *Publishing Diversity Research Workshop.* Panelist/reviewer. Academy of Management, Vancouver, Canada.

Ali, AA, Ryan, AM & Lyons, BJ. (2015, August) *When job search activities lead to poorer mental health: the moderating role of job search resiliency.* Academy of Management, Vancouver, Canada

Ryan. AM (2015, October). *Considering fit bandwidth.* Presentation at Classifciation Panel Meeting, Army Research Institute, Fort Belvoir, VA.

King, DD, Ryan, AM & Wessel, J (2016, March). *Intersectionality on the path to leadership: how race and gender simultaneously influence identity management outcomes.* Leadership Excellence and Gender in Organizations Symposium, Purdue University, West Lafayette, IN.

Ryan, AM (2016, March 15). *Should women "man-up" to succeed in academia*? Academic Women's Forum, Michigan State University.

Beals, EE, Bhatia, S, Ryan AM & Boyce, AS (April, 2016). *Cultural values and item-level social desirability.* Society for Industrial and Organizational Psychology Annual Conference, Anaheim, CA.

Jweihan, A., Pacic, EA, & Ryan, AM (2016, April). *Gender uncensored: perceptions of transgender job candidates.* Society for Industrial and Organizational Psychology Annual Conference, Anaheim, CA.

Ali, AA & Ryan, AM (cochairs) (2016, April). *Ex-offenders navigating the hiring process: insights from research and practice.* Society for Industrial and Organizational Psychology Annual Conference, Anaheim, CA.

Bhatia, S & Ryan, AM (2016, April). *Hiring for adaptability: It depends on the situation.* Society for Industrial and Organizational Psychology Annual Conference, Anaheim, CA.

Ali, AA, Lyons, BJ & Ryan, AM (2016, April). *I'm sorry, it won't happen again: ex-offenders use of impression management tactics to mitigate threat perceptions.* Society for Industrial and Organizational Psychology Annual Conference, Anaheim, CA.

Hatch, MM & Ryan, AM (2016, April). *Evaluations of tattooed applicants: the usefulness of identity management strategies.* Society for Industrial and Organizational Psychology Annual Conference, Anaheim, CA.

Ryan, AM  (panelist) (2016, April).  *Innovations in job assignment: challenges and opportunities using non-cognitive measures.*  Society for Industrial and Organizational Psychology Annual Conference, Anaheim, CA.

Prasad J, Schmitt, N, Ryan, AM, Showler, M & Nye, C   (2016).  *A comparison of noncognitive measures between Chinese and American students*.  Society for Industrial and Organizational Psychology Annual Conference, Anaheim, CA.

Golubovich, J. & Ryan, AM (2016, April).  *Black respondents' reactions to diversity cues in testimonials and video-SJTs.*  Society for Industrial and Organizational Psychology Annual Conference, Anaheim, CA.

Ryan, AM & King, DD. (2016, April)  *Connecting demographic differences and diversity in interests to organizational diversity*. Society for Industrial and Organizational Psychology Annual Conference, Anaheim, CA.

Ryan, AM (2016, March 15). *Should women "man-up" to succeed in academia*?  Academic Women's Forum Workshop, Michigan State University.

Ryan, AM (2016, March 24). *Identity Management in Hiring Contexts:  Dealing with Stigmatization*. University of Ghent, Belgium.

Ryan, AM (2016, April 1). I*dentity Management in Hiring Contexts:  Dealing with Stigmatization*. Invited colloquium University of Nice, France

Ryan, AM (May 17, 2016).  *Managing our identity in nursing*.  Guest lecture to Doctor Nurse Practitioner program.

Ryan, AM.  ( 2016, September 30).  *Weighing Decisions: Research on Admissions and Recruitment.* Invited speaker at Graduate School Event, Transforming PhD Education: Following The Path Forward

Derous, E., Pepermans, R. & Ryan, AM (2016, June) *Ethnic discrimination in resume screening:  mind the job*. ENESER/EAWOP small group meeting on Recruitment and Selection, Amsterdam, the Netherlands.

Bryant, C. & Ryan, AM (2017, April).  Coworker relationships altered by social media:  posts, pokes and problems.  Presented at Society for Industrial and Organizational Psychology Annual Conference, Orlando, FL

Lauricella, T., Ryan, AM, Elonziondo, F. & Wadlington, P. (2017, April).  Impact of Work Context and personality on boundary management styles. Presented at Society for Industrial and Organizational Psychology Annual Conference, Orlando, FL

Isham, D., Ryan, AM & Kermond, CK (2017, April).  Impression management effectiveness:  the role of gender and race. Presented at Society for Industrial and Organizational Psychology Annual Conference, Orlando, FL

King, DD, Ryan, Elonziondo, F. & Wadlington, P. (2017, April).  Managing identity as a woman in a STEM field. Presented at Society for Industrial and Organizational Psychology Annual Conference, Orlando, FL

Lowe, A., Ali, A., & Ryan, AM (2017, April).  Chronic illness stigma:  differential reactions to workplace accommodations.  Presented at Society for Industrial and Organizational Psychology Annual Conference, Orlando, FL

Chatterjee, D. & Ryan, AM (2017, April).  Is policing becoming a stigmatized profession?  An exploratory study. Presented at Society for Industrial and Organizational Psychology Annual Conference, Orlando, FL

Showler, M., Ryan, AM, Prasad, JJ, Schmitt, NW, Bradburn, JC & Nye, CD (2017 April). It's Not Where You Come From: Impact of Contextual Variables. Presented at Society for Industrial and Organizational Psychology Annual Conference, Orlando, FL

Ryan, A.M. (2017, April).  Getting Started as a New Teacher in I-O and OB/HR.  Panelist ,Presented at Society for Industrial and Organizational Psychology Annual Conference, Orlando, FL

Ryan, A.M. (2017, July).  Identity contingency cues:  signaling safety or threat in your assessment process.  Invited keynote speaker, International Personnel Assessment Council, Birmingham, AL.

Bradburn, J Ryan, AM, Schmitt, N. Showler, M Prasad, J & Nye,CD (June 2017). Non-cognitive predictors of student success:  a predictive validity comparison between domestic and international students.  Presented at Association for Psychological Science.

## CONSULTATIVE EXPERIENCE

ATTORNEY GENERAL OF RHODE ISLAND, expert review work, 9/2016-10/2016

ETS, 10/13 to 5/15, technical advisory panel for personality test validation efforts.

DOW CORNING, 6/13 to 8/13, validation of skilled trades tests.

HuMRRO.  Advisory panel member for expert review of adaptive personality testing validation project for Army.

ACCIDENT FUND, 6/10-8/10; 5/11-11/11; 7/12-10/12; 7/13 -11/13; 12/13-2/14; 7/14-11/14; 9/14-11/14. 10/15-1/16.  Supervised validation study of leadership attributes.  Supervised development and administration of several cycles of a 360 feedback system for senior leadership.  Strategic skills assessments for claims adjuster, underwriter and  loss control positions.  Refresh of leadership competencies

AMAZON, 10/12 – 4/14, supervise development and validation of culture fit assessment tool for hiring associates.

HONEYWELL AEROSPACE, 10/10 – 2/11.  Linkage of engagement survey data to customer satisfaction and leader performance indicators.

GOOGLE, 5/09, 5/10, 5/11, 5/12, 10/14, 10/15.  Invited participant in PiLab Research Summit and re:Work conference

NATIONAL CYCLOTRON LAB, 11/07- 4/08.  Supervised design, administration, and analysis of employee diversity climate survey.

KALMAZOO COUNTY SHERIFF, 5/07-7/07.  Designed and administered a testing process and assessment center for senior administrative position.

KAUFMAN FINANCIALS (formerly BURNS & WILCOX), 10/06 to 6/07; 1/08 to 6/08; 2/09-7/09; 2/10-7/10; 2/11-6/11; 2/12-6/12; 6/13-11/14; 6/15-11/15; 6/16-present. Design, administration, and analysis of employee attitude survey over nine cycles.

3/11 to 11/11, supervise design and validation of screening tools for underwriter hiring.

12/15 to present, job analysis and competency evaluation for underwriters and brokers.

WONDERLIC, 9/06 to 11/07. Development of mechanical aptitude test item pool.

BLACKWELL PUBLISHING, 1/07- present, member of Senior Advisory Board for Industrial and Organizational Psychology Practice Series. Provide input on topics, review book proposals, and provide feedback on some book drafts.

HUMAN CAPITAL INSTITUTE, 11/05-11/07. Expert advisory panel member, participating in webinars on best practices in surveying.

PROCTER & GAMBLE

11/04-10/05. Coordinated large-scale global data collection examining test taker perceptions of new selection tools; examination of response distortion cross-culturally.

8/09-10/09. Supervised data collection and analysis for item calibration project for development of next generation of plant technician assessment tools. Worked to recruit unemployed workers in local area to participate.

MI WORKS, 3/05-8/05. Supervised design of employer phone survey and job seeker survey, oversaw data collection, analysis and report writing.

KELLY SERVICES:

11/02-2/05. Design and data analysis for job analysis of light manufacturing jobs. Made recommendations for selection system design.

7/05-5/06 – consultation for job analysis of adjunct faculty jobs.

6/08-8/08. Development of decision aid tools for determining appropriate use of tests.

12/13-1/14. Supervised revision of candidate experience survey. Wrote white paper on candidate experience.

CRIMINAL JUSTICE MANAGEMENT INSTITUTE, 4/03 – 9/06. Review promotional examination content for various police agencies. Write test items. Conduct item writing workshops for SMEs.

HONEYWELL, 12/03-1/04. Supervise student analysis of diversity survey data.

PHARMACIA, 4/01 –10/01.

Job analysis of production workers.

DOW CHEMICAL, 6/00 to 10/00.

Development of behaviorally anchored scales for structured interview processes and simulation for Commercial Sales; training of recruiters, on-site interviewers, and assessors; review of alternative personality measures for selection process.

MICROSOFT, 4/00- 6/00. Investigation of cross-cultural equivalence of corporate employee attitude survey.

CITY OF ANN ARBOR

12/99 to 2/00. Development of an entry-level firefighter selection process.

FORD MOTOR COMPANY:

6/16. Workshop on experimentation in the workplace.

6/98 – 6/00. Validation of salaried selection processes for 7 job families.

8/97-8/99. Investigation of cross-cultural equivalence of attitude surveys.

JACKSON NATIONAL LIFE:

11/02 – 7/04. Supervision of a team developing assessment tools for training use.

8/98-6/99. Supervision of a team developing assessment tools for training use and promotion decisions.

9/98-10/98. Review of validity evidence for entry level testing. Development of testing policy guidelines.

MOTT CHILDREN'S HEALTH CENTER, 5/98. Conducted workshop on integrating goals and evaluation measures.

MCDONALDS, 10/97. Invited presentation on survey best practices.

NCS, 10/97. Review of report of audit of presubscription balloting in telecommunications in Mexico.

AUTO ALLIANCE, 3/97. Designed and conducted survey feedback and action planning training for managers. Facilitated action planning process for organizational survey response team.

QUESTAR/FORD MOTOR COMPANY, 12/96-1/97. Coordinated a quality review of a survey data analysis process; coordinated data verification process.

CITY OF TOLEDO:

1/01 to 5/02. Development of a performance evaluation system for command officers in the police department. Developed and conducted training of all users.

11/95 to 6/05; court-appointed expert for police officer examination process.

12/99 to 2/01. Development of a performance evaluation system for civilian employees in the police department.

1996: Criterion-related validation study of HPI with police officers.

5/95-9/95; consultation for firefighter examination process. Review and recommend test materials, conduct analyses, prepare reports.

6/95; design of test-taking orientation program for firefighter applicants.

10/93; review of scoring process for police sergeant, lieutenant and captain examinations.

1/93 to 6/93; court appointed expert witness for police officer written examination. Review test materials, process, and validity evidence, and recommend action when appropriate.

CITY OF COLUMBUS

8/99-4/00. Study of why individuals choose not to apply for firefighter positions.

2/96 to 5/96; conducted study of credentialling education in promotion of police officers.

9/94; outside expert in settlement study on adverse impact and police sergeant promotions.

MIDWEST STAMPING; 11/95-4/96; design and implementation of a communications survey-feedback process.

AP PARTS INTERNATIONAL; 9/95-3/96; supervised graduate student work on selection system benchmarking, competency model development, and selection system design.

FORD MOTOR CREDIT CORPORATION; 5/93-9/94; conducted longitudinal study of relation between employee attitudes and branch performance, including profitability and customer satisfaction.

SUPPLEMENTAL STAFFING; 5/93-7/94; review of selection process; validation study; adverse impact analysis.

GENERAL MILLS

8/95-10/95; 10/98; training of a conflict resolution team; conflict resolution training for first    line supervisors.

5/95-6/95; task analyses of loading dock and warehousing positions. Initial development of feedback system for coordinator positions.

3/95; administration of test battery for validation purposes.

9/94-11/94; training system redesign, for plant technician positions.

5/94; test development workshop for mechanic and electrician testing.

1/94-3/94; organizational diagnosis through an interview and feedback process.

5/93-12/93; training certification design for technicians in new plant; involves task analyses for all equipment/skills to determine training content and certification requirements; review of all testing and certification materials.

6/92-11/92; selection system design for systems improvement engineers; supervision   of job analysis; development of structured interview process; selection system          recommendations.

4/92-6/92; interviewer for selection of team members for new plant.

2/92-3/92; development and delivery of an assessment center preparation program for team leader candidates. Included design of training materials, conducting training sessions, and supervision of other trainers.

1/92-10/92; overseeing training competency assessment for maintenance positions; duties include reviewing all test materials developed, advising on assessment processes, supervising test administrations, and developing and administering feedback process.

TRINOVA, 4/92 to 4/93; supervision of design, administration, and evaluation of portions of an assessment program for high potentials. Includes design of simulations, rating forms, assessor training, and administrative materials, as well as tools for developmental planning.

NATIONAL LOUIS UNIVERSITY, 4/92 to 8/92; design of assessment course; supervised development of simulations, assessor training materials, and rating forms, as well as administrator guide.

TRIANGLE PLASTICS, 2/92 - 5/92; supervision of selection system design for equipment operators, including job analysis and instrument design.

XEROX CORPORATION

1/92; conducted group sessions for development and validation of a work group effectiveness measure to be used in team development.

9/90 to 12/90; job analyses and selection system recommendation for inventory clerks and parts handlers, including project design, data collection and analysis, report writing.

10/89 - 12/89; job analysis of telemarketing representatives; including project design, data collection, data analysis, report writing, selection system recommendations and supervision of others.

EMERGENCY MEDICAL DELIVERIES; 6/91 to 10/91; supervised company-wide job analyses, performance appraisal system recommendations, and development of employee handbook for truck drivers.

NEW YORK CITY BOARD OF EDUCATION, OFFICE OF PERSONNEL ASSESSMENT; 3/90 & 10/90; participated in test development sessions to design format for interview examinations.

MARATHON SPECIAL PRODUCTS, 4/90-8/90; project leader in design of two separate selection systems, including job analyses, work sample and interview development, and supervision of others.

CITY OF BOWLING GREEN, 11/89-12/89; designed and administered an assessment center for fire chief selection.

ILLINOIS INSTITUTE FOR THE DEVELOPMENTALLY DISABLED, project member, 4/86-7/86; involved in a job analysis of first level supervisors for training needs assessment. Duties included designing interview format, conducting interviews, questionnaire development, and preliminary report writing.

STEPHEN A. LASER ASSOCIATES, 6/85-9/85; responsible for development and administration of an assessment center. Duties included designing exercises, developing an assessor training program, conducting assessor training, administering the center, designing feedback and developmental planning format; involved in the development of marketing materials.

INLAND STEEL, 6/84-9/84; conducted an employee attitude survey. Duties included developing and administering survey, analyzing results, and writing all related reports. Involved in the development of training and performance appraisal materials.

BRECKER & MERRYMAN, 5/83-8/83, 5/82-8/82; developed a supervisor's guide for performance appraisal, generic job descriptions for a bank, and a job analysis questionnaire for an electronics firm.

DUBOIS CHEMICAL, practicum in personnel, 9/82-12/82; created a career development program. Duties included researching career development, developing a job matrix, writing generic job descriptions, and developing and writing an action planning guide for employee usage.

DR. GERALD QUATMAN, statistical laboratory assistant, 9/81-5/82; developed a civil service exam for Cincinnati police department by conducting relevant research, constructing questions, and analyzing final tests results.


**Dissertations Supervised**

Bowling Green:

Karen Barbera

Diane Daum

Laura Mattimore

Stephane Brutus

William Shepherd

Chet Robie

Mark Schmit

Luis Parra

Michele Grisez

Michigan State:

Robert Ployhart

Lynn McFarland

Darin Weichmann

Michael Horvath

Hannah Nguyen

Alyssa Westring

Sonia Ghumann

Anthony Boyce

Elizabeth (Poposki) Boyd

Jason Huang

Jennifer Wessel

James Grand

Jessica Keeney

Brent Lyons

Megan Huth

Catherine Ott-Holland

## Appendix B – Materials Considered

1.  Deposition of Joseph Whittinghill, dated May 10, 2016, and associated Exhibits 1-30

2.  Deposition of John Adrian Ritchie, dated June 29 and June 30, 2016, and associated Exhibits 1-48

3.  Deposition of Melinda DeLanoy, dated September 20, 2017, and associated Exhibits 1-15

4.  Declaration of Larissa Johnson, dated May 2, 2016

5.  Plaintiffs' Motion to Compel Production of Documents Withheld for Privilege/Work Product (Dkt. 47)

6.  *Codwell v. Microsoft* settlement correspondence (MSFT_MOUSSOURIS 00859393, 00859406, 00859774, 00859842)

7.  Career Stage Profiles for various disciplines including Art, Audio, Build, Content Publishing, Data and Applied Sciences Design, Design Research, Game Design, General Management, International Project Engineering, Product planning, Program Management SDET, Service Engineering, Software Development, Software Engineering, Solution Management and IT Operations.

8.  Various documents related to the performance evaluation, compensation setting and promotion processes of Microsoft as well as to the development and support of the competency model and career stage profiles, including:

    1) MSFT_MOUSSOURIS_00002409

    2) MSFT_MOUSSOURIS_00058641

    3) MSFT_MOUSSOURIS_00009964

    4) MSFT_MOUSSOURIS_00202270

    5) MSFT_MOUSSOURIS_00208869

    6) MSFT_ MOUSSOURIS_00209166

    7) MSFT_MOUSSOURIS_00211159

    8) MSFT_MOUSSOURIS_00222726

    9) MSFT_MOUSSOURIS_00041064

    10) MSFT_MOUSSOURIS_00064250

    11) MSFT_MOUSSOURIS_00688508

12) MSFT_MOUSSOURIS_00737354

13) MSFT_MOUSSOURIS_00740419

14) MSFT_MOUSSOURIS_00740743

15) MSFT_MOUSSOURIS_00741511

16) MSFT_MOUSSOURIS_00806942

17) MSFT_MOUSSOURIS _00879614

18) MSFT_MOUSSOURIS_00359595

19) MSFT_MOUSSOURIS_00878980

20) MSFT_MOUSSOURIS_1377142

21) MSFT_MOUSSOURIS_00700913

22) MSFT_MOUSSOURIS_00736700

23) MSFT_MOUSSOURIS_00737178

24) MSFT_MOUSSOURIS_00797298

25) MSFT_MOUSSOURIS_00058876

26) MSFT_MOUSSOURIS_00058901

27) MSFT_MOUSSOURIS_00058903

28) MSFT_MOUSSOURIS_00058909

29) MSFT_MOUSSOURIS_00058941

30) MSFT_MOUSSOURIS_00058943

31) MSFT_MOUSSOURIS_00058945

32) MSFT_MOUSSOURIS_00058957

33) MSFT_MOUSSOURIS_00058959

34) MSFT_MOUSSOURIS_00058960

35) MSFT_MOUSSOURIS_00208864

36) MSFT_MOUSSOURIS_00208867

37) MSFT_MOUSSOURIS_00254840

38) MSFT_MOUSSOURIS_00308701

39) MSFT_MOUSSOURIS_00640472

40) MSFT_MOUSSOURIS_00740154

41) MSFT_MOUSSOURIS_00740656

42) MSFT_MOUSSOURIS_00740694

43) MSFT_MOUSSOURIS_00740695

44) MSFT_MOUSSOURIS_00740846

45) MSFT_MOUSSOURIS_00002232

46) MSFT_MOUSSOURIS_00002234

47) MSFT_MOUSSOURIS_00002236

48) MSFT_MOUSSOURIS_00002239

49) MSFT_MOUSSOURIS_00002243

50) MSFT_MOUSSOURIS_00002245

51) MSFT_MOUSSOURIS_00002247

52) MSFT_MOUSSOURIS_00002249

53) MSFT_MOUSSOURIS_00002251

54) MSFT_MOUSSOURIS_00002260

55) MSFT_MOUSSOURIS_00002263

56) MSFT_MOUSSOURIS_00002264

57) MSFT_MOUSSOURIS_00002269

58) MSFT_MOUSSOURIS_00002301

59) MSFT_MOUSSOURIS_00002303

60) MSFT_MOUSSOURIS_00002306

61) MSFT_MOUSSOURIS_00002308

62) MSFT_MOUSSOURIS_00002311

63) MSFT_MOUSSOURIS_00002313

64) MSFT_MOUSSOURIS_00002315

65) MSFT_MOUSSOURIS_00002316

66) MSFT_MOUSSOURIS_00002325

67) MSFT_MOUSSOURIS_00002330

68) MSFT_MOUSSOURIS_00002332

69) MSFT_MOUSSOURIS_00002335

70) MSFT_MOUSSOURIS_00002344

71) MSFT_MOUSSOURIS_00002347

72) MSFT_MOUSSOURIS_00002348

73) MSFT_MOUSSOURIS_00002349

74) MSFT_MOUSSOURIS_00002352

75) MSFT_MOUSSOURIS_00002357

76) MSFT_MOUSSOURIS_00002360

77) MSFT_MOUSSOURIS_00002362

78) MSFT_MOUSSOURIS_00002364

79) MSFT_MOUSSOURIS_00002366

80) MSFT_MOUSSOURIS_00002367

81) MSFT_MOUSSOURIS_00002368

82) MSFT_MOUSSOURIS_00002369

83) MSFT_MOUSSOURIS_00002377

84) MSFT_MOUSSOURIS_00002386

85) MSFT_MOUSSOURIS_00002388

86) MSFT_MOUSSOURIS_00002409

87) MSFT_MOUSSOURIS_00002427

88) MSFT_MOUSSOURIS_00004097

89) MSFT_MOUSSOURIS_00004206

90) MSFT_MOUSSOURIS_00002481

91) MSFT_MOUSSOURIS_00004365

92) MSFT_MOUSSOURIS_00005639

93) MSFT_MOUSSOURIS_00018513

94) MSFT_MOUSSOURIS_00018515

95) MSFT_MOUSSOURIS_00041059

96) MSFT_MOUSSOURIS_00041064

97) MSFT_MOUSSOURIS_00058624

98) MSFT_MOUSSOURIS_00058627

99) MSFT_MOUSSOURIS_00058629

100)     MSFT_MOUSSOURIS_00058631

101)     MSFT_MOUSSOURIS_00058633

102)     MSFT_MOUSSOURIS_00058641

103)     MSFT_MOUSSOURIS_00058705

104)     MSFT_MOUSSOURIS_00058715

105)     MSFT_MOUSSOURIS_00058734

106)     MSFT_MOUSSOURIS_00058737

107)     MSFT_MOUSSOURIS_00058782

108) MSFT_MOUSSOURIS_00058783

109) MSFT_MOUSSOURIS_00058788

110) MSFT_MOUSSOURIS_00058810

111) MSFT_MOUSSOURIS_00058850

112) MSFT_MOUSSOURIS_00058852

113) MSFT_MOUSSOURIS_00000891

114) MSFT_MOUSSOURIS_00000892

115) MSFT_MOUSSOURIS_00000893

116) MSFT_MOUSSOURIS_00000894

117) MSFT_MOUSSOURIS_00000895

118) MSFT_MOUSSOURIS_00000900

119) MSFT_MOUSSOURIS_00000901

120) MSFT_MOUSSOURIS_00000902

121) MSFT_MOUSSOURIS_00000903

122) MSFT_MOUSSOURIS_00001955

123) MSFT_MOUSSOURIS_00001957

124) MSFT_MOUSSOURIS_00001958

125) MSFT_MOUSSOURIS_00001960

126) MSFT_MOUSSOURIS_00001961

127) MSFT_MOUSSOURIS_00001962

128) MSFT_MOUSSOURIS_00001964

129) MSFT_MOUSSOURIS_00001966

130) MSFT_MOUSSOURIS_00001968

131) MSFT_MOUSSOURIS_00001970

132) MSFT_MOUSSOURIS_00001974

133) MSFT_MOUSSOURIS_00001981

134) MSFT_MOUSSOURIS_00001983

135) MSFT_MOUSSOURIS_00001984

136) MSFT_MOUSSOURIS_00001986

137) MSFT_MOUSSOURIS_00001988

138) MSFT_MOUSSOURIS_00001992

139) MSFT_MOUSSOURIS_00002001

140) MSFT_MOUSSOURIS_00002035

141) MSFT_MOUSSOURIS_00002126

142) MSFT_MOUSSOURIS_00002126

143) MSFT_MOUSSOURIS_00002128

144) MSFT_MOUSSOURIS_00002128

145) MSFT_MOUSSOURIS_00002176

146) MSFT_MOUSSOURIS_00002222

## Appendix C

## Reference and guidance materials consulted

American Educational Research Association, American Psychological Association & National Council on Measurement in Education (2014). *Standards for educational and psychological testing*. Washington DC: American Education Research Association.

Campion, M.A., Fink, A.A., Ruggeberg, B.J., Carr, L., Phillips, G.M., & Odman, R.B. (2011). Doing competencies well: Best practices in competency modeling. *Personnel Psychology, 64*, 225-262.

Equal Employment Opportunity Commission, Civil Service Commission, Department of Justice & Department of Labor (1978). *Uniform guidelines on employee selection procedures*. Federal Register, 43 (166), 38290-38315

Gilliland, S.W. & Langdon, J.C. (1998). Creating performance management systems that promote perceptions of fairness. In J. Smither (Ed.) *Performance appraisal: State of the art in practice* (pp. 209-243). San Francisco: Jossey-Bass.

Guion, R.M. (2011). *Assessment, measurement, and prediction for personnel decisions*. Routledge, New York.

Gutman, A., Outtz, JL & Dunleavy, E (2017). An updated sampler of legal principles in employment selection. In JL Farr & NT Tippins (Eds). *Handbook of employee selection*, New York: Routledge. P631-658.

Highhouse, S., & Gallo, A. (2009). Order effects in personnel decision making. *Human Performance, 10,* 31-46.

Jennings, T., Palmer, J. K., & Thomas, A. (2004). Effects of performance context on processing speed and performance ratings. *Journal of Business and Psychology, 18,* 453-463.

Malos, S. B. (1998). Current legal issues in performance appraisal. In J. W. Smither (Ed.), *Performance Appraisal: State-Of-The-Art Methods For Performance Management*, pp. 49-94. San Francisco: Jossey-Bass.


McPhail, SM & Stelly, DJ (2010). Validation strategies. . In JC Scott & DH Reynolds (Eds). *Handbook of workplace assessment: evidence-based practices for selection and developing organizational talent*. San Francisco: Jossey-Bass. P671-710.

Murphy K., Balzer W., Lockhart M., & Eisenman E. (1985). Effects of previous performance on evaluations of present performance. *Journal of Applied Psychology, 70,* 72-84.

O"Leary, RS & Pulakos, ED (2017). Defining and measuring results of workplace behavior. In JL Farr & NT Tippins (Eds). *Handbook of employee selection*, New York: Routledge. P 509-529.

Palmer, J. K., & Feldman, J. M. (2005). Accountability and need for cognition effects on contrast, halo, and accuracy in performance ratings. *The Journal of Psychology, 139,* 119-138.

Putka, D. J., & Sackett, P. R. (2010). Reliability and validity. In J. L. Farr & N. T. Tippins (Eds.), *Handbook of Employee Selection* (pp. 9-49). New York: Routledge

Schippmann, J.S., Ash, RA, Battista, M., Carr, L. Eyde, LD, Hesketh, B et al. (2000). The practice of competency modeling. *Personnel Psychology, 53*, 703-740

Schippmann, JS (2010). Competencies, job analysis, and the next generation of modeling. In JC Scott & DH Reynolds (Eds). *Handbook of workplace assessment: evidence-based practices for selection and developing organizational talent.* San Francisco: Jossey-Bass p197-232

Society for Industrial and Organizational Psychology (2003). *Principles for the validation and use of personnel selection procedures* (4th ed). Bowling Green, OH: SIOP.

Werner, JM & Bolino, MC (1997). Explaining US courts of appeals decisions involving performance appraisal: accuracy, fairness and validation. *Personnel Psychology, 50*, 1-24

Wexley K., Sanders R., & Yukl G. (1973). Training interviewers to eliminate contrast effects in employment interviews. *Journal of Applied Psychology, 57*, 233-236.