The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KATHERINE MOUSSOURIS, HOLLY MUENCHOW, and DANA PIERMARINI, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 2:15-cv-01483-JLR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT'S MOTION FOR SUMMARY JUDGMENT** |

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT
2:15-CV-01483-JLR

This matter comes before the Court on Defendant Microsoft's Motion for Summary Judgment. Having considered the pleadings and papers filed by the parties in connection with this matter, any arguments of counsel, and all other matters properly before the Court, the Court finds there is no genuine dispute as to any material fact that would allow Plaintiffs' individual claims to proceed to trial and thus rules as follows:

**IT IS HEREBY ORDERED THAT** Defendant Microsoft's Motion for Summary Judgment is **GRANTED**.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2018.

_____
The Honorable James L. Robart
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT
2:15-CV-01483-JLR

- 1 -

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 15, 2018 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | | |
| 4 | | By:  *s/Mark S. Parris* |
|   | |       *s/Lynne Hermle* |
| 5 | |       *s/Jessica R. Perry* |
|   | |      Mark S. Parris (WSBA No. 13870) |
| 6 | |      mparris@orrick.com |
| 7 | |      701 Fifth Avenue |
|   | |      Suite 5600 |
| 8 | |      Seattle, Washington  98104 |
|   | |      Telephone:  +1-206-839-4300 |
| 9 | |      Facsimile:  +1-206-839-4301 |
|   | |      Attorneys for Defendant |
| 10 | |     Lynne C. Hermle (admitted *pro hac vice*) |
|    | |     lchermle@orrick.com |
| 11 | | |
| 12 | |     Jessica R. Perry (admitted *pro hac vice*) |
|    | |     jperry@orrick.com |
| 13 | |     1000 Marsh Road |
|    | |     Menlo Park, CA  94025-1015 |
| 14 | |     Telephone:  +1 650 614 7400 |
|    | |     Facsimile:  +1 650 614 7401 |
| 15 | | |
| 16 | Dated: March 15, 2018 | MICROSOFT CORPORATION |
| 17 | | |
| 18 | | By:  *s/David Howard* |
|    | |      David Howard (WSBA No. 45211) |
| 19 | |      Corporate Vice President and Deputy General |
|    | |      Counsel, Litigation |
| 20 | |      dhoward@microsoft.com |
| 21 | |      1 Microsoft Way |
|    | |      Redmond, Washington  98052 |
| 22 | |      Telephone:  +1-425-704-768 |

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT
2:15-CV-01483-JLR

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

DATED: March 15, 2018              ORRICK, HERRINGTON & SUTCLIFFE LLP


By:  *s/Mark S. Parris*
Mark S. Parris (WSBA No. 13870)
mparris@orrick.com

701 Fifth Avenue, Suite 5600
Seattle, WA  98104-7097
Telephone:  206-839-4300
Facsimile:   206-839-4301

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
2:15-CV-01483-JLR

- 3 -