# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KATHERINE MOUSSOURIS, et al., | CASE NO. C15-1483JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has issued several minute orders requesting Special Master Michelle Peterson to assist with the motions to seal in this matter. (*See* 1/3/18 Min. Order (Dkt. # 282); 1/9/18 Min. Order (Dkt. # 324); 2/15/18 Min. Order (Dkt. # 350).) The parties have since filed five more motions to seal. (*See* 2/23/18 Mot. to Seal (Dkt. # 366); 3/9/18 Mot. to Seal (Dkt. # 375); 3/14/18 Mot. to Seal (Dkt. # 393); 3/16/18 Am. Mot. to Seal

//

MINUTE ORDER - 1

(Dkt. # 414); 3/16/18 Mot. to Seal with Reply (Dkt. # 421).)  These motions to seal present issues similar to those in the ones previously assigned to the Special Master.

Accordingly, the court now requests the Special Master to assist with the five additional motions to seal (Dkt. ## 366, 375, 393, 414, 421) subject to the same guidelines as outlined by the court's May 2, 2017, order.  (*See* 5/2/17 Order (Dkt. # 191) (appointing Special Master to assist with matters as the court may assign).)  If the parties have any objections to this request, they must file their objections no later than Wednesday, March 21, 2018.

Filed and entered this 19th day of March, 2018.

                WILLIAM M. MCCOOL
                Clerk of Court

                s/ Ashleigh Drecktrah
                Deputy Clerk