# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KATHERINE MOUSSOURIS, et al., | CASE NO. C15-1483JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has issued several minute orders requesting that Special Master Michelle Peterson assist with the motions to seal in this matter. (*See* 1/3/18 Min. Order (Dkt. # 282); 1/9/18 Min. Order (Dkt. # 324); 2/15/18 Min. Order (Dkt. # 350); 3/19/18 Min. Order (Dkt. # 423).) Plaintiffs have since filed an additional motion to seal. (*See* 4/2/18 Mot. to Seal (Dkt. # 435).) This motion to seal concerns issues similar to the ones in the motions previously assigned and currently being considered by the Special Master.

MINUTE ORDER - 1

Accordingly, the court now requests that the Special Master assist with the additional motion to seal (Dkt. # 435) subject to the same guidelines outlined in the court's May 2, 2017, order. (*See* 5/2/17 Order (Dkt. # 191) (appointing Special Master to assist with matters as the court may assign).) If the parties have any objections to this request, they must file those objections no later than Friday, April 6, 2018, by noon.

Filed and entered this 3rd day of April, 2018.

        WILLIAM M. MCCOOL
        Clerk of Court

        s/ Ashleigh Drecktrah
        Deputy Clerk