UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHERINE MOUSSOURIS, et al.,

                Plaintiffs,

    v.

MICROSOFT CORPORATION,

                Defendant.

CASE NO. C15-1483JLR

ORDER

Before the court is Special Master Michelle Peterson's April 26, 2018,

supplemental report and recommendation (Supp. R&R (Dkt. # 468)) to clarify and correct

some issues contained within the original report and recommendation filed on April 16,

2018 (R&R (Dkt. # 462)).  The court adopted the original report and recommendation

except insofar as it involved the items addressed by the supplemental report and

recommendation.  (4/29/18 Order (Dkt. # 469) at 2.)  The supplemental report and

recommendation clarified the issue of redacting information regarding non-party

//

individuals and amended three clerical errors regarding redactions of Microsoft employee names.  (Supp. R&R at 1-2.)

Pursuant to Federal Rule of Civil Procedure 53(f), the court must decide de novo all objections to the findings of fact or conclusions of law made or recommended by a special master.  Fed. R. Civ. P. 53(f)(3)-(4).  Here, neither party objects to any of Ms. Peterson's supplemental recommendations.  (*See generally* Dkt.; *see also* Supp. R&R at 5 (allowing parties to file objections, if any, no later than May 1, 2018).)  The court has reviewed Ms. Peterson's supplemental report and recommendation in accordance with Federal Rule of Civil Procedure 53(f), the parties' submissions related to the issues addressed by the supplemental report and recommendation, the relevant portions of the record, and the applicable law.  Having done so, the court finds Ms. Peterson's reasoning persuasive in light of the record and independently reaches the same conclusions for the reasons Ms. Peterson articulates.

Accordingly, the court ADOPTS the supplemental report and recommendation (Dkt. # 468) in its entirety.  The parties are INSTRUCTED to unseal and revise, as necessary, the redactions on any documents identified by the supplemental report and recommendation as well as the original report and recommendation.

Dated this 3rd day of May, 2018.

JAMES L. ROBART
United States District Judge