The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| KATHERINE MOUSSOURIS, HOLLY MUENCHOW, and DANA PIERMARINI, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION<br><br>Defendant. | Case No.  15-cv-1483-JLR<br><br>**JOINT STATEMENT REGARDING REDACTIONS TO ORDER ON MOTIONS TO EXCLUDE EXPERTS (ECF NO. 467)** |

**JOINT STATEMENT REGARDING REDACTIONS TO ORDER ON MOTIONS TO EXCLUDE EXPERTS (ECF NO. 467)**

Pursuant to the Court's instruction, the Parties have met and conferred regarding whether any redactions are needed to the Court's April 25, 2018 Order (ECF No. 467), provisionally filed under seal, addressing the Parties' motions to exclude experts (ECF Nos. 362, 364, 367). Plaintiffs and Defendant Microsoft Corporation, by and through their respective counsel, agree that no redactions are needed and consent to the public filing of the Court's April 25, 2018 Order (ECF No. 467).

| | | |
|---|---|---|
| 1 | Dated: May 1, 2018 | FRANK FREED SUBIT & THOMAS LLP |

By:  *s/ Michael Subit*
Michael Subit (WSBA No. 29189)
msubit@frankfreed.com

705 Second Avenue, Suite 1200
Seattle, WA  98104
Telephone:  (206) 682-6711
Facsimile:  (206) 682-0401

*Attorneys for Plaintiffs and the Proposed Class*

Dated: May 4, 2018            ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  */s/ Mark S. Parris*
Mark S. Parris (WSBA No. 13870)
mparris@orrick.com

701 Fifth Avenue
Suite 5600
Seattle, WA  98104-7097
Telephone:  (206) 839-4300
Facsimile:  (206) 839-4301

*Attorneys for Defendant*

Dated: May 4, 2018            MICROSOFT CORPORATION

By:  */s/ David Howard*
David Howard (WSBA No. 45211)
Corporate Vice President and Deputy General
Counsel, Litigation
dhoward@microsoft.com

1 Microsoft Way
Redmond, Washington  98052

1551460.1

- 2 -    J. STATEMENT RE REDACTIONS TO OR. ON
MOTIONS TO EXCLUDE EXPERTS (ECF NO. 467)
NO. 15-cv-1483-JLR