# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KATHERINE MOUSSOURIS, et al., | CASE NO. C15-1483JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On April 25, 2018, the court filed an order provisionally under seal regarding the parties' motions to exclude various expert opinions. (*See* 4/25/18 Order (Dkt. # 467).) The court ordered counsel to meet and confer regarding the need for redaction and to jointly file a statement on the docket to indicate any such need. (*Id.* at 40.) On May 4, 2018, the parties submitted a joint statement indicating that no redaction was necessary and consenting to the public filing of the court's order. (Jt. Statement (Dkt. # 471) at 1.)

MINUTE ORDER - 1

Accordingly, the court DIRECTS the clerk to unseal the court's order on the motions to exclude (Dkt. # 467).

Filed and entered this 7th day of May, 2018.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2