1                                        The Honorable James L. Robart

8                UNITED STATES DISTRICT COURT

9           WESTERN DISTRICT OF WASHINGTON

10                        AT SEATTLE

KATHERINE MOUSSOURIS, HOLLY
MUENCHOW, and DANA PIERMARINI, on
behalf of themselves and a class of those
similarly situated,

                Plaintiffs,

     v.

MICROSOFT CORPORATION,

             Defendant.

Case No. 2:15-cv-01483-JLR

**NOTICE OF FILING OF
CORRECTED OPPOSITION TO
CLASS CERTIFICATION**

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206-839-4300

On February 16, 2018, Microsoft filed a notice of the corrected expert report of Dr. Ali Saad, along with a corrected report.  Dkt. 355, 355-1, 355-2.  On April 25, 2018, this Court approved the filing of Dr. Saad's corrected report.  Dkt. 467 at 23-25.  The corrected report necessitates substitution of figures cited in Microsoft's opposition to class certification.  Dkt. 388 (public), 286 (sealed).  Microsoft now files this notice to apprise the Court of the affected material below and file its corrected opposition to class certification:

| Page: Line | Existing Language | Corrected Language |
|---|---|---|
| 27:16 | "7.8%" | "2.0%" |
| 27:18 | "5.9%" | "2.0%" |
| 27:19 | "86.3%" | "96%" |
| 28: 8 | "25%" | "35%" |
| 28: 10 | "25%" | "16%" |
| 28: 10 | "22%" | "9%" |
| 28: 11 | "398" | "585" |
| 28: 12 | "58%" | "85%" |
| 37: 25 | "$173,000" | "187,000" |
| 37: 26 | "$154,000" | "$167,000" |
| 38: ln 26 fn 31 | "Six" | "All" |
| 38: ln 26 fn 31 | "Plaintiffs' model" | "Plaintiffs' model in at least one year" |
| 38: ln 27 fn 31 | "$200,000" | "$270,000" |

NOTICE OF FILING OF CORRECTED
OPPOSITION TO CLASS
CERTIFICATION
Case No. 2:15-CV-01483-JLR

- 2 -

Orrick, Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206-839-4300

1    Dated:  May 7, 2018                ORRICK, HERRINGTON & SUTCLIFFE LLP

2

3                               By:  *s/Mark S. Parris*
                                  *s/Lynne Hermle*

4                                   *s/Jessica R. Perry*
                          Mark S. Parris (WSBA No. 13870)

5                           mparris@orrick.com

6                           701 Fifth Avenue
                          Suite 5600

7                           Seattle, Washington  98104
                          Telephone:  +1-206-839-4300

8                           Facsimile:  +1-206-839-4301
                          Attorneys for Defendant

9

10                         Lynne C. Hermle (Admitted Pro Hac Vice)
                        lchermle@orrick.com

11                       Jessica R. Perry (Admitted Pro Hac Vice)
                      jperry@orrick.com

12                       1000 Marsh Road

13                       Menlo Park, California 94025
                      Telephone:  650-614-7400

14                       Facsimile:   650-614-7401

15

16    Dated: May 7, 2018                  MICROSOFT CORPORATION

17

18                               By:  *s/David Howard*
                          David Howard (WSBA No. 45211)

19                           Corporate Vice President and Deputy General
                          Counsel, Litigation

20                           dhoward@microsoft.com

21                       1 Microsoft Way
                      Redmond, Washington  98052

22                       Telephone:  +1-425-704-8685

23

24

25

26

27

28

NOTICE OF FILING OF CORRECTED
OPPOSITION TO CLASS
CERTIFICATION
Case No. 2:15-CV-01483-JLR

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206-839-4300

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 7, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

DATED:  May 7, 2018                    ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   *s/Mark S. Parris*
Mark S. Parris (WSBA No. 13870)
mparris@orrick.com

701 Fifth Avenue, Suite 5600
Seattle, WA  98104-7097
Telephone:   206-839-4300
Facsimile:    206-839-4301

NOTICE OF FILING OF CORRECTED
OPPOSITION TO CLASS
CERTIFICATION
Case No. 2:15-CV-01483-JLR

- 4 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206-839-4300