# Exhibit B

**REDACTED VERSION**

**Microsoft**

Legal Notice

Microsoft Confidential

## Review History

Change view: Job History (Less Detail) | Job History (More Detail) | [Section] | Compensation History | Level History | Report Documentation

| | | |
|---|---|---|
| Name: | Moussouris, Katherine M. | Cost Center: | Org Exec Summary: |
| Personnel Number: | 358355 | | 100154A-TwCSec-MSRC Ecosystem & Outreach | Corp and Other |
| Email: | | Standard Title: Senior PM Manager | Stock Level: | Org Exec Detail: |
| Position Number: | 98763314 | Reports To Full Name: | 64 | Trustworthy Computing |
| KATIEMO | | | | |

| Activity Date | Activity Desc | Address Work Title | Reports To Full Name | Stock Level | Prior Stock Level | Review Rating | Commitment Rating | Performance Rating | Review Bonus Amt Percent | Review Bonus Amt | Merit Percent | Promotion Percent | Salary Adjustment Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/1/2013 | Review | SENIOR SECURITY STRATEGIST | | 64 | 64 | | N/A | N/A | 2 | 19.50 % | 27,499 | 4.00 % | | |
| 9/1/2012 | Review | SR. SECURITY STRATEGIST | | 64 | 64 | | N/A | N/A | 3 | 15.00 % | 21,225 | 2.00 % | | |
| 9/1/2011 | Review | SR. SECURITY STRATEGIST | | 64 | 64 | | N/A | N/A | 1 | 18.00 % | 24,802 | 4.00 % | | |
| 9/1/2010 | Review | SR. SECURITY STRATEGIST | | 64 | 63 | | Exceeded | | N/A | 12.00 % | 19,800 | 3.00 % | 7.00 % | |
| 9/1/2009 | Review | SR. SECURITY STRATEGIST | | 63 | 63 | | Exceeded | | N/A | 15.00 % | 13,153 | | | |
| 9/1/2008 | Review | SR. SECURITY STRATEGIST | | 63 | 62 | | Exceeded | | N/A | 12.00 % | 15,941 | 3.50 % | 1.95 % | |

P000037



# HOLLY A MUENCHOW

**Objective**

Check out the few quick tips below to help you get started. To replace any tip text with your own, just click it and start typing.

**Skills & Abilities**

- Familiarity with many programming languages
- Project Management, including Waterfall and Agile Methodologies
- Fundamental Test Principals and Optimizations
- Software Design principals
- Strong Communication skills including experience with cross divisional communications
- Leadership skills?
- .NET, Software Development, Visual Studio, Software Project..., Software Engineering, Release Management, Testing, Software Design

**Experience**

**Senior Operations Program Manager, Microsoft (Visual Studio)**
February 2012 – Present
- Cross team collaboration and coordination of testing Visual Studio
- Visual Studio release planning and sign-off

**Operations Program Manager, Microsoft (.NET Framework)**
May 2008 – September 2012
- Cross-divisional test coordination of .NET Framework
- .NET Framework team testing efficiency planning
- .NET Framework release planning and sign-off

**Operations Program Manager, Microsoft (CLR)**
October 2006 – May 2008
- Designing, Optimizing and Executing testing for CLR releases
- Project Management of test team activities

**Software Design Engineer in Test, Microsoft (CLR)**
September 2005 – October 2006
- Feature testing for Shim and Loader Features

**Software Test Engineer, Microsoft (CLR)**
May 2008 – September 2012
- Regression testing for Shim, Loader and Type System Features

**Helpdesk Engineer, Wellesley College IT**
September 2001 – June 2002
- Support of Wellesley IT software: Office, Operating Systems, etc.

**Education**

**Wellesley College – BA in Computer Science**
- Graduated cum laude in 2002
- Co-founder of Wellesley Association for Computing

**References**

Permission to contact

Permission to contact

Page [APG]

P000677

HRweb (https://msconnect.microsoft.com) - Connect 



### Holly Muenchow (hollym)
**SENIOR OPERATIONS PM**
Reports to: ▉

HOME (/DASHBOARD/)    MY CONNECTS ⌄

MY FEEDBACK ⌄

# FY12 Annual Performance Review

| FY12 Performance Review for Holly Muenchow | Status: Completed - Updated: Aug 16, 2012 3:35 PM Pacific Time (PT) |
|---|---|
| Name: Holly Muenchow    Personnel Number: 183559 | Manager: Heather Arbon   Fiscal Year: 2012 |
| Title: Senior IT/OPS Program Manager | Department: .NET Fundamentals |

**1   Drive and Participate in Partner Test Passes**

| Execution plan: Describe how you will accomplish this commitment. | Accountabilities: Describe how you will measure your success against this commitment. |
|---|---|
| Maintain communication plans with key partners to understand their schedules and thereby schedule appropriate NetFx partner testing. | Send monthly heads up emails, which summarize the planned test passes for the next two months.<br><br>Test pass schedules are posted at least 2 months prior to execution or one<br>within one week of schedule updates<br><br>A preview of all known information for test pass guidance is delivered at least 1 weeks prior to test passes or within one week of schedule updates.<br><br>Test pass guidance is delivered on the first day of the test pass. |

**Employee Comments:**

I achieved this commitment, but only because I encorporated the external factors in the accountabilities. Specifically, the windows 8 schedule that determines our schedule was more dynamic and with less warning than previous years and advance notice was not possible. Despite the inability to be concrete with the schedule as far in advance as desired, I was able to give teams advice and visibility into likely outcomes that assisted in planning testing activities in advance of getting the concrete schedule.

**Manager Comments:**

DarlaH (Holly's previous manager)

**Test Coordination for Win8/Dev11**

Holly has served an instrumental role in the success of the v3.5 and v4.5 in Win8/Dev11 releases. She has contributed to the overall scheduling of the release as my proxy in the .NET 4.5 Triad group and has ensured that Testing needs are considered and prioritized correctly. She has been a key figure in the integrations process and ensuring we have the test activities lined up across NetFX Teams to provide high level quality for our insertions into Windows. She has developed and published the test pass guidance for NetFX Teams to ensure that we get the right minimum level of test coverage at stabilization points. As a continual area of improvement, I'd still like to see more diligence around the "dotting I's and crossing T's" work of ensuring communications happen on the right cadence and with the right consistency. Holly is brilliant at knowing what the content of communications should be, but there's work to do on the discipline of making them happen on-time and without errors (e.g. meeting agendas, meeting notes, test guidance, test schedules).

As a part of the Shared Components Triad, Holly has been able to ensure that there are no surprises in this space and preparing for the future possibility of having to service Shared Components. This is an area that demonstrates Holly's dependability in keeping an eye on a potentially impactful area and I feel comforted knowing that I can trust Holly to raise any issues/concerns appropriately.

---------------------------------------------

HeathAr (current manager)

Holly has a remarkable capability for keeping all of this information organized in her head. As a new lead on the team, I found Holly to be a very valuable resource for understanding the test schedules for the current releases. However, communicating this information in an organized and reliable way has been an issue I have witnessed. Concerns with the accuracy of her communications were raised in a survey of the teams we work with as well as in peer feedback for Holly. On a positive note, one person mentioned that this issue had improved recently.

2   **Ship High Quality Products in a Timely Manner**

P000865

| Execution plan: Describe how you will accomplish this commitment. | Accountabilities: Describe how you will measure your success against this commitment. |
|---|---|
| Coordinate appropriate testing for **v3.5 and v4.5 in Win8/Dev11**<br><br>Work with release schedulers to create schedules that minimize test heroics and escalate concerns where they can't be prevented.<br><br>Attend NetFx Strategy meeting to ensure that test considerations are farctored into decisions.<br><br>**Shared Components:**<br><br>- Be the test representative during discussions about Shared Components and focus on risk and cost of test.<br>- Provide test guidance, reviewing test plans and coordinating any cross-team testing for Shared Components changes. | Test pass schedules are posted at least 2 months prior to execution or one<br>within one week of schedule updates<br><br>Test pass guidance is delivered at least 2 weeks prior to test passes or within one week of schedule updates<br><br>Represent test concerns at NetFX tactics weekly meeting and address any test related concerns posed by release PMs.<br><br>Review planned test coverage of test teams for Beta releases, identify platform test coverage holes and propose strategies for mitigating risk caused by test holes Q2FY12<br><br>Host and Schedule Netfx Test Tactics meetings every other week (except periodic cancellations)<br>Send NetFxTT Agenda at least 12 hours prior to meeting<br><br>Send NetFxTT Notes less than 1 week after each meeting<br><br>Provide Report on Testing status for Aquisition and test pass tenets for weekly tenet meeting.<br><br>Provide Shared component changes generic test guidance wiki Q4. |

**Employee Comments:**

I did not achieve this commitment. The dynamic manor of the schedule meant that certain items needs to be cut and the Shared Component test guidance was not done as well as the NetFxTT Notes were often not sent.

**Manager Comments:**

HeathAr (current manager)

Holly did not meet this commitment. While I realize Holly dealt with a rapidly changing schedule and high priority interrupts, when Holly missed sending out timely guidance, there were consequences for the teams we work with. In a survey of these teams, missing communications were mentioned several

times. For one team, guidance mails sent out on or after the scheduled start date of the test pass left them no time for planning. Another team mentioned that when schedules changed, often they didn't get any communication on the scheduled test pass start date, where even a brief update would have helpful. In most cases the test passes eventually came in on time, so at a high level the impact seems small. However, dropping the ball causes the teams to scramble to make up the time we cost them and erodes the trust we have built with them. This can be hard to recover.

The deliverables for the NetFxTT meeting had more positive outcomes. Several times Holly had the agenda reviewed, took feedback and published it in on time. This allowed attendees to prep for the meeting and the meeting to be more useful for everyone involved. The meetings were well attended and provided a forum to address test concerns.

The reports were another place where the timeliness affected the impact that was delivered as Darla mentions in her summary below. The phrase 'dotting i's and crossing t's' has been used many times in Holly's reviews, so I will use it here. Dotting i's and crossing t's is not one of Holly's many strengths. As a senior level Ops PM, this could be limiting for her. A suggestion might be for Holly to take a more creative approach to solve this problem. Whether it is collaborating with someone with strength in these areas, or something else, I would rather see Holly try to solve this problem her own way, instead of ignoring or accepting it as her 'known issue'.

### 3  People & Organization

| Execution plan: Describe how you will accomplish this commitment. | Accountabilities: Describe how you will measure your success against this commitment. |
|---|---|
| Build team sustainability | Document and/or automate critical and reoccuring test pass coordination tasks, so that any PM could do the job. Q4FY12 |

**Employee Comments:**

I believe this task was achieved, barely. There is still a lot that can and should be done in this space to get more complete documentation, but a lot of progress has been made to improve our documentation and automation. I believe that we have made good progress in this space.

**Manager Comments:**

HeathAr (current manager)

I agree this commitment was achieved. Holly was a member of a v-team that automated recurring processes and made improvements in TPN, the primary tool used in test pass coordination. While Holly's role was not central to the work being done, her participation ensured the right work was being done. Holly contributed to design reviews and validated user scenarios. Her feedback redirected the project more than once. An example is during a design review she pushed for significant UI changes because she noticed the workflow would be significantly confusing for users.

Feedback gathered from users by another team member showed that Holly was right. Holly has a remarkable ability to channel the user, keeping the big picture in view, which helps the team deliver useful tools. However, Holly's feedback is not always timely and last minute critical feedback can cause friction within a team, even if they are technically valid (which is usually the case).

### 4  Drive improvements in NetFX testing across teams

| Execution plan: Describe how you will accomplish this commitment. | Accountabilities: Describe how you will measure your success against this commitment. |
|---|---|
| **Test Pass Reporting leads** to better decisions about future testing and product changes<br><br>**Azure testing strategy** is developed in Q2 and evangelized/implemented with NetFX test teams in Q3-Q4 | Deliver user and high level report spec to TPN working group during Q2 to enable Working group to deliver:<br><br>- Product Quality and test coverage information from test pass reports become available in late Q2 and refined throughout Q3<br>- Test pass effectiveness reports become available by end of Q4<br>- Test pass reporting data becomes more effective by improving the data upload experience for product teams by end of Q4<br><br>Assess impact of Azure on overall test strategy and provide feeback on the strategy to ensure NetFx testing is prepared for the new ecosystem.<br><br>Review netfx testing communication channels/members and update quarterly.<br><br>Measure time spent coordinating test passes.<br><br>Reduce time spent coordination teams on test passes by 10% through process improovements in Q4FY12. |

**Employee Comments:**

I believe the overall vision of this commitment was achieved even though not all of the actual accountabilities were achieved. Specifically, the time spent coordinating test passes was not measured and therefore it is unclear how much less time was spent coordinating any one test pass. However, we brought on some important tools and features to our existing tools to asist in making our test coordination time less.

**Manager Comments:**

DarlaH (Holly's previous manager)

We've been able to produce some good reports on the tenet test passes, but we still need more follow-through on analyzing and sharing the
findings. In this release it was disappointing that we weren't able to provide clearer information to teams about what we were getting out of our test passes. As we move forward, we'll need to determine whether it's really worth the effort to gather up test results, create meaningful reports, and share those reports broadly. At a minimum, Holly must get more consistent about sending a wrap up email at the end of the test pass to let folks know the results (sign-off timeliness and key issues found). This helps teams understand the value of the work their doing and builds better relationships (through better communication).


HeathAr (current manager)

The work Holly did on the TPN mailing improvements was calculated to reduce test pass nag mails times by over 80% in the servicing space. Holly had a positive impact on that project as she drove for clarity on several feature details and asked critical questions to ensure the team was on the same page. As a result, once the project was complete, the work was impactful, as I mentioned above.

## Summary

**Employee Comments on How Work was Accomplished:**
AUTHORING_ASSESSMENT_EMPHOW_COMMENTS_HISTORY

My work was all accomplished in a cooperative manner. I used my experience with previous releases to both highlight and acknowledge risky areas to our schedule and to provide the data to influence management to adjust the schedule to make it less risky and/or accomodate a schedule that is reasonable for teams to achieve. Another key point of my job is to communicate and colloborate with all of the netfx teams to achieve our test deliverables. I regularly enter negotiations with them to ensure that they are able to achieve the needed coverage with the least cost to themselves and yet still ensuring that their contribution results in the needed NetFx test coverage. Lastly, I have to exercise interpersonal awareness in achieving a delicate balance of collecting signoffs for all of the NetFx test teams on schedule, which can often be an interesting challenge in escalation and personal appeals to achieve the needed signoffs on schedule.

**Manager Comments on How Work was Accomplished:**
AUTHORING_ASSESSMENT_MGRHOW_COMMENTS_HISTORY

Please see below



**Employee Overall Comments:** AUTHORING_ASSESSMENT_EMP_COMMENTS_HISTORY

This year has been very reactive to late changes in the product and product deliverables and so many of the forward looking items or cleanliness types of tasks in my commitments were either delivered late or not achieved. However, this did result in additional communications and deliverables in determineing how to give guidance to teams on how to prepare for changes int eh schedule and what the ranges of possibilities are. I

am achieved or exceed all items around communication to management or project planning. As expected the lower priority items of gathering results and reporting on them were not delivered as well, either not acieved or barely achieved. Some infrustructure work came on line that has made some of the improvements in time spent coordinating testing and other testing efficiencies possible. verall, I think I have prioritized my work appropriately and what has not been achieved are essentially the lower priority deliverables and I have been able to achieve my deliverables in time to unblock teams as well as completing some unforseen deliverables around reacting to external factors in a timely way and either trying to prevent the impact to other netfx teams or by minimizing and helpin them prepare for what impact was not able to be absorbed centrally.

Specific items that went well or are on track:

- Host and Schedule Netfx Test Tactics meetings every other week (except periodic cancellations) and Send NetFxTT Agenda at least 12 hours prior to meeting
- Provide Report on Testing status for Aquisition and test pass tenets for weekly tenet meeting.
- Provide Shared component changes generic test guidance wiki Q3FY12.
- Work with release schedulers to create schedules that minimize test heroics and escalate concerns where they can't be prevented.
- Test pass schedules are posted at least 2 months prior to execution or within one week of schedule updates (there have been many more schedule updates, so this has been much more reactive, but this has largely been achieved)
- Review planned test coverage of test teams for Beta releases, identify platform test coverage holes and propose strategies for mitigating risk caused by test holes Q2FY12

Items that have been completed by critical deadlines, but not by commited times that enable netfx teams to be proactive instead of reactive:

- Test pass guidance is delivered at least 2 weeks prior to test passes or within one week of schedule updates
- Review netfx testing communication channels/members and update quarterly.
- Test pass guidance is delivered at least 2 weeks prior to test passes or within one week of schedule updates
- Send monthly heads up emails, which summarize the planned test passes for the next two months.
- Test pass guidance is delivered at least 2 weeks prior to test passes or within one week of schedule updates

Completed work that is not in my commitments, but has gone well:

- ensuring all critical deliverables are in place prior to the start of test passes.
- Escalating concerns over quality or test coverage early in the milestone with time for issues to be addressed
- Ensuring appropiate test coverage to meet quality deliverables at each phase in the project (not too much and not too little)
- Review and/or provide all test guidance and communication plans for partners and netfx teams to reduce confusion and improve standardization

**Manager Overall Comments:** AUTHORING_ASSESSMENT_MGR_COMMENTS_HISTORY

DarlaH (Holly's previous manager)

### Overall Status and Career Growth

As Holly mentions in her comments, the year has been very dynamic and there's been a need to be reactive to changes along the way. Holly is very good at responding to changes and not getting bogged down in the frustration of having to adjust plans. I agree with Holly's comments about the areas that are on-track and going well. I also agree that that the critical needs have been met and the focus is on finding ways to allow teams to be more proactive – effectively removing Holly as the bottleneck for others. As we think about next steps in career growth – this is a critical key to success. There are times when it's worth it to let a few tactical short-term low-impact tasks drop in order to spend time on longer-lead strategic work that will open things up for an even higher impact. I think Holly

sometimes falls into the trap of getting caught up in all the day-to-day fire-fighting and deprioritizes the work that requires stepping back from the fire and building a better fire-proof house. I have seen Holly making progress on this as she is more mindful of the work in front of her and keeping things moving forward on all fronts. I especially appreciate when Holly thinks about bigger picture problems and raises awareness about them. This includes things like highlighting work our partner teams need to be doing (e.g. testing Visual Studio 2010 with .NET Framework 4.5). The result in this case is after months of escalation, the VS teams ended up dedicating a resource to investigating the cross-product scenarios Holly had highlighted and some testing gaps were identified and closed. While there were a lot of people involved in making that happen – Holly is a key figure in lighting the fire. Her diligence in keeping after a concern until it is addressed it something that enables her to get results through others. Holly drove the test sign-offs for our Windows 8 milestones and was frequently the one instigating PM attention on the non-Test sign-offs. She kept up with what needed to get done and prodded folks to do their part (and sometimes stepped in to help them do their part). It's great to be able to rely on Holly to ensure something critical doesn't get missed.

This year we are using a new framework of value differentiators that help us with providing a well-rounded perspective of how we perceive our team members and where they can focus growth for more effectiveness in their roles.

Areas where **improvements** would help Holly do better in her current role:

- Attention to detail – dotting the I's and crossing the T's in communications and planning
- Collaborative – ensuring that conflicts don't escalate unnecessarily

These areas should not be taken as generalizations. Holly has a good ability to focus on details in general, there are just particular instances when applying that skill is relevant (and sometimes missed). This usually manifests itself in mistakes in key details of test communications and not getting test guidance out far enough in advance for teams to proactively plan. Holly is also a generally collaborative person, but we've talked about the need to work on ensuring conflicts don't escalate by trying some techniques such as acknowledging other's perspectives and showing appreciation for their contribution.

[HeathAr] Holly received peer feedback that stated "Interactions with Holly have become more consistently pleasant." which is a clear indication that there have been improvements in this space.

Areas where the perception is that Holly is **doing well**, relative to her current role:

- Makes most of opportunities
- Dependability
- Technical prowess
- Makes others better
- Self-motivated
- Hard worker
- Advocates for customers

These are the areas where I think things are going just fine and in Holly's current role, I perceive her as being at "just the right level" in these attributes.

Areas of perceived **strength** that help Holly be successful in her current role:

- Can see big picture

- Steps-up (does what's needed)
- Deals with ambiguity
- Influences the business

Unlike so many of her peers, Holly has an amazing ability to understand how her work fits into the bigger picture and she craves continually knowing more about the high-level view. This perspective helps her to deal well with ambiguity and step up to take care of things… which inevitably end up impacting the business in a positive way. I really appreciate the way Holly uses these attributes to help impact the product. She is passionate about her work and about ensuring we do everything we can to have a successful release. She also looks out for her teammates (both on our team and the broader NetFX team) through things like volunteering to drive morale events and stepping up to ensure teams had the opportunity to go to the Ship Party (after invites were missed). In the IT Operations calibration discussion, it was clear that Holly's impact is very high relative to her peers, but the "How" brought her down into the 3's. If Holly were to master the self-discipline of nailing timelines, creating additional time for strategic improvements, and providing more attention to detail in her outward communications – she'd clearly fall higher in the stack and have a clearer path to the next level. The challenge at this point for Holly's career advancement is finding a way to address her weaker areas (either getting better at them or working more effectively through others). She already has a great foundation of business sense and strategic thinking.

Early last year I saw a lack of consistency from Holly, largely due to personal events in her life impacting her work. This year I have seen consistent, high-quality engagement and delivery from Holly and it has made a considerable difference in the results she is producing. She is focused and on-task and the release will be better because of it.

[HeathAr] I enjoy working with Holly and based on her peer feedback other do as well. This quote summarizes what was said many times:

- Holly has a tremendous amount of expertise and knowledge about all aspects of the .NET Framework: the people, organizations, systems, architecture, processes, and technology. She effectively uses this knowledge and expertise and applies it to all situations she's in and all decisions she makes. I hold high regard for her opinions and trust her reasoning and judgment.

Holly's peer feedback was 100% positive, even people that were frustrated by the details Holly misses still valued her greatly. I hope to help Holly solve the "How" issue because it's clear she has the other skills needed to be very successful and I don't want anything to hold her back. Thanks for all your hard work Holly.

Rating: 3

Manager Heather P. Arbon signed on Aug 16, 2012 3:26 PM Pacific Time (PT)
Employee Holly A Muenchow signed on Aug 16, 2012 3:35 PM Pacific Time (PT)

 



### Info & Help

Tool Help (http://hrweb/help/performance/Pages/default.aspx)
Tell Us What You Think (http://Consensus/Consensus/Survey.aspx?SurveyID=217390)

### Career

Career Guide (http://hrweb/career/careerguide/Pages/default.aspx)
Career Development Plan (https://performance/)
Creating a CDP (http://hrweb/career/employeedevelopment/careerplanning/Pages/default.aspx)

### Feedback

About Feedback (http://hrweb/career/performance/feedback/Pages/default.aspx)
Provide Feedback (http://hrweb/career/performance/feedback/Pages/valuablefeedback.aspx)
Request Feedback (http://hrweb/career/performance/feedback/Pages/selectothersfeedback.aspx)

### Connects

About Performance (http://hrweb/career/performance/Pages/default.aspx)
Connect How-To Guide (http://hrweb/eventguides/Pages/connect.aspx)
Performance History (https://performance/PerformanceHistory/PerformanceHistory)
Sample Connects (http://hrweb/career/performance/Connects/Pages/sampleconnects.aspx)



P000873