# EXHIBIT D

**REDACTED VERSION**

```
 1              UNITED STATES DISTRICT COURT

 2             WESTERN DISTRICT OF WASHINGTON

 3                   SEATTLE DIVISION

 4

 5  _____

 6  KATHERINE MOUSSOURIS, HOLLY MUENCHOW, and  )
    DANA PIERMARINI, on behalf of themselves   )
 7  and a class of those similarly situated,   )
                                               ) Case No.
 8            Plaintiffs,                       )
                                               ) 2:15-cv-01483
 9       vs.                                    ) -JLR
                                               )
10  MICROSOFT CORPORATION,                     )
                                               )
11            Defendant.                        )
                                               )
12

13  _____

14

15       VIDEOTAPED DEPOSITION OF HOLLY A. MUENCHOW
                    June 22, 2016
16                Seattle, Washington

17

18

19

20

21

22

23
    Reported by:
24  David A. Hart
    CCR No. 2007
25  Job No. 277921
```



```
 1              When I very first started at Microsoft.  Well, I do
 2       remember that my skip level was Kory Srock and that he
 3       prob- -- did he -- oh, man.  Back in the day.  I think he
 4       reported to Jason Zander, but I'm not positive.  That might
 5       have been a little bit later.
 6    Q.  So if Kory Srock was your skip level, who was your direct
 7       supervisor?
 8    A.  Vince Henderson.
 9    Q.  And was your salary $73,000?
10    A.  That sounds roughly right.  I don't remember the exact
11       number.
12    Q.  You have a general recollection that it --
13    A.  It was in the 70s, yeah.
14    Q.  Okay.  And did you begin working at Microsoft in September of
15       2002?
16    A.  Yes.
17    Q.  How did you come to be hired?
18    A.  A Microsoft employee came to my college and did recruiting
19       interviews, and then after that, Microsoft flew me out and
20       interviewed me on campus, and eventually I got a job offer.
21       I accepted.
22    Q.  Do you remember who the recruiter was?
23    A.  No.
24    Q.  Did you have any discussions with the recruiter about
25       Microsoft's interest in hiring women?
```



```
 1   A.  Nope.
 2   Q.  So that topic of diversity wasn't discussed in any way in
 3       your interview with the recruiter?
 4   A.  Not to my recollection.
 5   Q.  Did you have any discussions about Microsoft's interest in
 6       hiring diverse candidates in your subsequent interviews?
 7   A.  No.
 8   Q.  Do you remember the interviews?
 9   A.  Vaguely.
10   Q.  What do you remember about them?
11   A.  There was a lot of technical questions, including some sort
12       of puzzle-style questions, and we discussed sort of the
13       process by which you think through a solution.  And also, at
14       one point, one of the interviewers had a software program
15       that they had me sort of test to find bugs in.
16   Q.  Throughout the years that you've been employed at Microsoft
17       since 2002, have you always reported up through the
18       engineering organization?
19   A.  Yes.
20   Q.  And that includes time in which you were working in test
21       positions.  Those also were within engineering; is that --
22   A.  Correct.
23   Q.  -- correct?
24           And during the time that you've worked for Microsoft,
25       have there been various reorganizations that have
```



1    reconfigured the engineering organization?

2  A. Yeah.

3  Q. How often has that happened during your employment?

4  A. I haven't really been paying attention to that level of

5     detail.  But usually not every year, I would say.  Somewhere

6     between every year and maybe every four or five years.

7  Q. Have you ever communicated to anyone that every time

8     Microsoft does a new release, the company reorganizes

9     engineering?

10 A. I've heard that comment before.

11 Q. Has that been generally true, in your experience?

12                    MS. DERMODY:  Object to form.

13                    THE WITNESS:  Have -- have I experienced

14    reorgs after releases, absolutely.  But I've also experienced

15    reorgs at other times.  So I -- to say that that's the

16    standard of practice is hard to ...

17 Q. (By Ms. Hermle)  Can't tell if you're done yet.

18 A. That's -- that's all I have to say.

19         I mean, I don't know the standard of practice.  I -- I

20    wouldn't necessarily -- I wouldn't necessarily say it's most

21    times, let me put it that way.  It's definitely happened and

22    it's definitely not happened.

23 Q. In any of the reorganizations that have occurred -- I think

24    you said between every year and every four or five years --

25    have there been layoffs?



```
 1   A.  I -- so I -- I -- have there been layoffs at Microsoft?  Yes.
 2        I don't necessarily notice an association with layoffs and
 3        reorgs.
 4   Q.  How many different layoffs have you observed during your
 5        Microsoft employment?
 6                          MS. DERMODY:  Object to form.
 7                          THE WITNESS:  By "layoffs," do you mean
 8        like a single employee, or you mean mass?
 9   Q.  (By Ms. Hermle)  That's a good question.  I -- I'm referring,
10        actually, to an event in which multiple employees are laid
11        off, not how many people do you know who've been laid off.
12        But have you, throughout the 14 years you've worked for
13        Microsoft --
14   A.  Been aware of layoffs.
15   Q.  -- been aware of layoffs of multiple employees at various
16        different times?
17                          MS. DERMODY:  Object to form.
18                          THE WITNESS:  I have been aware of them.
19        Off the top of my head, I can think of at least three.  I --
20        I believe there probably have been more, but I can only think
21        of three.
22   Q.  (By Ms. Hermle)  Did any of the three layoffs that you were
23        aware of impact the group in which you were working?
24   A.  Yes.  All three that I think of impacted the group.
25   Q.  In the three layoffs you're aware of, what were the years in
```



```
 1   A.  I don't honestly remember exactly what year it changed, but
 2       I'm -- it's something around then, yes.
 3   Q.  In 2005, were you promoted to Level 59?
 4   A.  In 2005?
 5   Q.  Correct.
 6   A.  I guess it's possible, yeah.
 7   Q.  Is that your best recollection?
 8   A.  It was that year, give or take a year or two, yeah.
 9   Q.  All right.  But your first promotion would have been, to the
10       best of your recollection, from 58 to 59?
11   A.  Yes.
12   Q.  And it occurred within two or three years after you began
13       working; is that correct?
14   A.  It was more than two years.  But yes.
15   Q.  Is three years your best estimate?
16   A.  That's probably about right.  Yeah.
17   Q.  And then did you change organizations in 2006, from
18       engineering to IT/ops?
19   A.  Define "organizations."  So I still reported to the same skip
20       level even though my title changed.
21   Q.  That's -- that's what I want to ask you about now.
22   A.  Yeah.
23   Q.  Your title did change from an engineering title to an IT/ops
24       title; is that correct?
25   A.  That is correct.
```



1   Q.   Why did that happen?

2   A.   Let's see.  In having conversations with my managers and

3        mentors, I realized that the role that I was in, software

4        design engineer in test, did not -- it was not exactly where

5        I wanted to be.

6            And there was a possibility for me to work on a

7        slightly different project that required the sort of CSP

8        skill set.  Sorry.  CSP -- actually, I don't know what it

9        stands -- so basically the description -- job description of

10       an IT/ops person.  And -- and that was when I realized what I

11       wanted my path forward to be, and when that opportunity was

12       opened up to me, I took it.

13  Q.   At any time did you become aware of different compensation

14       scales for IT/ops versus engineering?

15  A.   Yes.

16                       MS. DERMODY:  Object to form.

17  Q.   (By Ms. Hermle)  And what did you learn about that?

18                       MS. DERMODY:  Please let me get my

19       objections in before you --

20                       THE WITNESS:  Sorry.  Yeah.  Sorry.

21                       MS. DERMODY:  Thank you.

22                       THE WITNESS:  Yep.

23          Yes, I did learn that.

24  Q.   (By Ms. Hermle)  And what did you learn about that?

25  A.   That IT/ops employees, whatever, people with the title



```
 1        "IT/ops," did not get paid the same as engineering people of
 2        the same level.
 3   Q.   Did you ever have a conversation with anyone at Microsoft in
 4        which you expressed your interest at retaining a "senior"
 5        title versus moving on to the engineering compensation scale?
 6   A.   Yes.
 7   Q.   Who was that with?
 8   A.   Multiple managers.  You want me to list them, I'm guessing?
 9   Q.   I do, please.
10   A.   Let's see.  Darla Hershberger, Ken Reppart, Jing Sun.  And I
11        don't specifically recall the conversation, but I imagine I
12        probably also had the conversation with Adrian Vinca.
13   Q.   Why did you have the interest of retaining a "senior" title
14        versus moving on to the engineering compensation scale?
15   A.   Because at Microsoft, there's a cultural tendency to dismiss
16        people who don't have that "senior" title, and I didn't want
17        to have to overcome that boundary to getting my words heard.
18   Q.   And to be specific, was it your understanding that if you
19        moved on to the engineering scale with your current
20        compensation level, you would not have a "senior" title?
21   A.   Correct.
22   Q.   And was that -- what level was that?
23   A.   Must have been -- 62?
24   Q.   61?
25   A.   61?  Okay.  These numbers.  61, I'm sure.  That sounds right.
```



1          THE WITNESS:  Not -- no, he's not given

2    me -- I don't recall that he's used those specific words.

3    But, like, the gist of it that I took away was that it was

4    acceptable for my male colleagues to -- to communicate in a

5    more assertive fashion than it was acceptable for me.

6    Q.  (By Ms. Hermle)  What did he say or do that led you to

7    believe in his view it was acceptable for your male

8    colleagues to communicate in a more assertive fashion than it

9    was for you?

10   A.  I don't recall the specific conversations, but I recall

11   walking away from meetings feeling like that was the feedback

12   that I was being given.

13   Q.  Do you have any recollection of what he said?

14   A.  This would have been ten years ago.  No, I don't recall the

15   specific words of what he said.

16   Q.  Of the various supervisors and managers you've had throughout

17   your Microsoft employment, were there any that did not talk

18   to you about the tone of your communications?

19          MS. DERMODY:  Object to form.

20          THE WITNESS:  There's a -- been a lot, so

21   I couldn't say that I could name all of them.

22          MS. DERMODY:  I'm sorry.  Can you repeat

23   the question?  I think we're confused.

24          MS. HERMLE:  Yeah.  I think you're right.

25   Q.  (By Ms. Hermle)  Throughout your Microsoft employment, have



 1    multiple supervisors talked to you about improving the tone

 2    of your communications with others?

 3  A.  Yes.

 4  Q.  How many?

 5  A.  I have no idea what the -- the number is.  I mean -- let's

 6    see.  Okay.  I can think of at least three.

 7  Q.  And who were they?

 8  A.  Darla Hershberger, Ken Reppart, Michael Wilmot.

 9  Q.  And did you attribute Ms. Hershberger's comments about the

10    tone of your communications to be related in any way to your

11    gender?

12  A.  I interpreted her -- her comments to be reiterating feedback

13    that she'd received from others that most likely was related

14    to my gender.

15  Q.  And did you believe that she treated you in any way

16    differently than she treated men, because of your gender?

17                    MS. DERMODY:  Object to form.

18                    THE WITNESS:  Yes.

19  Q.  (By Ms. Hermle)  In what ways?

20  A.  Because men and women are different.

21        Okay.  Let's see.  Yes, I do believe men and women are

22    treated differently.

23        What ways did she treat me differently.  She had an

24    expectation of me, that I am careful about my tone and don't

25    offend people, above and beyond what I saw from her



```
 1        expectations of my male colleagues.
 2   Q.   Which male colleagues were treated differently on that point?
 3   A.   Let's see.  Early days.  Who would it have been back then.
 4        ██████████, sure.  ██████ something.  I can't think of his
 5        last name.  Oh.  I guess possibly ██████████.  ██████████.
 6        ██████, maybe, towards the end there.  I think we overlapped.
 7        And there was another guy, whose name is not coming to me
 8        right now.
 9                        MS. DERMODY:  This sounds like it's going
10        to be going into another --
11                        MS. HERMLE:  Fine.  You need a break,
12        we'll take a break.
13                        MS. DERMODY:  Thank you.
14                        THE VIDEOGRAPHER:  One second.
15        We are going off the record.  The time is 10:10 a.m.
16                        (A recess was taken.)
17
18                        THE VIDEOGRAPHER:  We are going back on
19        the record.  The time is 10:28 a.m.
20   Q.   (By Ms. Hermle)  Ms. Muenchow, have you given a deposition
21        before?
22   A.   No.
23   Q.   As we go through the day, you're going to continue to be
24        testifying under oath and under penalty of perjury.  Do you
25        understand that?
```



```
1    A.  Yes.
2    Q.  Has Jing Sun ever treated you differently in any way because
3        of your gender?
4                        MS. DERMODY:  Objection to form.
5                        THE WITNESS:  Hard thing to judge.
6        Differently because of my gender.  Yeah, I do think she has.
7    Q.  (By Ms. Hermle)  How has Jing Sun treated you differently in
8        any way related to your gender?
9    A.  She -- well, the gist of it is that she had me arrange team
10       morale stuff, and I'm not sure that she would have similarly
11       asked my male colleagues to do so.
12   Q.  When did she do this?
13   A.  Earlier this year.
14   Q.  And what did she do?
15   A.  What did she do specifically.  I believe she -- if my
16       recollection's correct, there was an email thread going
17       around with the leads on her team, and she included me and
18       said, "I know Holly is passionate about this," and asked if I
19       wanted to participate, help out.  So, singled me out, of all
20       the other people on her team.
21   Q.  What did you understand her to be saying you were passionate
22       about?
23   A.  What did I understand her to be -- I don't know if she used
24       the exact word "passionate."  But -- let's see.  I guess that
25       the team works well together.
```



1  Q.  Is that something that matters to you?

2  A.  Yes.

3  Q.  Were you harmed in any way by this different treatment by

4      Jing Sun?

5                        MS. DERMODY:  Object to form.

6                        THE WITNESS:  Not -- there are no

7      specific instances I can think of that are, like, explicitly

8      like -- certainly no physical harm.

9  Q.  (By Ms. Hermle)  I'm not asking you about that.  Let me

10     restate my question.

11 A.  Okay.

12 Q.  I'm not asking you if you've been physically harmed by Jing

13     Sun.

14 A.  Okay.

15 Q.  I presume I'd know about that by now.

16         But has she treated you in -- has Jing Sun treated you

17     in any way that has negatively impacted your employment at

18     Microsoft?

19                        MS. DERMODY:  Object to form.

20                        THE WITNESS:  Well, I'm not -- I'm

21     unclear about who was responsible for promotions during the

22     June to September time frame -- I'm not really sure exactly

23     when promotions get officially decided -- of 2015, I guess I

24     would say.  If that was technically her responsibility, then

25     yes, I would say she harmed me.



```
1   Q.  (By Ms. Hermle)  So are you saying that you believe you

2       should have been promoted to a Level 63 earlier than you

3       were?

4   A.  Yes.

5   Q.  And you believe you should have been promoted to a Level 63

6       effective September of 2015?

7   A.  If not sooner.  Yes.

8   Q.  How much sooner should you have been promoted, in your mind,

9       to a Level 63?

10  A.  I don't know.  I know for sure that I definitely felt like I

11      was deserving in that time frame.  How much sooner before

12      that I was deserving is a difficult thing for me to judge

13      because I'm not really aware of other people who got promoted

14      in the -- well, I guess there was -- there was a person who

15      got promoted somewhere in that time frame.

16          That's a hard thing to -- okay.

17                  MS. DERMODY:  If you need to take a

18      moment to think about the question --

19                  THE WITNESS:  Yeah.

20                  MS. DERMODY:  -- feel free.

21                  THE WITNESS:  I think I did, at points

22      prior to my leave that started in June of 2014, feel like I

23      should get promoted, like I was deserving of being promoted.

24      I -- I can't really -- exact time frames and when those

25      thoughts occurred to me, I'm not really sure.
```



```
1   Q.  (By Ms. Hermle)  Do you believe that Jing Sun failed to
2       promote you in September of 2015 for any reason related to
3       your gender?
4                         MS. DERMODY:  Object to form.
5                         THE WITNESS:  I -- so I don't know that
6       she was responsible for the promotions at that point.
7   Q.  (By Ms. Hermle)  Right.  So I'm trying to explore what you
8       said, that she's harmed you.  And I'd like to understand what
9       your testimony is.
10          With respect to the failure to get a promotion to
11      Level 63 in September of 2015, regardless of whether it was
12      Jing Sun or someone -- someone else --
13  A.  Okay.
14  Q.  -- are you aware of any facts that suggest the failure to get
15      the promotion at that time was related to your gender?
16  A.  That's --
17          Specific facts.  Okay.  That's definitely my
18      impression.  But specific facts that relate to that.  Let me
19      think.
20          I think inasmuch as the feedback that I received, the
21      end-of-year feedback process related to that promotion, I
22      felt like some of that was gendered, would -- would have been
23      provided differently to my male colleagues.  And so as much
24      as that feedback fed into the promotion process, yes.
25  Q.  What feedback are you saying was gendered?
```



```
1        that feedback that you asked me about.
2   Q.   At any time in your Microsoft employment, did you receive
3        feedback, regarding your communications with others, that you
4        considered to be not gendered?
5   A.   Again --
6                        MS. DERMODY:  Objection.  Asked and
7        answered.
8                        THE WITNESS:  -- sort of repeating the --
9        the -- what I said before.  Like, I don't necessarily each
10       time I get feedback go, "Is this gendered or not?"  Instead,
11       what stands out is when I feel like feedback is unfair and
12       because it's gendered.  And so I remember those instances,
13       but not necessarily all the instances of feedback I've
14       received over the years.
15  Q.   (By Ms. Hermle)  During your employment with Microsoft, you
16       understood that there were periods of time that Microsoft was
17       evaluating the "how" in performance reviews; correct?
18  A.   Correct.
19  Q.   And you believe that you were unfairly criticized for the how
20       in your reviews because of your gender; is that correct?
21  A.   It's a little bit more nuanced than that because ...
22            That's a complicated question, and it's very nuanced.
23       Repeat the question one more time.
24  Q.   Yes.
25            My question was:  You believe that you were unfairly
```



```
 1        criticized for the how in your reviews because of your
 2        gender; is that correct?
 3   A.   I'm not sure that the criticism I received was relating to --
 4        quote, to the how that Microsoft was supposedly evaluating.
 5   Q.   If I understand your answer, you believe that you've been
 6        subjected to unfair, gendered criticism in ways other than
 7        analysis of the how?  Is that correct?
 8   A.   I couldn't say whether or not those criticisms were
 9        specifically the analysis of the how or not.  They weren't
10        necessarily grouped.
11   Q.   When you say that the question of criticism is -- because of
12        your gender -- is nuanced, what do you mean?
13   A.   That it can be challenge -- that -- okay.  So I guess what I
14        mean is that it's not that I receive criticism that my male
15        colleagues don't.  I think it's more to the degree in which I
16        receive it.
17             So certainly there are times that, say, for example,
18        male colleagues have received criticism that they're too
19        assertive, but they receive that for behavior that's way out
20        of proportion to the kind of behavior that I exhibit that
21        then I receive the criticism for being too assertive, whereas
22        I see male colleagues doing the same behavior I do, of
23        assertiveness, and getting promoted and/or positive feedback
24        for that.
25   Q.   And who are you referring to?
```



1  A.  ████████.

2  Q.  And what was his conduct that was significantly more

3      assertive than yours?

4  A.  Also ████████.

5            But let's see.  The interrupting people, standing up

6      for sort of passionate -- in standing up for belief about

7      both the best way to -- sort of the best way to do things and

8      the important technical topics.

9  Q.  And who is the supervisor he was reporting to when he got the

10     promotion you're referring to that was faster than your

11     promotion?

12 A.  I don't know that ████████ had a faster promotion than I

13     did.

14 Q.  So are you telling me that his progression at Microsoft has

15     been faster or higher or stronger than yours in some way?

16 A.  I don't know the specifics of his progression at Microsoft.

17     My perception is that despite being at a higher level at

18     times, he was -- no.  He was -- yeah.  He was -- what am I

19     trying to say?  His behavior was at a lower level, I guess I

20     would say, and yet he was still given positive feedback to

21     continue that and not called on it.

22 Q.  How do you know he was given positive feedback?

23 A.  I don't know.  That was my perception.

24 Q.  Based on what?

25 A.  His career path, that he -- his manager at the time asked him



1       to come join him at another company when they left.

2   Q.  And who are you referring to as the manager?

3   A.  David Mortenson.

4   Q.  And with respect to ███████ -- you said also ████████.

5   A.  ███████████.

6   Q.  Oh.  Sorry.

7           Actually, before we get to ████████.  You said that

8       ██████ behavior was at a lower level.  What did you mean by

9       that?

10  A.  I feel like there should be a better word than "immature,"

11      but that's kind of my perception.

12  Q.  What did you mean by that?

13  A.  Inappropriately emotional.

14  Q.  What did he do that leads you to believe that?

15  A.  Exhibited signs of anger in a -- sort of an aggressive way.

16  Q.  In what setting?

17  A.  A meeting.

18  Q.  And what did he do in that meeting, that you're

19      characterizing as signs of anger in a sort of aggressive way?

20  A.  Interrupting and raised voice.

21  Q.  What was the topic?

22  A.  The best way to get something done probably.  This is a

23      little while ago, so I'm not sure I remember the specific

24      conversation.  But -- yeah.  I mean, it was about efficiency,

25      that much I remember.



```
 1   Q.  And what year was that?
 2   A.  Two thousand -- probably 2010, give or take a little bit.
 3   Q.  And you said also ███████████.  What did you mean by that?
 4   A.  That ██████████ has a very assertive, curt way of
 5       communicating.  And when I feel like I've communicated in --
 6       well, actually, sorry.  Can you say -- what about ████████
 7       ████ you said I was referencing?
 8   Q.  You said also ███████████ when I was asking you specifically
 9       about other men.  And you just put that in your answer about
10       ████.  I was asking you for examples of men who had not
11       gotten the feedback that you'd gotten, and you said ████ and
12       ████ -- also ███████████.
13   A.  Yeah.  ████████ and -- ████ and I have had conversations about
14       his curt and sort of dismissive conversation style and how he
15       can get away with it and I can't, and times when I
16       communicate in that way, I get called on it and he doesn't.
17   Q.  My question was, how do you know that he was not called on it
18       or didn't get feedback about his communication style?
19                       MS. DERMODY:  Objection.
20                       THE WITNESS:  My recollection is that
21       it's conversations with him that he's provided me that
22       information.
23   Q.  (By Ms. Hermle)  What did he tell you about that?
24   A.  Again, we're talking about how many years ago?  I don't
25       recall the specific conversations, but I remember sort of
```



```
 1        specifically walking away with it -- with the impression that
 2        he was allowed to communicate in a style that I was not
 3        allowed to.
 4   Q.   And what year was this in which you had this conversation in
 5        which he gave you the impression that he was allowed to
 6        communicate that way?
 7   A.   2012, maybe.
 8   Q.   Did you ever have a direct supervisor at Microsoft who did
 9        not treat you in some gendered way?
10                      MS. DERMODY:  Object to form.
11                      THE WITNESS:  "Some gendered way."
12   Q.   (By Ms. Hermle)  Let me rephrase that, because when you
13        repeat it, it makes me think you have an issue with
14        understanding what I'm trying to communicate.
15   A.   Okay.
16   Q.   Throughout the years you've worked at Microsoft, was there
17        ever a direct supervisor who did not treat you differently
18        because of your gender?
19   A.   And again, I'll reiterate what I said before.  I feel like
20        everybody gets treated uniquely.  How much or not I can or
21        can't attribute that to my gender is difficult for me to
22        assess.
23   Q.   I understand.  But was there ever a supervisor who didn't
24        treat you differently in some way because of your gender?
25   A.   I feel like all my supervisors have treated me differently.
```



1    Whether or not that was due to my gender is hard for me to
2    assess.
3  Q.  So was there ever a supervisor you had who you believe
4    treated men and women equally during the time they supervised
5    you?
6                     MS. DERMODY:  Object to form.
7                     THE WITNESS:  I don't ever feel like
8    there was a supervisor that treated all the people who
9    reported to them identically regardless of their
10   similarities, whether that be gender or something else.
11 Q.  (By Ms. Hermle)  My question actually wasn't identically; it
12   was equally.
13 A.  Okay.  Equally?
14 Q.  Yes.  Do you want me to repeat it for you?
15 A.  No.  Let me think about it.
16                     MS. DERMODY:  Object to the form.
17                     THE WITNESS:  I think it's a really hard
18   thing to assess, because there's rarely been a situation
19   where I've had a manager where there have been sort of large
20   numbers of both men and women reporting to them where you can
21   sort of assess them as a class, let's say.  So saying that
22   the difference in treatment was due to the gender, I -- I
23   just don't know.
24 Q.  (By Ms. Hermle)  What would you look at to determine whether
25   the difference in treatment was due to gender?



1   Q.  (By Ms. Hermle)  When did you first see this, Exhibit 2?

2   A.  In its fully printed form?  I believe after I returned from

3       maternity leave.

4   Q.  Is this the Connect that Mr. Reppart gave you after you

5       returned from maternity leave?

6   A.  To my best recollection, it looks like it, yes.

7   Q.  So is this the one that you would have been discussing with

8       him in the meeting you've been telling me about in which he

9       used the gender terms "cheerleader" and the word like

10      "aggressive"?

11  A.  Almost.  He didn't use the word "cheerleader" in that

12      specific meeting.  But yes.

13  Q.  You list here on the fourth page of this that you had many

14      personal distractions that hurt your ability to focus on work

15      and you don't feel like you delivered as high quality or

16      complete of work as -- as you -- you did, you say.  Do you

17      see where I'm referring to?  I'm on Page 4.

18  A.  Yes, I see that section.

19  Q.  What were you referring to in terms of the personal

20      distractions?

21  A.  Pregnancy.

22  Q.  Under "Going Forward" on Page 5, you talk about expecting to

23      be on leave for most of the coming period.  Was this review

24      discussed with you before your leave?

25  A.  No.  I submitted it prior to my leave, but we never discussed



1       it till after I got back.

2   Q.  Is there anything in this review that you believe to be

3       unfair or gendered?

4   A.  Okay.  (Witness reviews document.)

5            Yes.

6   Q.  What is that?

7   A.  That -- on Page 4, at the bottom, the last paragraph.

8   Q.  Which -- what about that?

9   A.  Let me -- the -- the whole paragraph.

10  Q.  What about that is gendered or unfair?

11  A.  That it is criticizing me for my assertiveness in a way that

12      I don't believe that my male colleagues receive.

13  Q.  Which male colleagues didn't receive that?

14  A.  I don't have specific insight into what the performance

15      evaluations of my male colleagues said.  But as stated

16      previously, in conversations, for example, with ███████, my

17      perception is that he does not receive the same gendered

18      feedback.

19  Q.  Are you aware of any way in which ███████ is treated

20      better than you in terms of his reviews, compensations, or

21      promotions?

22                      MS. DERMODY:  Object to form.

23                      THE WITNESS:  I am aware that he -- I'm

24      not aware of the specific -- let me think.  I have a belief

25      that he makes more money than me.  The facts behind that are



```
 1        because of my general perception of what people in his title
 2        make.
 3   Q.   (By Ms. Hermle)  And what is the title he has that's
 4        different from your title?
 5   A.   I'm not sure what his current title is, but his title at the
 6        time that I recall was senior software design engineer in
 7        test.
 8   Q.   And what year was that, that you're referring to, that he had
 9        this different title with more money associated with it?
10   A.   2013.
11   Q.   Are you aware of any facts that suggest that his treatment
12        has been better than yours because of gender?
13                        MS. DERMODY:  Object to form.
14                        THE WITNESS:  I mean, like, I think --
15        again, like, I don't -- I don't know that I can -- I have
16        specific data that says that gender was the reason why he was
17        treated better.
18   Q.   (By Ms. Hermle)  If you could look on Page 4 there.  Above
19        the paragraph that you've described as unfair, he says, "In a
20        central role that's all about informing and coordinating it's
21        important to be consistent in your communication so others
22        can depend on getting information from you in a timely
23        manner."
24             Throughout your Microsoft employment, had you been
25        criticized for going dark or not being regular in your
```



```
 1        higher level or you should have had a promotion to Level 59

 2        faster than you did?

 3                         MS. DERMODY:  Object to form.

 4                         THE WITNESS:  Both, which is to say that

 5        I believe that when I was hired I was performing at the --

 6        Level 59, and either I should have been hired at that or

 7        gotten that promotion immediately, one or the other.

 8   Q.   (By Ms. Hermle)  Okay.  And who would have been the

 9        supervisor who should have given you that promotion earlier

10        than you actually received it?

11                         MS. DERMODY:  Object to form.

12                         THE WITNESS:  Vince Henderson.

13   Q.   (By Ms. Hermle)  And in what year should you have received

14        the promotion to Level 59, in your view?

15   A.   One of the early ones.

16   Q.   What year?

17   A.   I guess whenever I was first evaluated for promotions.  I'm

18        not aware of exactly what time frame the first promotion

19        evaluation would have happened.

20   Q.   And are you aware of any facts that suggest that Vince

21        Henderson did not promote you when you believe you should

22        have been promoted in any -- for any reason related to your

23        gender?

24   A.   The only conversation that I vaguely recall from back then

25        was one with him where he alluded to believing that I was
```



1    ready for promotion but was hard -- having a hard time
2    getting it through the system.
3  Q.  What did he say about that?
4  A.  That's all I recall, what I just said.
5  Q.  Did you attribute that in any way to your gender?
6  A.  At the time?  I didn't know -- understand the system or know
7    what to think.  Now?  I do.
8  Q.  Based on what?
9  A.  Based on my understanding of the competitive process that was
10    applied at that time and that I know of male colleagues in
11    the same time frame -- I don't know specifically the dates of
12    their promotions, but I know that they got promoted in that
13    first couple of years, when I did not.
14  Q.  So you're talking about 2003?
15  A.  I'm talking about, yeah, 2002, 2003, and probably 2004 too.
16  Q.  And who were these male colleagues?
17  A.  ██████████, ██████████, ██████████ something.  I
18    don't remember the last part of his name.  Let's see.  There
19    were other colleagues that started a little bit later that
20    I'm also aware of sort of a faster promotion velocity, but I
21    don't recall if it started then or if it was in later years.
22    Those colleagues include ██████████████, ██████████, ██████
23    ██████████ -- ██████████.  Those are the ones that are coming
24    to mind right now.
25  Q.  When is the last time you looked at any documents to refresh



1    your recollection for this deposition?

2                        MS. DERMODY:  Object to form.

3                        THE WITNESS:  Well, you handed me some,

4    so those documents, I looked at today.  Other than those, I

5    can't -- yesterday, I guess.

6    Q.  (By Ms. Hermle)  And were there any other promotions you

7        believed you should have received faster than you received

8        them?

9    A.  Yes.  Also -- let's see.  The -- so that one was the

10       promotion to Level 59, and so then also the promotion -- no.

11       No.  That was -- yeah.  Okay.  So then also the promotion to

12       60 as well.

13   Q.  And when should you have received that?

14   A.  Potentially six months to a year sooner.  I don't know.

15   Q.  In what year?

16   A.  I don't recall the year.  I don't even recall the year that I

17       got the 60 promotion, so -- it was early two thous- -- I

18       mean -- sorry.  It was before 2010 and it was after 2004.

19   Q.  You said earlier that you now understand there's a

20       competitive process with respect to promotions.  What are you

21       referring to?

22   A.  I was told once -- I don't recall the source -- that there is

23       a limited number of seats each time for promotions -- I don't

24       know if this is still true to -- true today.  I probably

25       heard that -- was told that comment in 2010, give or take a



```
 1   A.  They believe that at Microsoft there's a different
 2       expectation for the way men and women should behave.
 3   Q.  For the way men and women should behave at Microsoft.
 4   A.  Or in -- in terms of, yeah, the communication style that's
 5       acceptable, that's considered acceptable.
 6   Q.  Okay.  And what facts are you aware of that suggests that
 7       Alain Raitt is a person who has a different expectation for
 8       the way men and women should behave at Microsoft?
 9   A.  We've had conversations about how perception in terms of
10       communication style is important to performance reviews.  And
11       in addition, we've also had conversation in which we
12       discussed how men and women can be perceived differently
13       given the same behaviors.
14   Q.  So what I'm trying to ask you is, what makes you believe that
15       Alain Raitt expects men to behave -- women -- expects women
16       to behave differently from men?  Why does he have
17       different -- what facts are you aware --
18   A.  Oh.  I don't believe that he -- I believe that he -- that --
19       that women need to behave in a certain sort of narrow set of
20       appropriateness in order to succeed at Microsoft and that
21       those expectations are different from what the set of
22       behaviors are considered appropriate in getting ahead for
23       men.
24   Q.  So just to be clear:  Your perception is that Alain Raitt
25       believes that women must behave a different way than men do
```



1       to succeed at Microsoft?

2   A.  No.  I believe that there's a different band of appropriate

3       behaviors, that -- that men are allowed to do some things and

4       still get ahead, at Microsoft, that women are not allowed to

5       do.  Like, for example, interrupt other people or have a more

6       aggressive communication style.

7   Q.  Do you have any reason to believe that Mr. Raitt is a person

8       who condones interrupting or aggressive communication styles

9       in the men who report to him?

10                      MS. DERMODY:  Object to form.

11                      THE WITNESS:  I believe that he has given

12      glowing -- okay.  Let me rephrase that.  I know of men who

13      interrupt, who report to him, who have received promotions

14      under his -- under his management and at a faster velocity

15      than similarly behaving women.

16  Q.  (By Ms. Hermle)  So based on that, you conclude that he

17      condones their aggressive communication style?

18                      MS. DERMODY:  Object to form.

19                      THE WITNESS:  I again don't quite know

20      what you mean by "condone," but I will say that I -- it -- my

21      impression is that he does not provide it as feedback that's

22      holding them back to a promotion.

23  Q.  (By Ms. Hermle)  What is that impression based on?

24  A.  The fact that they have progressed at a faster velocity in

25      promotions and receive greater pay than their female



```
 1        colleagues who act similarly.
 2   Q.   Can you confirm that Exhibit 12 -- I don't think I've asked
 3        you this yet.  Let me double-check.
 4             Oh.  Yes, I have.  You've confirmed Exhibit 12 for me.
 5             Is there any other gender feedback from
 6        Ms. Hershberger --
 7   A.   Yes --
 8   Q.   -- in this --
 9   A.   -- there is.
10   Q.   -- performance review?
11             What is it?
12   A.   The -- the last paragraph on Page 8.
13   Q.   And what about that is gendered?
14   A.   I think the calling -- referring to me as a pit bull is
15        gendered.
16   Q.   Why is that?
17   A.   Because pit bulls have a reputation for being overly
18        aggressive and violent.  And I believe that my similar
19        behaviors to my male colleagues were labeled negatively,
20        overly aggressive, in a way that my male colleagues with
21        similar behaviors don't get that feedback.
22   Q.   You also believe that you've been criticized for aggressive
23        communications towards female colleagues; is that correct?
24   A.   Say the sentence -- the question again?
25   Q.   Yeah.
```



1    sort of physical hard-copy documents related to Microsoft

2    stuff, that might be in my possession in my office.

3 Q. I don't want to know what you talked to your attorneys about

4    or what you communicated, but have you provided all personal

5    emails that relate in any way to your employment at Microsoft

6    regardless of whether you did it after your search or whether

7    you gave your attorney --

8 A. My -- my understanding is there should be a complete

9    collection of that, that the vendor -- that the attorneys

10    collected from.  I gave them access to my account in order to

11    provide that.

12 Q. Have you finished telling me of all the gendered comments in

13    the performance review for fiscal '12, Ms. Muenchow?

14 A. Let me finish reading it.

15 Q. And that's Exhibit 13; right?  That's what you're on?

16 A. Yes, I'm on Exhibit 13.

17         The last sentence in the middle paragraph of Page 8.

18    Do you want me to read it?

19 Q. Yes.  Please.

20 A. "Holly is also a generally collaborative person, but we've

21    talked about the need to work on ensuring conflicts don't

22    escalate by trying some techniques such as acknowledging

23    other's perspectives and showing appreciation for their

24    contribution."

25 Q. And how is that gendered?



```
 1   A.  My perception is that my male colleagues don't like to be
 2       criticized or called wrong and are overly sensitive when a
 3       woman does that and -- to a degree that they aren't for men
 4       when men call them, challenge their correctness.  And so the
 5       fact that it's negatively reflected in my feedback is
 6       gendered and unfair.
 7   Q.  Can you tell me any of the reviews in which those comments
 8       about your communication style or collaboration actually
 9       impacted your overall rating?
10   A.  My perception is that all my review feedback impact my
11       ratings.
12   Q.  Can you point me to any reviews in which it adjusted your
13       rating lower than what it would otherwise have been?
14                       MS. DERMODY:  Objection.  Asked and
15       answered.
16                       THE WITNESS:  I don't have specific
17       visibility into which pieces of what performance review
18       affect the overall rating.  But since -- since -- in -- in
19       multiple reviews, it's the main -- it's one of the main
20       points that's called out as a negative.  So my perception is
21       that I would have gotten the highest score without that being
22       called out at times.
23   Q.  (By Ms. Hermle)  And when you say "the highest score," what
24       type of score are you referring to?
25   A.  Whatever was considered the best score at the time of the
```



```
 1       review.  So whether that would be, you know, like -- I think
 2       at times it was "exceeds" and at times it was the number 1.
 3   Q.  And what year would you have received number 1 without that
 4       criticism, in your review?
 5   A.  We're going to be here a long time to answer that question.
 6   Q.  Can you just point out for the record what you're looking at,
 7       Ms. Muenchow.
 8   A.  Yeah.  I pulled out Exhibit 14, which was -- it's not very
 9       helpful.
10   Q.  Okay.  I don't think we've looked at 14 yet --
11   A.  Nope.
12   Q.  -- have we?  Okay.  Can you --
13                       MS. DERMODY:  Before you do that, do you
14       want to finish up on this one here --
15                       MS. HERMLE:  Sure.  I'm happy to do that.
16   Q.  (By Ms. Hermle)  Are there any other gendered comments -- I
17       thought you told me there was one more.  But it -- are there
18       any other gendered comments in 13?
19   A.  At the very bottom of Page 9.
20   Q.  Um-hmm.
21   A.  "I hope to help Holly solve the 'How' issue because it's
22       clear she has the other skills needed to be very successful
23       and I don't want anything to hold her back."
24   Q.  And how is that gendered?
25   A.  My perception is that part of the how is an expectation on
```



```
 1        your communication style and, like stated previously, that
 2        the bar to which women are held is different.
 3   Q.   So going back to my question about when you would have
 4        received the highest rating but for these criticisms.  In
 5        2010, as you told me --
 6   A.   Actually -- sorry.
 7   Q.   Yeah.
 8   A.   Do you want all of the gendered feedback in this review?
 9   Q.   Yes.
10   A.   Okay.
11   Q.   That's why --
12   A.   Then let me finish.  Then let me finish.  I haven't finished
13        reviewing all of it.  Sorry.
14             Yes.  There's a sentence in the middle of the paragraph
15        on Page 9, the first paragraph, that states, "In the IT
16        Operations calibration discussion, it was clear that Holly's
17        impact is very high relative to her peers, but the 'How'
18        brought her down into the 3's."
19   Q.   Okay.  Anything else?
20   A.   Just a second.
21             That's all I'm seeing at this time.
22   Q.   You were telling me earlier that but for these criticisms of
23        your communication style and collaboration, you would have
24        had the highest ratings on your review.  In 2010, you told me
25        Ms. Hershberger gave -- gave you an overall rating of
```



```
1    "achieved."  So you believe you would have received an
2    "exceeded" in 2010?
3                     MS. DERMODY:  Which one is that?
4                     THE WITNESS:  Yeah.  Let me pull that
5    out.  I think that's -- Exhibit 11?  Am I right?
6                     MS. DERMODY:  Is that correct for you,
7    Lynne?  Number 11?
8                     MS. HERMLE:  Yes, it is.
9                     THE WITNESS:  Yeah, that's my perception
10   of -- of -- yeah, that I should have received a higher score
11   in 2010.
12 Q. (By Ms. Hermle)  So that would have been an "exceeded";
13    correct?
14 A. As I recall the way they did the ranking in 2010, there were
15    three levels, and there was something along the lines of
16    "under-" -- "underachieved," "underperformed," I guess,
17    something like that; "achieved"; and then something else,
18    which the word probably was "exceeded."  So yes.
19 Q. And so in 2011, you received a 4 from Ms. Hershberger.  Is it
20    your belief you would have received a 1 but for the criticism
21    of your communication style and collaboration?
22 A. My perception for the year of 2012 was that
23    Mrs. Hershberger -- I believe that was one of the
24    contributing factors for it, but -- the communication style.
25    I also feel like the guidance for managers to handle leaves
```



1     is maybe not clear.

2                   MS. DERMODY:  You were asked a question

3     about 2012 -- 2011.  You answered about 2012.  Were you

4     answering about 2011?  Just to make sure we don't switch it

5     on the errata.

6                   THE WITNESS:  We're talking about

7     Exhibit 13?

8  Q.  (By Ms. Hermle)  No.  I had asked you about fiscal year '11.

9     So that would be Exhibit 12.

10  A.  Maybe I'm looking at the wrong one.  Let me pull that out.

11     Where is it?  Ah.  There it is.

12        Okay.  So this was given to me in -- yeah, this was

13     after my leave for falling ill.  Yeah.  And I believe that

14     that was not properly accounted for in my review.

15  Q.  So because of your leave and because of your communication

16     and collaboration criticism -- or but for both of those

17     things, you would have had a 1?  Is that your testimony?

18  A.  It certainly would be a lot higher.  I mean -- yeah.  I mean,

19     I think it might have been a 1.  Yeah.

20  Q.  And for 2012 -- and that would have been --

21  A.  Exhibit 13.

22  Q.  -- Exhibit 13 -- for which you got a 3, your belief is, that

23     but for the criticisms on collaboration and communication,

24     you would have received a 1?

25                   MS. DERMODY:  Object to form.


ESQUIRE
SOLUTIONS

```
 1                    THE WITNESS:  In this particular year --
 2      I said it wasn't every year that I felt like I would have
 3      gotten a 1.  This is one of the years I think maybe it would
 4      have been maybe a 2.  I think a 2, probably.
 5   Q.  (By Ms. Hermle)  Why a 2 rather than a 1?
 6   A.  Because I had an explicit conversation with Heather about how
 7      to not overdeliver that year and allocate some of my
 8      resources to personal time.  And so we had some conversations
 9      about how I could contribute less and yet still succeed at
10      Microsoft.
11   Q.  And what did you and she discuss about that topic?  Was the
12      conversation about your time off, Ms. Muenchow, or was it
13      about something else?
14   A.  No, it wasn't about time off.  It was about sort of
15      deliverables and not -- not -- I mean, the -- the culture at
16      Microsoft is not that you work 40 hours a week; it's that you
17      work more than that to do what you need to do to get stuff
18      done.  And so my goal in that year was to do what I needed to
19      do to get stuff done but not get ahead.  And so that was -- I
20      think I overachieved that, unfortunately, and -- and I think
21      I deserved a 2.
22              But I certainly had conversations about her when -- if
23      I was considering overtime, if it was really necessary.
24   Q.  And when you say you deserved a 2, you're talking about
25      fiscal year '12 as reflected in Exhibit 13; is that correct?
```



 1   A.   Yes.

 2   Q.   Could you look at Exhibit 14, please, and confirm for me

 3        that's a fiscal year check-in for -- I'm sorry -- that's a

 4        fiscal year '13 check-in.

 5   A.   Yes, it's a fiscal year '13 check-in.

 6   Q.   And just because I think we may run out of time,

 7        Ms. Muenchow -- and your attorneys and I can talk -- your

 8        attorneys and I can speak about that off the record.  But

 9        I -- I want you to go through these next documents and just

10        be sure you confirm for me what they are.

11             So we've looked at Exhibit 14.  If you could look at

12        Exhibit 15 and confirm for me that's your fiscal year '13

13        annual performance review.

14   A.   Yeah, that's what it looks like, the fiscal year '13 annual

15        performance review.

16   Q.   Are you aware of any specific policies at Microsoft which

17        concern expectations regarding communication or

18        collaboration?

19   A.   I am aware that they're listed as one of the Microsoft

20        competencies.

21   Q.   Where are they listed?

22   A.   On a web page that talks about core skills/competencies at

23        Microsoft.

24   Q.   And did any of those policies impact your lower scores?

25                         MS. DERMODY:  Object to form.



```
 1                         THE WITNESS:  Those policies.  I'm not
 2        sure if this is really answering your question, but I will
 3        say that inasmuch as my managers applied -- applied any
 4        policies to assessing core competency/skills, that the scale
 5        at which they measured my core competencies in those areas
 6        was different than that they applied with my male colleagues.
 7   Q.   (By Ms. Hermle)  So it was the application of the policy
 8        rather than the policy itself?
 9                         MS. DERMODY:  Object to form.
10                         THE WITNESS:  I am not aware of what the
11        communications were with my manager that told them how to
12        apply the policies or what the policies were, so I -- I can't
13        speak to that.
14   Q.   (By Ms. Hermle)  Could you look at Exhibit 15.  I think
15        you -- I think you actually -- I'm not sure if I've asked you
16        this.  Is that 15 in front of you there?
17   A.   Yes.  You asked me.  It is my FY '13 --
18   Q.   Okay.  Great.
19             And now if you could look at Exhibit --
20   A.   16?
21   Q.   -- 16.
22   A.   Yes.
23   Q.   And my question for you, once you've had a chance to look at
24        it, is going to be is that your signature on the very last
25        page of Exhibit 16.
```



```
 1   Q.  Can you look through this and tell me if these other pages
 2       look familiar to you as part of the HRWeb you had available
 3       to you at Microsoft.
 4            You know what, Ms. Muenchow?  I'm worried enough about
 5       time that I'm going to withdraw that question --
 6   A.  Okay.
 7   Q.  -- and ask you to look at Exhibit 18, which may not be marked
 8       yet.  And then we'll take a short break.
 9                              (Exhibit 18 marked
10                               for identification.)
11
12                      THE WITNESS:  Okay.  Exhibit 18?
13   Q.  (By Ms. Hermle)  Do you recognize that?
14   A.  It appears to be a résumé that I was working on.
15   Q.  For what purpose were you creating this résumé?
16   A.  This one specifically, I'm not sure.  I was told at one point
17       that it's a good plan to always have a résumé updated and
18       ready to go should you desire it.  A good practice.  I don't
19       know if -- I don't know if this was created with a specific
20       purpose in mind.
21   Q.  And who did you list as references?
22   A.  Darla Hershberger and Alain Raitt.
23   Q.  Do you know why you sent this to yourself in March of 2013?
24   A.  I do not recall, but it's my habit to send stuff to myself if
25       I plan on working at it at home.
```



```
 1  Q.  Before we leave this line of questions, if you could look at
 2      Exhibit 15.  That was the fiscal year annual performance
 3      review you received from Mr. Vinca with an overall
 4      performance rating of 2.  Is it your belief, that but for
 5      your communication and collaboration criticisms, you would
 6      have received a 1 on this review?
 7  A.  I definitely believe that I deserved a 1 on this one.  And I
 8      definitely believe that my communication style was one of the
 9      contributing factors that made that a 2.
10          I -- I think that there was also sort of a larger
11      expectation here, that as one of the senior females on the
12      team, that I was supposed to sort of keep the team cohesive
13      during this year, in a time when there was a lot of confusion
14      with management, and my efforts in that space were not
15      acknowledged the same way that my male colleagues got
16      acknowledgment of their efforts in that space.
17  Q.  And what facts are you aware of that lead you to that
18      conclusion?
19  A.  The fact -- you know what?  I'm going to have to read the
20      whole thing to recall the details.
21                              (Exhibit 19 and Exhibit 20
22                               were marked for identification.)
23
24                      THE REPORTER:  Exhibits 19 and 20.
25      ///
```



```
 1                         (Exhibit 21 marked

 2                          for identification.)

 3

 4                    THE REPORTER:  Exhibit 21.

 5                         (Exhibit 22 marked

 6                          for identification.)

 7

 8                    THE REPORTER:  Exhibit 22.

 9                    THE VIDEOGRAPHER:  We've been on the

10      record for 65 minutes.

11                         MS. HERMLE:  How much time do we have?

12                    THE VIDEOGRAPHER:  There's 15 minutes

13      left.

14                    THE WITNESS:  There are two pieces that I

15      feel like contributed to that.

16           One is the fact that Adrian was brought in as my lead

17      as opposed to my being given that position, despite having

18      demonstrated, more or less, that position in the previous

19      bit.  And also that I didn't receive a promotion to the

20      previous level for that performance.

21           And I -- and when I looked around at male colleagues

22      delivering the same leader -- similar leadership and

23      team-driving roles, they were all of a higher level than I

24      was at the time and being paid more highly.

25   Q.  (By Ms. Hermle)  How do you know what anyone else was being
```



```
 1      paid?
 2  A.  That was based on my belief and being told that IT/ops PMs at
 3      a given level were paid less than their engineering
 4      colleagues of the same title and level.
 5  Q.  How many times did any manager at Microsoft ask you about
 6      your interest in moving from the IT/ops role to an
 7      engineering role?
 8  A.  More times than I can recall off the top of my head.  It was
 9      a habit during the years of probably -- okay -- let's see --
10      starting in -- possibly as far back as 2010, but definitely
11      2011, all the way through the present, that at each midyear
12      career discussion, conversation, I would have a conversation
13      with my manager about whether or not the appropriate title
14      for my role was a IT/ops PM or engineer or software design
15      engineer in test or a PM in the engineering discipline.
16  Q.  In any of those conversations, did you indicate a interest to
17      moving to an engineering rather than an IT/ops title?
18  A.  Yes.
19  Q.  To whom?
20  A.  To Ken Reppart, to Jing Sun, to Merrie McGaw, to ...
21          To make this answer a little clearer, I didn't
22      necessarily say I wanted to do it right in that moment.  But
23      I did express a desire to consider it in the future.
24          But let me think who am I -- am I leaving anyone out.
25          I believe I may have even had that conversation with
```



1    Devindra, and I probably had it with Adrian Vinca as well.

2  Q.  Once you expressed your interest --

3  A.  Oh.  I'm sorry.  I forgot one more.  Darla Hershberger.  And

4    Heather Arbon.  Yeah.

5  Q.  Once you expressed that you were ready to move to an

6    engineering role, did you move to an engineering role?

7  A.  I never said that I wanted to move to an engineering role at

8    that moment.

9  Q.  So you -- you were moved to an engineering role even though

10    you had not expressed you were interested; is that correct?

11  A.  My title was still IT/ops PM.  Inasmuch as that's an IT/ops

12    role and not an engineering role, I have not been moved.

13        However, through those -- what are we talking about --

14    since 2010, I have reported to what we would now consider an

15    engineering manager, and the vast majority of the people on

16    my team have been engineers as well, which also means that

17    during each of these reorgs, my tasks have, for the most

18    part, either -- my job responsibilities when I've left a job

19    have mostly gone to engineers, as well as the fact -- as well

20    as the jobs that I've taken on have been the previous

21    responsibility of engineers.

22  Q.  Did Jing Sun express to you her view of whether or not you

23    should move to an engineering role?

24  A.  I do recall her commenting that it -- she found the fact that

25    I was an IT/ops role challenging because it made it harder to



1    calibrate me against my -- the other people who reported to

2    her, who were all engineers, and that I was the first IT/ops

3    PM to report to her so she was not -- not as familiar with

4    the requirements of the job.

5  Q.  Did she say anything encouraging you to move to an

6    engineering role?

7  A.  I recall her expressing support for it if I wanted to.

8  Q.  What did you respond?

9  A.  The conversation that I recall is prior to my most recent

10    promotion, and I said that I do not want to change into an

11    engineering role unless the "senior" title can come with it.

12         I also expressed reservations about the CSP -- well --

13    so she expressed desire for me to have the title "engineer."

14    We didn't talk specifically about changing my title to "PM"

15    and -- "PM in engineering" or specifically what it would

16    mean.  It probably came up and she suggested that I go

17    discuss that with PMs, other engineering PMs.

18         And going back to the transition from IT/ops PM to

19    engineer, the "engineer" title within engineering, I asked

20    her about whether or not I would be measured against the CSP,

21    as I understood it, for the "engineer" title.  "CSP" stands

22    for "Career Stage Profile," which is sort of the universal

23    job descriptions that Microsoft publishes for each role, and

24    there's one for IT/ops PM and there's one for engineer.

25         And my perception is, the expectations of a engineer



 1     feedback descriptions of applying the sort of unfair
 2     practices at Microsoft to sort of assess -- have different
 3     expectations of women in -- I mean, like the primary example
 4     for me, but it's not the only example, is in the sort of
 5     collaborative, nonaggressive way.  So I feel like anytime I
 6     received feedback, that that was -- that my performance was
 7     negatively impacted by that feedback, that that was gendered.
 8     And so I would be looking for examples where they applied
 9     that bar of expected behavior to me in a way that I felt like
10     they applied it differently to my male colleagues.
11  Q. (By Ms. Hermle)  So to be clear:  Was there ever performance
12     feedback you got regarding improving communication or
13     collaboration that was not impacted by gender bias?
14                        MS. DERMODY:  Object to form.  Asked and
15     answered.
16                        THE WITNESS:  All of the examples of that
17     that I can recall at this time I believe were impacted by
18     gender bias.
19  Q. (By Ms. Hermle)  Was there ever any criticism of your
20     communication style that you consider to be neutral and not
21     impacted by bias?
22                        MS. DERMODY:  Object to form.
23                        THE WITNESS:  I'm trying to think of
24     examples of times when I was given feedback on my
25     communication style and whether or not I felt that those were



1    gender biased, and I'm not recalling any times where I felt

2    like, when they were addressing specifically the style of

3    communication, that it wasn't gender biased.

4  Q.  (By Ms. Hermle)  And was there ever a supervisor you had at

5    Microsoft who, in your view, treated men and women the same

6    in evaluating your performance?

7                              MS. DERMODY:  Object to form.

8                              THE WITNESS:  My perception is that all

9    of my managers at Microsoft had a different expectation for

10   men versus women in terms of the same things we've talked

11   about before, communication style kind of things, and that

12   they applied a different bar in terms of behavior

13   expectations.

14 Q.  (By Ms. Hermle)  Other than what you've already told me

15   about, were there any other promotions that were impacted, in

16   terms of their timing, by your gender, in your view?

17 A.  Okay.  So we've already covered the first one.

18 Q.  Correct.

19 A.  I also believe that the second one, which would have been the

20   promotion to 60 -- I don't know if we covered that one yet --

21   would have been sooner if not for my gender.

22 Q.  And before you leave that one, what makes you believe that?

23 A.  That I felt like I saw other sort of male colleagues promoted

24   above and beyond me, during that time frame, that didn't

25   necessarily deserve it any more than I did.



```
 1   Q.  And for that promotion, who were those male colleagues?
 2   A.  I don't know that these male colleagues apply specifically to
 3       that time frame versus sort of that range of time frames, but
 4       in there, I believe ██████████ probably got promoted.  Who
 5       would have been my other colleagues?  Probably ████████.
 6       These are all people that started at Microsoft at the same
 7       time I did and was still working on the CLR engineering team
 8       during that time frame.  Probably ████████.  He started a
 9       little bit after me and has been promoted above me.  Those
10       are the names that are coming to mind right now.
11   Q.  Any other promotions other than what you've already told me
12       about, Ms. Muenchow, that were in some way delayed or
13       otherwise impacted by your gender?
14   A.  So we've addressed 58.  We've addressed 59.  Oh.  Sorry.
15       59 -- 58 to 59.  We've addressed 59 to 60.  I'm not sure that
16       I feel that way about the promotion from 60 to 61.  I do feel
17       that way to -- promotion from 61 to 62.  I don't know if
18       we've talked about that one previously.
19   Q.  We have not.
20           And is it your belief that Ms. Hershberger should have
21       promoted you before September of 2012 to Level 62?
22   A.  Yes.
23   Q.  Based on what facts?
24   A.  When she promoted me, one of her comments about why I was a
25       shoe-in for promotion was, that after having to take over a
```



1   good chunk of my job tasks while I was out, she had no idea I

2   was doing so much and that she really missed me and I totally

3   deserved this promotion.  And the leave was -- yeah.  Is 2012

4   right?  Yeah.  Was the promotion?  Whatever.  Yeah.  It was,

5   you know, one of my leaves.

6   Q.  What's the gender connection, in your mind, there?

7   A.  That -- that -- well, I think mostly it has to do with the

8   fact that the main feedback she had been giving me previous

9   to that promotion, of areas I needed to improve, seemed

10   gendered, the main thing that was, quote, holding me back,

11   which was sort of the communication style.

12   Q.  Okay.  And any other promotions that you believe to have been

13   impacted in some negative way by your gender?

14   A.  Okay.  So that was 61 to 62.  Okay.  So that gets us to

15   62-63, which I think we already addressed.  But the main

16   point on why I believe my gender held me back there was,

17   about six monthsish prior to my promotion, my main colleague

18   who was at the same level as me was promoted.  ████████

19   ████ was promoted to the next level, and I was not, and my

20   perception was that I had delivered at least as good as, if

21   not better, work than him in that prior period.

22   Q.  What level do you believe you should be at now but for your

23   gender?

24   A.  What level do I believe I should be at now.  I think that's a

25   really hard thing to assess, because I think the resources



1   made available to you at each new level at Microsoft sort of

2   accelerate your growth and give you opportunities to grow

3   faster.  And so, you know, if those resources had been made

4   available to me at a much earlier time, I could imagine

5   growing much faster and much more drastically, so -- above

6   and beyond sort of what my performance is today.

7        In terms of, like, what do I feel like I'm

8   demonstrating today in terms of level -- actually, going back

9   to that first piece.  Like, I've seen male colleagues who

10  started at the same time at more or less the same level as me

11  who are a principal.  I don't know where in the "principal"

12  band.  So that seems like that would potentially have been a

13  realistic place for me to be.  At least that high.

14       Going back to my second part of the question.  I -- you

15  know, I'm -- I'm still kind of -- usually when I'm in each

16  level, I only spend time really looking at what the one level

17  up above requires delivery on and I'm new enough to my

18  current level that I haven't really spent time looking at

19  what the next level requires.

20       So I would -- I would want to sit down and read through

21  the sort of CSP and description and have some of those

22  conversations before I felt comfortable speaking to whether

23  or not I could achieve those -- that -- whether or not I feel

24  like I'm performing at that next level today, or any higher

25  level.



```
 1   Q.  When you say the "principal" level would be a realistic place
 2       for you, or at least that high, you're talking about
 3       Level 65?
 4   A.  I -- I'm not really sure exactly what level the "principal"
 5       band includes, but I believe it's 65 and 66.
 6   Q.  So your belief is, had you been afforded these opportunities
 7       free from gender bias, you would realistically be at Level 65
 8       or 66?
 9   A.  I think that potential could have been there, yeah.
10   Q.  Could you look at Exhibit 19, please.  Is Exhibit 19 a
11       résumé you created for yourself?
12   A.  I don't specifically remember creating this one, but this
13       looks like potentially something that I would have written.
14   Q.  Do you recall for what purpose you created it?
15   A.  Going back to my earlier comment, I've been told that it's a
16       good idea to always have a current résumé on hand, and so
17       periodically throughout my career, I've gone and updated my
18       résumé to make sure I have all those facts down.  So I don't
19       know that this was created for any specific reason outside of
20       that.  It might have been.  I don't know.
21           Oh.  Actually, I'm seeing at the end of the page that
22       it's from LinkedIn.  So yeah, I make it a practice to keep my
23       LinkedIn profile up to date.
24   Q.  Would you look at Exhibit 20, please.  This purports to be a
25       training transcript for you.  Do you recognize this as a
```



1     training transcript?

2  A.  I've certainly never seen this before in this form, I don't

3     think.

4  Q.  Okay.  If you could take a look at the activities on the

5     left, I'm going to ask you if you have some recollection of

6     attending these activities.  And the first one is going to be

7     the second listed there, which is "Grace Hopper Conference

8     Follow Up Sessions."  Did you attend Grace Hopper follow-up

9     sessions in 2015?

10 A.  I don't recall -- well, attended a -- a meeting in which

11    people who attended Grace Hopper shared some of what

12    happened.  So that's probably what that is.

13 Q.  The next one is "D&I Live Case Study."  Did you attend a

14    Diversity and Inclusion Live Case Study in 2015?

15 A.  Yes.

16 Q.  The next one is "Unconscious Bias Portfolio."  Did you attend

17    an Unconscious Bias Portfolio in 2015 at Microsoft?

18 A.  Unconscious Bias.  I don't recall any in-class session like

19    that.  If it was an online thing, I might have done it.

20 Q.  Okay.  Did you -- did you attend "Address Your Unconscious

21    Bias"?

22 A.  My -- same thing with this.  There might have been some

23    online comment -- content that I did with relation to this,

24    but I don't believe there was an in-person session.

25 Q.  So if I understand you, you believe that the Unconscious Bias



1     saying you believe you may have and you don't remember

2     whether you did or not?

3   A.  I know that I've had conversations to that extent.  Now,

4     I'm -- I'm -- given Alain and I's habit to talk about things,

5     it's very likely that we did, and I don't want to

6     misrepresent that we didn't have those conversations when we

7     did.

8          My specific recollections of actual conversations with

9     Alain from at least six -- six to ten years ago are not in

10    detail.  But they seem like the kind of topics we would have

11    covered and the things that would have been top of mind that

12    I know I talked with people during that time frame.

13  Q.  But you have no specific recollections of talking to him

14    about those topics in that time frame; is that accurate?

15  A.  I have specific recollections of talking with him in the

16    kinds of things that we talked about with the feedback that

17    were gendered expectations around behavior.  I don't have

18    specific recollections of talking with him about behavior

19    norms in general and how that was disparate impact at

20    Microsoft.

21  Q.  Did Mr. Raitt ever say anything to you that you would

22    consider to be retaliatory?

23  A.  That I consider to be retaliatory.  No.

24  Q.  Did he say anything to you at any time that conveyed to you

25    he was not sympathetic with your concerns?



```
 1   A.  No.  If anything, I would say he expressed frustration with
 2       the system that led to these discriminatory practices.
 3   Q.  And was it your perception that he agreed with you that
 4       discrimination is rampant at Microsoft?
 5   A.  That was my perception.
 6   Q.  What did you discuss with Darla Hershberger about
 7       discrimination at Microsoft?
 8   A.  I had roughly the same types of conversations.
 9   Q.  In all of those conversations, did she convey to you the
10       perception that she agreed with you that there was gender
11       discrimination at Microsoft?
12   A.  Yes.  In fact, at times, she conveyed the perception that she
13       also was negatively impacted by it.
14   Q.  And when did she convey that to you?
15   A.  She -- okay.  I clearly recall this conversation.  The most
16       likely person I had it was -- with was Darla Hershberger.  I
17       don't specifically recall that it was Darla Hershberger.
18       That at some point, I was told that it can be very
19       challenging for a manager to promote their employees
20       appropriate -- a female manager specifically -- promote their
21       employees in calibration meetings and promotion meetings
22       because of fear of how that will negatively impact their
23       perception as being too assertive.
24   Q.  When was this conversation?
25   A.  I very specifically remember hearing this conversation -- I
```



1    remember hearing a manager say that.  I don't specifically

2    recall the actual conversation of which manager that was.

3         But I believe it was -- my -- my best guess in terms of

4    who I had that conversation with is that it was likely Darla

5    Hershberger and likely sometime in the -- let's see.  Maybe

6    late 2011, possibly into two thousand -- wait.  When did she

7    leave?  She left -- I think -- I -- I don't remember if she

8    left at the end of -- so it may be 2012.

9  Q. What is causing you to believe that this conversation might

10    have been between you and Ms. Hershberger versus someone

11    else?

12 A. That I recall having con- -- more detailed conversations with

13    Darla Hershberger about the compensation process than with

14    any other manager I had at Microsoft.

15 Q. Did Ms. Hershberger ever convey to you that she was not

16    sympathetic to your concerns about discrimination?

17 A. Most of the concerns I can remember raising with her, she

18    expressed sympathy toward.  I'm trying to think if there were

19    times when she wasn't sympathetic.  I'm not recalling any.

20 Q. What do you understand your responsibilities to be as someone

21    who wishes to represent a class?

22 A. To -- to represent the class, to hold the sort of -- the

23    benefit of the class on par or better than my -- any benefit

24    of my personal self, and to speak for them -- I feel like I'm

25    forgetting something, but I can't -- that's all I can recall



```
 1        guidance they were given in a policy way or by their managers
 2        or how much oversight their managers had in creating those
 3        feedback --
 4   Q.  (By Ms. Hermle)  And when --
 5   A.  -- that feedback.
 6   Q.  And when you say the managers were responsible for giving a
 7        complete view of the feedback, what's the complete view that
 8        you're referring to?
 9   A.  They weren't -- it was their job to summarize the feedback,
10        so not necessarily provide every specific quote, especially
11        in the form of removing details that specifically identified
12        my colleagues who provided the feedback.
13             And it's my understanding, though, that they weren't --
14        they were not guided to specifically -- if I received a piece
15        of -- a style of feedback, they -- that they needed to
16        represent it in some way in my review.
17   Q.  What was the practice and policy that you were -- you
18        referred to that required managers to give the complete
19        feedback?
20   A.  I don't know the specific guidance or policy that they were
21        given.  But I do recall managers saying that -- that it was
22        an important part of the annual feedback process that they
23        incorporate feedback from people and requesting that and --
24             So there was two parts to that.  One was that it was
25        important for me to submit a set of colleagues and -- and
```



```
1         other managers that -- to give -- provide feedback.  And it
2         was their job to solicit additional feedback and make sure
3         that it was appropriately included in the reviews.
4    Q.   Why do you say that ████████ had the view that women and men
5         were treated differently at Microsoft?
6    A.   Based on the conversation we had.
7    Q.   What did you say and he say in that conversation?
8    A.   So there's a training we take at Microsoft -- I need to give
9         this little background to explain the conversation -- where
10        we learn our strengths.  And in particular, his strengths
11        were -- was in sort of the green area, which is to say, sort
12        of like building consensus, cooperation.  And I used to
13        regularly go to him for feedback on emails to ensure that I
14        was including green communication style in my emails.
15             And -- and at the time, we talked about unfair
16        expectations around my email as compared to my male
17        colleagues, that they had to be both greener, cooperative,
18        and also sort of happy and yellow cheerfulness as compared to
19        my male colleagues who could write very pointed and assertive
20        emails and wouldn't get negative feedback on them.
21   Q.   And when was this?
22   A.   It would have been sometime between 2012 and 2014.  Oh.  No.
23        He left before then.  Maybe -- oh, yeah.  Oh, yeah.  No.  No.
24        2014.  Sorry.  Yes.
25   Q.   So the list that you've just given us in response to your
```



```
 1        counsel's question started with Mr. Raitt.  Who is

 2        Mr. Wilkie?

 3   A.   He is a manager on the CLR engineering team.  He's an

 4        engineering manager.

 5   Q.   ████████████ is the same ████████████ we saw in your

 6        email --

 7   A.   Yes.

 8   Q.   -- regarding the person who has the DNR (sic)?

 9   A.   That's correct.

10   Q.   And who is ████████?

11   A.   He was a colleague -- I think the office ████████to

12        mine -- between -- well, somewhere again in that window of

13        ████████████

14   Q.   Who is ████████?

15             What's ████████ first name?

16   A.   ████████.

17   Q.   Oh.  ████████████.

18             Who is ████████?

19   A.   He was a colleague of mine starting way back, perhaps as far

20        back as ████.  I'm not sure exactly when it started.  And we

21        worked off and on through ██████ maybe.

22   Q.   What's his first name?

23   A.   ████.

24   Q.   And who is ████████████?

25   A.   ████████████ is another colleague.  He also -- I worked off
```



```
 1   C E R T I F I C A T E

 2   STATE OF WASHINGTON          )

 3   ss.                          )

 4   COUNTY OF THURSTON           )

 5
             I, the undersigned Washington Certified Court
 6   Reporter, pursuant to RCW 5.28.010, authorized to administer
     oaths and affirmations in and for the State of Washington, do
 7   hereby certify:

 8           That the foregoing deposition of HOLLY A. MUENCHOW
     was taken before me and completed on June 22, 2016, and
 9   thereafter was transcribed under my direction; that the
     deposition is a full, true and complete transcript of the
10   testimony of said witness, including all questions, answers,
     objections, motions and exceptions;
11
             That the witness, before examination, was by me
12   duly sworn to testify the truth, the whole truth, and nothing
     but the truth, and that the witness reserved the right of
13   signature;

14           That I am not a relative, employee, attorney or
     counsel of any party to this action or relative or employee
15   of any such attorney or counsel and that I am not financially
     interested in the said action or the outcome thereof;
16
             That I am herewith securely sealing the said
17   deposition and promptly delivering the same to Attorney
     LYNNE C. HERMLE.
18
             IN WITNESS WHEREOF, I have hereunto set my hand
19   this 29th day of June, 2016.

20
                         David A. Hart
21

22                       David A. Hart, CCR, RPR
                         Certified Court Reporter No. 2007
23                       in and for the State of Washington,
                         residing at Yelm.

24

25
```

