# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KATHERINE MOUSSOURIS, et al., | CASE NO. C15-1483JLR |
| Plaintiffs, | ORDER |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

Before the court is Special Master Michelle Peterson's report and recommendation on Plaintiffs Katherine Moussouris, Holly Muenchow, and Dana Piermarini's (collectively, "Plaintiffs") motion to seal (Dkt. # 339) accompanying their reply regarding class certification. (R&R (Dkt. # 463).) Pursuant to Federal Rule of Civil Procedure 53(f), the court must decide de novo all objections to the findings of fact or conclusions of law made or recommended by a special master. Fed. R. Civ. P. 53(f)(3)-(4). Here, neither party objects to any of Ms. Peterson's recommendations. (See Dkt.; see also R&R at 11 (allowing parties to file objections, if any, no later than May 7,

ORDER - 1

2018).) The court has reviewed Ms. Peterson's report and recommendation in accordance with Federal Rule of Civil Procedure 53(f), all of the parties' submissions related to the report and recommendation, the relevant portions of the record, and the applicable law. Having done so, the court finds Ms. Peterson's analysis persuasive in light of the record and independently reaches the same conclusions for the reasons articulated by Ms. Peterson.

Accordingly, the court ADOPTS the report and recommendation (Dkt. # 463) in its entirety. The court INSTRUCTS the parties to unseal and revise, as necessary, the redactions on the documents identified by the report and recommendation within ten (10) days of the entry of this order.

Dated this 8th day of May, 2018.

JAMES L. ROBART
United States District Judge