UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE MOUSSOURIS, et al.,<br><br>Plaintiffs,<br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | CASE NO. C15-1483JLR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Before the court is Special Master Michelle Peterson's report and recommendation on Microsoft Corporation's ("Microsoft") refiling of a proposed order (Dkt. # 475) regarding certain exhibits related to Microsoft's motion for summary judgment. (R&R (Dkt. # 491).) Pursuant to Federal Rule of Civil Procedure 53(f), the court must decide de novo all objections to the findings of fact or conclusions of law made or recommended by a special master. Fed. R. Civ. P. 53(f)(3)-(4). Here, neither party objects to any of Ms. Peterson's recommendations. (*See* Dkt.; *see also* R&R at 6 (allowing parties to file objections, if any, no later than May 18, 2018).) The court has reviewed Ms. Peterson's

ORDER - 1

report and recommendation in accordance with Federal Rule of Civil Procedure 53(f), all of the parties' submissions related to the report and recommendation, the relevant portions of the record, and the applicable law. Having done so, the court finds Ms. Peterson's analysis persuasive in light of the record and independently reaches the same conclusions for the reasons articulated by Ms. Peterson.

Accordingly, the court ADOPTS the report and recommendation (Dkt. # 491) in its entirety. The court INSTRUCTS the parties to unseal and revise, as necessary, the redactions on the documents identified by the report and recommendation within ten (10) days of the entry of this order.

Dated this 22nd day of May, 2018.

JAMES L. ROBART
United States District Judge