# Exhibit 5

REDACTED

Case 2:15-cv-01483-JLR   Document 496   Filed 06/01/18   Page 2 of 35

KATHERINE MOUSSOURIS  Confidential - Attorneys Eyes Only        June 10, 2016
MOUSSOURIS vs. MICROSOFT                                                    1

1               UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
2                        AT SEATTLE

3  _____

4  KATHERINE MOUSSOURIS, HOLLY
   MUENCHOW, and DANA PIERMARINI,
5  on behalf of themselves and a
   class of those similarly
6  situated,

7               Plaintiffs,

8      vs.                      Case No. 2:15-cv-01483-JLR

9  MICROSOFT CORPORATION,

10              Defendant.

11 _____

12        ** CONFIDENTIAL - ATTORNEYS' EYES ONLY **

13       VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

14                          OF

15              KATHERINE MOUSSOURIS

16 _____

17

18

19

20

21

22

23 DATE:  June 10, 2016

24 REPORTED BY:  Holly J. Buckmaster, RPR

25            CSR No. 2859

Case 2:15-cv-01483-JLR   Document 496   Filed 06/01/18   Page 3 of 35

KATHERINE MOUSSOURIS  Confidential - Attorneys Eyes Only        June 10, 2016
MOUSSOURIS vs. MICROSOFT                                              16

1          which position you were in?

2    A.    Specific areas of focus would change over time but

3          they were all related to computer security.

4    Q.    Now, did you speak to either ▮▮▮▮▮ or ▮▮▮▮▮

5          about obtaining a job there before February of 2014?

6    A.    Not specifically that I can recall at this time.

7    Q.    So was it February of 2014 in which you began first

8          speaking to potential employers about jobs outside of

9          Microsoft?

10   A.    Throughout my career at Microsoft, as with anyone in

11         my industry, periodically you'll talk to people about

12         different roles that they may have available over

13         time.

14   Q.    And did you talk to companies outside of Microsoft

15         about potentially going to work there before February

16         of 2014?

17   A.    Yes.

18   Q.    Which companies?

19   A.    Adobe.

20   Q.    Anyone else?

21   A.    I'm certain there were more over the years; however,

22         I can't recall all of them.

23   Q.    When did you speak with Adobe about a potential job

24         outside of Microsoft?

25   A.    Somewhere around 2010 or 2009.



Case 2:15-cv-01483-JLR   Document 496   Filed 06/01/18   Page 4 of 35

KATHERINE MOUSSOURIS  Confidential - Attorneys Eyes Only          June 10, 2016
MOUSSOURIS vs. MICROSOFT                                                        17

```
 1   Q.    And why did you decide not to pursue that
 2         opportunity?
 3   A.    At that time I wanted to do something in a specific
 4         area around vulnerability disclosure and when I told
 5         my supervisors that I was looking to pursue a
 6         different focus, they responded by creating a role for
 7         me which I took instead of taking the job at Adobe.
 8   Q.    And who were the supervisors who created that
 9         vulnerability role for you?
10   A.    It was -- it was still titled in the same title of
11         what I was doing, so it was -- it was a number of
12         different managers who all discussed not wanting to
13         have me leave the company, so it would have been
14         including David Ladd, who was my manager at the time,
15         Michael Reavey, Steve Lipner.  There may have been
16         more, but I can't recall any more at this time.
17   Q.    So at the time you told someone at Microsoft that you
18         were considering leaving to do this vulnerability
19         work, David Ladd was your direct supervisor?
20   A.    Correct.
21   Q.    And your understanding is that he and other people
22         created a new role for you to encourage you to stay?
23   A.    They took some pieces of existing roles that I had
24         held in the -- in Mike Reavey's organization before
25         and then offered some additional opportunities for me
```



1           and get an overall chronology of your time at

2           Microsoft and the positions that you held.

3   A.      Uh-huh.

4   Q.      I do have documents, including your reviews, so if

5           you don't know, I'm happy to show you and we can deal

6           with it in the documents, but I thought we would see

7           if we could get there, is it correct that your hire

8           date at Microsoft was April 16 of 2007?

9   A.      That sounds about correct.

10  Q.      And you came in as a level two -- I'm sorry, level 62

11          employee?

12  A.      Yes.

13  Q.      Your original salary was $110,000 a year, base

14          salary?

15  A.      Correct.

16  Q.      Your original title was security program manager?

17  A.      I believe so.

18  Q.      What --

19  A.      That was the title that HR used in the system, but

20          our titles on our business cards were often different,

21          so I believe the business card titles at the time were

22          security strategist.

23  Q.      You were an individual contributor in that role?

24  A.      Correct.

25  Q.      Meaning no employees reported to you directly.



Case 2:15-cv-01483-JLR  Document 496  Filed 06/01/18  Page 6 of 35

KATHERINE MOUSSOURIS  Confidential - Attorneys Eyes Only        June 10, 2016
MOUSSOURIS vs. MICROSOFT                                                      23

```
1   A.     Correct.

2   Q.     And what were your duties as either a security

3          strategist or a security program manager?

4   A.     To promote the work of Microsoft security and to

5          enable hackers to work more cooperatively with

6          Microsoft to the benefit of Microsoft and its

7          customers and ideally also to the benefit of the

8          hackers who were willing to work with them.

9   Q.     As someone who was promoting the work of Microsoft

10         security, what were you doing?

11  A.     As a program manager in the security organization,

12         you had various duties as needed.  At the time when I

13         joined the group, they did a lot of community

14         outreach, so some of it was going to security

15         conferences, finding out about computer security

16         research and identifying key areas that Microsoft

17         would have to pay attention to to secure its products.

18                Identifying security researchers who might be

19         good to recruit to Microsoft to help it secure its

20         products.  Working with conference organizers with

21         sponsorships from Microsoft and various other duties.

22                I also had the ability to initiate new

23         programs to work with the hacker community more

24         effectively and others, Microsoft partners.

25  Q.     Were you promoting the Microsoft security
```



```
 1          organization within Microsoft as well as outside of

 2          Microsoft?

 3    A.     Well, like acting like a liaison between the hacker

 4          community and Microsoft's security response team and

 5          developers, promoting sec -- new and emerging security

 6          best practices inside of Microsoft was also part of

 7          that role.

 8                  And looking for security researchers to speak

 9          at the Microsoft internal security conference call,

10          BlueHat.

11    Q.     Was the -- the thrust of your role to increase

12          security within Microsoft or to do something else?

13                  MS. DERMODY:  Object to form.

14                  THE WITNESS:  The entire trustworthy

15          computing organization that I was a part of was there

16          to increase the security of Microsoft.

17    Q.     (BY MS. HERMLE) And so the thrust of your role also,

18          this first role, was to increase the security at

19          Microsoft?

20    A.     I had various duties in -- within that capacity, yes.

21    Q.     But I'm just trying to get a sense of the overall

22          mission, was your overall mission in that role to

23          increase the security of Microsoft?

24                  MS. DERMODY:  Object to form.

25                  THE WITNESS:  The overall role in that
```



Case 2:15-cv-01483-JLR   Document 496   Filed 06/01/18   Page 8 of 35

KATHERINE MOUSSOURIS  Confidential - Attorneys Eyes Only          June 10, 2016
MOUSSOURIS vs. MICROSOFT                                                        29

1          were there?

2     A.    The overall trustworthy computing group did the same

3          name while I was there, yes.

4     Q.    In terms of the chronology, is it correct that you

5          were promoted to senior program manager in September

6          of 2008, a little over a year after you began working

7          there?

8     A.    Yes, that sounds right.

9     Q.    And you then became a level 3 -- sorry, 63 employee?

10    A.    Correct.

11    Q.    You had a salary increase to $115,000 a year?

12    A.    That sounds about right.

13    Q.    And you had a bonus of over $18,000 if you recall?

14    A.    That sounds about right.

15    Q.    At the time you were promoted to level 63 from level

16         62 in September of 2008, were you about seven months

17         pregnant with your first child?

18    A.    Can you repeat those dates again?

19    Q.    Yes.  My understanding is you had a child in November

20         of 2008?

21    A.    Yes.

22    Q.    And in September of 2008, were you promoted to level

23         63?

24    A.    Yes.

25    Q.    In September of 2009, do you recall what your



1            compensation treatment was?

2    A.     I don't recall specifically at this moment.

3    Q.     Okay.  Were you promoted to level 64 in September of

4           2010?

5    A.     That sounds right.

6    Q.     Okay.  And at that time, was your salary increased to

7           $126,000-plus a year?

8    A.     I believe so.  That sounds familiar.

9    Q.     Okay.  In September of 2011, do you recall getting a

10          No. 1 performance rating?

11   A.     I believe that was the year I got the 1, yes.

12   Q.     And was there a salary increase to right about

13          $160,000?

14   A.     There were a couple of different salary adjustments

15          that the company was doing at the time, so not all of

16          that salary increase was due to my promotion that

17          year, I believe.  And I don't exactly recall, it

18          happened in stages through -- I think everyone at the

19          company in certain engineering roles were being given

20          additional compensation.  There was a -- there was an

21          adjustment that happened.

22   Q.     Did you get a merit increase adjustment in September

23          of 2011 of 4.8 percent?

24   A.     I don't recall the exact percentage, but --

25   Q.     Do you recall getting a bonus of over 24,000 the year



Case 2:15-cv-01483-JLR   Document 496   Filed 06/01/18   Page 10 of 35

KATHERINE MOUSSOURIS  Confidential - Attorneys Eyes Only        June 10, 2016
MOUSSOURIS vs. MICROSOFT                                                    34

1          start by April 1st and you're not eligible to be

2          reviewed that year, which is why when I started in

3          2007, mid April, I wasn't reviewed in 2007 formally.

4     Q.   In 2013, did you get a 2 rating?

5     A.   Yes, I think that's right.  Uh-huh.

6     Q.   In 2012, did you get a 3 rating?

7     A.   Yes.

8     Q.   And did you move to an independent contributor track

9          in September of 2013?

10    A.   Yes.

11    Q.   And when did you resign your Microsoft employment?

12    A.   I sent a -- I sent my manager an e-mail about being

13         forced to resign from Microsoft and I had asked for an

14         end date around the end of May and then my supervisor

15         at the time modified that end date to one of his

16         choosing, even though I believe I was still getting

17         paid until the end date that I had asked for at the

18         end of May.

19    Q.   So excuse me, did you send that e-mail on May 15th to

20         Mr. Bryant?

21    A.   I'm not sure of the exact date.

22    Q.   Did you ask for a two-week period before your

23         resignation was effective?

24    A.   Per normal professional standards, I gave two weeks'

25         notice that I had been forced to resign and I was



Case 2:15-cv-01483-JLR   Document 496   Filed 06/01/18   Page 11 of 35

KATHERINE MOUSSOURIS  Confidential - Attorneys Eyes Only        June 10, 2016
MOUSSOURIS vs. MICROSOFT                                                35

 1         giving two weeks' notice to do any kind of job

 2         transitions that they may have needed me to do.

 3    Q.    So on May 15, when you sent the resignation letter,

 4         was it your plan to work through May 29th, through the

 5         end of the month?

 6    A.    When I was forced to resign, it was my plan to work

 7         until the end date that I had asked -- or that I had

 8         let them know about my professional transition.

 9    Q.    Right.  What I'm trying to find out from you when

10         that was, was the date that you set as your planned

11         actual departure date two weeks after you sent the

12         resignation e-mail?

13    A.    The date that I had planned for professional

14         transition of any of my job duties was the date that I

15         had specified in the e-mail that I sent saying that I

16         had been forced to resign.

17    Q.    But could you answer my question?

18    A.    I think I've answered your question.

19    Q.    No, I'm asking you what is that end date?

20              MS. DERMODY:  Object to form.  Argumentative.

21              THE WITNESS:  The end of -- the end of May.

22    Q.    (BY MS. HERMLE) Perfect.

23              Before you sent the e-mail to Mr. Bryant in

24         the middle of May 2014, how many people at Microsoft

25         had you told you planned to resign?



Case 2:15-cv-01483-JLR   Document 496   Filed 06/01/18   Page 12 of 35

KATHERINE MOUSSOURIS  Confidential - Attorneys Eyes Only          June 10, 2016
MOUSSOURIS vs. MICROSOFT                                                    36

 1   A.    I don't know an exact number of people that I talked
 2         to about what was being done to me at Microsoft.
 3   Q.    My question was different, it was how many people had
 4         you told you planned to resign?
 5                   MS. DERMODY:  Objection.
 6   Q.    (BY MS. HERMLE) Had you told anyone at Microsoft
 7         before May 15th that you were resigning?
 8                   MS. DERMODY:  Object to form.
 9                   THE WITNESS:  I'm sure I told other people at
10         Microsoft that I was being forced to resign.
11   Q.    (BY MS. HERMLE) When did you first tell anyone at
12         Microsoft that?
13   A.    I had been complaining to HR for quite some time
14         about what was happening to me so --
15   Q.    My question had to do with being forced to resign and
16         your resignation, what I'm trying to find out is when
17         did you first tell anyone you were resigning?
18   A.    When did I first tell anyone that I was being forced
19         to resign?
20   Q.    You can phrase it any way you like, but communicating
21         the concept of leaving the company, when did you first
22         do that?
23   A.    I believe it was in January of 2014.
24   Q.    And to whom did you convey that?
25   A.    I was conveying to my supervisors and to HR and to



Case 2:15-cv-01483-JLR   Document 496   Filed 06/01/18   Page 13 of 35

KATHERINE MOUSSOURIS  Confidential - Attorneys Eyes Only          June 10, 2016
MOUSSOURIS vs. MICROSOFT                                                  37

1           other confidants at work --

2   Q.      And who were the confidants?

3   A.      -- that I was being forced out.

4                   Leah Lease, Ellen Cram-Kowalcsyk,          ▇,

5           probably other people that I was talking to about what

6           was happening.  Mike Reavey.  Steve Lipner.  ▇

7           ▇.  ▇.  There were probably others,

8           I can't recall the entire list right now, but if I

9           think of them throughout the day, I'll add to that

10          answer.

11  Q.      At any time before mid May of 2014, did you convey to

12          Chris Betz that you planned to resign or were being

13          forced to resign?

14  A.      I think -- at any time -- can you repeat the --

15  Q.      Yes, I'm focusing on when you sent the actual e-mail.

16          At any time before you sent the e-mail to Jerry

17          Bryant, did you convey to Chris Betz that you were

18          either resigning or being forced to resign?

19  A.      I conveyed throughout my management chain that I was

20          being forced out and forced to resign before I sent

21          that e-mail, yes.

22  Q.      And what is the earliest time you did that, was that

23          in January of 2014?

24                  MS. DERMODY:  I'm sorry, just a

25          clarification, are you asking about Chris Betz or

Case 2:15-cv-01483-JLR  Document 496  Filed 06/01/18  Page 14 of 35

KATHERINE MOUSSOURIS  Confidential - Attorneys Eyes Only      June 10, 2016
MOUSSOURIS vs. MICROSOFT                                                    51

1    to work with other groups to achieve really any

2    desirable professional outcomes and create new

3    programs and I was successful at doing that the entire

4    time.

5  Q.    Other than language suggesting you needed to focus on

6    the how rather than the what, did he use other

7    language that you are calling gendered or believe was

8    inappropriate because of a gender bias?

9          MS. DERMODY:  Object to the form.

10         THE WITNESS:  Not that I can recall but --

11   not right now.

12 Q.    (BY MS. HERMLE) And did Mr. Reavey treat you

13   differently because of your gender in any way other

14   than using this language?

15         MS. DERMODY:  Object to the form.

16         THE WITNESS:  I can't recall any other ways

17   in which he would treat me besides having it impact my

18   reviews and promotions.

19 Q.    (BY MS. HERMLE) In 2013, did Mr. Reavey speak to you

20   about using an executive coach?

21 A.    I believe it was 2013, yeah.

22 Q.    How did the topic of a coach first come up?

23 A.    I believe he was talking to me about -- it was

24   probably a conversation about my lack of advancement

25   to level 65 and I recall him saying that instead of

Case 2:15-cv-01483-JLR   Document 496   Filed 06/01/18   Page 15 of 35

KATHERINE MOUSSOURIS  Confidential - Attorneys Eyes Only          June 10, 2016
MOUSSOURIS vs. MICROSOFT                                                          52

1          promoting me, they would offer me training, special

2          training that was normally only offered to level 65

3          employees and that he would do so in order to -- I

4          think, you know, offer me something else instead of

5          promotion.

6     Q.   In the context of this discussion, did Mr. Reavey

7          suggest to you that that training could help you

8          achieve level 65?

9     A.   I believe that was the -- that was part of the -- the

10         training, would have been to try and find other

11         strategies to overcome the obstacles that had been

12         told to me, uh-huh.

13    Q.   So I'm not sure if I understand your answer.  In this

14         discussion, was -- did Mr. Reavey talk about the

15         problem with the how?

16    A.   I don't recall if it was in the discussion about the

17         executive coaching that he was specifically talking

18         about the problem with the how.  He -- he was just

19         offering me this training that was -- I recall him

20         saying that he had had to jump through some hoops to

21         get it approved.

22    Q.   So I want to take you through --

23              MS. DERMODY:  Lynne, hang on one second.  If

24         there is a chance to do a break soon, we've been going

25         about an hour.



```
 1                     MS. HERMLE:  Yeah.

 2                     MS. DERMODY:  I could use one.

 3                     MS. HERMLE:  Yeah.  Yeah.  Let me just get

 4          through this conversation.

 5   Q.    (BY MS. HERMLE) So Ms. Moussouris, did this

 6          conversation start out by Mike Reavey telling you that

 7          he thought an executive coach could help you

 8          potentially achieve a promotion to level 65?

 9   A.    I'm not sure if it started that way.  I don't recall

10          exactly how the topic came up, so --

11   Q.    In the conversation, did he tell you that, that he

12          thought working with an executive coach might help you

13          achieve the promotion to level 65?

14                     MS. DERMODY:  Object to form.

15                     THE WITNESS:  At some point during our

16          discussions, he may have -- he may have said that.

17   Q.    (BY MS. HERMLE) Did you understand that you were

18          being offered the executive coach in order to help you

19          achieve a promotion?

20                     MS. DERMODY:  Object to form.

21                     THE WITNESS:  I didn't -- I did not take

22          executive -- the offer of executive coaching as a --

23          a -- a means to achieve that promotion.

24   Q.    (BY MS. HERMLE) What did you understand the purpose

25          of offering you that coach to be?
```

1  A.    To provide some additional training for me.

2  Q.    On what areas?

3  A.    Actually it was sort of worked out with the coach.

4        It was -- it was looking at the different obstacles to

5        getting things done with a team, you know, different

6        teams and looking at ways to -- different strategies

7        to -- to manage my career really.

8  Q.    And what did he say to you in that conversation?

9  A.    Who, who's "he"?

10 Q.    What did Mr. Reavey say to you in the conversation

11       you had with him in 2013 about an executive coach?

12 A.    He said a lot of things.

13 Q.    And what were they?

14 A.    I can't -- I can't recall every word he said to me in

15       2013, but -- but from what I recall, he offered --

16 Q.    Let -- let me change that.

17 A.    Okay.

18 Q.    I don't think you understood what I was trying to ask

19       you.

20 A.    I definitely didn't.

21 Q.    I'm focusing on the conversation that you had with

22       him in which the two of you discussed for the first

23       time you having an executive coach and I think you

24       said he told you he had to jump through hoops to get

25       this done.  In that conversation, what did you say to



1        Mr. Reavey and what did he say to you?

2   A.    Well, I remember expressing that I was disappointed

3        that I wasn't -- continuing not to be advanced to

4        level 65 and I think that it was -- I was willing to

5        try anything that he suggested to try and overcome

6        the -- what those -- those words that he would keep

7        using, telling me that I wasn't -- I wasn't going to

8        get advanced, so --

9   Q.    And what else was said in the conversation about the

10       coach?  When you said these things, what did he

11       respond?

12  A.    Well, I already mentioned that he had said that he

13       had -- he had had to get special exceptions to provide

14       that training for a person who was under level 65.  I

15       think he -- he probably said that it was going to be

16       beneficial to my career to do executive coaching, as

17       it would be for anyone.

18  Q.    Did you or Mike Reavey say anything else in this

19       conversation in which you discussed the executive

20       coach?

21  A.    Most likely, but I can't -- I can't recall everything

22       that was said during that conversation.

23  Q.    Do you recall anything else you said or Mike Reavey

24       said in that conversation?

25  A.    Not at this time, but if I remember something else



Case 2:15-cv-01483-JLR   Document 496   Filed 06/01/18   Page 19 of 35

KATHERINE MOUSSOURIS  Confidential - Attorneys Eyes Only        June 10, 2016
MOUSSOURIS vs. MICROSOFT                                                    82

 1   A.     Uh-huh.

 2   Q.     Is it your understanding that those discussions would

 3          have taken place at about the time of the performance

 4          reviews, annual performance reviews?

 5   A.     They typically would take place in -- and my

 6          observation as a manager later would confirm that they

 7          would take place during the calibration discussions

 8          and that's why they were also required as input into

 9          those discussions in the workbooks before those

10          meetings.

11   Q.     So in other words, in the ranking or calibration

12          process, not only would the review scores be

13          discussed, but also potential promotions?

14   A.     Yes.

15   Q.     And for purposes of your second promotion at

16          Microsoft in 2010, do you have an understanding of who

17          was involved in supporting that promotion?

18               MS. DERMODY:  Object to form.

19               THE WITNESS:  I believe it would have been

20          the same set of managers because I was not crossing a

21          level band, so the same -- or whoever -- the higher

22          ranking managers and me at the time.

23   Q.     (BY MS. HERMLE) Michael Reavey would have been your

24          direct manager at the time the promotion was

25          effective; is that correct?



Case 2:15-cv-01483-JLR   Document 496   Filed 06/01/18   Page 20 of 35

KATHERINE MOUSSOURIS  Confidential - Attorneys Eyes Only       June 10, 2016
MOUSSOURIS vs. MICROSOFT                                                    83

 1    A.    I believe so.  But my -- also David Ladd would have

 2          been in support of it as well.  Company culture would

 3          have been, you know, as I was leaving one team and

 4          going to another, if there was a promotion discussed,

 5          they would -- they would discuss that, yes, I still

 6          would get the promotion, even moving teams, so yes.

 7    Q.    So when you say "company culture," you're saying that

 8          you understood it to have been a practice that the

 9          managers in a team that you were leaving would have

10          had input into the promotion for the team you were

11          joining?

12    A.    Absolutely, yes.

13    Q.    Looking at 4 still, Mr. Oram was your supervisor at

14          the time he gave you the No. 1 rating in 2011; is that

15          correct?

16    A.    He delivered the news that I had gotten a No. 1

17          rating in the stack ranking process.

18    Q.    Did he -- do you know what rating you had gone into

19          the process with?

20    A.    He supported me getting a 1 in that process and I did

21          receive a 1.

22    Q.    So it is your understanding that you had a 1 going

23          into the process and a 1 coming out of the process?

24    A.    That was my understanding.

25    Q.    With respect to Mr. Oram delivering to you a review



Case 2:15-cv-01483-JLR  Document 496  Filed 06/01/18  Page 21 of 35

KATHERINE MOUSSOURIS  Confidential - Attorneys Eyes Only      June 10, 2016
MOUSSOURIS vs. MICROSOFT                                                      86

1      work from bed rest and running all of the meetings

2      required for that release, that I was not recognized

3      for that accomplishment, and his conveyance of what

4      happened was essentially that I just wasn't given

5      credit for it because I was -- I was not in the

6      workplace, I was home on -- on medical leave for my

7      baby and my health.

8  Q.   Did he say anything to you about the how?

9  A.   He mentioned that some of the things that was -- were

10     brought up by the other managers was that they were

11     saying that the coms team, the communications team,

12     who would have been heavily involved in this

13     announcement, were complaining about the how.

14 Q.   Did he tell you what the complaints about the how

15     were?

16 A.   Just that they were saying that -- that I was being

17     difficult about some details of the announcement.

18 Q.   Was there any more specifics that he provided to you

19     about how the communications team was complaining

20     about your conduct?

21          MS. DERMODY:  Object to form.

22          THE WITNESS:  I recall that conversation as

23     me saying that one of the -- one of the areas where I

24     refused to compromise with the comms team was on the

25     element of company-provided entertainment at the event



Case 2:15-cv-01483-JLR   Document 496   Filed 06/01/18   Page 22 of 35

KATHERINE MOUSSOURIS  Confidential - Attorneys Eyes Only     June 10, 2016
MOUSSOURIS vs. MICROSOFT                                                   149

```
 1              MS. DERMODY:  Object to form.
 2              THE WITNESS:  I don't -- I don't recall her
 3         saying that exactly, but I -- what I was saying is I
 4         think she was upset with -- she was upset with the
 5         reporting to a manager because she had been largely
 6         autonomous, she -- there had been no one managing her.
 7         The director at the time, I think, was supposedly her
 8         manager, but he didn't really manage her actively at
 9         all.
10    Q.   (BY MS. HERMLE) And other than with respect to
11         believing she had issues with reporting to anyone, did
12         she convey to you she had issues with the way that you
13         supervised her?
14    A.   She conveyed that she was unhappy, yes.
15    Q.   And while she was reporting directly to you, she
16         resigned and went to work at Amazon?
17    A.   She decided to go to work at Amazon, yeah.
18    Q.   And who were the other employees who reported to you
19         directly, other than ████████, ████████████ and
20         ████████?
21    A.   ████████.
22    Q.   I'm just screwed on that, I'll just never get it.
23         Mr. -- I'm going to write it, this --
24              MS. DERMODY:  ████████.
25              MS. HERMLE:  ████████, thank you so much.
```



1              MS. DERMODY:  It'll help.

2              THE WITNESS:  The other full-time employee

3        that -- that was hired was ████████████.

4    Q.   (BY MS. HERMLE) And were you involved in ████████

5        hiring?

6    A.   Yes.

7    Q.   And in the course of your -- how long did you

8        supervise her?

9    A.   Let's see.  She was -- she was originally a vendor, I

10       think, and then she transitioned into being a

11       full-time employee and I'm not sure exactly, I think,

12       when that transition happened, but I think it was --

13       I'm just trying to remember when it -- when it started

14       approximately.  It was -- it was less than a year, I

15       know that much for sure.

16   Q.   And how did she come to stop working under your

17       supervision?

18   A.   She was -- she was terminated.

19   Q.   And did you play any role in her termination?

20   A.   As her manager, I followed the procedures that were

21       outlined for me by HR to perform her performance

22       management and then termination.

23   Q.   Before you terminated ████████, did she convey to

24       you what she thought about your supervision of her?

25   A.   She was unhappy with it as well.

```
 1   A.    I don't recall exactly.  It was -- I was very upset
 2         that I was being forced to leave.
 3   Q.    Did you communicate to Microsoft employees as of
 4         March 6, 2014, that you had made the decision to
 5         leave?
 6   A.    I -- I don't recall when I --
 7   Q.    When did you first make the complaint within
 8         Microsoft regarding the treatment that you had
 9         received from the company?
10               MS. DERMODY:  Object to form.
11               MS. HERMLE:  Yeah, that is really vague.
12   Q.    (BY MS. HERMLE) In 2008, did you make a complaint
13         about your supervisors' conduct?
14   A.    Technically.  I --
15   Q.    So I want to ask you about it, but could you just
16         answer the question, did you do that or did you not or
17         did you do something else?
18   A.    I'm trying to answer your question.  What happened
19         was I had spoken to a co-worker about what I found to
20         be sexual harassment in my organization done by Andrew
21         Kushman and that co-worker went and said that she was
22         going to let HR know that they should talk to me
23         and -- she let me know that she was going to do that,
24         so she reached out to HR and then HR contacted me and
25         then I told them the truth when they asked me about
```

Case 2:15-cv-01483-JLR   Document 496   Filed 06/01/18   Page 25 of 35

KATHERINE MOUSSOURIS  Confidential - Attorneys Eyes Only        June 10, 2016
MOUSSOURIS vs. MICROSOFT                                                    196

1        Andrew Kushman.

2                So he wasn't my direct supervisor, there were

3        two inaccuracies in your question and that I was

4        trying to clarify.  I did not go to HR initially, I --

5        my friend did in the organization and then HR came to

6        me, and then two, it wasn't a complaint about my

7        supervisor, it was my about my skip level, which was

8        Andrew Kushman.

9                MS. HERMLE:  Mark the answer, please.

10  Q.    (BY MS. HERMLE) Who was the employee who went to HR?

11  A.    ███████████████████.

12  Q.    What did you report to HR after she did so?

13  A.     That I had witnessed Andrew Kushman doing and saying

14        things that were unacceptable in terms of sexual

15        harassment of his employees and other people, other

16        women in the org, making inappropriate comments at --

17        at work, at work events.

18                And, you know, I had told him directly that

19        it was unacceptable, sometimes in real time when he

20        was doing it and certainly as a summary right before I

21        left his team to go to the SGL team.

22  Q.    Was there an investigation conducted?

23  A.     Yes.

24  Q.    Who conducted it?

25  A.     Laurie Serrano.  And the --



```
 1   Q.    Did you --

 2   A.    I'm sure other people within -- because at some

 3         point, when the investigation was still happening,

 4         I -- I went on maternity leave for the first time, but

 5         she was the one I dealt with.

 6   Q.    Did you have an understanding that there were any

 7         consequences to Mr. Kushman?

 8                MS. DERMODY:  Object to form.

 9                THE WITNESS:  I had an understanding that he

10         still had his job and still had his -- he wasn't put

11         on leave, he had -- he had stopped being the -- the

12         director of the MSRC and moved over into some other

13         position and that he couldn't manage people for a

14         while until he had gone through some training and then

15         I observed him getting promoted again.

16                MS. HERMLE:  Would you mark the answer,

17         please.

18   Q.    (BY MS. HERMLE) My question, Ms. Moussouris, was, did

19         you have an understanding that there were any

20         consequences to Mr. Kushman as a result of the

21         investigation, and so did you understand that his

22         ability to manage people within Microsoft for some

23         period of time had been affected by the investigation?

24                MS. DERMODY:  Object to form.  Asked and

25         answered.
```



1          THE WITNESS:  That was one of the things that

2     I observed happening afterwards.

3  Q.    (BY MS. HERMLE) How did you know that he was required

4     to go through training?

5  A.    He told me.

6  Q.    What did he say?

7  A.    He said that I'm in manager jail and I have to go

8     through some training.

9  Q.    And how long after the investigation was the

10    promotion that you just volunteered?

11 A.    It was, you know, some -- a couple of years later.

12    I'm not sure exactly when.

13 Q.    Did you ever convey to anyone other than Laurie

14    Serrano the fact that you had participated in that

15    investigation?

16 A.    ▮▮▮▮▮▮▮▮▮▮  and  ▮▮▮▮▮▮▮▮  were involved in the

17    investigation, ▮▮▮▮▮▮▮▮▮▮▮ , ▮▮▮▮▮▮▮▮ .

18 Q.    My question was, did you ever convey to anyone that

19    you were involved in the investigation?

20 A.    I conveyed to those people.  My new supervisor, David

21    Ladd, and Steve Lipner.  If I think of anybody else,

22    I'll add to it.

23 Q.    Why were you telling people you were involved in that

24    investigation?

25 A.    Before the investigation happened and I was

Case 2:15-cv-01483-JLR  Document 496  Filed 06/01/18  Page 28 of 35

KATHERINE MOUSSOURIS  Confidential - Attorneys Eyes Only        June 10, 2016
MOUSSOURIS vs. MICROSOFT                                                      201

1      to managers was that was supposed to be what your

2      future contributions to Microsoft might be based on

3      their estimation of your, you know, your potential and

4      your, you know, your -- your overall perceived

5      longer-term value to the company and so that was used

6      to give a stock awards -- or decide stock awards was

7      if you ended up in the top 20 percent, there was a

8      range of stock awards, the same thing with the

9      "exceeded," "achieved" and "underachieved," there was

10     a range that was at the discretion in terms of bonus

11     for an "exceeded," and there was a range of stock

12     awards that you could get as a result of getting a 20

13     percent rating, which was the highest rating.

14              So given --

15  Q.   Do you remember my question?

16  A.   Given that -- given that I received an "exceeded," 20

17     and got a promotion, I -- oh, and the -- and the raise

18     percentage as well, the merit percent was supposed to

19     be -- the merit percent and the promotion percent --

20     it was -- the fact that it went to close to the bottom

21     of the range of the bonus review amount, it was

22     adjusted downwards after this complaint happened.

23              And also, the percentage that I got for both

24     getting the highest scores across both of those

25     measures and a promotion and I got a total of less

Case 2:15-cv-01483-JLR   Document 496   Filed 06/01/18   Page 29 of 35

KATHERINE MOUSSOURIS  Confidential - Attorneys Eyes Only        June 10, 2016
MOUSSOURIS vs. MICROSOFT                                                        202

1      than five percent raise going from a not senior band

2      into the senior band also seemed very suspect.

3              And so I added -- once I found out that those

4      were my bonus amounts and those were my raise amounts,

5      I added it to the complaint and said I think there has

6      been a retaliation here because I think these have

7      been adjusted downwards.

8              And what was conveyed to me by Laurie was

9      that in the matter of sexual harassment of the

10     allegations against Mr. Kushman, they were founded,

11     and in the matter of the retaliation, that they didn't

12     find them to be outside of the practices that could

13     have naturally occurred, I suppose, inside of the --

14     inside of the group and that each group varied and so

15     she gave an explanation that it was within the bounds

16     of the group to vary it.

17             And so that's why they said that no, it

18     wasn't retaliation, even though it occurred after that

19     complaint was filed.  So that's why I believed that I

20     was retaliated against as a result of that

21     investigation, which I believe was your original

22     question.

23             MS. HERMLE:  Would you mark that, please.

24  Q.     (BY MS. HERMLE) When was the next time you raised any

25     complaint about harassment, discrimination or unfair



1           an individual contributor and shifting my focus area.

2                   So there were a lot of discussions going

3           around based on we didn't know what my promotion

4           status was going to be or whether or not Mike Reavey

5           would recommend to the new director that change in

6           structure where I was an IC and we had many

7           discussions about that.

8                   So a lot of it about head of EcoStrat versus

9           not was contingent upon some of these other events

10          that were happening at the same time and all these

11          shifting, you know, shifting bits of data.

12   Q.     Did you communicate to anyone at Microsoft that you

13          were recommending Jerry Bryant take the role that he

14          took?

15   A.     We discussed -- once we found out that I was not

16          going to be promoted, that, you know, we discussed

17          whether or not it would be me or Jerry.  Jerry had

18          said he would be willing to follow me and that he

19          wouldn't contest, you know, or try and interview for

20          the role if I wanted it, because I had more experience

21          than he did, he was newly hired into the team by Mark

22          Oram the year before and he wasn't being recommended

23          for a promotion by Mark, he told me so himself, so he

24          was willing to let me lead the team if that's what I

25          wanted to do.

1           But because I had seen such a poor outcome of

2      the stack ranking process and the calibration process

3      from my direct reports, I didn't want to be party to

4      that system anymore, that was so inconsistent with the

5      merit that they -- or the merit that they showed and

6      what they earned and what they got as a result of that

7      process, I didn't want to waste a lot of my time in a

8      system that I felt was -- was broken and

9      disadvantageous, so I wanted to stay an IC.

10          And the discussions I had with him before he

11     took the job were around that we would still be --

12     that we would collaborate together and that I would

13     still be the strategic head and strategic -- head of

14     the previous area that I led as a manager but that I

15     wouldn't have the managerial burden anymore and he

16     would take that over for me, so at that point, that is

17     when I said, okay, Jerry should go ahead and have it.

18  Q.   So you did recommend that Jerry take on the job he

19     took?

20          MS. DERMODY:  Object to form.

21          THE WITNESS:  Referring to my previous

22     answer, after a lot of discussion and -- and after

23     some of the outcomes of the review process, I decided

24     that that was -- that -- I still didn't want to deal

25     with the managerial duties and participate in the

KATHERINE MOUSSOURIS  Confidential - Attorneys Eyes Only          June 10, 2016
MOUSSOURIS vs. MICROSOFT                                                           249

1        calibration system anymore, so I recommended him

2        because he was willing to take on that role and that

3        we would still -- that I'd still be the strategic head

4        of those other areas, which he then immediately

5        started taking away when he became that head of the

6        team.

7   Q.   (BY MS. HERMLE) Could you just tell me when you made

8        that recommendation, Ms. Moussouris?

9               MS. DERMODY:  Object to form.

10              THE WITNESS:  At some point after we found

11       out what our review outcomes were.  So I don't know --

12       or that we found out what our likely review outcomes

13       were.

14  Q.   (BY MS. HERMLE) The question was when?

15  A.   Sometime in the fall or the late summer, early fall,

16       I don't recall exactly.

17  Q.   The late summer or early fall of what year?

18  A.   Oh, of 2013.

19  Q.   Other than the treatment that you've already

20       described today, were there any other instances of

21       unfair or gendered treatment that you experienced at

22       Microsoft?

23              MS. DERMODY:  Object to form.

24              THE WITNESS:  The explanation given to me by

25       David Ladd when I got a 3 in -- or sorry, an -- an

```
 1   A.    Oh, yes.

 2   Q.    -- and that is what I'm trying to find out.  What

 3         years was it that this impacted you?

 4   A.    Every year that I worked for Microsoft --

 5   Q.    Okay.

 6   A.    -- gender discrimination impacted me.

 7   Q.    Did anyone at Microsoft have the same job you did?

 8   A.    Can you define the "same job"?

 9   Q.    In the last role that you had at Microsoft as a

10         senior security strategist with the duties that you

11         had.

12              MS. DERMODY:  Object to form.

13              THE WITNESS:  The duties that I had had to do

14         with programs that I was creating.  The -- if you mean

15         by "same job," we were in the same level bands, I had

16         other people in the same level bands.

17   Q.    (BY MS. HERMLE) That isn't what I mean.  I'm trying

18         to ask about your duties.  Was there anyone else at

19         Microsoft who had the same duties that you had in the

20         last position that you held?

21              MS. DERMODY:  Object to form.

22              THE WITNESS:  The company had a lot of

23         employees, so I don't know if there were other

24         employees in the company who had similar duties.

25   Q.    (BY MS. HERMLE) Did anyone have the same security
```



1      duties that you had in 2013?

2                  MS. DERMODY:  Object to form.

3                  THE WITNESS:  There were overlapping areas of

4      cross-collaboration for a lot of the -- a lot of the

5      items.  The programs that I created, you know, weren't

6      all singlehandedly run by me on a day-to-day

7      operational basis, so there were areas that I might

8      have been overall responsible for, but others had them

9      in their commitments as well.  Is that a better answer

10     or getting to the crux of your question?

11  Q.   (BY MS. HERMLE) It isn't really.  Did you convey to

12     anyone inside of Microsoft or outside of Microsoft

13     that you had a wholly unique job with duties specific

14     only to you?

15                 MS. DERMODY:  Object to form.

16                 THE WITNESS:  There were duties specific to

17     me because of programs where I was the subject matter

18     expert in those items, so, you know, would I have

19     conveyed that?  I don't -- I mean, in various forms,

20     probably I did.

21  Q.   (BY MS. HERMLE) What did you convey about the

22     uniqueness of your job at Microsoft?

23                 MS. DERMODY:  Object to form.  It assumes

24     facts not in evidence.

25                 THE WITNESS:  Well, an example would be that

1           an example of where they would have similar duties.

2    Q.      (BY MS. HERMLE) Who at Microsoft in your view in 2013

3           had the job duties that were closest to yours?

4    A.      The scope of my role was very, very large.  I don't

5           think that there were -- that there were -- I don't

6           know.  I mean -- I don't -- I guess what I'm trying to

7           say is the scope of what I was doing was very large,

8           there were uniqueness -- there were unique elements

9           because I kept creating new programs that didn't exist

10          before.  If I understand your question, you are asking

11          who was the most similar?

12   Q.      Yes.

13   A.      Well, I didn't -- I wasn't really aware of people who

14          had that large of a scope and still had to do a lot of

15          the -- a lot of the, you know, management and -- and

16          everything themselves.  They often had much more help

17          and support if they did have larger scopes.

18   Q.      Earlier you were telling me -- and this is when we

19          sort of had a disagreement about whether you were

20          answering a question or not, so I'm going back to

21          that -- you were telling me that there were men who

22          had feedback that they needed to work on something and

23          you also mentioned that there were men who had

24          feedback that they were to work on their how, who were

25          those men?