# Exhibit 6

REDACTED

Case 2:15-cv-01483-JLR   Document 497   Filed 06/01/18   Page 2 of 22

HOLLY A. MUENCHOW                                    June 22, 2016
MOUSSOURIS vs. MICROSOFT                                        1

```
 1              UNITED STATES DISTRICT COURT

 2            WESTERN DISTRICT OF WASHINGTON

 3                  SEATTLE DIVISION

 4
    _____
 5

 6  KATHERINE MOUSSOURIS, HOLLY MUENCHOW, and  )
    DANA PIERMARINI, on behalf of themselves   )
 7  and a class of those similarly situated,   )
                                               ) Case No.
 8            Plaintiffs,                       )
                                               ) 2:15-cv-01483
 9        vs.                                   ) -JLR
                                               )
10  MICROSOFT CORPORATION,                     )
                                               )
11            Defendant.                       )

12

13  _____

14

15       VIDEOTAPED DEPOSITION OF HOLLY A. MUENCHOW
                    June 22, 2016
16                Seattle, Washington

17

18

19

20

21

22

23
    Reported by:
24  David A. Hart
    CCR No. 2007
25  Job No. 277921
```



Case 2:15-cv-01483-JLR   Document 497   Filed 06/01/18   Page 3 of 22

HOLLY A. MUENCHOW                                      June 22, 2016
MOUSSOURIS vs. MICROSOFT                                         26

1  Q.  And did you or the investigator discuss retaliation in any
2      way?
3  A.  Not that I recall.
4  Q.  Did you -- did the investigator give you her phone number?
5      I'm sorry.  I don't remember if it was a man or a woman.
6  A.  Woman.
7  Q.  Woman.
8          Did she give you her phone number?
9  A.  Nope.
10 Q.  She didn't ask you to telephone her if you thought of
11     anything else?
12 A.  I don't recall if she did or not.
13 Q.  Did you take notes during the call?
14 A.  Nope.
15 Q.  Why not?
16 A.  Because it was her investigation.  I was answering her
17     questions, so I assume she did.
18 Q.  Did you come to Microsoft directly out of college, as your
19     first post-college job?
20 A.  Yes.
21 Q.  And was that in 2002?
22 A.  Yes.
23 Q.  Since you were hired at Microsoft, how many promotions have
24     you had?
25 A.  I don't know.  Let's see.  At least four.



Case 2:15-cv-01483-JLR   Document 497   Filed 06/01/18   Page 4 of 22

HOLLY A. MUENCHOW                                    June 22, 2016
MOUSSOURIS vs. MICROSOFT                                        27

1   Q.   What level were you hired at?

2   A.   One of those things I should have double-checked before

3        coming.

4             It was either 58 or 59.  I can't remember.

5   Q.   How about I suggest to you that it could have been a

6        Level 58?  Does that sound about right?

7   A.   That sounds right.  Yes.  I said 58 or 59.  It could be.

8        Yep.  There you go.

9   Q.   Were -- were you originally a software test engineer --

10  A.   That's correct.  Yeah.

11  Q.   -- in your first position?

12  A.   Yes.

13  Q.   And were you working -- I'm going to be asking you some

14       questions now about the chronology of the time at Microsoft.

15       And I do have your performance reviews handy, if that will

16       help you.  I'm not planning on asking you about them yet.  So

17       I'm hoping we can get an overall of the chronology.

18            When you first were hired at Microsoft as a software

19       test engineer, were you working in the engineering

20       organization?

21  A.   That's correct.

22  Q.   And who headed up the engineering organization when you began

23       working at Microsoft?

24  A.   From the VP level, I haven't a clue.  I can go up a couple

25       level -- oh.  No.  Maybe I can't.



Case 2:15-cv-01483-JLR   Document 497   Filed 06/01/18   Page 5 of 22

HOLLY A. MUENCHOW                                    June 22, 2016
MOUSSOURIS vs. MICROSOFT                                          28

 1          When I very first started at Microsoft.  Well, I do
 2      remember that my skip level was Kory Srock and that he
 3      prob- -- did he -- oh, man.  Back in the day.  I think he
 4      reported to Jason Zander, but I'm not positive.  That might
 5      have been a little bit later.
 6  Q.  So if Kory Srock was your skip level, who was your direct
 7      supervisor?
 8  A.  Vince Henderson.
 9  Q.  And was your salary $73,000?
10  A.  That sounds roughly right.  I don't remember the exact
11      number.
12  Q.  You have a general recollection that it --
13  A.  It was in the 70s, yeah.
14  Q.  Okay.  And did you begin working at Microsoft in September of
15      2002?
16  A.  Yes.
17  Q.  How did you come to be hired?
18  A.  A Microsoft employee came to my college and did recruiting
19      interviews, and then after that, Microsoft flew me out and
20      interviewed me on campus, and eventually I got a job offer.
21      I accepted.
22  Q.  Do you remember who the recruiter was?
23  A.  No.
24  Q.  Did you have any discussions with the recruiter about
25      Microsoft's interest in hiring women?



Case 2:15-cv-01483-JLR  Document 497  Filed 06/01/18  Page 6 of 22

HOLLY A. MUENCHOW                                    June 22, 2016
MOUSSOURIS vs. MICROSOFT                                        49

1   A.  No.  She reported to Devindra.

2   Q.  And at some point, how did Mr. Raitt move into your

3       supervisory chain?

4   A.  Devindra reported to Mr. Raitt.

5   Q.  And at the time Mr. Raitt moved into your supervisory chain,

6       what level were you?

7   A.  Okay.  Let me think.  So this was -- we just talked about the

8       promotion.

9   Q.  Let's see if I can help you.

10  A.  I think it was 61.  It was that or 62.

11  Q.  Okay.

12  A.  Whatever -- one before whatever I am right now.

13  Q.  What level are you now?

14  A.  I can't even recall.  I believe I'm Level 62 right now.  Is

15      that right?

16  Q.  No.

17  A.  I'm 63?

18  Q.  Yes.

19  A.  Okay.  Then I was 62 at the time.

20  Q.  All right.  Let me -- let me try and ask you this:  When were

21      you last promoted?

22  A.  In January or Februaryish time frame of this year.

23  Q.  Could it have been March of 2016?

24  A.  So okay.  It wasn't until March that it became official?

25      Okay.



Case 2:15-cv-01483-JLR   Document 497   Filed 06/01/18   Page 7 of 22

HOLLY A. MUENCHOW                                    June 22, 2016
MOUSSOURIS vs. MICROSOFT                                         50

1   Q.  I'm just asking.

2   A.  Okay.  I thought it was February.  But it was in March.

3   Q.  Okay.  All right.

4   A.  Yes.

5   Q.  Your last promotion was under which direct supervisor?

6   A.  Jing Sun.

7   Q.  Did you have a conversation with Mr. Raitt after you returned

8       from maternity leave and any time prior today about when

9       you'd be ready for a promotion to Level 63?

10  A.  Specifically about a -- yes.  Yes, we did.

11  Q.  And what did you and Mr. Raitt discuss about a possible

12      promotion for you to Level 63 after you returned from

13      maternity leave?

14  A.  The conversation, as I recall, was that I was being

15      considered for the promotion in the, whatever, January to

16      March time frame of 2016.

17  Q.  When did you have that discussion with him?

18  A.  It would have either been late 2015 or early -- or maybe even

19      as late as January 2016.

20  Q.  Did Mr. Raitt explain to you after you returned from

21      maternity leave what you needed to do to obtain the Level 63

22      promotion?

23  A.  I don't know that I would characterize it that way.  I

24      mean -- but -- but the -- it would -- I would have more -- I

25      would more characterize it as explained to me what I wasn't



1    expectations of my male colleagues.

2  Q. Which male colleagues were treated differently on that point?

3  A. Let's see. Early days. Who would it have been back then.

4      ████████, sure. ████ something. I can't think of his

5      last name. Oh. I guess possibly ████████. ████████.

6      ████, maybe, towards the end there. I think we overlapped.

7      And there was another guy, whose name is not coming to me

8      right now.

9                       MS. DERMODY: This sounds like it's going

10     to be going into another --

11                      MS. HERMLE: Fine. You need a break,

12     we'll take a break.

13                      MS. DERMODY: Thank you.

14                      THE VIDEOGRAPHER: One second.

15         We are going off the record. The time is 10:10 a.m.

16                      (A recess was taken.)

17

18                      THE VIDEOGRAPHER: We are going back on

19     the record. The time is 10:28 a.m.

20  Q. (By Ms. Hermle) Ms. Muenchow, have you given a deposition

21     before?

22  A. No.

23  Q. As we go through the day, you're going to continue to be

24     testifying under oath and under penalty of perjury. Do you

25     understand that?

Case 2:15-cv-01483-JLR   Document 497   Filed 06/01/18   Page 9 of 22

HOLLY A. MUENCHOW                                        June 22, 2016
MOUSSOURIS vs. MICROSOFT                                            66

1    criticized for the how in your reviews because of your

2    gender; is that correct?

3  A.  I'm not sure that the criticism I received was relating to --

4    quote, to the how that Microsoft was supposedly evaluating.

5  Q.  If I understand your answer, you believe that you've been

6    subjected to unfair, gendered criticism in ways other than

7    analysis of the how?  Is that correct?

8  A.  I couldn't say whether or not those criticisms were

9    specifically the analysis of the how or not.  They weren't

10    necessarily grouped.

11 Q.  When you say that the question of criticism is -- because of

12    your gender -- is nuanced, what do you mean?

13 A.  That it can be challenge -- that -- okay.  So I guess what I

14    mean is that it's not that I receive criticism that my male

15    colleagues don't.  I think it's more to the degree in which I

16    receive it.

17          So certainly there are times that, say, for example,

18    male colleagues have received criticism that they're too

19    assertive, but they receive that for behavior that's way out

20    of proportion to the kind of behavior that I exhibit that

21    then I receive the criticism for being too assertive, whereas

22    I see male colleagues doing the same behavior I do, of

23    assertiveness, and getting promoted and/or positive feedback

24    for that.

25 Q.  And who are you referring to?



Case 2:15-cv-01483-JLR   Document 497   Filed 06/01/18   Page 10 of 22

HOLLY A. MUENCHOW                                    June 22, 2016
MOUSSOURIS vs. MICROSOFT                                       67

 1  A.  ███████████.
 2  Q.  And what was his conduct that was significantly more
 3      assertive than yours?
 4  A.  Also ████████████.
 5          But let's see.  The interrupting people, standing up
 6      for sort of passionate -- in standing up for belief about
 7      both the best way to -- sort of the best way to do things and
 8      the important technical topics.
 9  Q.  And who is the supervisor he was reporting to when he got the
10      promotion you're referring to that was faster than your
11      promotion?
12  A.  I don't know that ████████████ had a faster promotion than I
13      did.
14  Q.  So are you telling me that his progression at Microsoft has
15      been faster or higher or stronger than yours in some way?
16  A.  I don't know the specifics of his progression at Microsoft.
17      My perception is that despite being at a higher level at
18      times, he was -- no.  He was -- yeah.  He was -- what am I
19      trying to say?  His behavior was at a lower level, I guess I
20      would say, and yet he was still given positive feedback to
21      continue that and not called on it.
22  Q.  How do you know he was given positive feedback?
23  A.  I don't know.  That was my perception.
24  Q.  Based on what?
25  A.  His career path, that he -- his manager at the time asked him



Case 2:15-cv-01483-JLR   Document 497   Filed 06/01/18   Page 11 of 22

HOLLY A. MUENCHOW                                    June 22, 2016
MOUSSOURIS vs. MICROSOFT                                       82

1   Q.   (By Ms. Hermle)   When did you first see this, Exhibit 2?

2   A.   In its fully printed form?  I believe after I returned from

3        maternity leave.

4   Q.   Is this the Connect that Mr. Reppart gave you after you

5        returned from maternity leave?

6   A.   To my best recollection, it looks like it, yes.

7   Q.   So is this the one that you would have been discussing with

8        him in the meeting you've been telling me about in which he

9        used the gender terms "cheerleader" and the word like

10       "aggressive"?

11  A.   Almost.  He didn't use the word "cheerleader" in that

12       specific meeting.  But yes.

13  Q.   You list here on the fourth page of this that you had many

14       personal distractions that hurt your ability to focus on work

15       and you don't feel like you delivered as high quality or

16       complete of work as -- as you -- you did, you say.  Do you

17       see where I'm referring to?  I'm on Page 4.

18  A.   Yes, I see that section.

19  Q.   What were you referring to in terms of the personal

20       distractions?

21  A.   Pregnancy.

22  Q.   Under "Going Forward" on Page 5, you talk about expecting to

23       be on leave for most of the coming period.  Was this review

24       discussed with you before your leave?

25  A.   No.  I submitted it prior to my leave, but we never discussed



Case 2:15-cv-01483-JLR   Document 497   Filed 06/01/18   Page 12 of 22

HOLLY A. MUENCHOW                                    June 22, 2016
MOUSSOURIS vs. MICROSOFT                                          85

1      communications, before Mr. Reppart?

2   A.  Yes.

3   Q.  How many supervisors had given you that type of criticism?

4   A.  I can't remember specifically which ones.  I remember at

5       least one instance of it.

6   Q.  Do you remember that it was more than one supervisor who

7       provided that type of input?

8                    MS. DERMODY:  Object to form.

9                    THE WITNESS:  "More than one."  Let's

10      see.  Not the "going dark" piece.  I don't recall that that

11      was more than one.  I do recall another supervisor giving me

12      different feedback that -- that if you were to sort of

13      categorize, that broadly might fit in a similar category.

14  Q.  (By Ms. Hermle)  And who were those two supervisors?

15  A.  I don't remember where I read the "going dark" one, but it

16      would have been in, like, roughly 2006, give or take a couple

17      years.  And -- well, maybe before that.  And then I recall

18      another piece of feedback that was -- that wasn't the same.

19      Uh -- yeah.

20  Q.  From who?

21  A.  From Darla Hershberger.

22  Q.  So if we could look at this paragraph that you've described

23      as unfair.  You said the entire paragraph is unfair.  The

24      first sentence says, "Another thing you can work on to

25      increase your business impact is learning to choose your



Case 2:15-cv-01483-JLR   Document 497   Filed 06/01/18   Page 13 of 22

HOLLY A. MUENCHOW                                      June 22, 2016
MOUSSOURIS vs. MICROSOFT                                         86

1    battles."  Is that sentence unfair to you?

2  A.  Yeah.  I think so.

3  Q.  Why?

4  A.  Because I think that men are expected to battle and do it --

5      at Microsoft, and do it all the time, and that women are told

6      not to.

7  Q.  And what facts are you aware of that suggest that's true?

8  A.  Conversations with other women at Microsoft.

9  Q.  Anything other than that?

10  A.  The regard and/or promotion velocity I see of male colleagues

11      who are notorious for being battle-like, let's just say.

12  Q.  And who are you referring to?

13  A.  ██████████ comes to mind.  ████████████.  Let's see.  Who

14      else.  ████████████.  I'm sure there are others that are

15      not coming to me right now.

16  Q.  The second sentence of this paragraph says, "Anyone who's

17      worked with you knows that you're smart and tenacious and

18      will fight for what's right."  Is that sentence unfair to

19      you?

20  A.  Yeah.

21  Q.  Why?

22  A.  Because I don't fight for what's right.  I mean, I don't

23      think of it as fighting.

24  Q.  What are you thinking of it as?

25  A.  Defending, which is not -- "fight" implies an -- a offensive



Case 2:15-cv-01483-JLR   Document 497   Filed 06/01/18   Page 14 of 22

HOLLY A. MUENCHOW                                    June 22, 2016
MOUSSOURIS vs. MICROSOFT                                        87

1   stance.

2   Q.  The next sentence says, "Those are positive qualities however

3       many folks who work with you see you pushing too far instead

4       of effectively compromising."  And why is that sentence

5       unfair to you?

6   A.  Because when I see my male colleagues pushing farther than

7       that and that they are not considered pushing too far,

8       farther than what I do.

9   Q.  The last sentence of this says, "One aspect of the skill of

10      influence is to letting others" -- I'm sorry.  "One aspect of

11      the skill of influence is letting others win some battles

12      while simultaneously guiding them in the direction that you

13      desire."  Do you agree with that sentence?

14                      MS. DERMODY:  Object to form.

15                      THE WITNESS:  Not exactly.

16  Q.  (By Ms. Hermle)  Why not?

17  A.  It's the characterization of "battles."  Like, I don't think

18      that that's -- and if they had -- if they had used a

19      different word, maybe I would have -- I would agree with the

20      gist of it.  I don't think that it's a fight that someone is

21      winning or losing.

22  Q.  What word other than "battles" would have been appropriate,

23      in your view?

24                      MS. DERMODY:  Object to form.

25                      THE WITNESS:  Maybe "believe that they



Case 2:15-cv-01483-JLR   Document 497   Filed 06/01/18   Page 15 of 22

HOLLY A. MUENCHOW                                              June 22, 2016
MOUSSOURIS vs. MICROSOFT                                                113

1   Q.  Greatly appreciate it.

2   A.  Communicate out expectations to all the test teams in terms

3       of what the product release schedule was so that they could

4       plan testing appropriately.  For Visual Studio team, I should

5       say.  That was the product.

6           As well as mentor ████, improve infrastructure to track

7       sort of critical-release tasks, and then facilitate the sort

8       of Tenet -- sort of lead the leaders.  There was a set of

9       people who were responsible for each of the various Tenet

10      communities, and I was responsible for sort of leading the

11      guidance of those people about what to do.

12  Q.  In your mind, what percentage of your duties were

13      communication duties?

14                      MS. DERMODY:  Object to form.

15  Q.  (By Ms. Hermle)  Do you understand my question?

16  A.  I -- I -- I'm -- I -- I think the -- the part that I find

17      confusing about your question is that communication is part

18      of all types of work.  And so, like, it -- it sort of

19      constantly plays a role, even in coding.  And so --

20  Q.  Let me change it, then.

21  A.  Yeah.

22  Q.  When you said that your duties included communicate out

23      expectations to all the test teams in terms of what the

24      product release schedule would be, was that a major duty for

25      you?



1   A.  It was a critical one in terms of business importance.  In

2       terms of time spent on it, I would not say it was the

3       majority of my time.

4   Q.  Why was it critical?

5   A.  In order for us to meet our release dates and quality goals,

6       the test teams needed that information.

7                       MS. HERMLE:  Okay.  Can we take lunch?

8                       MS. DERMODY:  Sure.

9                       THE VIDEOGRAPHER:  Okay.  We are going

10      off the record.  The time is 12:12 p.m.

11                          (A lunch recess was taken.)

12

13                          (Exhibit 4, Exhibit 5, Exhibit 6,

14                           Exhibit 7, Exhibit 8, Exhibit 9,

15                           Exhibit 10 were marked for

16                           identification.)

17

18                       THE VIDEOGRAPHER:  We are going back on

19      the record.  The time is 1:07 p.m.

20                       MS. DERMODY:  And, Lynne, before you

21      start, I wanted to observe that this morning there were a

22      couple of lines of questioning where I believe Ms. Muenchow

23      was giving an answer and you were soliciting feedback in the

24      middle of the answer and you -- that you didn't complete the

25      whole list, I think in the complaints and promotions.  Maybe

Case 2:15-cv-01483-JLR   Document 497   Filed 06/01/18   Page 17 of 22

HOLLY A. MUENCHOW                                    June 22, 2016
MOUSSOURIS vs. MICROSOFT                                         118

1    other groups?

2  A.  Yes.

3  Q.  And what other groups?

4  A.  My job is essentially to work with every single group across

5      Microsoft.

6  Q.  Is it --

7  A.  Engineering groups, I should say.

8  Q.  Is it important, in your view, that you establish cooperative

9      working relationships with those other groups in engineering?

10                    MS. DERMODY:  Object to form.

11                    THE WITNESS:  It's important to me that

12     the working relationships are positive and that they're sort

13     of win-win, so to say.

14 Q.  (By Ms. Hermle)  Why is it important to you that the working

15     relationships are positive?

16 A.  Because -- there's a couple of reasons.  The first one is

17     that it makes a more pleasant working environment, I think,

18     for everybody, including myself.  The other one is because of

19     negative feedback I received in the past when working

20     environments weren't cooperative or positive, whatever.

21     Let's see.  Also, that's my interpretation of the "One

22     Microsoft" culture, that it implies that that's how we should

23     be working together.

24 Q.  When did you first hear about the One Microsoft culture?

25 A.  Shortly after Satya became CEO.



Case 2:15-cv-01483-JLR   Document 497   Filed 06/01/18   Page 18 of 22

HOLLY A. MUENCHOW                                    June 22, 2016
MOUSSOURIS vs. MICROSOFT                                        151

 1   A.  Alternative work arrangements.  I think in general -- the

 2       general policy at Microsoft is to enable flexible working

 3       situations, which means sort of working on your own time in

 4       your own place, which means that a lot of coworkers,

 5       including myself, have at times taken advantage of working

 6       from home and -- and working on weekends instead of during

 7       the week as -- as -- occasionally, when that's needed.

 8   Q.  When you graduated from Wellesley, was it still an

 9       all-women's college?

10   A.  Yes.

11   Q.  And so when Microsoft was visiting the campus, all of the

12       students graduating would have been women?

13   A.  All of the students who were getting a diploma from

14       Wellesley -- wait.  Well, undergraduate -- all the students

15       in my graduating class were women.  That's definitely true.

16   Q.  Were there any other women in your graduating class who were

17       hired at Microsoft at the same time you were?

18   A.  I am not aware of any that were hired at exactly the same

19       time.  I do know that women in my graduating class have

20       joined Microsoft since then.

21   Q.  And who are you referring to?

22   A.  ████  -- either her maiden name or her married name is ██.

23       ████████.  And I'm not sure which one it is.

24   Q.  Could you please look at Exhibit 12.  My question for you is

25       going to be is this your annual performance review for fiscal



Case 2:15-cv-01483-JLR   Document 497   Filed 06/01/18   Page 19 of 22

HOLLY A. MUENCHOW                                    June 22, 2016
MOUSSOURIS vs. MICROSOFT                                      166

1    A.  My perception is that my male colleagues don't like to be

2        criticized or called wrong and are overly sensitive when a

3        woman does that and -- to a degree that they aren't for men

4        when men call them, challenge their correctness.  And so the

5        fact that it's negatively reflected in my feedback is

6        gendered and unfair.

7    Q.  Can you tell me any of the reviews in which those comments

8        about your communication style or collaboration actually

9        impacted your overall rating?

10   A.  My perception is that all my review feedback impact my

11       ratings.

12   Q.  Can you point me to any reviews in which it adjusted your

13       rating lower than what it would otherwise have been?

14                       MS. DERMODY:  Objection.  Asked and

15       answered.

16                       THE WITNESS:  I don't have specific

17       visibility into which pieces of what performance review

18       affect the overall rating.  But since -- since -- in -- in

19       multiple reviews, it's the main -- it's one of the main

20       points that's called out as a negative.  So my perception is

21       that I would have gotten the highest score without that being

22       called out at times.

23   Q.  (By Ms. Hermle)  And when you say "the highest score," what

24       type of score are you referring to?

25   A.  Whatever was considered the best score at the time of the



Case 2:15-cv-01483-JLR   Document 497   Filed 06/01/18   Page 20 of 22

HOLLY A. MUENCHOW                                      June 22, 2016
MOUSSOURIS vs. MICROSOFT                                          203

 1        period.  And I'm not seeing any gendered feedback in here.
 2   Q.   Okay.  Would you look at Exhibit 22, please.  And I'm going
 3        to have the same questions for you once you've had a chance
 4        to review it.
 5   A.   And I'm guessing you want to ask the fact that it seems to
 6        span the period of -- of February 2015 through June 2015.
 7   Q.   Yes.  Once you've had a chance to look at it --
 8   A.   Okay.
 9   Q.   -- does it span that period.  I'm going to ask you who gave
10        it to you, and I'm going to ask you whether there are any
11        gendered comments.
12             And while you're looking at it, I'm going to run
13        quickly out of the room while you're doing that.  I should be
14        right back.
15                                  (Exhibit 24, Exhibit 25,
16                                   Exhibit 26, Exhibit 27
17                                   marked for identification.)
18
19                       THE REPORTER:  Exhibits 24 through 27.
20                       THE WITNESS:  Would you like me to
21        answer -- start answering your question?
22   Q.   (By Ms. Hermle)  Yes.
23   A.   I -- you might want to rephrase it so I can -- once I -- let
24        me -- I -- the piece about which pieces are gendered
25        feedback, I found an example --



Case 2:15-cv-01483-JLR   Document 497   Filed 06/01/18   Page 21 of 22

HOLLY A. MUENCHOW                                    June 22, 2016
MOUSSOURIS vs. MICROSOFT                                      204

1   Q.  All right.

2   A.  -- on -- on Page 4.

3   Q.  Before you give me that, let -- let me break the question

4       down.

5   A.  Okay.

6   Q.  I don't think it's really fair as I left it.

7           You recognize this as your Connect for the period of

8       February through June of 2015?

9   A.  Yes.

10  Q.  And who gave you this Connect?

11  A.  I was kind of confused by that, but there's a comment here

12      that at least Heather was one of the people contributing to

13      it.

14  Q.  Did anyone other than Heather discuss it with you?

15  A.  I am not sure if I discussed it with Jing or not.  I don't

16      recall exactly when she started.

17  Q.  Okay.  Starting on Page 4 of 7, it says "From the acting

18      manager Heather while ▆▆▆▆▆ is on leave."  Was there a

19      period of time in which Heather was your acting manager while

20      ▆▆▆▆▆ was on leave?

21  A.  I guess so.  I felt like it was more nebulous than that.

22      I -- yeah.

23  Q.  Do you remember ▆▆▆▆▆ being on leave for --

24  A.  Yeah.

25  Q.  -- some period of time?



Case 2:15-cv-01483-JLR   Document 497   Filed 06/01/18   Page 22 of 22

HOLLY A. MUENCHOW                                                    June 22, 2016
MOUSSOURIS vs. MICROSOFT                                                          205

1   A.   ██████ was definitely on leave.

2   Q.   For what purpose?

3   A.   A ████████████.

4   Q.   Now, I think you were telling me that there were gender

5        comments in Exhibit 22.  Is that correct?

6   A.   Yes.

7   Q.   And what are they?

8   A.   The first one is, focus on building the right relationships.

9        That was -- yeah.

10  Q.   What page are you on, Ms. Muenchow?

11  A.   Page 4, the second-to-the-bottom paragraph, the last

12       sentence.

13  Q.   And what was gendered about that?

14  A.   An expectation that -- again, I just feel like it was a

15       different bar that's being applied to women versus men in

16       terms of relationships and perception around -- what's the

17       word I'm looking for -- being nice, I guess.

18  Q.   What about this input leads you to that conclusion?

19  A.   When I see -- when I've heard my managers in the past,

20       probably including Heather, talk about ways to accomplish

21       tasks and get work done, I rarely hear them -- I -- I don't

22       nearly as frequently hear them say -- advise men that the way

23       to accomplish that work is to build relationships as I do

24       hear them advise women to say that -- to -- to approach the

25       work in that way.

