The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KATHERINE MOUSSOURIS, HOLLY MUENCHOW, and DANA PIERMARINI, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 2:15-cv-01483-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER TO SEAL ORDER DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (DKT. NO. 504)** |

STIPULATION AND [PROPOSED] ORDER TO
SEAL ORDER DENYING CLASS
CERTIFICATION
Case No. 2:15-CV-01483-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

On June 25, 2018, this Court issued an Order Denying Plaintiffs' Motion for Class Certification ("Order"). Dkt. No. 504. The Court directed the Clerk to provisionally file this Order under seal and ordered the parties to meet and confer regarding the need for redaction. *Id.* at 68. The Court further ordered the parties to jointly file a statement within ten days of the date of the Order to indicate any need for redaction. *Id.*

## STIPULATION

Pursuant to the Court's Order, Plaintiffs Katherine Moussouris, Holly Muenchow, and Dana Piermarini, and Defendant Microsoft Corporation, by and through their respective counsel, stipulate and agree as follows:

The bulk of this Court's Order may be filed publicly. The lone exception concerns discrete portions that reveal certain information regarding ongoing OFCCP proceedings. *See* Dkt. No. 504 at 14:2-7, 14 at n.3, and 31 at n.9. As Microsoft explained in its sealing submissions, this material—concerning ongoing communications and conciliation efforts with a government agency—should remain confidential. Dkt. Nos. 269 at 8:8-9:15; 280 at 2:11-4:2; 358 at 6:10-7:3; and 452 at 5:1-7. The Special Master agreed with Microsoft's position and granted Microsoft's requests to seal information regarding OFCCP proceedings; in turn, this Court adopted the Special Master's Reports and Recommendations. Dkt. Nos. 351 at 20:3-21:7, 27:5-9, 29:9-14, and 35:21-27; 369; 463 at 6:18-22 and 9:5-8; 490. In accordance with these rulings, OFCCP-related references in the parties' filings to date have been redacted, *see e.g.,* Dkt. No. 381 at i:1-12, 8:4, 10:15-11:6, 11:12-13:2; 476 at 24:8-9, 24:11-13, and the parties agree that those portions of the Court's class certification order should likewise be redacted. For the Court's convenience, a copy of the order with the relevant redactions is attached as Exhibit A.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

STIPULATION AND [PROPOSED] ORDER TO SEAL ORDER DENYING CLASS CERTIFICATION
Case No. 2:15-CV-01483-JLR

- 1 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

Dated: July 5, 2018

By: *s/Michael Subit*
    *s/Kelly M. Dermody*
    *s/Anne B. Shaver*
    *s/Michael Levin-Gesundheit*
    *s/Tiseme Zegeye*
    *s/Sharon M. Lee*
    *s/Rachel J. Geman*
    *s/Adam T. Klein*
    *s/Ossai Miazad*
    *s/Michael Danna*

Michael Subit (Wash. Bar No. 29189)
FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: (202) 682-6711
Facsimile: (202) 682-0401
E-Mail: msubit@frankfreed.com

Kelly M. Dermody (admitted *pro hac vice*)
Anne B. Shaver (admitted *pro hac vice*)
Michael Levin-Gesundheit (admitted *pro hac vice*)
Tiseme Zegeye (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: ashaver@lchb.com
E-Mail: mlevin@lchb.com
E-Mail: tzegeye@lchb.com

Sharon M. Lee (Wash. Bar No. 37170)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121
Telephone: (206) 739-9059
Facsimile: (415) 956-1008
E-Mail: slee@lchb.com

Rachel J. Geman (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th floor
New York, NY 10013-1413
Telephone: (202) 355-9500
Facsimile: (202) 355-9592
E-Mail: rgeman@lchb.com

Adam T. Klein (admitted *pro hac vice*)
Ossai Miazad (admitted *pro hac vice*)
Michael Danna (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP

STIPULATION AND [PROPOSED] ORDER TO SEAL ORDER DENYING CLASS CERTIFICATION
Case No. 2:15-CV-01483-JLR

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

| | |
|---|---|
| 1 | 3 Park Avenue, 29th Floor |
| | New York, NY 10016 |
| 2 | Telephone: (212) 245-1000 |
| | Facsimile: (212) 977-4005 |
| 3 | E-Mail: ATK@outtengolden.com |
| | E-Mail: OM@outtengolden.com |
| 4 | E-Mail: mdanna@outtengolden.com |
| 5 | *Attorneys for Plaintiffs and the proposed Class* |
| 6 | Dated: July 5, 2018    ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 7 | |
| 8 | By: *s/Mark S. Parris* |
| | *s/Lynne Hermle* |
| | *s/Jessica R. Perry* |
| 9 | Mark S. Parris (WSBA No. 13870) |
| | mparris@orrick.com |
| 10 | |
| 11 | 701 Fifth Avenue |
| | Suite 5600 |
| 12 | Seattle, Washington 98104 |
| | Telephone: +1-206-839-4300 |
| 13 | Facsimile: +1-206-839-4301 |
| 14 | Lynne C. Hermle (admitted *pro hac vice*) |
| | lchermle@orrick.com |
| 15 | Jessica R. Perry (admitted *pro hac vice*) |
| 16 | jperry@orrick.com |
| 17 | 1000 Marsh Road |
| | Menlo Park, California 94025 |
| | Telephone: 650-614-7400 |
| 18 | Facsimile: 650-614-7401 |
| 19 | *Attorneys for Defendant* |
| 20 | Dated: July 5, 2018    MICROSOFT CORPORATION |
| 21 | |
| 22 | By: *s/David Howard* |
| | David Howard (WSBA No. 45211) |
| 23 | Corporate Vice President and Deputy General |
| | Counsel, Litigation |
| 24 | dhoward@microsoft.com |
| 25 | 1 Microsoft Way |
| | Redmond, Washington 98052 |
| 26 | Telephone: +1-425-704-8685 |
| 27 | |
| 28 | |

STIPULATION AND [PROPOSED] ORDER TO SEAL ORDER DENYING CLASS CERTIFICATION
Case No. 2:15-CV-01483-JLR

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

DATED: July 5, 2018    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *s/Mark S. Parris*
Mark S. Parris (WSBA No. 13870)
mparris@orrick.com

701 Fifth Avenue, Suite 5600
Seattle, WA 98104-7097
Telephone: 206-839-4300
Facsimile: 206-839-4301

STIPULATION AND [PROPOSED] ORDER TO SEAL ORDER DENYING CLASS CERTIFICATION
Case No. 2:15-CV-01483-JLR

- 4 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KATHERINE MOUSSOURIS, HOLLY MUENCHOW, and DANA PIERMARINI, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 2:15-cv-01483-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO SEAL ORDER DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (DKT. NO. 504) |

[~~PROPOSED~~] ORDER GRANTING STIPULATION TO SEAL ORDER DENYING CLASS CERTIFICATION
Case No. 2:15-CV-01483-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

1     This matter comes before the Court on the parties' Stipulation to Seal Order Denying Plaintiffs' Class Certification (Dkt. No. ~~504~~ 506) ("Stipulation"). Having considered the stipulation and all other matters properly before the Court, and compelling reasons appearing therefore, the Court rules as follows:

**IT IS HEREBY ORDERED THAT** the parties' Stipulation is **GRANTED** (Dkt. #506). The Order Denying Plaintiffs' Class Certification (Dkt. No. 504) shall remain sealed at page 14 lines 2-7, page 14 at footnote 3, and page 31 at footnote 9.

**IT IS SO ORDERED.**

DATED this 6th day of July, 2018.

_____
The Honorable James L. Robart
UNITED STATES DISTRICT COURT JUDGE

[~~PROPOSED~~] ORDER GRANTING
STIPULATION TO SEAL ORDER DENYING
CLASS CERTIFICATION
Case No. 2:15-CV-01483-JLR

- 1 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

...
a

Dated: July 5, 2018

By: *s/Michael Subit*
    *s/Kelly M. Dermody*
    *s/Anne B. Shaver*
    *s/Michael Levin-Gesundheit*
    *s/Tiseme Zegeye*
    *s/Sharon M. Lee*
    *s/Rachel J. Geman*
    *s/Adam T. Klein*
    *s/Ossai Miazad*
    *s/Michael Danna*

Michael Subit (Wash. Bar No. 29189)
FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: (202) 682-6711
Facsimile: (202) 682-0401
E-Mail: msubit@frankfreed.com

Kelly M. Dermody (admitted *pro hac vice*)
Anne B. Shaver (admitted *pro hac vice*)
Michael Levin-Gesundheit (admitted *pro hac vice*)
Tiseme Zegeye (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: ashaver@lchb.com
E-Mail: mlevin@lchb.com
E-Mail: tzegeye@lchb.com

Sharon M. Lee (Wash. Bar No. 37170)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121
Telephone: (206) 739-9059
Facsimile: (415) 956-1008
E-Mail: slee@lchb.com

Rachel J. Geman (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th floor
New York, NY 10013-1413
Telephone: (202) 355-9500
Facsimile: (202) 355-9592
E-Mail: rgeman@lchb.com

Adam T. Klein (admitted *pro hac vice*)
Ossai Miazad (admitted *pro hac vice*)
Michael Danna (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP

[PROPOSED] ORDER GRANTING
STIPULATION TO SEAL ORDER DENYING
CLASS CERTIFICATION
Case No. 2:15-CV-01483-JLR

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

| | |
|---|---|
| 1 | 3 Park Avenue, 29th Floor |
| | New York, NY 10016 |
| 2 | Telephone: (212) 245-1000 |
| | Facsimile: (212) 977-4005 |
| 3 | E-Mail: ATK@outtengolden.com |
| | E-Mail: OM@outtengolden.com |
| 4 | E-Mail: mdanna@outtengolden.com |

*Attorneys for Plaintiffs and the proposed Class*

Dated: July 5, 2018    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *s/Mark S. Parris*
    *s/Lynne Hermle*
    *s/Jessica R. Perry*
Mark S. Parris (WSBA No. 13870)
mparris@orrick.com

701 Fifth Avenue
Suite 5600
Seattle, Washington 98104
Telephone: +1-206-839-4300
Facsimile: +1-206-839-4301

Lynne C. Hermle (admitted *pro hac vice*)
lchermle@orrick.com

Jessica R. Perry (admitted *pro hac vice*)
jperry@orrick.com

1000 Marsh Road
Menlo Park, California 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

*Attorneys for Defendant*

Dated: July 5, 2018    MICROSOFT CORPORATION

By: *s/David Howard*
David Howard (WSBA No. 45211)
Corporate Vice President and Deputy General
Counsel, Litigation
dhoward@microsoft.com

1 Microsoft Way
Redmond, Washington 98052
Telephone: +1-425-704-8685

[PROPOSED] ORDER GRANTING
STIPULATION TO SEAL ORDER DENYING    - 3 -    ORRICK, HERRINGTON & SUTCLIFFE LLP
CLASS CERTIFICATION    701 Fifth Avenue, Suite 5600
Case No. 2:15-CV-01483-JLR    Seattle, Washington 98104-7097
    +1-206-839-4300

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

DATED: July 5, 2018                ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *s/Mark S. Parris*
Mark S. Parris (WSBA No. 13870)
mparris@orrick.com

701 Fifth Avenue, Suite 5600
Seattle, WA  98104-7097
Telephone:  206-839-4300
Facsimile:   206-839-4301

[PROPOSED] ORDER GRANTING
STIPULATION TO SEAL ORDER DENYING
CLASS CERTIFICATION
Case No. 2:15-CV-01483-JLR

- 4 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1-206-839-4300