1    The Honorable James L. Robart

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        WESTERN DISTRICT OF WASHINGTON

10                                  AT SEATTLE

11   KATHERINE MOUSSOURIS, HOLLY
     MUENCHOW, and DANA PIERMARINI, on       Case No. 2:15-cv-01483-JLR
12   behalf of themselves and a class of those
     similarly situated,                     **STIPULATION AND [PROPOSED]
13                                            ORDER TO SEAL ORDER
                      Plaintiffs,            GRANTING IN PART AND DENYING
14                                            IN PART DEFENDANT'S MOTION
            v.                                FOR SUMMARY JUDGMENT (DKT.
15                                            NO. 510)**
     MICROSOFT CORPORATION,
16
                      Defendant.
17

18

19

20

21

22

23

24

25

26

27

28   STIPULATION AND [PROPOSED] ORDER TO           ORRICK, HERRINGTON & SUTCLIFFE LLP
     SEAL ORDER GRANTING IN PART AND                      701 Fifth Avenue, Suite 5600
     DENYING IN PART DEFENDANT'S MSJ                     Seattle, Washington  98104-7097
     Case No. 2:15-CV-01483-JLR                               +1-206-839-4300

1   On July 11, 2018, this Court issued an Order Granting in Part and Denying in Part

2   Defendant's Motion for Summary Judgment ("Order").  Dkt. No. 510.  The Court directed the

3   Clerk to provisionally file this Order under seal and ordered the parties to meet and confer

4   regarding the need for redaction.  *Id.*  The Court further ordered the parties to jointly file a

5   statement within ten days of the date of the Order to indicate any need for redaction.  *Id.*

6   <center>**STIPULATION**</center>

7   Pursuant to the Court's Order, Plaintiffs Katherine Moussouris, Holly Muenchow, and

8   Dana Piermarini, and Defendant Microsoft Corporation, by and through their respective

9   counsel, stipulate and agree as follows:

10   **Identifying Information of Comparators**

11   Portions of the Order reveal identifying information of non-party comparators.  Dkt.

12   No. 510 at 6:3, 8:17-18, 8:21-22, 9:2, 9:5, 9:7, 9:9-11, 13:14-15, 13:17, 13:19-20, 14:2-3,

13   14:5-8, 17:1-4, 19:15-18, 19:20-22, 20:1-2, 32:17, 32:20-22, 33:2-3, 33:5, 33:7-8, 33:10,

14   33:12, 33:17-18, 33:20-22, and 34:2.  Microsoft previously offered multiple bases for sealing

15   non-party identifying information.  Dkt. Nos. 269 at 5-7; 283 at 7; 358 at 6:10-7:3; and 452 at

16   2-3 (incorporated herein by reference).  The Special Master granted Microsoft's requests to

17   seal certain identifying information of non-parties, including comparators, and the Court

18   adopted each of the Special Master's Reports and Recommendations.  Dkt. Nos. 351 at 13, 16,

19   26-38, 44, and 48 (Report and Recommendation); 369 (Order adopting Report and

20   Recommendation); 462 at 13:12-15; *id.* at 14-16, 18-19, 24, 26-32, 34, and 35; 468 at 5

21   (Supplemental Report and Recommendation); 469 (Order adopting Report and

22   Recommendation); 470 (Order adopting Supplemental Report and Recommendation).  In

23   accordance with these rulings, certain identifying information of third party comparators has

24   been redacted, and the parties agree the portions of the Court's Order identified above should

25   be redacted.  These proposed redactions are reflected in the attached copy of the Order.

26

27

28

STIPULATION AND [PROPOSED] ORDER TO
SEAL ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANT'S MSJ
Case No. 2:15-CV-01483-JLR

- 1 -

Orrick, Herrington & Sutcliffe LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1-206-839-4300

**Diversity and Inclusion Strategy**

A portion of the Order quotes a document that was previously sealed by this Court because it sets out Microsoft's internal reactions to comments about its diversity and inclusion strategy. Dkt. No. 510 at 49:19-20. Specifically, the Order quotes MSFT_278390, a PowerPoint entitled FY 15 D&I Core Priorities and Action Plan. *Id.*; MSFT_278390 at 8. Microsoft previously provided bases for sealing information concerning diversity and inclusion strategy. Dkt. No. 269 at 9-12 (incorporated herein by reference). The Special Master's February 16, 2018 Report and Recommendation on Motions to Seal granted Microsoft's request to seal MSFT_278390 and the Court adopted her Report and Recommendation. *See* Dkt. Nos. 351 at 29 (Report and Recommendation); 391 (Order adopting Report and Recommendation). For these same reasons, the parties agree that the Court should seal the information regarding internal reactions to comments about Microsoft's diversity and inclusion strategy as set out in the accompanying copy of the Order.

**OFCCP Proceedings**

A portion of the Order reveals details regarding ongoing OFCCP proceedings that are not known to the public. Dkt. No. 510 at 49:22 and 50:1. Microsoft previously offered multiple bases for sealing OFCCP-related information. Dkt. Nos. 269 at 8:8-9:15; 280 at 2:11-4:2; 358 at 6:10-7:3; and 452 at 5:1-7 (incorporated herein by reference). The Special Master granted Microsoft's requests to seal information regarding ongoing OFCCP proceedings and the Court adopted each of her Reports and Recommendations. Dkt. Nos. 351 at 20:3-21:7, 27:5-9, 29:9-14, and 35:21-27; 369; 463 at 6:18-22 and 9:5-8; 490. To date, materials submitted to the Court that include details regarding the OFCCP proceedings unknown to the public have been submitted under seal in accordance with these rulings. For these reasons, the parties agree that the Court should seal the information regarding ongoing OFCCP proceedings as set out in the accompanying copy of the Order.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

STIPULATION AND [PROPOSED] ORDER TO
SEAL ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANT'S MSJ
Case No. 2:15-CV-01483-JLR

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

1 | Dated: July 23, 2018

2

By:  */s/ Michael Subit*

3 | Michael Subit (Wash. Bar No. 29189
FRANK FREED SUBIT & THOMAS LLP

4 | 705 Second Avenue, Suite 1200
Seattle, WA  98104

5 | Telephone:  (202) 682-6711
Facsimile:   (202) 682-0401

6 | E-Mail:  msubit@frankfreed.com

7 | Kelly M. Dermody (admitted *pro hac vice*)
Anne B. Shaver (admitted *pro hac vice*)

8 | Michael Levin-Gesundheit (admitted *pro hac vice*)
Tiseme Zegeye (admitted *pro hac vice*)

9 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor

10 | San Francisco, CA  94111-3339
Telephone:  (415) 956-1000

11 | Facsimile:   (415) 956-1008
E-Mail:  kdermody@lchb.com

12 | E-Mail:  ashaver@lchb.com
E-Mail:  mlevin@lchb.com

13 | E-Mail:  tzegeye@lchb.com

14 | Sharon M. Lee (Wash. Bar No. 37170)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

15 | 2101 Fourth Avenue, Suite 1900
Seattle, WA  98121

16 | Telephone:  (206) 739-9059
Facsimile:   (415) 956-1008

17 | E-Mail:  slee@lchb.com

18 | Rachel J. Geman (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

19 | 250 Hudson Street, 8th floor
New York, NY  10013-1413

20 | Telephone:  (202) 355-9500
Facsimile:   (202) 355-9592

21 | E-Mail:  rgeman@lchb.com

22 | Adam T. Klein (admitted *pro hac vice*)
Ossai Miazad (admitted *pro hac vice*)

23 | Michael Danna (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP

24 | 3 Park Avenue, 29th Floor
New York, NY  10016

25 | Telephone:  (212) 245-1000
Facsimile:   (212) 977-4005

26 | E-Mail:  ATK@outtengolden.com
E-Mail:  OM@outtengolden.com

27 | E-Mail:  mdanna@outtengolden.com

28 | *Attorneys for Plaintiffs and the proposed Class*

STIPULATION AND [PROPOSED] ORDER TO
SEAL ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANT'S MSJ
Case No. 2:15-CV-01483-JLR

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1-206-839-4300

1    Dated: July 23, 2018                    ORRICK, HERRINGTON & SUTCLIFFE LLP

2
                                             By:  s/Mark S. Parris
3                                                 s/Lynne Hermle
                                                  s/Jessica R. Perry
4                                                 Mark S. Parris (WSBA No. 13870)
                                                  mparris@orrick.com
5
                                                  701 Fifth Avenue
6                                                 Suite 5600
                                                  Seattle, Washington  98104
7                                                 Telephone:  +1-206-839-4300
                                                  Facsimile:  +1-206-839-4301
8                                                 Attorneys for Defendant

9                                                 Lynne C. Hermle (Admitted *pro hac vice*)
                                                  lchermle@orrick.com
10
                                                  Jessica R. Perry (Admitted *pro hac vice*)
11                                                jperry@orrick.com

12                                                1000 Marsh Road
                                                  Menlo Park, California 94025
13                                                Telephone: 650-614-7400
                                                  Facsimile:  650-614-7401
14

15   Dated: July 23, 2018                    MICROSOFT CORPORATION

16
                                             By:  s/David Howard
17                                                David Howard (WSBA No. 45211)
                                                  Corporate Vice President and Deputy General
18                                                Counsel, Litigation
                                                  dhoward@microsoft.com
19
                                                  1 Microsoft Way
20                                                Redmond, Washington  98052
                                                  Telephone:  +1-425-704-8685
21

22

23

24

25

26

27

28

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 23, 2018, I caused the foregoing document to be

3

electronically filed with the Clerk of the Court using the CM/ECF system which will send

4

notification of the filing to all counsel of record.

5

6

DATED:  July 23, 2018                    ORRICK, HERRINGTON & SUTCLIFFE LLP

7

8

By:  _s/Mark S. Parris_____

9

Mark S. Parris (WSBA No. 13870)
mparris@orrick.com

10

701 Fifth Avenue, Suite 5600
Seattle, WA  98104-7097

11

Telephone:   206-839-4300
Facsimile:    206-839-4301

12

13

14

15

1592522.1

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO
SEAL ORDER GRANTING IN PART AND           - 5 -
DENYING IN PART DEFENDANT'S MSJ
Case No. 2:15-CV-01483-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1-206-839-4300