The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KATHERINE MOUSSOURIS, HOLLY MUENCHOW, and DANA PIERMARINI, on behalf of themselves and a class of those similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>MICROSOFT CORPORATION,<br><br>            Defendant. | Case No. 2:15-cv-01483-JLR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO SEAL ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DKT. NO. 510)** |

STIPULATION AND [~~PROPOSED~~] ORDER TO
SEAL ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANT'S MSJ
Case No. 2:15-CV-01483-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

1   On July 11, 2018, this Court issued an Order Granting in Part and Denying in Part

2   Defendant's Motion for Summary Judgment ("Order"). Dkt. No. 510. The Court directed the

3   Clerk to provisionally file this Order under seal and ordered the parties to meet and confer

4   regarding the need for redaction. *Id.* The Court further ordered the parties to jointly file a

5   statement within ten days of the date of the Order to indicate any need for redaction. *Id.*

**STIPULATION**

7   Pursuant to the Court's Order, Plaintiffs Katherine Moussouris, Holly Muenchow, and

8   Dana Piermarini, and Defendant Microsoft Corporation, by and through their respective

9   counsel, stipulate and agree as follows:

**Identifying Information of Comparators**

11  Portions of the Order reveal identifying information of non-party comparators. Dkt.

12  No. 510 at 6:3, 8:17-18, 8:21-22, 9:2, 9:5, 9:7, 9:9-11, 13:14-15, 13:17, 13:19-20, 14:2-3,

13  14:5-8, 17:1-4, 19:15-18, 19:20-22, 20:1-2, 32:17, 32:20-22, 33:2-3, 33:5, 33:7-8, 33:10,

14  33:12, 33:17-18, 33:20-22, and 34:2. Microsoft previously offered multiple bases for sealing

15  non-party identifying information. Dkt. Nos. 269 at 5-7; 283 at 7; 358 at 6:10-7:3; and 452 at

16  2-3 (incorporated herein by reference). The Special Master granted Microsoft's requests to

17  seal certain identifying information of non-parties, including comparators, and the Court

18  adopted each of the Special Master's Reports and Recommendations. Dkt. Nos. 351 at 13, 16,

19  26-38, 44, and 48 (Report and Recommendation); 369 (Order adopting Report and

20  Recommendation); 462 at 13:12-15; *id.* at 14-16, 18-19, 24, 26-32, 34, and 35; 468 at 5

21  (Supplemental Report and Recommendation); 469 (Order adopting Report and

22  Recommendation); 470 (Order adopting Supplemental Report and Recommendation). In

23  accordance with these rulings, certain identifying information of third party comparators has

24  been redacted, and the parties agree the portions of the Court's Order identified above should

25  be redacted. These proposed redactions are reflected in the attached copy of the Order.

STIPULATION AND [PROPOSED] ORDER TO
SEAL ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANT'S MSJ
Case No. 2:15-CV-01483-JLR

- 1 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

**Diversity and Inclusion Strategy**

A portion of the Order quotes a document that was previously sealed by this Court because it sets out Microsoft's internal reactions to comments about its diversity and inclusion strategy. Dkt. No. 510 at 49:19-20. Specifically, the Order quotes MSFT_278390, a PowerPoint entitled FY 15 D&I Core Priorities and Action Plan. *Id.*; MSFT_278390 at 8. Microsoft previously provided bases for sealing information concerning diversity and inclusion strategy. Dkt. No. 269 at 9-12 (incorporated herein by reference). The Special Master's February 16, 2018 Report and Recommendation on Motions to Seal granted Microsoft's request to seal MSFT_278390 and the Court adopted her Report and Recommendation. *See* Dkt. Nos. 351 at 29 (Report and Recommendation); 391 (Order adopting Report and Recommendation). For these same reasons, the parties agree that the Court should seal the information regarding internal reactions to comments about Microsoft's diversity and inclusion strategy as set out in the accompanying copy of the Order.

**OFCCP Proceedings**

A portion of the Order reveals details regarding ongoing OFCCP proceedings that are not known to the public. Dkt. No. 510 at 49:22 and 50:1. Microsoft previously offered multiple bases for sealing OFCCP-related information. Dkt. Nos. 269 at 8:8-9:15; 280 at 2:11-4:2; 358 at 6:10-7:3; and 452 at 5:1-7 (incorporated herein by reference). The Special Master granted Microsoft's requests to seal information regarding ongoing OFCCP proceedings and the Court adopted each of her Reports and Recommendations. Dkt. Nos. 351 at 20:3-21:7, 27:5-9, 29:9-14, and 35:21-27; 369; 463 at 6:18-22 and 9:5-8; 490. To date, materials submitted to the Court that include details regarding the OFCCP proceedings unknown to the public have been submitted under seal in accordance with these rulings. For these reasons, the parties agree that the Court should seal the information regarding ongoing OFCCP proceedings as set out in the accompanying copy of the Order.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

STIPULATION AND [PROPOSED] ORDER TO
SEAL ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANT'S MSJ
Case No. 2:15-CV-01483-JLR

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

Dated: July 23, 2018

By: /s/ *Michael Subit*
Michael Subit (Wash. Bar No. 29189
FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: (202) 682-6711
Facsimile: (202) 682-0401
E-Mail: msubit@frankfreed.com

Kelly M. Dermody (admitted *pro hac vice*)
Anne B. Shaver (admitted *pro hac vice*)
Michael Levin-Gesundheit (admitted *pro hac vice*)
Tiseme Zegeye (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: ashaver@lchb.com
E-Mail: mlevin@lchb.com
E-Mail: tzegeye@lchb.com

Sharon M. Lee (Wash. Bar No. 37170)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121
Telephone: (206) 739-9059
Facsimile: (415) 956-1008
E-Mail: slee@lchb.com

Rachel J. Geman (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th floor
New York, NY 10013-1413
Telephone: (202) 355-9500
Facsimile: (202) 355-9592
E-Mail: rgeman@lchb.com

Adam T. Klein (admitted *pro hac vice*)
Ossai Miazad (admitted *pro hac vice*)
Michael Danna (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
E-Mail: ATK@outtengolden.com
E-Mail: OM@outtengolden.com
E-Mail: mdanna@outtengolden.com

*Attorneys for Plaintiffs and the proposed Class*

STIPULATION AND [PROPOSED] ORDER TO
SEAL ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANT'S MSJ
Case No. 2:15-CV-01483-JLR

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

| | | |
|---|---|---|
| 1 | Dated: July 23, 2018 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | By: *s/Mark S. Parris* |
| | | *s/Lynne Hermle* |
| | | *s/Jessica R. Perry* |
| 4 | | Mark S. Parris (WSBA No. 13870) |
| | | mparris@orrick.com |
| 5 | | |
| | | 701 Fifth Avenue |
| 6 | | Suite 5600 |
| | | Seattle, Washington 98104 |
| 7 | | Telephone: +1-206-839-4300 |
| | | Facsimile: +1-206-839-4301 |
| 8 | | Attorneys for Defendant |
| 9 | | Lynne C. Hermle (Admitted *pro hac vice*) |
| | | lchermle@orrick.com |
| 10 | | |
| 11 | | Jessica R. Perry (Admitted *pro hac vice*) |
| | | jperry@orrick.com |
| 12 | | |
| | | 1000 Marsh Road |
| 13 | | Menlo Park, California 94025 |
| | | Telephone: 650-614-7400 |
| | | Facsimile: 650-614-7401 |
| 14 | | |
| 15 | Dated: July 23, 2018 | MICROSOFT CORPORATION |
| 16 | | |
| 17 | | By: *s/David Howard* |
| | | David Howard (WSBA No. 45211) |
| 18 | | Corporate Vice President and Deputy General Counsel, Litigation |
| | | dhoward@microsoft.com |
| 19 | | |
| 20 | | 1 Microsoft Way |
| | | Redmond, Washington 98052 |
| 21 | | Telephone: +1-425-704-8685 |

STIPULATION AND [PROPOSED] ORDER TO
SEAL ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANT'S MSJ
Case No. 2:15-CV-01483-JLR

- 4 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

# CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

DATED: July 23, 2018          ORRICK, HERRINGTON & SUTCLIFFE LLP


By:  *s/Mark S. Parris*
Mark S. Parris (WSBA No. 13870)
mparris@orrick.com

701 Fifth Avenue, Suite 5600
Seattle, WA 98104-7097
Telephone:  206-839-4300
Facsimile:   206-839-4301

1592522.1

STIPULATION AND [PROPOSED] ORDER TO SEAL ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MSJ
Case No. 2:15-CV-01483-JLR

- 5 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KATHERINE MOUSSOURIS, HOLLY MUENCHOW, and DANA PIERMARINI, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 2:15-cv-01483-JLR<br><br>[~~PROPOSED~~] ORDER TO SEAL ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DKT. NO. 510) |

[~~PROPOSED~~] ORDER TO SEAL ORDER
GRANTING IN PART AND DENYING IN PART
DEFENDANT'S MSJ
Case No. 2:15-CV-01483-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

1   This matter comes before the Court on the parties' Stipulation to Seal Order Granting in Part and Denying in Part Defendant's Motion for Summary Judgment (Dkt. No. 510) ("Stipulation"). Having considered the stipulation and all other matters properly before the Court, and compelling reasons appearing therefore, the Court rules as follows:

**IT IS HEREBY ORDERED THAT** the parties' Stipulation is **GRANTED**. The Order Granting in Part and Denying in Part Defendant's Motion for Summary Judgment (Dkt. No. 510) shall remain sealed at pages 6:3, 8:17-18, 8:21-22, 9:2, 9:5, 9:7, 9:9-11, 13:14-15, 13:17, 13:19-20, 14:2-3, 14:5-8, 17:1-4, 19:15-18, 19:20-22, 20:1-2, 32:17, 32:20-22, 33:2-3, 33:5, 33:7-8, 33:10, 33:12, 33:17-18, 33:20-22, 34:2, 49:19-20, 49:22, and 50:1, as reflected in the redacted copy of the Order attached to the Parties' Stipulation. (Dkt. #512.)

**IT IS SO ORDERED.**

Dated this 24th day of July 2018

The Honorable James J. Robart
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TO SEAL ORDER
GRANTING IN PART AND DENYING IN PART
DEFENDANT'S MSJ
Case No. 2:15-CV-01483-JLR

- 1 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

1  Dated: July 23, 2018

2                                            By: /s/ Michael Subit
3                                            Michael Subit (Wash. Bar No. 29189)
   FRANK FREED SUBIT & THOMAS LLP
4  705 Second Avenue, Suite 1200
   Seattle, WA 98104
5  Telephone: (202) 682-6711
   Facsimile: (202) 682-0401
6  E-Mail: msubit@frankfreed.com

7  Kelly M. Dermody (admitted *pro hac vice*)
   Anne B. Shaver (admitted *pro hac vice*)
8  Michael Levin-Gesundheit (admitted *pro hac vice*)
   Tiseme Zegeye (admitted *pro hac vice*)
9  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
10 San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
11 Facsimile: (415) 956-1008
   E-Mail: kdermody@lchb.com
12 E-Mail: ashaver@lchb.com
   E-Mail: mlevin@lchb.com
13 E-Mail: tzegeye@lchb.com

14 Sharon M. Lee (Wash. Bar No. 37170)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
15 2101 Fourth Avenue, Suite 1900
   Seattle, WA 98121
16 Telephone: (206) 739-9059
   Facsimile: (415) 956-1008
17 E-Mail: slee@lchb.com

18 Rachel J. Geman (admitted *pro hac vice*)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
19 250 Hudson Street, 8th floor
   New York, NY 10013-1413
20 Telephone: (202) 355-9500
   Facsimile: (202) 355-9592
21 E-Mail: rgeman@lchb.com

22 Adam T. Klein (admitted *pro hac vice*)
   Ossai Miazad (admitted *pro hac vice*)
23 Michael Danna (admitted *pro hac vice*)
   OUTTEN & GOLDEN LLP
24 3 Park Avenue, 29th Floor
   New York, NY 10016
25 Telephone: (212) 245-1000
   Facsimile: (212) 977-4005
26 E-Mail: ATK@outtengolden.com
   E-Mail: OM@outtengolden.com
27 E-Mail: mdanna@outtengolden.com

28                                            *Attorneys for Plaintiffs and the proposed Class*

[PROPOSED] ORDER TO SEAL ORDER
GRANTING IN PART AND DENYING IN PART                      - 2 -
DEFENDANT'S MSJ
Case No. 2:15-CV-01483-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

| | | |
|---|---|---|
| 1 | Dated: July 23, 2018 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | By: *s/Mark S. Parris*<br>*s/Lynne Hermle*<br>*s/Jessica R. Perry* |
| 4 | | Mark S. Parris (WSBA No. 13870)<br>mparris@orrick.com |
| 5 | | |
| 6 | | 701 Fifth Avenue<br>Suite 5600<br>Seattle, Washington 98104 |
| 7 | | Telephone: +1-206-839-4300<br>Facsimile: +1-206-839-4301 |
| 8 | | Attorneys for Defendant |
| 9 | | Lynne C. Hermle (Admitted *pro hac vice*)<br>lchermle@orrick.com |
| 10 | | |
| 11 | | Jessica R. Perry (Admitted *pro hac vice*)<br>jperry@orrick.com |
| 12 | | 1000 Marsh Road<br>Menlo Park, California 94025 |
| 13 | | Telephone: 650-614-7400<br>Facsimile: 650-614-7401 |
| 14 | | |
| 15 | Dated: July 23, 2018 | MICROSOFT CORPORATION |
| 16 | | |
| 17 | | By: *s/David Howard* |
| 18 | | David Howard (WSBA No. 45211)<br>Corporate Vice President and Deputy General<br>Counsel, Litigation |
| 19 | | dhoward@microsoft.com |
| 20 | | 1 Microsoft Way<br>Redmond, Washington 98052 |
| 21 | | Telephone: +1-425-704-8685 |

[PROPOSED] ORDER TO SEAL ORDER
GRANTING IN PART AND DENYING IN PART
DEFENDANT'S MSJ
Case No. 2:15-CV-01483-JLR

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

DATED: July 23, 2018                ORRICK, HERRINGTON & SUTCLIFFE LLP


By: *s/Mark S. Parris*
Mark S. Parris (WSBA No. 13870)
mparris@orrick.com

701 Fifth Avenue, Suite 5600
Seattle, WA  98104-7097
Telephone:  206-839-4300
Facsimile:   206-839-4301

1592540.1

[~~PROPOSED~~] ORDER TO SEAL ORDER
GRANTING IN PART AND DENYING IN PART
DEFENDANT'S MSJ
Case No. 2:15-CV-01483-JLR

- 4 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1-206-839-4300