# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KATHERINE MOUSSOURIS, et al., <br><br> Plaintiffs, <br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | CASE NO. C15-1483JLR <br><br> ORDER WITHDRAWING SPECIAL MASTER APPOINTMENT |

In light of the United States District Court for the Western District of Washington's selection of Michelle Peterson as a magistrate judge, with her term beginning on March 1, 2019, the court intends to withdraw Ms. Peterson's appointment as special master in this case on February 15, 2019. (*See generally* Appointment Order (Dkt. # 191).) Pursuant to the court's order appointing Ms. Peterson as special master

//

//

//

ORDER - 1

1  (*see* Appointment Order at 5), the court ORDERS any party that wishes to respond to the
2  court's plan to file a brief not to exceed three pages no later than February 11, 2019.
3    Dated this 6th day of February, 2019.

								The Honorable James L. Robart
								U.S. District Court Judge