THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHERINE MOUSSOURIS, HOLLY MUENCHOW, and DANA PIERMARINI, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION<br><br>Defendant. | Case No. 2:15-cv-01483-JLR<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING VOLUNTARY DISMISSAL OF DANA PIERMARINI'S CLAIMS** |

STIPULATION AND [PROPOSED] ORDER
REGARDING DISMISSAL OF DANA PIERMARINI'S
CLAIMS
NO. 2:15-CV-01483-JLR

OUTTEN & GOLDEN LLP
685 THIRD AVENUE, 25TH FLOOR
NEW YORK, NY 10017
212-245-1000

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Dana Piermarini and Defendant Microsoft Corporation hereby stipulate that Plaintiff Piermarini's individual claims in this action are dismissed with prejudice, each party to bear its own attorney fees and costs.

Dated: February 22, 2019

By: /s/Ossai Miazad

Ossai Miazad (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
Attorneys for Plaintiffs

By: /s/ Jessica Perry

Jessica Perry (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant

**[PROPOSED ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated this 26th day of Feb., 2019

THE HONORABLE JAMES L. ROBART

STIPULATION AND [PROPOSED] ORDER
REGARDING DISMISSAL OF DANA PIERMARINI'S
CLAIMS
NO. 2:15-CV-01483-JLR

-1-

OUTTEN & GOLDEN LLP
685 THIRD AVENUE, 25TH FLOOR
NEW YORK, NY 10017
212-245-1000

# CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2019, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

DATED: February 22, 2019

OUTTEN & GOLDEN LLP

By: __/s/ Ossai Miazad__

Ossai Miazad (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: 212-245-1000
Facsimile: 646-509-2060
Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER
REGARDING DISMISSAL OF DANA PIERMARINI'S
CLAIMS
NO. 2:15-CV-01483-JLR

-1-

OUTTEN & GOLDEN LLP
685 THIRD AVENUE, 25TH FLOOR
NEW YORK, NY 10017
212-245-1000