UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE MOUSSOURIS, et al.,<br><br>Plaintiffs,<br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | CASE NO. C15-1483JLR<br><br>ORDER CONFIRMING WITHDRAWAL OF SPECIAL MASTER APPOINTMENT |

On February 6, 2019, the court advised the parties that, "[i]n light of the United States District Court for the Western District of Washington's selection of Michelle Peterson as a magistrate judge, with her term beginning on March 1, 2019, the court intends to withdraw Ms. Peterson's appointment as special master in this case on February 25, 2019." (2/6/19 Order (Dkt. # 517) at 1.) The court provided the parties an opportunity to respond to the court's plan "no later than February 11, 2019." (*Id.* at 2.)

//

//

ORDER - 1

No party filed a response.  (*See generally* Dkt.)  Therefore, effective immediately, the court withdraws Ms. Peterson's appointment as special master in this case.

Dated this 28th day of February, 2019.

The Honorable James L. Robart
U.S. District Court Judge