| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 5 2019 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

KATHERINE MOUSSOURIS; et al.,

        Plaintiffs-Appellants,

 v.

MICROSOFT CORPORATION,

        Defendant-Appellee.

No.   18-35791

D.C. No. 2:15-cv-01483-JLR
Western District of Washington,
Seattle

ORDER

Before:  Peter L. Shaw, Appellate Commissioner.

On January 30, 2019, appellants filed a notice of intent to file previously sealed documents publicly pursuant to Interim Ninth Circuit Rule 27-13(f) (Docket Entry No. 10), and submitted the opening brief and volume 4 through 6 of the excerpts of record provisionally under seal. On February 20, 2019, appellee filed a motion to maintain under seal portions of the opening brief and portions of volumes 4 through 6 of the excerpts of record, as well as the motion to seal itself and the accompanying exhibits (Docket Entry No. 20). Appellee's motion to maintain the seal is granted, as outlined below.

The Clerk shall file publicly volumes 1 through 3 of the excerpts of record, and shall file under seal appellee's motion to seal and the accompanying exhibits, the unredacted opening brief, and the unredacted volumes 4 through 6 of the excerpts of record.

PK/Sealed Documents

Within 14 days after the date of this order, appellants shall submit a redacted opening brief and a redacted volumes 4 through 6 of the excerpts of record for public filing that track the redactions set forth in Appendix A and Exhibits 6 through 9 of appellee's motion to seal.  Upon the submission of the redacted opening brief and the redacted volumes 4 through 6 of the excerpts of record, the Clerk shall file publicly the redacted opening brief and the redacted volumes 4 through 6 of the excerpts of record.

The exiting briefing schedule shall continue in effect.