UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE MOUSSOURIS, et al., | CASE NO. C15-1483JLR |
| Plaintiffs, | ORDER |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

Before the court are the order and mandate of the Ninth Circuit Court of Appeals. (Mem. (Dkt. # 523); Mandate (Dkt. # 524).) The Ninth Circuit affirmed the court's order denying Plaintiffs Katherine Moussouris, Holly Muenchow, and Dana Piermarini's motion for class certification. (*See* Mem.; Order Den. Class Cert. (Dkt. ## 504 (sealed), 508 (redacted).) Although the Ninth Circuit affirmed the court's order denying class certification, Ms. Moussouris and Ms. Muenchow have individual employment

//

//

ORDER - 1

1  discrimination claims that survived summary judgment in part.[1]  (*See generally* 2d Am.
2  Compl. (Dkt. # 55); MSJ Order (Dkt. ## 510 (sealed), 512 (redacted).)
3       The court ORDERS the parties to meet and confer and file, by no later than April
4  6, 2020, a joint status report that includes a proposal for how this case should proceed and
5  an accompanying proposed timeline.  The parties should attempt to agree in good faith on
6  a unified approach.  If they cannot so agree, they may outline their disparate suggestions
7  in the joint status report.
8       Dated this 6th day of March, 2020.

JAMES L. ROBART
United States District Judge

---

[1] While the appeal was pending, Ms. Piermarini and Microsoft stipulated to dismissal of Ms. Piermarini's individual claims.  (*See* 2/26/19 Order (Dkt. # 519).)

ORDER - 2