THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

KATHERINE MOUSSOURIS, et al.,

    Plaintiffs,

  v.

MICROSOFT CORPORATION,

    Defendant.

Case No.  2:15-cv-01483-JLR

**JOINT STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL OF HOLLY MUENCHOW'S CLAIMS**

STIPULATION AND ORDER REGARDING DISMISSAL
OF HOLLY MUENCHOW'S CLAIMS
Case No.  2:15-cv-01483-JLR

1  **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

2  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Holly Muenchow

3  and Defendant Microsoft Corporation hereby stipulate that Plaintiff Muenchow's claims in this

4  action are dismissed with prejudice, each party to bear its own attorney fees and costs.

Dated: July 13, 2020

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By:/s/*Anne B. Shaver*

Kelly M. Dermody (admitted *pro hac vice*)
Anne B. Shaver (admitted *pro hac vice*)
**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone: (415) 956-1000
Facsimile:  (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: ashaver@lchb.com

Adam T. Klein (admitted pro hac vice)
Ossai Miazad (admitted  pro hac vice)
**OUTTEN & GOLDEN LLP**
3 Park Avenue, 29th Floor
New York, NY  10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
E-Mail: ATK@outtengolden.com
E-Mail: OM@outtengolden.com


*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated: July 10, 2020 | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 2 | | By: */s/ Mark S. Parris* |
| 3 | | */s/ Lynne C. Hermle* |
| | | */s/ Jessica R. Perry* |
| 4 | | Mark S. Parris (WSBA No. 13870) |
| | | mparris@orrick.com |
| 5 | | |
| | | 701 Fifth Avenue |
| 6 | | Suite 5600 |
| | | Seattle, Washington 98104 |
| 7 | | Telephone: +1-206-839-4300 |
| | | Facsimile: +1-206-839-4301 |
| 8 | | Attorneys for Defendant |
| 9 | | Lynne C. Hermle (Admitted *pro hac vice*) |
| | | lchermle@orrick.com |
| 10 | | |
| | | Jessica R. Perry (Admitted *pro hac vice*) |
| 11 | | jperry@orrick.com |
| 12 | | 1000 Marsh Road |
| | | Menlo Park, California 94025 |
| 13 | | Telephone: 650-614-7400 |
| | | Facsimile: 650-614-7401 |

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated this  13th  day of  July , 2020

_____
THE HONORABLE JAMES L. ROBART

STIPULATION AND ORDER REGARDING DISMISSAL
OF HOLLY MUENCHOW'S CLAIMS
Case No. 2:15-cv-01483-JLR

- 2 -