THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHERINE MOUSSOURIS, et al., | Case No. 2:15-cv-01483-JLR |
| Plaintiffs, | **JOINT STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL OF KATHERINE MOUSSOURIS'S CLAIMS** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Katherine Moussouris and Defendant Microsoft Corporation hereby stipulate that Plaintiff Moussouris's claims in this action are dismissed with prejudice, each party to bear its own attorney fees and costs.

Dated: November 16, 2020

**OUTTEN & GOLDEN LLP**

By: /s/ *Adam T. Klein*

Adam T. Klein (admitted *pro hac vice*)
Jennifer Schwartz (admitted *pro hac vice*)
**OUTTEN & GOLDEN LLP**
3 Park Avenue, 29th Floor
New York, NY  10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
E-Mail: ATK@outtengolden.com
E-Mail: Jschwartz@outtengolden.com

*Attorneys for Plaintiff*

| | |
|---|---|
| Dated: November 16, 2020 | **ORRICK, HERRINGTON & SUTCLIFFE LLP**<br><br>By: */s/ Mark S. Parris*<br>Mark S. Parris (WSBA No. 13870)<br>mparris@orrick.com<br><br>701 Fifth Avenue<br>Suite 5600<br>Seattle, Washington 98104<br>Telephone: +1-206-839-4300<br>Facsimile: +1-206-839-4301<br>Attorneys for Defendant<br><br>Lynne C. Hermle (Admitted *pro hac vice*)<br>lchermle@orrick.com<br><br>Jessica R. Perry (Admitted *pro hac vice*)<br>jperry@orrick.com<br><br>1000 Marsh Road<br>Menlo Park, California 94025<br>Telephone: 650-614-7400<br>Facsimile: 650-614-7401 |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated this 17th day of November, 2020

_____
THE HONORABLE JAMES L. ROBART

STIPULATION AND ORDER REGARDING DISMISSAL OF KATHERINE MOUSSOURIS'S CLAIMS Case No. 2:15-cv-01483-JLR

- 2 -