The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KATHERINE MOUSSOURIS, HOLLY MUENCHOW, and DANA PIERMARINI, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 2:15-cv-01483-JLR<br><br>**JOINT STATUS REPORT** |

JOINT STATUS REPORT
Case No. 2:15-CV-01483-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

# JOINT STATUS REPORT

As counsel of record in this matter, the undersigned hereby submit this Joint Status Report pursuant to this Court's November 17, 2020 Order for Joint Status Report (ECF 536). Counsel agree that (1) class certification having been denied and that denial affirmed on appeal and (2) the three Plaintiffs having dismissed their claims with prejudice, no claims remain before the Court and the case may be closed.

Dated: November 20, 2020

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  *s/Mark S. Parris*
     *s/Lynne C. Hermle*
     *s/Jessica R. Perry*
Mark S. Parris (WSBA No. 13870)
mparris@orrick.com
701 Fifth Avenue
Suite 5600
Seattle, WA  98104
Telephone:  (206) 839-4300
Facsimile:   (206) 839-4301

Lynne C. Hermle (admitted *pro hac vice*)
lchermle@orrick.com
Jessica R. Perry (admitted *pro hac vice*)
jperry@orrick.com
1000 Marsh Road
Menlo Park, CA 94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401

*Attorneys for Defendant Microsoft Corporation*

MICROSOFT CORPORATION

By:  *s/Jon Palmer*
Jon Palmer (WSBA No. 26970)
VP & Deputy General Counsel, Litigation
Jon.Palmer@microsoft.com
1 Microsoft Way
Redmond, WA 98052
Telephone: (425) 538-7734

JOINT STATUS REPORT
Case No. 2:15-CV-01483-JLR

- 1 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1-206-839-4300

| | |
|---|---|
| 1  Dated: November 20, 2020 | |
| 2 | By:  *s/Michael Subit* |
|   |       *s/Adam T. Klein* |
| 3 |       *s/Jennifer Schwartz* |
|   |       *s/Cassandra W. Lenning* |
| 4 | Michael Subit (WSBA No. 29189) |
| 5 | 705 Second Avenue, Suite 1200 |
|   | Seattle, WA  98104 |
| 6 | Telephone:  (202) 682-6711 |
|   | Facsimile:  (202) 682-0401 |
| 7 | E-Mail:  msubit@frankfreed.com |

Adam T. Klein (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
E-Mail: ATK@outtengolden.com

Jennifer Schwartz (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA  94111
Telephone:  (415) 638-8800
Facsimile:  (415) 683-8810
E-Mail:  jschwartz@outtengolden.com

Cassandra W. Lenning (WSBA No. 54740)
OUTTEN & GOLDEN LLP
601 Massachusetts Ave NW
Suite 200W
Washington, DC  20001
Telephone:  (202) 847-4400
Facsimile:  (202) 847-4410
E-Mail:  clenning@outtengolden.com

*Attorneys for Plaintiffs*

JOINT STATUS REPORT
Case No. 2:15-CV-01483-JLR

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1-206-839-4300